UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

Stephanie Clifford
a.k.a. Stormy Daniels     Plaintiff,

Case No.  1:18-cv-03842

-against-

Donald J. Trump     Defendant.

------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑    I have cases pending          ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Catherine Keenan
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CK5925       My State Bar Number is 3065703

I am,

☑    An attorney

☐    A Government Agency attorney

☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME:  K&L Gates, LLP
                  FIRM ADDRESS:  599 Lexington Avenue, New York, NY 10022
                  FIRM TELEPHONE NUMBER:  (212) 536-3900
                  FIRM FAX NUMBER:  (212) 536-3901

NEW FIRM:      FIRM NAME:  Philip Russell, LLC
                  FIRM ADDRESS:  66 Field Point Road, Greenwich, CT 06830
                  FIRM TELEPHONE NUMBER:  (203) 661-4200
                  FIRM FAX NUMBER: (203) 661-3666

☑    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/30/2018

_____
ATTORNEY'S SIGNATURE