**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>    Defendant. | No. 18-CV-03842-JMF<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Defendant Donald J. Trump in the above-referenced action and respectfully requests that copies of all future pleadings, filings, notices, correspondence, and other papers be served upon the undersigned at the address set forth below. I certify that I am admitted to practice in this Court.

Dated: June 13, 2018

              Respectfully submitted,

              HARDER LLP

              By: */s/ Charles J. Harder*
              Charles J. Harder
              132 S. Rodeo Dr., Fourth Floor
              Beverly Hills, CA 90212
              Tel: (424) 203-1600
              CHarder@HarderLLP.com