UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>                Plaintiff,<br><br>      v.<br><br>DONALD J. TRUMP,<br><br>                Defendant. | CIVIL ACTION NO. 18-cv-03842-JMF |

**NOTICE OF DEFENDANT DONALD J. TRUMP'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) OR, IN THE ALTERNATIVE, TO DISMISS OR STAY PURSUANT TO THE "FIRST-FILED" RULE**

 

**HARDER LLP**
Charles J. Harder
Anthony J. Harwood
260 Madison Avenue, 16th Floor
New York, New York 10016
(212) 799-1400

*Attorneys for Defendant Donald J. Trump*

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Charles J. Harder and Request for Judicial Notice, including the exhibits submitted in support thereof, Mr. Trump moves this Court, before the Honorable Jesse M. Furman, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order transferring this action to the Central District of California pursuant to 28 U.S.C. § 1404(a) or, in the alternative, dismissing or staying this action pursuant to the "First-Filed" Rule, along with such other relief as requested and as the Court deems just and proper.

Dated: July 23, 2018

**HARDER LLP**

Respectfully submitted,

By: */s/ Charles Harder*
Charles J. Harder, Esq.
charder@harderllp.com
Anthony Harwood, Esq.
aharwood@harderllp.com
260 Madison Avenue, 16th Floor
New York, New York 10016
(212) 799-1400

*Counsel for Defendant Donald J. Trump*