**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STEPHANIE CLIFFORD a.k.a.
STORMY DANIELS,

Plaintiff,

v.

DONALD J. TRUMP,

Defendant.

CIVIL ACTION NO. 18-cv-03842-JMF

**DECLARATION OF CHARLES J. HARDER IN SUPPORT OF DEFENDANT DONALD J. TRUMP'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a) OR, IN THE ALTERNATIVE, TO DISMISS OR STAY PURSUANT TO THE "FIRST-FILED" RULE**

I, Charles J. Harder, hereby declare as follows:

1. I am an attorney duly licensed to practice in the courts of the State of New York and in the U.S. District Court for the Southern District of New York, among other courts. I am a partner in the law firm of Harder LLP, counsel of record for Defendant Donald J. Trump ("Mr. Trump") in this action. I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order Granting Defendants' *Ex Parte* Application To Stay Case, issued by the Honorable S. James Otero on April 27, 2018, in *Stephanie Clifford v. Donald J. Trump et al.*, Central District of California Case No. 2:18-cv-02217-SJO-FFM (the "First California Action").

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the transcript of Michael Avenatti's interview with Wolf Blitzer on CNN on April 18, 2018, which was obtained from the following URL: http://edition.cnn.com/TRANSCRIPTS/1804/18/sitroom.01.html.

4. Attached hereto as **Exhibit C** is a true and correct copy of the First Amended Complaint filed by plaintiff Stephanie Clifford ("Plaintiff" or "Ms. Clifford") in the First California Action.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Motion to Compel Arbitration ("Arbitration Motion") filed by defendant Essential Consultants, LLC ("EC") in the First California Action.

6. Attached hereto as **Exhibit E** is a true and correct copy of the Joinder in the Arbitration Motion filed by Mr. Trump in the First California Action.

7. Attached hereto as **Exhibit F** is a true and correct copy of the Motion to Strike Plaintiff's claim for defamation under California Code of Civil Procedure § 425.16 (the "Anti-SLAPP Motion") filed by defendant Michael Cohen ("Mr. Cohen") in the First California Action.

8. Attached hereto as **Exhibit G** is a true and correct copy of the article entitled, "*EXCLUSIVE: How Stormy Daniels tried to sell story about her one-night-stand with Donald Trump for $200,000 THREE weeks before the election but worked out a deal with Trump's lawyer Michael Cohen after she got no takers*," which was published by the *Daily Mail* on or about March 29, 2018, and obtained from the following URL: http://www.dailymail.co.uk/news/article5554437/Stormy-Daniels-tried-sell-story-sex-Trump-200-000-weeks-election.html

9. Attached hereto as **Exhibit H** is a true and correct copy of the Declaration of Michael Cohen in Support of the Anti-SLAPP Motion, filed in the First California Action.

10. Attached hereto as **Exhibit I** is a true and correct copy of the article entitled, "*So True? So False? Did Donald Trump Cheat on Melania With a Porn Star?!*", which was published by E! News on or about October 12, 2011, and obtained from the following URL: http://www.eonline.com/news/269058/so-true-so-false-did-donald-trump-cheat-on-melania-with-a-porn-star.

11. At my instruction and under my supervision, associate attorney Theodore Nguyen in my office compiled a list of all television news appearances by Plaintiff and her attorney, Michael Avenatti, between March 6, 2018 and the date of this declaration (May 23, 2018). Mr. Nguyen performed this task by reviewing news organizations' websites and social media accounts including CNN, ABC, NBC, CBS and others, and compiling a list of each individual appearance, by date. According to Mr. Nguyen's analysis, Plaintiff and/or her attorney have appeared on no less than **130** national television news shows, to talk about Plaintiff's accusations

against Mr. Trump and/or the ensuing litigation. The appearances include the interviews by Plaintiff and her attorney with Anderson Cooper on *60 Minutes* on March 25, 2018, which reportedly was watched by approximately 22 million viewers, and on *The View* on April 17, 2018. Attached hereto as **Exhibit J** is the chart that Mr. Nguyen prepared, listing each of the television news appearances. A separate Declaration of Theodore Nguyen, attesting to his work, can be prepared and provided to the Court upon request.

