# Exhibit G



# Daily Mail
.com

# News

| Home | U.K. | **News** | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists | DailyMailTV |

| Latest Headlines | Royal Wedding | *News* | World News | Arts | Headlines | Pictures | Most read | Wires | Coupons |   Login |

ADVERTISEMENT



WeatherTab

Enter Zip
Code or City

1. **Click** "Local Weather"
2. **Add** Extension
3. **Get** Weather!

Local Weather

# EXCLUSIVE: How Stormy Daniels tried to sell story about her one-night-stand with Donald Trump for $200,000 THREE weeks before the election but worked out a deal with Trump's lawyer Michael Cohen after she got no takers

- Stormy Daniels's manager offered her client's story to celebrity magazines, television shows and websites in the run-up to the 2016 election
- The titillating tell all was peddled to the media around October 17, three weeks before the election
- But the adult actress apparently had no takers as Hillary was expected to win at the time, and Stormy's story would have been worth a fraction of her asking price
- Daniels then accepted the $130k from Trump's lawyer Michael Cohen, who had made her the offer after Trump won the nomination
- 'It looks to me that she accepted Cohen's money because she could not get the money she wanted from anyone else,' one media executive said
- Daniels told her version of her tryst with Trump to Anderson Cooper on CBS's 60 Minutes on Sunday
- Stormy made it seem as though she did not seek to sell her story, telling Cooper: 'Suddenly people are reaching out to me again, offering me money. Large amounts of money'

By MARTIN GOULD FOR DAILYMAIL.COM

PUBLISHED: 14:30 EDT, 29 March 2018 | UPDATED: 16:08 EDT, 29 March 2018

      **2.4k** shares    **480** View comments

The porn star whose bombshell claims about sex with **Donald Trump** have rocked his

● Site ○ Web   Enter your search   Search

ADVERTISEMENT

Ad



**Bluetooth hearing aids will change your life**

Bluetooth hearing aids will change your life. Sign up for a Risk-Free Trial!

LEARN MORE

 Like Daily Mail    +1 Daily Mail
 Follow @DailyMail    Follow Daily Mail
 Follow @dailymailuk     Follow Daily Mail



The porn star whose bombshell claims about sex with **Donald Trump** have rocked his presidency desperately tried to sell her story for $200,000 — nearly 50 percent more than the 'hush' money she received, DailyMail.com can reveal.

Stormy Daniels's manager made the rounds of celebrity magazines, television shows, and websites in the run-up to the 2016 presidential election, hoping someone would bite.

She promised a story of Stormy's titillating sexcapade with the man who would soon be in the Oval Office.

But with polling day getting ever closer, and her chances of a payday getting more remote as Trump appeared doomed to lose to **Hillary Clinton**, Daniels gave up on her money chase and accepted the $130,000 that Trump attorney Michael Cohen had dangled in front of her in a bid to keep the story quiet.

Cohen insists he paid the money out of his own pocket and was not reimbursed by either the Trump campaign or the Trump Organization.

'It looks to me that she accepted Cohen's money because she could not get the money she wanted from anyone else,' one media executive said.



**Stormy Daniels's tried to sell her story about sex with Trump to multiple celebrity magazines, television shows, and websites in the run-up to the 2016 election**



## FEMAIL TODAY

▶ **The last goodbye: Prince Harry had an 'emotional' phone call with his 'tearful' ex-girlfriend Chelsy Davy ahead of his wedding to Meghan**


▶ **Kim Kardashian shares never-seen-before photo from wedding to Kanye West to mark their four-year anniversary**
She paid tribute to hubby


▶ **Ryan Reynolds credits wife Blake Lively with helping him fix relationship with his late dad... as star reveals battles with depression and anxiety**


▶ **Blue Ivy the boss strikes again! Beyonce's girl scolds grandma for breaking rules by taking pictures at Paris Ballet**
Tina took to Instagram to share the experience


▶ **Should you buy designer fashion on Amazon? Stylist reveals which top-end pieces are worth picking up online**
Lots of big name brands


▶ **Morgan Freeman APOLOGIZES after being accused of sexual harassment by eight women including CNN reporter who says he called her 'ripe'**


▶ **Ready for summer! Princess Eugenie dons a daring floral frock as she joins cousin William at a star-studded Buckingham Palace reception**


▶ **'You took that choice away from me': John Cena gets frustrated with Nikki Bella as she confesses to picking his best man for him**
Fighting over wedding


▶ **David Cross 'storms off in middle of interview with Stephen Colbert and cries' after host's insults**
Commedian later hugged it out with host

▶ **Cristiano Ronaldo's girlfriend Georgina Rodriguez exhibits her incredible post-baby**




© © Myspace:Stormy Daniels

+6

**Stormy's manager had promised a titillating story of their one-night-stand. Daniels provided this picture of herself with Trump to back her claim**



Daily**Mail** ▶  **Stormy Daniels tried to sell story weeks before election**

▶◀  ▶  ▶▶  🔊       1:00 / 1:21    f  🐦  ✉  ⤴  🔗  </>       ⚙  ⛶

DailyMail.com was among the outlets approached by Stormy's manager Gina Rodriguez in October 2016. We turned her down.

Daniels told her version of her tryst with Trump to Anderson Cooper on CBS's 60 Minutes on Sunday. Cooper reported that she had sold her story to a tabloid.

▶ **Cristiano Ronaldo's** ... Rodriguez exhibits her incredible post-baby body in skimpy sports bra for workout in Madrid



▶ **Michelle Obama** reveals cover of her new memoir BECOMING - after sharing intimate unseen photos from her childhood to her wedding day



ADVERTISEMENT

▶ **Bachelorette Becca Kufrin** seen kissing mystery man who could be her fiancé ahead of season premiere
She was left heartbroken by Arie Luyendyk Jr.



