# Exhibit L



**LOIS**GIBSON

HOME    GALLERY ▾    ABOUT ▾    VIDEOS    CLASSES    CONTACT

# CLASSES

INSTITUE OF FORENSIC ART

Read More

## WHO IS LOIS GIBSON:



Lois Gibson is recorded in The Guinness Book of World Records as "The World's Most Successful Forensic Artist." Her sketches have helped law enforcement identify more than 751 criminals. She is a graduate of the University of Texas at Austin with a Bachelor of Fine Arts with Honors and the FBI Academy Forensic Artist Course.

She teaches this profession at The Institute of Forensic Art in Houston, Texas. Her focus is to help as many artists as possible to become forensic art professionals before she retires. Her unique five-day class gives students everything they need to enter the forensic art profession.

Her near-death experience as the victim of a serial rapist/killer fuels her passion for catching criminals. She has received numerous awards for stopping violent offenders and getting justice for innocent victims.

**Pictured (on right)**
*Sketch Lois created from Stormy Daniels. Memory of man who threatened her*

**Pictured (on right)**

*Sketch Lois created from Stormy Daniels - Memory of man who threatened her - $130,000 reward.*



**View A Select Collection Of Lois' Work**



**BOOKS**

Lois Gibson's new book,

Forensic Art Essentials,

is now available.



**CLASS REGISTRATION**

Invaluable techniques to

increase

their effectivenes



**VIDEOS**

View Recent Forensic Art

Videos Featuring

Lois Gibsons' Work



**GET INVOLVED**

Get in touch with

Lois Gibson







### VIDEOS

View Recent Forensic Art
Videos Featuring
Lois Gibsons' Work

### GET INVOLVED

Get in touch with
Lois Gibson



## STUDENT COMMENTS

"
I was thinking about you the whole time and every time I got nervous, something you said would pop into my head and I was able to use your advice.

**R.W., NORWOOD, OHIO**

"
Your class has meant more to me than I can express. The content and value of the information I gained this week is beyond measure....

**T.B., MARYLAND**

© 2017 Lois Gibson. All Rights Reserved
Website Management and Development Proudly Provided By Vessio

# Exhibit M





Document title: Stormy Daniels (@StormyDaniels) | Twitter
Capture URL: https://twitter.com/stormydaniels?lang=en
Capture timestamp (UTC): Thu, 24 May 2018 15:08:53 GMT

# Exhibit N

 The State Bar *of California*

**Michael John Avenatti - #206929**

**Current Status:  Active**

This attorney is active and may practice law in California.

See below for more details.

### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| **Bar Number:** | 206929 | | |
| **Address:** | Eagan Avenatti LLP<br>520 Newport Center Dr Ste 1400<br>Newport Beach, CA 92660<br>Map it | **Phone Number:** | (949) 706-7000 |
| | | **Fax Number:** | (949) 706-7050 |
| **Email:** | mavenatti@eaganavenatti.com | | |
| **County:** | Orange | **Undergraduate School:** | Univ of Pennsylvania; Philadelphia PA |
| **District:** | District 4 | | |
| **CLA Sections:** | None | **Law School:** | George Washington Univ LS; Washington DC |

*California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.*

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 6/1/2000 | Admitted to The State Bar of California |

### Actions Affecting Eligibility to Practice Law in California

#### Disciplinary and Related Actions

This member has no public record of discipline.

#### Administrative Actions

This member has no public record of administrative actions.

© 2018 The State Bar of California

# Exhibit O

 The State Bar *of California*

### Keith M Davidson - #212216

**Current Status:  Active**

This attorney is active and may practice law in California.

See below for more details.

#### Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | |
|---|---|---|---|
| Bar Number: | 212216 | | |
| Address: | Keith M. Davidson & Associates, P.L.C.<br>8383 Wilshire Blvd Ste 510<br>Beverly Hills, CA 90211-2406<br>Map it | Phone Number: | (323) 658-5444 |
| | | Fax Number: | (323) 658-5424 |
| Email: | keith@kmdlaw.com | | |
| County: | Los Angeles | Undergraduate School: | Boston Coll; Chestnut Hill MA |
| District: | District 2 | | |
| CLA Sections: | None | Law School: | Whittier Coll SOL; CA |

*California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.*

#### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 7/10/2014 | Active |
| 7/1/2014 | Not Eligible To Practice Law in CA |
| 11/19/2010 | Active |
| 8/21/2010 | Not Eligible To Practice Law in CA |
| 12/5/2000 | Admitted to The State Bar of California |

#### Actions Affecting Eligibility to Practice Law in California

**Disciplinary and Related Actions**

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| 8/21/2010 | Discipline w/actual suspension | 07-O-12913 | Not Eligible To Practice Law in CA |

**Administrative Actions**

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| 7/1/2014 | Suspended, failed to pay Bar membr. fees | | Not Eligible To Practice Law in CA |

Copies of official attorney discipline records are available upon request.

#### State Bar Court Cases

*NOTE: The State Bar Court began posting public discipline documents online in 2005. The format and pagination of documents posted on this site may vary from the originals in the case file as a result of their translation from the original format into Word and PDF. Copies of additional related documents in a case are available upon request. Only opinions designated for publication in the State Bar*

*Court Reporter* may be cited or relied on as precedent in State Bar Court proceedings. For further information about a case that is
displayed here, please refer to the State Bar Court's online docket, which can be found at:

http://apps.statebarcourt.ca.gov/dockets.aspx

DISCLAIMER: Any posted Notice of Disciplinary Charges, Conviction Transmittal or other initiating document, contains only allegations
of professional misconduct. The attorney is presumed to be innocent of any misconduct warranting discipline until the charges have
been proven.

| Effective Date | Case Number | Description |
|---|---|---|
| 8/30/2011 | 07-O-12913 | Order re Extension of Time [PDF] |
| 8/21/2010 | 07-O-12913 | Stipulation [PDF] [HTML] |

### California Bar Journal Discipline Summaries

*Summaries from the California Bar Journal are based on discipline orders but are not the official records. Not all discipline actions have
associated CBJ summaries. Copies of official attorney discipline records are **available upon request**.*

### August 21, 2010

KEITH M. DAVIDSON [#212216], 39, of Beverly Hills was suspended for two years, stayed, placed on three years of probation
with a 90-day actual suspension and he was ordered to take the MPRE within one year and comply with rule 9.20 of the
California Rules of Court. The order took effect Aug. 21, 2010.

Davidson stipulated to four counts of misconduct in three matters. He admitted he failed to pursue a medical malpractice case
by not appearing at a case management conference and a later hearing, and he took three months to file a motion to set aside
a dismissal.

While analyzing a possible medical malpractice case, Davidson failed to inform his potential client about significant
developments. He did not make clear that he was only considering the case, that the individual's medical records were being
evaluated by a nurse rather than a doctor, and although he told the man he would not accept his case, the individual continued
to call Davidson without getting a response.

The man paid Davidson $750 to evaluate his medical records, but Davidson deposited the money in his general account rather
than a client trust account. However, Davidson refunded the money.

In the third matter, he wrote a check against insufficient funds in his client trust account.

In mitigation, Davidson had no prior discipline record, cooperated with the bar's investigation and he presented evidence of his
good character.

© 2018 The State Bar of California

# Exhibit P





3 Easy Steps:
1. **Click** "Download"
2. **Download** on our website
3. Enjoy

# Stormy Daniels Was NOT Under Duress When Signing Trump Statement, According to Witness

Published March 13, 2018 at 1:35 pm PDT

By Mike Walters, Ryan Naumann



EXCLUSIVE

Getty



GET STARTED

**3 Steps to Your Forms**

1. **Click** 'Get Started'

2. **Access Now** No Sign up!

3. **Get** Access to Online Forms

onlineformfinder.com

SHARE




**Stormy Daniels** claims that she signed the sworn statement over the alleged affair with **Donald Trump** because of "intimidation and coercive tactics," but a witness of the signing is refuting her claims as simply "asinine."

The Blast spoke with Anthony Kotzev, the live-in boyfriend of Stormy's manager, Gina Rodriguez.  Kotzev says he was actually sitting next to Stormy when she physically signed her second statement denying that she was paid any "hush money," and he says the environment was extremely "lighthearted." He even says

## WHAT'S HOT



1



affair with **Donald Trump** because of "intimidation and coercive tactics," but a witness of the signing is refuting her claims as simply "absurd."

