USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/26/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
STEPHANIE CLIFFORD, a/k/a STORMY DANIELS,

                                Plaintiff,

         -v-

DONALD J. TRUMP,

                                Defendant.

------------------------------------------------------------------------X

18-CV-3842 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

       On July 23, 2018, Defendant filed a motion to transfer this case, pursuant to 28 U.S.C. § 1404(a), or, in the alternative, to dismiss or stay this case, pursuant to the "first-filed" rule. (Docket No. 11). The following schedule shall apply to Defendant's motion:

- Plaintiff shall file any opposition by **August 6, 2018**.
- Defendant's reply, if any, shall be due by **August 13, 2018**.

At the time any reply is served, the moving party shall supply the Court with one courtesy hard copy of all motion papers by mailing or by delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       Finally, the Court concludes that it would be premature to hold a Rule 16 initial pretrial conference before Defendant's motion is resolved. Accordingly, the initial pretrial conference currently scheduled for August 15, 2018, is adjourned *sine die*.

       SO ORDERED.

Dated: July 26, 2018
       New York, New York

                                                              JESSE M. FURMAN
                                                    United States District Judge