# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:18−cv−03842−JMF

| | |
|---|---|
| Clifford v. Trump | Date Filed: 04/30/2018 |
| Assigned to: Judge Jesse M. Furman | Date Terminated: 08/08/2018 |
| Cause: 28:1332 Diversity Action | Jury Demand: Plaintiff |
| | Nature of Suit: 320 Assault Libel & Slander |
| | Jurisdiction: Diversity |

**Plaintiff**

**Stephanie Clifford**  represented by  **Catherine R. Keenan**
*also known as*   Philip Russell, L.L.C. Attorneys at Law
Stormy Daniels   66 Field Point road
   Greenwich, CT 06836
   (212)−661−4200
   Fax: (212)−661−3666
   Email: efile@greenwichlegal.com
   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J. Trump**  represented by  **Charles John Harder**
   Harder Mirell & Abrams LLP
   1925 Century Park E, Ste 800
   Los Angeles, CA 90067
   424−203−1600
   Fax: 424−203−4601
   Email: charder@harderllp.com
   *LEAD ATTORNEY*
   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/30/2018 | 1 | COMPLAINT against Donald J. Trump. (Filing Fee $ 400.00, Receipt Number 0208−15005277)Document filed by Stephanie Clifford.(Keenan, Catherine) (Entered: 04/30/2018) |
| 04/30/2018 | 2 | CIVIL COVER SHEET filed. (Keenan, Catherine) (Entered: 04/30/2018) |
| 04/30/2018 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Donald J. Trump, re: 1 Complaint. Document filed by Stephanie Clifford. (Keenan, Catherine) (Entered: 04/30/2018) |
| 04/30/2018 | 4 | NOTICE OF CHANGE OF ADDRESS by Catherine R. Keenan on behalf of Stephanie Clifford. New Address: Philip Russell, LLC, 66 FIELD POINT RD, GREENWICH, CT, 06830, (203) 661−4200. (Keenan, Catherine) (Entered: 04/30/2018) |
| 05/01/2018 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jesse M. Furman. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download |

|            |      |                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pne) (Entered: 05/01/2018)                                                                                                                                                                                                                                                                                                                                   |
| 05/01/2018 |      | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pne) (Entered: 05/01/2018)                                                                                        |
| 05/01/2018 |      | Case Designated ECF. (pne) (Entered: 05/01/2018)                                                                                                                                                                                                                                                                                                                                                                                                            |
| 05/01/2018 |      | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Catherine R. Keenan. The party information for the following parties has been modified: Stephanie Clifford, Donald J. Trump. The information for the parties has been modified for the following reason: party role was entered incorrectly. (pne) (Entered: 05/01/2018)                                                                                                             |
| 05/01/2018 |      | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Catherine R. Keenan. The following case opening statistical information was erroneously selected: County code New York. The following correction has been made to your case entry: the County code has been modified to XX Out of State. (pne) (Entered: 05/01/2018)                                                                                     |
| 05/01/2018 | 5    | ELECTRONIC SUMMONS ISSUED as to Donald J. Trump. (pne) (Entered: 05/01/2018)                                                                                                                                                                                                                                                                                                                                                                                |
| 05/01/2018 | 6    | NOTICE OF INITIAL PRETRIAL CONFERENCE: It is hereby ORDERED that counsel for all parties appear for an initial pretrial conference with the Court on June 20, 2018 at 2:30 p.m. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, and as further set forth herein. (Initial Conference set for 6/20/2018 at 02:30 PM in Courtroom 1105, 40 Centre Street, New York, NY 10007 before Judge Jesse M. Furman.) (Signed by Judge Jesse M. Furman on 5/1/2018) (ras) (Entered: 05/01/2018) |
| 05/29/2018 | 7    | WAIVER OF SERVICE RETURNED EXECUTED. Donald J. Trump waiver sent on 5/22/2018, answer due 7/23/2018. Document filed by Stephanie Clifford. (Keenan, Catherine) (Entered: 05/29/2018)                                                                                                                                                                                                                                                                         |
| 06/13/2018 | 8    | NOTICE OF APPEARANCE by Charles John Harder on behalf of Donald J. Trump. (Harder, Charles) (Entered: 06/13/2018)                                                                                                                                                                                                                                                                                                                                           |
| 06/13/2018 | 9    | CONSENT LETTER MOTION to Continue *June 20, 2018 Initial Pretrial Conference and Related Deadlines* addressed to Judge Jesse M. Furman from Defendant Donald J. Trump dated June 13, 2018. Document filed by Donald J. Trump.(Harder, Charles) (Entered: 06/13/2018)                                                                                                                                                                                         |
| 06/13/2018 | 10   | ORDER granting 9 Letter Motion to Continue. The initial pretrial conference previously scheduled for June 20, 2018, is hereby ADJOURNED to August 15, 2018, at 3:00 p.m. (HEREBY ORDERED by Judge Jesse M. Furman)(Text Only Order) (Furman, Jesse) (Entered: 06/13/2018)                                                                                                                                                                                     |
| 07/23/2018 | 11   | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Dismiss or Stay Pursuant to the "First–Filed" Rule*. Document filed by Donald J. Trump. (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Declaration of Charles J. Harder in Support of Motion, # 3 Exhibits A – C to Declaration of Charles J. Harder, # 4 Exhibits D – F to Declaration of Charles J. Harder, # 5 Exhibits G – K to Declaration of Charles J. Harder, # 6 Exhibits L – S to Declaration of Charles J. Harder, # 7 Exhibits T – AA to Declaration of Charles J. Harder, # 8 Request for Judicial Notice in Support of Motion)(Harder, Charles) Modified on 8/7/2018 (db). (Entered: 07/23/2018) |
| 07/26/2018 | 12   | ORDER: On July 23, 2018, Defendant filed a motion to transfer this case, pursuant to 28 U.S.C. § 1404(a), or, in the alternative, to dismiss or stay this case, pursuant to the "first–filed" rule. (Docket No. 11). The following schedule shall apply to Defendant's motion: Plaintiff shall file any                                                                                                                                                       |

