# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Clifford<br><br>v.<br><br>Donald J. Trump<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-06893 DDP(MAAx)<br><br>**ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

8/17/18                                                    _S. James Otero_ (signed)
Date                                                         S. James Otero
                                                              United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____                    _____
Date                                                         United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __2:18-cv-02217 SJO(FFMx)__ and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Audero__ to Magistrate Judge __Mumm__.

On all documents subsequently filed in this case, please substitute the initials __SJO(FFMx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:18-cv-06893 SJO(FFMx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (10/16)          **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)**