HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:   (310) 546-7400
Facsimile:    (310) 546-7401
Email:          CHarder@HarderLLP.com
                    RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**DECLARATION OF CHARLES J. HARDER IN SUPPORT OF SPECIAL MOTION OF DEFENDANT DONALD J. TRUMP TO DISMISS COMPLAINT PURSUANT TO "ANTI-SLAPP" STATUTE, ALTERNATIVELY, TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed: April 30, 2018 |

DECLARATION OF CHARLES J. HARDER

# DECLARATION OF CHARLES J. HARDER

I, Charles J. Harder, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California and in the U.S. District Court for the Central District of California, among other courts. I am a partner of the law firm Harder LLP, counsel of record for Defendant Donald J. Trump ("Mr. Trump"). I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the filmography for plaintiff Stephanie Clifford aka Stormy Daniels ("Ms. Clifford") from the Internet Movie Database, which was obtained from the following URL: https://m.imdb.com/name/nm1317917/filmotype/actress?ref_=m_nmfm_1.

3. Attached hereto as **Exhibit B** is a true and correct copy of the transcript of Ms. Clifford's nationally televised interview that aired on *60 Minutes* which, according to numerous news reports, was watched by twenty-two million viewers. The transcript was obtained from the following URL: https://www.cbsnews.com/news/stormy-daniels-describes-her-alleged-affair-with-donald-trump-60-minutes-interview/.

4. Attached hereto as **Exhibit C** is a true and correct copy of a certified transcript of the appearance by Ms. Clifford and her attorney, Michael Avenatti, on *The View* on April 17, 2018. Videos of the appearance by Ms. Clifford and Mr. Avenatti can be viewed at the following URLs:

    a. Part I: https://www.youtube.com/ watch?v=DFEoyIGbRBg

    b. Part II: https://www.youtube.com/watch?v=dgDvyku4B5s and

    c. Part II: https://www.youtube.com/watch?v=htmbDkAgA2Q.

5. Attached hereto as **Exhibit D** is a true and correct copy of an uncertified transcript of the appearance by Ms. Clifford on *Saturday Night Live* on May 5, 2018, which was prepared by junior attorney Theodore Nguyen at my law firm. A video of

Ms. Clifford's appearance can be viewed at the following URL: https://www.youtube.com/watch?v=K1K8s-tQGqY.

6. At my instruction and under my supervision, Mr. Nguyen compiled a list of all television news appearances by Ms. Clifford and Mr. Avenatti between March 6, 2018 (the date Ms. Clifford filed her initial action against Mr. Trump) and the date of this declaration (August 24, 2018). Mr. Nguyen performed this task by reviewing news organizations' websites and social media accounts including CNN, ABC, NBC, CBS and others, and compiling a list of each individual appearance, by date. According to Mr. Nguyen's analysis, Ms. Clifford and/or Mr. Avenatti have appeared on no less than 143 national television news shows, to talk about Ms. Clifford's accusations against Mr. Trump and/or the ensuing litigation. Attached hereto as **Exhibit E** is the chart that Mr. Nguyen prepared, listing each of the television news appearances. A separate Declaration of Theodore Nguyen, attesting to his work, can be prepared and provided to the Court upon request.

7. Attached hereto as **Exhibit F** is a true and correct copy of a July 4, 2018 tweet by Mr. Avenatti, which was obtained from the following URL: https://twitter.com/MichaelAvenatti/status/1014509778062663681?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1014509778062663681&ref_url=https%3A%2F%2Fwww.cbsnews.com%2Fnews%2Fstormy-daniels-lawyer-michael-avenatti-might-run-for-president%2F. Mr. Avenatti's tweet, which was in response to another user's tweet asking, "When are you announcing your 2020 run?", states: "IF (big) he seeks re-election, I will run, but only if I think that there is no other candidate in the race that has a REAL chance at beating him. We can't relive 2016. I love this country, our values and our people too much to sit by while they are destroyed. #FightClub #Basta."

8. Attached hereto as **Exhibit G** is a true and correct copy of an August 14, 2018 tweet by Mr. Avenatti, which contains a list of his political policy positions, in connection with his possible run for president, in the areas of jobs, immigration,

healthcare and other national issues, which was obtained from the following URL: https://twitter.com/michaelavenatti/status/1029385486958305280. Mr. Avenatti's tweet states: "Many have asked me my position on various issues. Below is a summary of where I stand. This is not an exhaustive list and more positions & details will follow. Most importantly, I didn't have to hire a pollster or political consultant to tell me what to say or what to believe."