12. Attached hereto as **Exhibit K** is a true and correct copy of an April 17, 2018 post on the *The View*'s Twitter page, which was obtained from the following URL: https://twitter.com/theview/status/986267650463383552?lang=en.

13. Attached hereto as **Exhibit L** is a true and correct copy of the home page for sketch artist Lois Gibson's website, which was obtained from the following URL: https://loisgibson.com/ index.html.

14. On April 8, 2018, in the First California Action, Plaintiff filed a motion for expedited jury trial under Section 4 of the Federal Arbitration Act and for leave to take the depositions of Mr. Cohen and Mr. Trump, on the basis that the depositions are necessary to oppose the Arbitration Motion.

15. At present, I am informed and believe that the following potential witnesses in this action reside in the Central District of California ("CDCA") (all of them full-time, except for Plaintiff who appears to reside in CDCA at least part of the time), and are expected to testify regarding the following subject matters:

a. Michael Avenatti: I am informed and believe that Mr. Avenatti's principal place of business is located in Newport Beach, California, which is located in CDCA. Attached hereto as **Exhibit N** is a true and correct copy of Mr. Avenatti's attorney profile page on the California

State Bar website, at URL: http://members.calbar.ca.gov/fal/Member/Detail/206929. It is anticipated that Mr. Avenatti will testify regarding the preparation of the sketch depicting the unidentified male that threatened Ms. Clifford in the Alleged 2011 Incident, along with his numerous television appearances discussing the circumstances surrounding its creation.

b. Keith Davidson: I am informed and believe that Mr. Davidson's principal place of business is in Beverly Hills, California, located within CDCA. Attached hereto as **Exhibit O** is a true and correct copy of Mr. Davidson's attorney profile page on the California State Bar website, at URL: http://members.calbar.ca.gov/fal/Member/Detail/212216. Mr. Davidson is Plaintiff's former attorney, represented her in connection with the Agreement, and appears to have represented her as recently as January 30, 2018. Attached hereto as **Exhibit P** is a true and correct copy of the article entitled, "*Stormy Daniels Was NOT Under Duress When Signing Trump Statement, According to Witness*," which was published on March 13, 2018, and obtained at the following URL: https://theblast.com/stormy-daniels-donald-trump-statement-duress. Attached hereto as **Exhibit Q** is a true and correct copy of excerpts from the transcript of Mr. Davidson's interview on CNN on April 4, 2018, which was obtained from the following URL: http://transcripts.cnn.com/TRANSCRIPTS/1804/04/cnnt.02.html. I am informed and believe that Mr. Davidson may have information that refutes Plaintiff's assertions relating to the formation, execution and performance of the Agreement, the Alleged 2011 Incident, and/or the sketch of the purported perpetrator of the Alleged 2011 Incident.

c. Gina Rodriquez: I am informed and believe that Ms. Rodriguez resides in Encino, California, located within CDCA. Attached hereto as **Exhibit R** is a true and correct copy of Ms. Rodriguez's Twitter page, which was obtained at the following URL: https://twitter.com/mzginarodriguez? lang=enMr. Rodriguez. Ms. Rodriguez reportedly is

Plaintiff's former manager and represented her in connection with the Agreement, and appears to have represented her as recently as February 2018. Attached hereto as **Exhibit S** is a true and correct copy of an article entitled, "*Stormy Daniels' manager says the porn star 'is going to tell her story*", which was published on February 15, 2018, and obtained at the following URL: https://www.cnn.com/2018/02/14 /politics/stormy-daniels-michael-cohen/index.html. I am informed and believe that Ms. Rodriguez has information that may refute Plaintiff's assertions relating to the formation, execution and performance of the Agreement, the 2011 Alleged Incident and/or the sketch of the purported perpetrator of the 2011 Alleged Incident.

d. Anthony Kotzev: I am informed and believe that Mr. Kotzev resides in Encino, California, located within CDCA. Attached hereto as **Exhibit T** is a true and correct copy of the Twitter page for GiToni Productions, which was obtained at the following URL: https://twitter.com/ GiToniInc. I am further informed and believe that Mr. Kotzev is Ms. Rodriguez's boyfriend and business partner in GiToni Productions. Attached hereto as **Exhibit U** is a true and correct copy of the contact page for Gitoni Productions' website, which was obtained at the following URL: https://www.gitoni.com/contact/. I am informed and believe that Mr. Kotzev has information that may refute Plaintiff's assertions relating to the formation, execution and performance of the Agreement, the Alleged 2011 Incident, and/or the sketch of the purported perpetrator of the Alleged 2011 Incident.