▶ **Smooth operator!** Minnie Driver, 48, is remarkably wrinkle-free at Phenoms premiere in West Hollywood... after settling fight with neighbor



▶ **Hilaria Baldwin** shows off impressive post-baby body ONE WEEK after welcoming son Romeo as she is seen in NYC with hubby Alec
She's got four kids

+99 NEW ARTICLES    ⌃ Top

f Share

▶ **Wonder in white!** Model Pia Muehlenbeck



Daniels told her version of her tryst with Trump to Anderson Cooper on CBS's 60 Minutes on Sunday. Cooper reported that she had sold her story to a tabloid magazine for $15,000 years before, but it did not run because of libel threats from Cohen and she was never paid.

After Trump won the Republican presidential nomination interest in Daniels's story grew and she claims she turned down offers to speak.

Stormy made it seem as though she did not seek to sell her story, telling Cooper: 'Suddenly people are reaching out to me again, offering me money. Large amounts of money. Was I tempted? Yes - I struggle with it,' she told Cooper.

Then, she claims, Cohen approached her with his $130,0000 offer.

But the fact is that Stormy's team was aggressively pursuing a deal to sell her story to the highest bidder.

During the 60 Minutes interview, Daniels, 39, said she had 'swatted' the future president's backside a couple of times with a copy of Trump Magazine and that they had had sex just once in a Nevada hotel suite.

Cooper did not ask her to elaborate on what the sex was like.

Daniels, 39, an adult film actress whose body of work includes The Witches of Breastwick, Camp Cuddlypines Powertool Massacre, and Spreading My Seed, mused to Cooper on whether she should now be speaking out.

She pointed out she was not being paid for the interview and when Cooper asked her if the notoriety would help her 'Make America Horny Again' tour of strip clubs, she replied that she could end up being shunned.

**Stormy Daniels breaks silence on Trump relationship**



She's got four kids

▶ Wonder in white! Model Pia Muehlenbeck displays her flawless physique in a skimpy white bikini as she soaks up the sun in Thailand


▶ Bella Thorne wears skimpy pink negligee vest and pants to complement her flaming hair
Posed at SiriusXM Studios this Thursday


▶ Jennifer Lopez sizzles in lingerie and romps around in bed with Cardi B in lavish Dinero music video
The 48-year-old star flies through string of outfits


▶ Paris Jackson goes make-up free and rocks a casual ensemble as she lands in France after hitting back at trolls
Michael's daughter was cutting a low-key figure


▶ The simple gesture that proves Meghan's a 'keeper': Royal watchers praise feminist Duchess for opening Harry's car door as they left for their reception


▶ Trump gives posthumous pardon to black boxer who was made a criminal for having a white girlfriend - after Sylvester Stallone intervened


▶ Sarah Paulson looks fab in floral... after revealing how Drew Barrymore reacted to her impression
Ran into each other at Ellen's 60th birthday


ADVERTISEMENT





© AFP/Getty Images

**Daniels ultimately did not receive any takers on her story because Hillary Clinton was expected to secure the presidency, meaning her story would have been worth a fraction of her asking price**





© AP  © Getty Images

**She was then forced to accept the $130k 'hush money' from Trump's lawyer Michael Cohen (left) who had made her the offer after Trump won the nomination**

'I could automatically be alienating half of my fan base right at this very moment,' she said.

But in 2016, Daniels saw her opportunity to cash in on the one-night-stand that she says occurred 10 years earlier, and she had a picture of herself in a body-hugging cropped black tank top standing next to Trump in a yellow golf shirt and red cap, to back her claim.

Rodriguez pushed Daniels's story to the media around October 17, three weeks before the election and the same day that Cohen registered a limited liability company called Essential Solutions in Delaware. Rodriguez said she was keen for the



DON'T MISS THE **NEXT EPISODE**
CHECK YOUR LOCAL LISTINGS

DailyMail.com


▶ **Revealed: How confident Princess Charlotte, 3, took charge of other bridesmaids at wedding - telling the others 'no - you can't go yet'**


▶ **Olivia Munn struts around in thigh-high boots and sheer dress... after discussing Aaron Rodgers split**
The 37-year-old actress left little to imagination


▶ **Queer Eye tells fans to 'get tissues ready' ahead of the season two premiere on Netflix June 15**
Stellar photo of the Fab Five all looking sharp


▶ **Ariana Grande reveals tiny bee tattoo in tribute to victims of Manchester terror attack... after spending one-year anniversary at family vigil**


▶ **Nikki Bella flashes her abs and sculpted arms as she poses in crop top for Red Nose Day...after making beau John Cena mad with her gossipy ways**


▶ **Irina Shayk looks oh so chic in black frock on outing with baby Lea De Seine**
Enjoyed a sunlit walk in the West Village with her toddler


▶ **A VIP visitor for Prince Louis? Sunglasses-clad Queen Elizabeth drops in at Kensington Palace just a day after Kate's mom Carole Middleton stopped by**

▶ **Lady Gaga puts on an elegant display in black gown as she enjoys night out in New York with pals**
Chatted outside bar and puffed on a cigarette

NEW ARTICLES  +99    Top

  Share

Rodriguez pushed Daniels's story to the media around October 17, three weeks before the final presidential debate on October 19, she sent it to an LLC company called Essential Solutions in Delaware. Rodriguez said she was keen for the story to appear before the final presidential debate between Trump and Clinton, set for October 19.

Some 10 days later, Essential Solutions paid Daniels $130,000 after she signed an agreement not to talk about Trump. The agreement used pseudonyms — David Dennison for Trump and Peggy Peterson for Daniels.