The Blast spoke with Anthony Kotzev, the live-in boyfriend of Stormy's manager, Gina Rodriguez.  Kotzev says he was actually sitting next to Stormy when she physically signed her second statement denying that she was paid any "hush money," and he says the environment was extremely "lighthearted."  He even says Stormy was "joking around" while penning her John Hancock.





Official Statement of Stormy Daniels

January 30, 2018

To Whom It May Concern:

Over the past few weeks I have been asked countless times to comment on reports of an alleged sexual relationship I had with Donald Trump many, many, many years ago.

The fact of the matter is that each party to this alleged affair denied its existence in 2006, 20011, 2016, 2017 and now again in 2018. I am not denying this affair because I was paid "hush money" as has been reported in overseas owned tabloids. I am denying this affair because it never happened.

I will have no further comment on this matter. Please feel free to check me out on Instagram at @thestormydaniels.

Thank you,

Stormy Daniels

Kotzev says the signing took place in January at the Hollywood Roosevelt Hotel while Stormy was getting ready for her lackluster appearance on "Jimmy Kimmel Live!"  He says the porn star, her manager and her lawyer were discussing strategy on how best to address the Trump conversation.

We're told it was then discussed that Trump's camp wanted Stormy to sign a new statement because "the press had started to pick up the story, and the announcement of her being on Kimmel made it even bigger." Stormy allegedly



**World Record Orgy Location Moved After Las Vegas Hotel Pulls Out**

5/23/2018



**Tomi Lahren's Mom Squared Off With Hip-Hop Brunch Patrons Who Threw Drink On The TV Host**

5/22/2018



**'Little Women: LA' Star Terra Jolé Dumps 'Black Girl Moscato' After Backlash**

5/23/2018



**Amazing Video Reveals the TRUTH Behind Farrah Abraham's 'Wardrobe Malfunction' at Cannes**

5/18/2018



while Stormy was getting ready for her lackluster appearance on "Jimmy Kimmel Live!" He says the porn star, her manager and her lawyer were discussing strategy on how best to address the Trump conversation.

We're told it was then discussed that Trump's camp wanted Stormy to sign a new statement because "the press had started to pick up the story, and the announcement of her being on Kimmel made it even bigger." Stormy allegedly told her team, "Fine, go get it," referring to the statement.

It's interesting because the adult entertainer had already signed a statement regarding the denial of "hush money," and sent it to Trump's attorney Michael Cohen shortly after the story first broke.

As a witness to the second signing, Kotzev says her characterization of inking anything under duress couldn't be farther from the truth, describing that Stormy's lawyer "Handed her the paper and she glanced briefly at it and signed it," and then, "we carried on talking about the Jimmy Kimmel Show appearance she had that night." He also says Stormy has never spoken directly to Michael Cohen, so it would have been hard for him to force her to sign anything.

In her complaint, Stormy alleges that "Mr. Cohen, through intimidation and coercive tactics, forced Ms. Clifford into signing a false statement wherein she stated that reports of her relationship with Mr. Trump were false."

Kotzev is unclear why Stormy is now changing her story, but is adamant that any claims of duress are "asinine" because "she had no issues signing the paper when I was there."



NEWS    THE LAW

Tags: Donald Trump, Stormy Daniels



**Kevin Federline Says He Makes Less Than 1% of Britney Spears' Income & Is Too Old to Dance**
5/22/2018

Ad



Bluetooth hearing aids will change your life

hear.com                    LEARN MORE



Document title: Stormy Daniels NOT Forced to Sign Trump Statement, Says Witness
Capture URL: https://theblast.com/stormy-daniels-donald-trump-statement-duress/
Capture timestamp (UTC): Thu, 24 May 2018 17:30:09 GMT

# Exhibit Q



**LIVE**                                                                ✕

Trump pardons late boxer Jack Johnson. Watch CNN

Home                                                                    ☰

# TRANSCRIPTS **Transcript Providers**

**Shows By Category:**

**Return to Transcripts main page**

## CNN TONIGHT

**Trump Signs Memorandum Ordering National Guard Troops To the Border; President Trump At Odds With Own Advisers; Former Lawyer of Stormy Daniels Says The "Whole Truth" Has Not Been Told; EPA Chief Scott Pruitt Broiled In Multiple Controversies; Dr. King's Legacy. Aired 11-12a ET**

Aired April 4, 2018 - 23:00   ET

THIS IS A RUSH TRANSCRIPT. THIS COPY MAY NOT BE IN ITS FINAL FORM AND MAY BE UPDATED.