| | | |
|---|---|---|
| | | opposition by August 6, 2018. Defendant's reply, if any, shall be due by August 13, 2018. At the time any reply is served, the moving party shall supply the Court with one courtesy hard copy of all motion papers by mailing or by delivering them to the United States Courthouse, 40 Centre Street, New York, New York. Finally, the Court concludes that it would be premature to hold a Rule 16 initial pretrial conference before Defendant's motion is resolved. Accordingly, the initial pretrial conference currently scheduled for August 15, 2018, is adjourned sine die. SO ORDERED. Set Deadlines/Hearing as to 11 MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Dismiss or Stay Pursuant to the "First–Filed" Rule.* :(Responses due by 8/6/2018, Replies due by 8/13/2018.) (Signed by Judge Jesse M. Furman on 7/26/2018) (ne) Modified on 7/26/2018 (ne). (Entered: 07/26/2018) |
| 08/06/2018 | 13 | RESPONSE in Opposition to Motion re: 11 MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Dismiss or Stay Pursuant to the "First–Filed" Rule.* . Document filed by Stephanie Clifford. (Keenan, Catherine) (Entered: 08/06/2018) |
| 08/06/2018 | 14 | DECLARATION of Michael J. Avenatti in Opposition re: 11 MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) or, in the Alternative, to Dismiss or Stay Pursuant to the "First–Filed" Rule.*. Document filed by Stephanie Clifford. (Attachments: # 1 Exhibits 1–9, # 2 Exhibits 10–15)(Keenan, Catherine) (Entered: 08/06/2018) |
| 08/06/2018 | 15 | Objection *to Declarations of Charles J. Harder in Support of Defendant Donald J. Trump's Motion to Transfer Pursuant to 28 U.S.C. Sec 1404(a) or, in the Alternative, to Dismiss or Stay Pursuant to the "First–Filed" Rule*. Document filed by Stephanie Clifford. (Keenan, Catherine) (Entered: 08/06/2018) |
| 08/07/2018 | 16 | NOTICE of Errata re: 13 Response in Opposition to Motion,. Document filed by Stephanie Clifford. (Attachments: # 1 Plaintiff Stephanie Clifford's Opposition to Defendant Donald J. Trump's Motion to Transfer Pursuant to 28 U.S.C. Sec 1404(a) or, in the Alternative, to Dismiss or Stay Pursuant to the "First–Filed" Rule)(Keenan, Catherine) (Entered: 08/07/2018) |
| 08/08/2018 | 17 | PROPOSED STIPULATION AND ORDER. Document filed by Stephanie Clifford. (Attachments: # 1 Proposed Order re: Stipulation to Transfer Action to the United States District Court for the Central District of California) (Keenan, Catherine) (Entered: 08/08/2018) |
| 08/08/2018 | 18 | ORDER RE: STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA: Upon consideration of Plaintiff Stephanie Clifford and Defendant Donald J. Trump's Stipulation to Transfer Action to the United States District Court for the Central District of California, the Court's records and files of the case, and for good cause shown, the Court hereby orders as follows: 1. The Stipulation is GRANTED; 2. This action shall be transferred to the United States District Court for the Central District of California. 3. Nothing in this Order, the parties' Stipulation, or the fact of the parties' consent to transfer, shall be construed as a waiver of any legal or factual argument or position relating to this case. The Clerk of Court is directed to transfer this case forthwith, to terminate Docket No. 11 as moot, and to close the case in this Court. (Signed by Judge Jesse M. Furman on 8/8/2018) (mro) Modified on 8/8/2018 (mro). (Entered: 08/08/2018) |
| 08/08/2018 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court – District of Central District of California (mro) (Entered: 08/08/2018) |