9. Attached hereto as **Exhibit H** is a true and correct copy of an article entitled, *Michael Avenatti in Iowa: 'I'm exploring a run for the presidency of the United States,'* which was published by the Des Moines Register on August 9, 2018, at the following URL: https://www.desmoinesregister.com/story/news/politics/2018/08/09/michael-avenatti-iowa-wing-ding-president-exploring-run-caucus-2020-stormy-daniels/935636002/.

10. Attached hereto as **Exhibit I** is a true and correct copy of an article entitled, *Michael Avenatti Visits New Hampshire, Furthering a Prospective Presidential Bid*, which was originally published by Time Magazine on August 19, 2018, at the following URL: http://time.com/5371362/michael-avenatti-trump-new-hampshire-presidency/.

11. Attached hereto as **Exhibit J** are true and correct copies of posts from Ms. Clifford's Instagram account detailing her tour appearances at live adult entertainment venues around the United States as part of her "Make America Horny Again" tour. These posts were obtained from the following URL: https://www.instagram.com/thestormydaniels/?hl=en.

12. Attached hereto as **Exhibit K** is a true and correct copy of a certified transcript of Mr. Avenatti's appearance on CNN on April 9, 2018. A video of Mr. Avenatti's appearance can be viewed at the following URL: https://www.youtube.com/ watch?v=H5bXr-1seIw.

13. Attached hereto as **Exhibit L** is a true and correct copy of an April 7, 2018 tweet by Mr. Avenatti, which was obtained from the following URL:

https://twitter.com/michaelavenatti/status/982599066260353025?lang=en.  Mr. Avenatti's tweet states:  "Expect a major announcement in the coming days regarding our efforts to identify the thug who threatened Ms. Clifford in Las Vegas in 2011 to 'leave Trump alone' while making reference to her little girl. You can run but you can't hide. #thugsearch #seriousconsequences #basta."

14. Attached hereto as **Exhibit M** is a true and correct copy of a certified transcript of Mr. Avenatti's appearance on CNN's *The Situation Room With Wolf Blitzer* on April 18, 2018.  A video of Mr. Avenatti's appearance can be viewed at the following URL: https://www.youtube.com/watch?v=Ui6uXxlNAAs.

15. Attached hereto as **Exhibit N** is a true and correct copy of the Declaration of Michael Cohen in Support of his Anti-SLAPP Motion, filed in *Clifford v. Trump et at.*, Case No. 2:18-cv-02217-SJO-FFM.

16. Attached hereto as **Exhibit O** is a true and correct copy of the article entitled, *So True? So False? Did Donald Trump Cheat on Melania With a Porn Star?!*, which was published by E! News on or about October 12, 2011, and obtained from the following URL: http://www.eonline.com/news/269058/so-true-so-false-did-donald-trump-cheat-on-melania-with-a-porn-star.

17. Attached hereto as **Exhibit P** is a true and correct copy of the article entitled, *Stormy Daniels says Trump scandal has been good for business*, which was published by CNN on or about March 11, 2018, at the following URL: https://www.cnn.com/2018/03/10/politics/stormy-daniels-interview/index.html.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the article entitled, *One Night with Stormy Daniels, the Hero America Needs*, which was published by Rolling Stone on or about March 9, 2018, at the following URL: https://www.rollingstone.com/ culture/features/one-night-with-stormy-daniels-the-hero-america-needs-w517692.

19. Attached hereto as **Exhibit R** is a true and correct copy of the homepage for the official website of Stormy Daniels (Ms. Clifford), which was obtained from

the following URL: http://www.StormyDaniels.com/.

20. Attached hereto as **Exhibit S** are true and correct copies of posts from Ms. Clifford's Instagram account promoting her appearances at live adult entertainment venues, which were obtained from the following URL: https://www.instagram.com/thestormydaniels/?hl=en.

21. On August 20, 2018, my partner, Ryan J. Stonerock, sent an email to counsel for Ms. Clifford detailing the grounds for this motion. Subsequently, on August 20, 2018, I discussed those grounds during a telephonic meet and confer conference Ms. Clifford's counsel, Ahmed Ibrahim, and Mr. Stonerock. Then, on August 23, 2018, Mr. Stonerock and Mr. Ibrahim further discussed the instant motion, including the grounds upon which Ms. Clifford intends to oppose the motion. No agreement to eliminate the need for this motion was reached.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 27, 2018, at Los Angeles, California.

CHARLES J. HARDER