e. Plaintiff: Attached hereto as **Exhibit M** is a true and correct copy of a relevant excerpt from Plaintiff's Twitter page, which was obtained from the following URL: https://twitter.com/ stormydaniels?lang=en. At her Twitter page, Plaintiff states that she is located in "DFW, LA, and hotels everywhere." "DFW" appears to refer to Dallas-Fort Worth, and "LA" to Los Angeles, where I am informed and believe she has resided, at least part time, in

connection with her many years in the pornography industry. It is anticipated that Plaintiff will testify regarding her allegations in this action, including: her alleged relationship with Mr. Trump; an incident in 2011 where she claims she was allegedly threatened by an alleged unidentified man in a Las Vegas, Nevada parking lot ("the Alleged 2011 Incident"); the negotiation, execution and performance of a Confidential Settlement and Mutual Release Agreement signed by her and EC (the "Agreement"); the preparation of a sketch depicting the alleged unidentified male that allegedly threatened her in the Alleged 2011 Incident; and her lack of damages resulting from Mr. Trump's allegedly defamatory statement.

16. At present, the following potential witnesses do not currently reside in California or New York:

a. Mr. Trump: Mr. Trump currently resides in the District of Columbia.

b. Lois Gibson: I am informed and believe that Ms. Gibson currently resides in Houston, Texas.

17. At present, the only potential witness of which I am aware residing in the State of New York is Michael Cohen, who is a party to the two California Actions.

18. Attached hereto as **Exhibit V** is a true and correct copy of an April 27, 2018 post on Michael Avenatti's Twitter page, which was obtained from the following URL: https://twitter.com/michaelavenatti/status/989974117993639936?lang=en.

19. Attached hereto as **Exhibit W** is a true and correct copy of the Order denying Plaintiff's Motion for Reconsideration of the Stay Order, issued by the Honorable S. James Otero on June 19, 2018 in the First California Action.

20. Attached hereto as **Exhibit X** is a true and correct copy of the Complaint filed by Plaintiff in *Clifford v. Davidson et al.*, which was originally filed in the Superior Court for the

State of California, County of Los Angeles, on June 6, 2018, Case No. SC129384 (the "Second California Action.") The Second California Action was subsequently removed to the Central District of California by Mr. Cohen on June 7, 2018, Case No. 2:18-cv-05052-SJO-FFM.

21. Attached hereto as **Exhibit Y** is a true and correct copy of the Notice of Related Case filed by Mr. Cohen in the Second California Action.

22. Attached hereto as **Exhibit Z** is a true and correct copy of the Order Re Transfer Pursuant to General Order 16-05 (Related Cases) entered by Judge Otero in the Second California Action.

23. On July 9, 2018, Mr. Cohen filed a Motion to Stay the Second California Action. The Motion to Stay is based upon the Stay Order entered in the First California Action. The Motion to Stay is set for hearing on August 6, 2018, and is Docket No. 28 in the Second California Action, Case No. 2:18-cv-05052-SJO-FFM.

24. On or about February 22, 2018, EC filed an arbitration proceeding with ADR Services, Inc. ("ADRS") in Los Angeles (the "Arbitration"), pursuant to the arbitration provision in the Settlement Agreement.

25. On February 27, 2018, upon EC's emergency application for a Temporary Restraining Order ("TRO"), the arbitrator (a retired California Superior Court judge) issued an order prohibiting Plaintiff from violating the Settlement Agreement by, among other things, disclosing any Confidential Information to the media or in court filings. A true and correct copy of the TRO is attached hereto as **Exhibit AA**.

/ / /

/ / /

/ / /

26. On March 13, 2018, the Arbitration was stayed by ADRS, pending determination of the Arbitration Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2018, at Los Angeles, California.

*/s/ Charles J. Harder*
CHARLES J. HARDER