Daniels and her attorney Michael Avenatti claim the agreement is non-binding because Trump did not sign in, although Cohen did.

Trump, then 60, was playing in a celebrity golf tournament at the Edgewood Tahoe Golf Course in Stateline, Nevada, in July 2006, finishing 62nd in a field of 80. Daniels was working a gifting suite for Wicked Pictures, one of the leading porn companies, and says he invited her up to his suite at the Harrah's Casino.


© AP

Attorney Michael Avenatti, who is representing Daniels, says the $130,000 agreement was not binding because Trump did not sign it

Trump's wife Melania had given birth to their only child, Barron, just three months earlier.

Once she got to the room, Daniels says Trump showed her a copy of his new magazine — which had a picture of the businessman in a navy suit and blue tie on the cover under the caption 'On Top of the World.'

She says she asked him whether boasting about himself normally worked with women, a question she says surprised him.

'He looked very taken aback, like he didn't really understand what I was saying.' she told Cooper.

'And I was like, "Someone should take that magazine and spank you with it." I don't think anyone's ever spoken to him like that, especially, you know, a young woman who looked like me.

'And I said "Give me that," and I just remember him going, "You wouldn't." Hand it over." And so he did, and I was like, "Turn around, drop 'em."

'So he turned around and pulled his pants down a little,' she added saying he was wearing underwear. 'I just gave him a couple swats.'

Daniels — real name Stephanie Clifford — said Trump then stopped talking about himself and even offered to see if he could persuade NBC executives to allow her to appear on his TV show, Celebrity Apprentice.


White House denies Trump has sexual relationship with Stormy


gown as she enjoys night out in New York
Chatted outside bar and puffed on a cigarette


▶ Ali Fedotowsky of The Bachelor fame welcomes 'sweet' baby boy with husband Kevin Manno
Tot weighed in at a bouncing 8lbs 11oz


▶ Jane Fonda, 80, defends her decision to 'close up shop down there' as she tells older women they don't 'have to have sex'
Star has made mind up

ADVERTISEMENT


DailyMail.com


▶ 'That's not the search box': Breaking Bad actor Dean Norris suffers epic Twitter fail and is mercilessly mocked by fans when he tweets 'sex gifs'

▶ Jason Bateman apologizes for appearing to defend Jeffrey Tambor while Arrested Development co-star cried about being harassed by him on set

▶ Cheryl Burke thought fiancé Matthew Lawrence's proposal was a BREAKUP until the very last moment


+99
NEW ARTICLES
Top

Share



Watch the full video

0:00 / 3:36



© instagram / Karen McDougal    +6

Daniels's account had many similarities to one from former Playboy centerfold Karen MacDougal, who says she had a year-long affair with Trump starting in June 2006



Trump says Stormy Daniels is not his type


fiancé Matthew
Lawrence's proposal
was 'romantic' until
the very last moment
DWTS hoofer dishes on
their romance


Going to pot! Gwyneth
Paltrow admits to
Howard Stern she
smokes marijuana... and
hints her celebrity pals
do too
Spilled her secrets


Sour Samantha Markle
continues to wage war:
Meghan's half-sister
defends their father's
staged paparazzi shots
after being snubbed
from wedding


Bachelorette star
Meredith Phillips claims
she was drugged and
sexually assaulted on
set by show's female
masseuse 'who rubbed
areas she shouldn't'


Emilia Clarke teases
'weird' end for her
character Daenerys in
Game Of Thrones
finale... as star reveals
she REFUSES to date
any actors again


'I literally hired Harry
Potter and Spanx':
Mom-of-two Kelly
Clarkson jokes about
her recent weight loss
as she shows off her
shape


Gwyneth Paltrow steps
out in New York City
after revealing her
relationship with ex Ben
Affleck was 'very much
a lesson'
Actress opened up


'Don't invite people on
your stage if you don't
want them singing your
songs': Ice Cube weighs
in on Kendrick Lamar
debacle after white fan
sang N-word


Sarah Hyland stuns in
lace burgundy bralette
as she films new movie
The Wedding Year
The Modern Family star,
27, wowed once again as
she got to work


Meghan gets Queen
Elizabeth's special
adviser: Harry's bride
will spend 'six months
listening' to palace aide
to learn how to be an
effective royal


+99
NEW
ARTICLES    Top

Share


Kim Kardashian's
daughter North, 4,
follows in her mother's
footsteps as she
clutches onto her phone

---

Document title: Stormy Daniels tried to sell story on Trump weeks before election | Daily Mail Online
Capture URL: http://www.dailymail.co.uk/news/article-5554437/Stormy-Daniels-tried-sell-story-sex-Trump-200-000-weeks-election.html
Capture timestamp (UTC): Thu, 24 May 2018 18:24:16 GMT

Page 7 of 10




footsteps as she clutches onto her phone during family trip to Disneyland


Donald Glover and girlfriend Michelle shop in New York City with their five-month-old son
Couple enjoyed some retail therapy in a sunny Big Apple


Donald Trump Jr's estranged wife Vanessa is spotted walking home amid their divorce battle - while their son Tristan twirls on the sidewalk under some bubbles


Bella Thorne poses TOPLESS as she showcases behind-the-scenes shots of her racy shoot online
She's never shied away from showing her body


Europe's royals are 'very miffed' after being snubbed for Prince Harry's wedding to Meghan Markle despite 'inviting the Windsors to everything'


A very regal accessory! Queen Maxima wears a statement gold headpiece for an engagement with Luxembourg's royals


Is soccer star Ronaldinho marrying TWO women at the same time? Brazilian 'proposed to both his girlfriends after living together in his $7m pad'


EXCLUSIVE: Real Housewives of New York star Ramona Singer opens the doors of her stunning renovated Hamptons house to DailyMailTV


The spitting image! Camilla examines pupils' sweet attempts at drawing her portrait during a visit to Gloucester (so did they capture her likeness?)