[23:00:00] (COMMERCIAL BREAK)

DON LEMON, CNN HOST: This is CNN TONIGHT. I'm Don Lemon, 11:00 p.m. on the East Coast, live with new developments. President Trump signing a memorandum tonight ordering national troops -- National Guard troops to the border, that after his own administration spent the day ducking question about how many troops -- how many troops, when they'll arrive, where exactly they'll be deployed, and what they'll exactly be expected to do there. All questions in administration ought to be able to answer. But they either can't or won't.

And then there is the President's insistence he wants to withdraw U.S. troops from Syria in his words, very soon. Sources telling CNN a meeting between the President and top military brass turn tense when they argued against the immediate action. In spite of his annoyance the President eventually agreed to hold off on immediately pulling troops from Syria. But one source says he demanded the troops, finish their mission against ISIS within six

LEMON: Since 2001 it started back in 2001.

VINOGRAD: What is the mission they're going to do?

LEMON: Under Bush -- under Obama and guess what, my fact check says the drugs that are coming over, they don't come over the wall. They come through entry points and they come by airplane, they come by boat, they come by car. They don't come -- and then over the wall -- you know they throw it over? Shoot it over --

MCMULLIN: Fax, fax through tunnels. It doesn't really matter when you're a populist.

LEMON: It doesn't matter and you -- we're going to spend billions of dollars on a wall that is really going to do nothing. OK. Thank you all.

VINOGRAD: Good night.

MCMULLIN: Good talk.

[23:15:00] LEMON: Good night. When we come back, think you've heard the last of Stormy Daniels. Think again. In a CNN exclusive, the porn star's original attorney explains why he thinks the whole truth has not yet been told.

(COMMERCIAL BREAK)

LEMON: A CNN exclusive, the attorney who represented porn star Stormy Daniels and Playmate Karen McDougal in deals that buried their stories of alleged sexual encounters with Donald Trump, now says the whole truth has not been told. CNN's Sara Sidner sat down with Attorney Keith Davidson.

SARA SIDNER, CNN CORRESPONDENT: Don, Keith Davidson talked to us about whether he believes his clients did have affairs with Donald Trump and he talked about the numerous times he had conversation with Michael Cohen, that's Donald Trump's personal attorney. It turns out those conversations continued even after he stopped representing both of the women.

(BEGIN VIDEO)

SIDNER: Keith Davidson calls it up coincidence that just before the Presidential election, he was involved in the deals for not one, but two women who claim to have had affairs with Donald Trump, effectively keeping their

stories secret.

Do you believe what Stormy Daniels said about the sexual encounter with Mr. Trump?

KEITH DAVIDSON, FORMER ATTORNEY FOR DANIELS AND MCDOUGAL: You know, I believe my
client.

SIDNER: And Karen McDougal.

DAVIDSON: Yes.

SIDNER: For the first time Davidson is speaking exclusively to CNN, saying he is constrained by attorney client
privilege, but still giving new details about how the deals came about.

[23:20:00] Stormy Daniels' confidentiality deal signed just days before the election started with a phone call from
Donald Trump's personal attorney Michael Cohen.

And Michael Cohen calls you up and says what? About Stormy Daniels?

DAVIDSON: He says, I'm hearing rumblings out there that -- you know the press is poking around about Stormy
Daniels. Do you have any information on that?

SIDNER: Did you at the time?

DAVIDSON: No.

SIDNER: So what did you say back?

DAVIDSON: I'll call you back.

SIDNER: And what happened in between that time?

DAVIDSON: Well, that is where really the communications, you know, get in between my client and I and what I
can and can't disclose and everything else.

SIDNER: Do you see how the phone call from Michael Cohen might seem nefarious and the fact that he called you?

DAVIDSON: No, quite frankly I really don't. You know, Mr. Cohen and I had a discussion in 2011. There was a website, the posted story about Miss Daniels in 2011. I did used my best efforts to get that story taken down in pursue to my client's wishes. We were successful in doing that. And five years later the story percolates up again. I think, it completely natural phone call for anyone to make in Mr. Cohen's position to circle back and say have circumstances changed? That was really what it was, it was an inquiry.