Let's do it! Jennifer Lopez, 48, slips her toned frame into skimpy sports bra as she works out with shirtless beau Alex Rodriguez in Miami





Cynthia Nixon gets less than 5 per cent of the votes at Democratic convention after Hillary Clinton snubs Sex and

After dinner in the room, she says she went to the bathroom and when she returned she found Trump 'perched' on the edge of the bed.

'I realized exactly what I'd gotten myself into. And I was like, "Ugh, here we go." And I just felt like I had it coming for making a bad decision for going to someone's room alone and I just heard the voice in my head, "Well, you put yourself in a bad situation and bad things happen, so you deserve this."

They then had unprotected sex, she claims, although Cooper did not ask her for any further details. She said she did not consider herself a victim as the sex was consensual, even though she insists she was not physically attracted to him.

Trump denies ever having sex with Daniels, but the $130,000 payout could bring more problems to his presidency as there are now calls to have it investigated as an illegal campaign contribution from Cohen.

## SHARE THIS ARTICLE



**2.4k** shares

### RELATED ARTICLES


Now Stormy¿s lawyer will try to depose President Trump and...


¿Sound familiar?¿: Megyn Kelly says she was threatened by...


Trump is 'obsessed' with going after Amazon because


White House claims Trump is TOO BUSY to tweet about Stormy...

Daniels said she stayed in contact with Trump and went to his suite at the Beverly Hills Hotel the following year to discuss her possible appearance on Celebrity Apprentice. She said he made her watch a Shark Week documentary and then came on to her but she left without having sex.

Daniels's account had many similarities to one from former Playboy centerfold Karen MacDougal, who says she had a year-long affair with Trump starting in June 2006, the month before his alleged night with Daniels.

Both said Trump had told them they reminded him of his daughter Ivanka, and both said he told them that he and Melania slept in separate rooms despite only being married for around 18 months at the time.

Clifford said Trump offered to pay her for the sex. Cooper did not ask Daniels whether he made a similar offer to her.

Clifford said Trump offered to pay her for the sex, Cooper did not ask Daniels whether he made a similar offer to her.



**Stormy Daniels: I was threatened to drop Trump affair story.**

Courtesy of CBS "60 Minutes"

0:00 / 2:29

ADVERTISEMENT

## Share or comment on this article:



**2.4k** shares

### FROM THE WEB

Sponsored Links by Taboola



**Identical Sisters Born In 2010 Have Grown Up To Become Most Beautiful Twins In The...**
Give It Love



**This Photographer Snuck 28 Illegal Photos Out Of North Korea**
StandardNews



**4 Stages To A Heart Attack — Are You At Risk?**
Gundry MD



**Wife Passes Away Hours After Giving Birth. Then Husband's Instinct Tells Him To Check ...**
DirectExpose



**Meghan Markle is Moving to the Palace: See Her Former Home**
Lonny



**Homeless Cat Refuses Food Unless It's In A Bag Until One Day Rescuers Follow Her An...**
Boredom Therapy






► Cynthia Nixon gets less than 5 per cent of the vote at Democratic convention after Hillary Clinton snubs Sex and the City star in favor of Andrew Cuomo



► Angelina Jolie is 'furious she can't take her children out of the US' amid Brad Pitt custody battle as she prepares to shoot Maleficent 2 in London




► Lena Dunham admits Jennifer Garner 'knocked it out of the park' while reviewing her blueberry buckle cake
Revealed a new skill

ADVERTISEMENT



**3 Common Foods Surgeons Are Now Calling "Death Foods"**
IMD

► Check mate! Toni Collette steps out in red tartan dress as the Australian talent embarks on press duties for new film Hereditary in LA



► 'Can't wait to swim this week': Bella Hadid goes braless while posing against beautiful sunset in serene social media snap
Fun in the sun



► Bryce Dallas Howard sports two ladylike mid-length dresses in London as she promotes new film Jurassic World: Fallen Kingdom



► Plus-size model Tess Holliday blasts 'appalling' photo-editing app that stole her images, then showed how to make her THINNER in its ads



► 'No one whines or screams like you': Bethenny Frankel and Carole Radziwill have Roaring Twenties spat on The Real Housewives Of NYC



► 'Harry is Meghan's protector': Palm reader

+99 NEW ARTICLES    Top

Share

# Exhibit H

1  BLAKELY LAW GROUP
2  BRENT H. BLAKELY (CA Bar No. 157292)
   1334 Parkview Avenue, Suite 280
3  Manhattan Beach, California 90266
4  Telephone:  (310) 546-7400
   Facsimile:  (310) 546-7401
5  Email:      BBlakely@BlakelyLawGroup.com

6
   Attorneys for Defendants
7  ESSENTIAL CONSULTANTS, LLC and
8  MICHAEL COHEN

9            UNITED STATES DISTRICT COURT
10           CENTRAL DISTRICT OF CALIFORNIA
11

12 STEPHANIE CLIFFORD a.k.a.              Case No. 2:18-CV-02217-SJO-FFM
   STORMY DANIELS a.k.a. PEGGY
13 PETERSON, an individual,              **DECLARATION OF MICHAEL D.**
                                         **COHEN IN SUPPORT OF MOTION**
14                                       **TO STRIKE OR, ALTERNATIVELY,**
               Plaintiff,                **DISMISS FIRST AMENDED**
15                                       **COMPLAINT**
16       v.