SIDNER: That inquiry led to Daniels signing an agreements not to talk about the affair in exchange for $130,000.

Can you tell me about the payment? Did Michael Cohen ever indicate to you that he was paying this $130 thousand for Stormy Daniels out of his own personal finances?

DAVIDSON: Yes.

SIDNER: And back then did he say to you, look I'm having to take a loan out on my house to get this done?

DAVIDSON: That was never any conversation about that.

SIDNER: And it was one of a number of contacts between Cohen and Davidson. A few weeks earlier, Davidson says he himself reached out to Cohen after brokering an agreement between Playboy Playmate, Karen McDougal, who sold the rights to her story to AMI, the parent company of the National Enquirer for $150,000.

DAVIDSON: I think, I called him as a professional courtesy to let him know that a matter was resolved. And that as professional courtesy it may or may not have involved his client.

SIDNER: Was he involved in the deal at all?

DAVIDSON: Certainly wasn't involved on our end. And there is no basis for me to believe that he was involved or had any communication with AMI.

SIDNER: Do you see why Karen McDougal and her now current representation might construe that as a conspiracy behind her back that there is something else going on that Michael Cohen was behind all this being a puppet master, if you will?

DAVIDSON: Well I think generally speaking, I mean, a conspiracy would have to involve an act that would take place before. And that simply wasn't the case. My conversation with Michael Cohen took place after Miss McDougal had already solidified the deal with AMI.

SIDNER: David says he and Cohen met in person this year more than once to discuss potential violations of the non-disclosure contract.

Have you spoke ton Michael Cohen since?

DAVIDSON: Yes.

SIDNER: And what did he say to you?

DAVIDSON: The last conversation I had with Michael Cohen, he -- he called to offer his opinion as to whether or not Miss Daniels and Miss McDougal had breached the attorney client privilege and there by waived it. It was his assertion that each of them had. And he was encouraging me and informing me as to his opinion that they -- they in fact had waived the attorney client privilege and he suggested that it would be appropriate for me to go out into the media and spill my guts.

SIDNER: Are you here at the behest of Michael Cohen.

DAVIDSON: No. No. No, not in any way shape or form.

SIDNER: Davidson was evenly fired by both women, who then hired new attorneys and filed suit to get out of their deals.

Why are you here?

DAVIDSON: You know, there's been certain things that have been you know written and said. And I'd like the truth to come out to the extent that I can assist in that endeavor that is really why I'm here.

SIDNER: Is the whole truth out? Yet?

DAVIDSON: No, I don't believe so. I think most of it. Not the whole truth.

(END VIDEO)

SIDNER: Stormy Daniels' current attorney Michael Avenatti had this to say about the comments Davidson made saying Mr. Davidson should not be making any comment to the press relating to a matter or a client that is terminated him, including Miss Daniels.

He said with all that said obviously the facts of the case and all of them still have not come out. Something that he has said for weeks now. As for Mr. Cohen, he has not made any comment on the story. Don.

LEMON: Sarah, thank you very much. And you just heard Keith Davidson talk about several conversations he had with Michael Cohen.

[23:25:00] When we come back could either Stormy Daniels or Karen McDougal use those conversations in their suits?

(COMMERCIAL BREAK)

LEMON: A strange twist tonight as we just saw the former lawyer for Stormy Daniels and Karen McDougal, now speaking out. I want to talk about this with CNN legal analyst, Areva Martin, the author of "Make it rain." Also defense attorney, Joe Tacopina, is here.

Thanks for dressing up, Joe. I appreciate that.

(LAUGHTER)

JOE TACOPINA, DEFENSE ATTORNEY: After 11:00 no ties.

LEMON: So, listen, we just heard from Sara Sidner, Joe, who spoke with Keith Davidson, the former attorney who broker the hush deals between president -- the president and both Stormy Daniels and Karen McDougal. What stood out to you in that interview?