17 DONALD J. TRUMP a.k.a. DAVID          Assigned for All Purposes to the
18 DENNISON, an individual,              Hon. S. James Otero
   ESSENTIAL CONSULTANTS, LLC, a
19 Delaware Limited Liability Company,   **Date:      May 7, 2018**
   MICHAEL COHEN, an individual, and     **Time:      10:00 a.m.**
20 DOES 1 through 10, inclusive,         **Location:  350 West 1st Street**
21                                                  **Courtroom 10C, 10th Floor**
                                                    **Los Angeles, CA 90012**
22             Defendants.
                                         Action Filed:  March 6, 2018
23

24
25
26
27
28

## DECLARATION OF MICHAEL D. COHEN

I, Michael D. Cohen, declare as follows:

1.     I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would competently testify to the matters stated herein.

2.     On or about October 26, 2016, defendant Essential Consultants, LLC ("EC") and Plaintiff Stephanie Clifford aka "Stormy Daniels" aka "Peggy Peterson" aka "PP" ("Clifford" or "Plaintiff") entered into a *Confidential Settlement Agreement and Mutual Release* (the "Settlement Agreement").

3.     I signed the Settlement Agreement on behalf of EC on or about October 28, 2016.  Clifford signed the Settlement Agreement on or about the same date.  Thereafter, EC paid Clifford, and she accepted $130,000 pursuant to the Settlement Agreement.  At no time between Clifford's execution of the Settlement Agreement, and the filing of this lawsuit, did Clifford or her attorney ever communicate any assertion to me that the Settlement Agreement was invalid or unenforceable for any reason, including because it was not signed by "David Dennison" or Defendant Donald Trump, or make any attempt to return the $130,000 that EC paid to Clifford.

4.     To the best on my knowledge, Clifford performed all of her obligations under the Settlement Agreement for approximately sixteen months following its execution, and made no public statements disclosing Confidential Information (as defined in the Settlement Agreement) during that time.  Prior to February 2018, Clifford's only complaint relating to the Settlement Agreement was in October 2016, prior to her execution of the Settlement Agreement, when she complained through her attorney that she was not receiving the $130,000 payment quickly enough.

5.     On or about January 10, 2018, Plaintiff issued a signed statement denying that she had a sexual and/or romantic affair with Mr. Trump (the "January 10, 2018 Written Denial").  I had no involvement in the drafting or wording of the January 10, 2018 Written Denial. I did not request that Plaintiff issue the January 10, 2018 Written Denial, nor approve of its wording prior to issuance.  I was sent a copy

1  of the January 10, 2018 Written Denial by Plaintiff's former counsel after it was
2  provided to the media. A true and correct copy of the January 10, 2018 Written
3  Denial is attached hereto as **Exhibit A**.

4       6.     On or about January 30, 2018, Plaintiff issued a signed statement entitled
5  "Official Statement of Stormy Daniels," wherein she again denied having a sexual
6  relationship with Mr. Trump (the "January 30, 2018 Written Denial"). I had no
7  involvement in the drafting or wording of the January 30, 2018 Written Denial. I did
8  not request that Plaintiff issue the January 30, 2018 Written Denial, nor approve of its
9  wording prior to issuance. I was sent a copy of the January 30, 2018 Written Denial
10  by Plaintiff's former counsel after it was provided to the media. A true and correct
11  copy of the January 30, 2018 Written Denial is attached hereto as **Exhibit B**.

12       7.     I have never communicated directly with Plaintiff, orally or in writing.
13  All of my communications with Plaintiff have been through her counsel.

14       8.     On or about February 22, 2018, EC filed an arbitration proceeding at
15  ADR Services, Inc. ("ADRS") in Los Angeles (the "Arbitration"), pursuant to the
16  arbitration provision in the Settlement Agreement.

17       9.     In the Arbitration, EC brought an emergency application for a
18  Temporary Restraining Order; ADRS appointed an emergency arbitrator (a retired
19  California Superior Court judge); and the arbitrator reviewed the papers, found that
20  EC had met its initial burden and granted the application. The arbitrator entered an
21  order prohibiting Clifford from violating the Settlement Agreement by, among other
22  things, disclosing any Confidential Information to the media or in court filings.

23       I declare under penalty of perjury under the laws of the United States of
24  America that the foregoing is true and correct.

25       Executed on April 9, 2018, at New York, New York.

26

27

28                                MICHAEL D. COHEN

-3-
DECLARATION OF MICHAEL D. COHEN

# Exhibit A

January 10, 2018

TO WHOM IT MAY CONCERN:

I recently became aware that certain news outlets are alleging that I had a sexual and/or romantic affair with Donald Trump many, many, many years ago. I am stating with complete clarity that this is absolutely false. My involvement with Donald Trump was limited to a few public appearances and nothing more. When I met Donald Trump, he was gracious, professional and a complete gentleman to me and EVERYONE in my presence.

Rumors that I have received hush money from Donald Trump are completely false. If indeed I did have a relationship with Donald Trump, trust me, you wouldn't be reading about it in the news, you would be reading about it in my book. But the fact of the matter is, these stories are not true.

Stormy Daniels

Case 2:18-cv-02217-SJO-FFM Document 31-2 Filed 04/09/18 Page 6 of 7 Page ID #:196

# Exhibit B

### Official Statement of Stormy Daniels

January 30, 2018

To Whom It May Concern:

Over the past few weeks I have been asked countless times to comment on reports of an alleged sexual relationship I had with Donald Trump many, many, many years ago.

The fact of the matter is that each party to this alleged affair denied its existence in 2006, 20011, 2016, 2017 and now again in 2018. I am not denying this affair because I was paid "hush money" as has been reported in overseas owned tabloids. I am denying this affair because it never happened.