TACOPINA: That Michael Cohen once again seems to have skipped a day of law school, the day where they said what attorney client privilege really means. I mean, the fact that he actually reached out to this lawyer and suggested that this lawyer go on national TV and the media and spill his guts about everything he learned from his

# Exhibit R





### Gina Rodriguez ✔
@MzGinaRodriguez

| Tweets | Following | Followers | Likes |
|--------|-----------|-----------|-------|
| 31.4K | 131 | 99.8K | 5,318 |

Follow

**Find people you know**
Import your contacts from Gmail

Connect other address books

**Trends for you** · Change

**Margot Kidder**
Superman star Margot Kidder dies aged 69

**#MondayMotivation**
164K Tweets

**#iVoteBTSBBMAs** 👏🏽
8.12M Tweets

**#Jerusalem**
Trump on official US Embassy opening in Jerusalem: 'Our greatest hope is peace'

**Supreme Court**
US Supreme Court rules federal ban on sports gambling is unconstitutional

**Superman**
49.6K Tweets

**#SCOTUS**
6,816 Tweets

**#Gaza**
Death toll of Palestinian protesters killed by Israeli forces continues to rise

**İsrail**
38.2K Tweets

**#Consensus2018**
29.5K Tweets

© 2018 Twitter   About   Help Center   Terms
Privacy policy   Cookies   Ads info



🗨   ⟲ 7   ♡ 22   ✉

 **Gina Rodriguez** ✔ @MzGinaRodriguez · May 13
Happy Mother's Day to all the amazing women in my life...I'm so...

instagram.com/p/BiuDSrFhXLi/...

🗨   ⟲ 2   ♡ 6   ✉

⟲ Gina Rodriguez Retweeted
**I hate this game™ -LA** @LAonthetrack1 · May 12
My team is looking for serious graphic designers... Must have fast turnarounds must be professional. only dm if you are good.

🗨 1   ⟲ 10   ♡ 13   ✉

**Gina Rodriguez** ✔ @MzGinaRodriguez · May 11
Strollin' into the weekend like... 🤙🏽 #tgif #gitoni



Document title: Gina Rodriguez (@MzGinaRodriguez) | Twitter
Capture URL: https://twitter.com/mzginarodriguez
Capture timestamp (UTC): Mon, 14 May 2018 18:03:58 GMT

# Exhibit S

BE THE MOST WELL-INFORMED
PERSON YOU KNOW WITH THE

# 5 THINGS
# NEWSLETTER

sent daily by our senior editorial staff

Email address

SEND ME WHAT MATTERS

# Stormy Daniels' manager says the porn star 'is going to tell her story'

By Sophie Tatum and Sara Sidner, CNN

Updated 2:30 PM ET, Thu February 15, 2018



*Source: CNN*

**NYT: Trump lawyer says he paid Stormy Daniels** 01:22

**Washington (CNN)** — A manager for the porn star who was reportedly paid $130,000 by President Donald Trump's personal lawyer claims the agreement between the two is no longer valid.

Gina Rodriguez, a manager for Stephanie Clifford, who is also known as Stormy Daniels, said Wednesday that Clifford believes Michael Cohen violated the non-disclosure agreement.

Rodriguez added: "Everything is off now, and Stormy is going to tell her story."

The Associated Press first reported Wednesday that Clifford now believes she is free to talk about an alleged sexual encounter with Trump.

In a statement released Tuesday night, Cohen said he paid Clifford in 2016, and claimed that the exchange was "lawful" and "not a campaign contribution expenditure by anyone."

Following the reports of Cohen's statement on Tuesday, as well as a story published by The Daily Beast this week regarding a book proposal by Cohen, Rodriguez told the Associated Press that Clifford now believes he violated the non-disclosure agreement.

Cohen reportedly set up a private LLC shortly before the 2016 presidential election to pay Clifford, following an alleged July 2006 sexual encounter with Trump, The Wall Street Journal reported in January.

Following initial reports last month that Cohen had made the payment, the lawyer said in a statement that Trump "vehemently denies" any encounter between the two.

"Just because something isn't true doesn't mean that it can't cause you harm or damage," Cohen's statement Tuesday said. "I will always protect Mr. Trump."



## Researchers offer new details how they found a 300-year-old ship that sank with $17 billion in treasure



Spring cleaning? Shop these clever home organizers

CNN Underscored



Jet Li tells fans he's 'feeling great' after shocking viral photo



The best-selling tool that will help you speed up your meal prep