I will have no further comment on this matter. Please feel free to check me out on Instagram at @thestormydaniels.

Thank you,

Stormy Daniels

# Exhibit I



  

FULL EPISODES

US

**E! NEWS**

NEWS   LIFE/STYLE   ENTERTAINMENT   RED CARPET   EVENTS   VIDEOS   PHOTOS   E! SHOWS   MORE

# So True? So False? Did Donald Trump Cheat on Melania With a Porn Star?!

by NATALIE FINN | Wed., Oct. 12, 2011 2:51 PM



Ali Goldstein/NBC; Denise Truscello/WireImage





## LATEST NEWS



The Big Picture: Today's Hot Photos



Will Smith Addresses Jada Pinkett Smith Divorce Rumors in New Song

Did **Donald Trump** make a 'uge mistake?

According to rooted-in-scandal TheDirty.com, Trump stepped out on knockout wife **Melania Trump**—while she was pregnant with their son **Barron**—with porn star **Stormy Daniels**.

Ugh, he is *so* fired. Or is he?

Hang onto your trust funds, heirs, because this rumor is...

**READ: Donald Trump a Grandpa Again as Don Jr. Welcomes a "Beautiful" Son**

*So* false.

Both Trump *and* Daniels are vehemently denying the story about the two of them hooking up after Trump had played in a golfing event and then meeting up multiple times afterward. Daniels herself told E! News that she's not commenting, but the story is "bulls--t."

So you can imagine what Trump's lawyers are saying.

**MORE: Why Did Donald Trump Turn Down Kim Kardashian's Wedding Invitation?**

"The totally untrue and ridiculous story written by *Life & Style* Magazine about Donald J. Trump emanated from a sleazy and disgusting website which, upon strong notification, fully withdrew



Kim Kardashian Celebrates 4 Years of Marriage to Kanye West With Never-Before-Seen Wedding Photo



Spencer Pratt Is Going to Heal You...Through Naked Yoga?





its posting," read a statement to E! News from Michael Cohen, executive VP and special counsel to Trump.

"Correctly, upon seeing that the article was false, all other publications likewise withdrew and did not write their article. *Life & Style* magazine, however, informed our attorneys that 'it is too late...we have already gone to print and distribution,' even though, in fact, they were properly informed prior to going to print. The Trump Organization and Donald J. Trump will be bringing a lawsuit against the magazine.

"At the same time," Cohen concluded, "Mr. Trump and the Trump Organization would like to thank and commend Stormy Daniels and her attorneys for their honesty and swift actions."

A-plus for the XXX star!

**GALLERY: Today's Hottest Pics**

## You May Also Like



Morgan Freeman Responds to Multiple Sexual Harassment Allegations



Chris Hemsworth Dancing to Miley Cyrus' "Wrecking Ball" Solidifies His Cool Dad Status, Plus 7 More Times He Was the Best!

SmartFeed



[Photos] Meghan Markle Is No Longer Allowed To Wear This Now That She's A Royal
*Sponsored | Direct Expose*



We're Telling You: These Are The Perfect Flats
*Sponsored | T+L - Style*



[Gallery] Why Kate Can Wear A Tiara



Discover New Luxury Cars Sure To



All The Famous Guests & What They

# Exhibit J

## STORMY DANIELS AKA STEPHANIE CLIFFORD INTERVIEWS

|  | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 1. | 3/25/18 | 60 Minutes | CBS | Anderson Cooper |

## MICHAEL AVENATTI AND STORMY DANIELS INTERVIEWS

|  | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 1. | 4/17/18 | The View | ABC | Woopie Goldberg & others |

## MICHAEL AVENATTI INTERVIEWS

|  | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 1. | 3/7/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 2. | 3/7/18 | CBS This Morning | CBS | Gayle King |
| 3. | 3/7/18 | The Today Show | NBC | Savannah Guthrie |
| 4. | 3/9/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 5. | 3/9/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 6. | 3/9/18 | New Day | CNN | Chris Cuomo |
| 7. | 3/12/18 | New Day | CNN | Chris Cuomo |
| 8. | 3/12/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 9. | 3/12/18 | All Things Considered | NPR | Ari Shapiro |
| 10. | 3/16/18 | New Day | CNN | Chris Cuomo |
| 11. | 3/16/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 12. | 3/16/18 | The Lead With Jake Tapper | CNN | Jake Tapper |
| 13. | 3/19/18 | AM Joy | MSNBC | Joy-Ann Reid |
| 14. | 3/19/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 15. | 3/20/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 16. | 3/20/18 | The Last Word | MSNBC | Ari Melber |
| 17. | 3/21/18 | Fox News @ Night | Fox News | Shannon Bream |

|  | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 18. | 3/22/18 | The Lead With Jake Tapper | CNN | Jake Tapper |
| 19. | 3/26/18 | Morning Joe | MSNBC | Joe Scarborough |
| 20. | 3/26/18 | New Day | CNN | Alisyn Camerota |
| 21. | 3/26/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 22. | 3/26/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 23. | 3/26/18 | CBS This Morning | CBS | Gayle King |
| 24. | 3/26/18 | Good Morning America | ABC | George Stephanopoulos |
| 25. | 3/26/18 | The Today Show | NBC | Savannah Guthrie |
| 26. | 3/27/18 | All In With Chris Hayes | MSNBC | Chris Hayes |
| 27. | 3/28/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 28. | 3/28/18 | CBS This Morning | CBS | Gayle King & others |
| 29. | 3/29/18 | Wolf | CNN | Wolf Blitzer |
| 30. | 3/30/18 | New Day | CNN | Alisyn Camerota |
| 31. | 3/29/18 | Erin Burnett OutFront | CNN | Erin Burnett |
| 32. | 3/30/18 | New Day | CNN | Alisyn Camerota |
| 33. | 4/4/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 34. | 4/4/18 | Megyn Kelly Today | NBC | Megyn Kelly |
| 35. | 4/4/18 | New Day | CNN | Alisyn Camerota |
| 36. | 4/5/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 37. | 4/5/18 | The Last Word with Lawrence O'Donnell | MSNBC | Lawrence O' Donnell |
| 38. | 4/9/18 | AM Joy | MSNBC | Joy Reid |
| 39. | 4/9/18 | New Day | CNN | Alisyn Camerota |
| 40. | 4/9/18 | The Last Word with Lawrence O'Donnell | MSNBC | Lawrence O' Donnell |
| 41. | 4/9/18 | The Beat With Ari Melber | MSNBC | Ari Melber |

|     | Date    | Title of Show                              | Network                   | Host                               |
|-----|---------|--------------------------------------------|---------------------------|------------------------------------|
| 42. | 4/9/18  | The Last Word with Lawrence O'Donnell      | MSNBC                     | Lawrence O' Donnell                |
| 43. | 4/10/18 | Anderson Cooper 360°                        | CNN                       | Anderson Cooper                    |
| 44. | 4/10/18 | The 11th Hour                    | MSNBC                     | Nicolle Wallace                    |
| 45. | 4/11/18 | New Day                                     | CNN                       | Alisyn Camerota                    |
| 46. | 4/12/18 | Deadline White House                        | MSNBC                     | Nicolle Wallace                    |
| 47. | 4/12/18 | The Situation Room                          | CNN                       | Wolf Blitzer                       |
| 48. | 4/13/18 | Good Morning Britain                        | Good Morning Britain      | Kate Garraway and Ranvir Singh     |
| 49. | 4/13/18 | The Beat With Ari Melber                     | MSNBC                     | Ari Melber                         |
| 50. | 4/14/18 | Larry King Now                              | Ora.TV                    | Larry King                         |
| 51. | 4/15/18 | State of the Union                          | CNN                       | Jake Tapper                        |
| 52. | 4/16/18 | AM Joy                                       | MSNBC                     | Joy Reid                           |
| 53. | 4/16/18 | The Beat With Ari Melber                     | MSNBC                     | Ari Melber                         |
| 54. | 4/17/19 | Morning Joe                                 | MSNBC                     | Joe Scarborough                    |
| 55. | 4/18/18 | The Situation Room                          | CNN                       | Wolf Blitzer                       |
| 56. | 4/18/18 | CNN Tonight                                 | CNN                       | Don Lemon                          |
| 57. | 4/19/18 | Outfront                                     | CNN                       | Erin Burnett                       |
| 58. | 4/20/18 | The Lead                                    | CNN                       | Jake Tapper                        |
| 59. | 4/20/18 | Real Time                                    | HBO                       | Bill Maher                         |
| 60. | 4/20/18 | The Circus                                   | Showtime                  | John Heilemann                     |
| 61. | 4/23/18 | The Beat                                    | MSNBC                     | Ari Melber                         |
| 62. | 4/23/18 | AM Joy                                       | MSNBC                     | Joy Reid                           |
| 63. | 4/25/18 | The Last Word                               | MSNBC                     | Lawrence O'Donnell                 |
| 64. | 4/25/18 | CNN Tonight                                 | CNN                       | Don Lemon                          |

|     | Date    | Title of Show            | Network | Host                       |
|-----|---------|--------------------------|---------|----------------------------|
| 65. | 4/26/18 | Morning Joe              | MSNBC   | Joe Scarborough            |
| 66. | 4/26/18 | Deadline                 | MSNBC   | Nicolle Wallace            |
| 67. | 4/26/18 | The Beat                 | MSNBC   | Ari Melber                 |
| 68. | 4/26/18 | The Last Word            | MSNBC   | Lawrence O'Donnell         |
| 69. | 4/27/18 | The View                 | ABC     | Joy Behar & others         |
| 70. | 4/29/18 | State of the Union       | CNN     | Jake Tapper                |
| 71. | 4/30/18 | Anderson Cooper 360°     | CNN     | Anderson Cooper            |
| 72. | 5/1/18  | New Day                  | CNN     | Alysyn Camerota            |
| 73. | 5/1/18  | CNN Tonight              | CNN     | Don Lemon                  |
| 74. | 5/2/18  | The Last Word            | MSNBC   | Lawrence O'Donnell         |
| 75. | 5/3/18  | Morning Joe              | MSNBC   | Joe Scarborough and Others |
| 76. | 5/3/18  | CBS This Morning         | CBS     | Gayle King                 |
| 77. | 5/3/18  | New Day                  | CNN     | Alisyn Camerota            |
| 78. | 5/3/18  | The Late Show            | CBS     | Stephen Colbert            |
| 79. | 5/3/18  | The Last Word            | MSNBC   | Lawrence O'Donnell         |
| 80. | 5/3/18  | Hardball                 | MSNBC   | Chris Matthews             |
| 81. | 5/6/18  | Face the Nation          | CBS     | Margaret Brennan           |
| 82. | 5/6/18  | This Week - ABC News     | ABC     | George Stephanopoulos      |
| 83. | 5/6/18  | Meet the Press           | NBC     | Chuck Todd                 |
| 84. | 5/7/18  | The Beat with Ari Melber | MSNBC   | Ari Melber                 |
| 85. | 5/7/18  | The Beat with Ari Melber | MSNBC   | Ari Melber                 |
| 86. | 5/8/18  | The Last Word            | MSNBC   | Lawrence O'Donnell         |
| 87. | 5/8/18  | Anderson Cooper 360°     | CNN     | Anderson Cooper            |
| 88. | 5/9/18  | Morning Joe              | MSNBC   | Mika Brzezinski            |

|      | Date    | Title of Show            | Network | Host                  |
|------|---------|--------------------------|---------|-----------------------|
| 89.  | 5/9/18  | Good Morning America     | ABC     | George Stephanopoulos |
| 90.  | 5/9/18  | The Rachel Maddow Show   | MSNBC   | Rachel Maddow         |
| 91.  | 5/9/18  | The Lead with Jake Tapper | CNN    | Jake Tapper           |
| 92.  | 5/9/18  | New Day                  | CNN     | Alisyn Camerota       |
| 93.  | 5/10/18 | Hardball                 | MSNBC   | Chris Matthews        |
| 94.  | 5/14/18 | Deadline                 | MSNBC   | Nicole Wallace        |
| 95.  | 5/14/18 | AM Joy                   | MSNBC   | Joy Reid              |
| 96.  | 5/14/18 | The Last Word            | MSNBC   | Lawrence O'Donnell    |
| 97.  | 5/15/18 | CNN Tonight              | CNN     | Don Lemon             |
| 98.  | 5/16/18 | The Beat with Ari Melber | MSNBC   | Ari Melber            |
| 99.  | 5/17/18 | Morning Joe              | MSNBC   | Mika Brzezinski       |
| 100. | 5/17/18 | Anderson Cooper 360°     | CNN     | Anderson Cooper       |
| 101. | 5/17/18 | Deadline                 | MSNBC   | Nicolle Wallace       |
| 102. | 5/18/18 | The Last Word            | MSNBC   | Lawrence O'Donnell    |
| 103. | 5/21/18 | AM Joy                   | MSNBC   | Joy Reid              |
| 104. | 5/22/18 | The Beat with Ari Melber | MSNBC   | Ari Melber            |
| 105. | 5/24/18 | The Situation Room       | CNN     | Wolf Blitzer          |
| 106. | 5/25/18 | The Beat with Ari Melber | MSNBC   | Ari Melber            |
| 107. | 5/27/18 | AM Joy                   | MSNBC   | Joy Reid              |
| 108. | 5/30/18 | The Beat with Ari Melber | MSNBC   | Ari Melber            |
| 109. | 5/30/18 | CNN Tonight              | CNN     | Don Lemon             |
| 110. | 5/30/18 | MSNBC Live               | MSNBC   | Craig Melvin          |
| 111. | 5/30/18 | The Lead                 | CNN     | Jack Tapper           |
| 112. | 6/6/18  | Deadline                 | MSNBC   | Nicole Wallace        |

|      | Date    | Title of Show                      | Network | Host                 |
|------|---------|------------------------------------|---------|----------------------|
| 113. | 6/6/18  | The Last Word                      | MSNBC   | Lawrence O'Donnell   |
| 114. | 6/7/18  | MSNBC Live                         | MSNBC   | Stephanie Ruhle      |
| 115. | 6/8/18  | Deadline                           | MSNBC   | Nicole Wallace       |
| 116. | 6/11/18 | AM Joy                             | MSNBC   | Joy Reid             |
| 117. | 6/13/18 | The Lead                           | CNN     | Jake Tapper          |
| 118. | 6/13/18 | The Last Word                      | MSNBC   | Lawrence O'Donnell   |
| 119. | 6/14/18 | The Late Show with Stephen Colbert | CBS     | Stephen Colbert      |
| 120. | 6/14/18 | CNN Tonight                        | CNN     | Don Lemon            |
| 121. | 6/15/18 | New Day                            | CNN     | Alisyn Camerota      |
| 122. | 7/2/18  | CNN Chief Whitehouse Correspondent | CNN     | Jim Acosta           |
| 123. | 7/2/18  | Nightly News                       | MSNBC   | Hallie Jackson       |
| 124. | 7/9/18  | New Day                            | CNN     | John Berman          |
| 125. | 7/9/18  | A.M. Joy                           | MSNBC   | Joy Reid             |
| 126. | 7/10/18 | The Beat                           | MSNBC   | Ari Melber           |
| 127. | 7/11/18 | The Beat                           | MSNBC   | Ari Melber           |
| 128. | 7/17/18 | Velshi & Ruhle                     | MSNBC   | Stephanie Ruhle      |

# Exhibit K

5/24/2018    Case 2:18-cv-06893-JLS-FFM    Document 11-5    Filed 07/23/18    Page 31 of 31    Page ID
The View on Twitter: "NEW: Stormy Daniels and her attorney @MichaelAvenatti reveal a sketch of the man she says threatened her to k...
#:210

Twitter has a new Terms of Service and Privacy Policy, effective May 25, 2018. Learn more    Got it 



**The View** ✓
@TheView

Follow

NEW: Stormy Daniels and her attorney @MichaelAvenatti reveal a sketch of the man she says threatened her to keep quiet about her alleged affair with Donald Trump.



3:23    123K views

**Daniels reveals sketch**
See the whole picture with @ABC News.

8:38 AM - 17 Apr 2018

**362** Retweets  **821** Likes   

💬 227       ⟲ 362       ♡ 821

   ListenToRella @rella6Cindy · Apr 21
Replying to @TheView @MichaelAvenatti
Sensationalism - not a publicity stunt ? Approached in a parking lot with a child & don't call police. Stormy, you discredited your array of stories on CBS. Making more money than the $130k that bought you out. Sharks on chum, The View.

💬            ⟲            ♡