# Exhibit A



Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&amp;sort=alpha,asc&amp;mode=simple&amp;page=1&amp;ref_=filmo_nxt
Capture timestamp (UTC): Fri, 10 Aug 2018 22:24:35 GMT

9. Adult Entertainment Expo 2008 (2008 TV Movie)    7.2    ☆ Rate    +

10. Adult Video News Awards 2003 (2003 Video)    4.4    ☆ Rate    +

11. Adult Video News Awards 2004 (2004 Video)    6.1    ☆ Rate    +

12. Adult Video News Awards 2005 (2005 Video)    7.3    ☆ Rate    +

13. Along for the Ride (2016 Video)    0    ☆ Rate    +

14. American Dreams (2005 Video)    7.2    ☆ Rate    +

15. American Girls 2 (2002 Video)    0    ☆ Rate    +

16. Angels of Mercy (2003 Video)    0    ☆ Rate    +

17. At First Sight (2014 Video)    0    ☆ Rate    +

18. Bad Advice (2015 Video)    0    ☆ Rate    +

19. Band Camp (2004 Video)    0    ☆ Rate    +

20. Beautiful (2003 Video)    6.8    ☆ Rate    +

21. Behind the Scenes (2015 Video)    0    ☆ Rate    +

22. Behind the Scenes of 'Dripping Wet Sex' (2002 Video)    6.2    ☆ Rate    +

23. Best Friends (2002 Video)    0    ☆ Rate    +

24. Vivid Valley (2004– )
Episode: Best New Nymphomaniac (2004)    7.4    ☆ Rate    +

25. Best in Sex: 2015 AVN Awards (2015 TV Special)    6.2    ☆ Rate    +

26. Best in Sex: 2016 AVN Awards (2016 TV Special)    6.2    ☆ Rate    +

24. Sin City Diaries (2007– )
Episode: Best New Nymphomaniac (2004)

25. Best in Sex: 2015 AVN Awards (2015 TV Special)    6.2    ☆ Rate

26. Best in Sex: 2016 AVN Awards (2016 TV Special)    6.2    ☆ Rate

27. Big Busted Goddesses of Las Vegas (2000 Video)    7.8    ☆ Rate

28. Bikini Kitchen (2009 Video)    0    ☆ Rate

29. Bikini Kitchen: Best of Stormy (2011 Video)    7.6    ☆ Rate

30. Bikini Kitchen: Best of Stormy 2 (2014 TV Short)    0    ☆ Rate

31. Bikini Kitchen: Volume 2 (2011 TV Movie)    6.2    ☆ Rate

32. Bikini Kitchen: Volume 3 (2013 TV Movie)    0    ☆ Rate

33. Black Widow (2007 Video)    6.8    ☆ Rate

34. Blind Date (2011 Video)    6.2    ☆ Rate

35. Dirt (2007–2008)
Episode: Blogan (2007)    7.7    ☆ Rate

36. Blow (2012 Video)    0    ☆ Rate

37. Bound (2008 Video)    5.8    ☆ Rate

38. Breast Friends 2 (2002 Video)    5.7    ☆ Rate

39. Busty Beauties 2 (2002 Video)    0    ☆ Rate

40. Camp Cuddly Pines Powertool Massacre (2005 Video)    6.8    ☆ Rate

41. Cargo (2003 Video)    6.8    ☆ Rate



39. Busty Beauties 2 (2002 Video)                          0          ☆ Rate

40. Camp Cuddly Pines Powertool Massacre (2005 Video)      6.8        ☆ Rate

41. Cargo (2003 Video)                                     6.8        ☆ Rate

42. Change of Heart (2013 Video)                           6          ☆ Rate

43. Class Act (2002 Video)                                 0          ☆ Rate

44. Couples Camp (2010 Video)                              5.8        ☆ Rate

45. Crime of Passion (2014 Video)                          3.7        ☆ Rate

46. Cupid's Arrow (2002 Video)                             0          ☆ Rate

47. Rated A for Adult (2010– )                             0          ☆ Rate
Episode: Dancing Dirty (2010)

48. Deception (I) (2015 Video)                             5.6        ☆ Rate

49. Dirt (2007–2008)                                       7          ☆ Rate

50. Dirty Deeds (2014 Video)                               0          ☆ Rate

1 to 50 of 245 titles | Next »

**Recently Viewed**                                          *Clear your history*

**IMDb Everywhere**          **Follow IMDb on**

Download on the              Home          Contact Us        IMDbPro
GET IT ON                    Top Rated Movies   Register     Box Office Mojo
Google play
amazon Available at



| | | | |
|---|---|---|---|
| 44. Couples Camp (2010 Video) | 5.8 | ☆ Rate | + |
| 45. Crime of Passion (2014 Video) | 3.7 | ☆ Rate | + |
| 46. Cupid's Arrow (2002 Video) | 0 | ☆ Rate | + |
| 47. Rated A for Adult (2010– ) Episode: Dancing Dirty (2010) | 0 | ☆ Rate | + |
| 48. Deception (I) (2015 Video) | 5.6 | ☆ Rate | + |
| 49. Dirt (2007–2008) | 7 | ☆ Rate | + |
| 50. Dirty Deeds (2014 Video) | 0 | ☆ Rate | + |

1 to 50 of 245 titles | Next »

## Recently Viewed

Clear your history

## IMDb Everywhere

Download on the App Store · GET IT ON Google play · Available at amazon apps

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

## Follow IMDb on

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
Register
News
Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox
Conditions of Use
Privacy Policy
Interest-Based Ads

An amazon.com company.

Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books



# Titles With Stormy Daniels (Sorted by Title, ascending)

⩔ **Refine** | See titles to watch instantly, titles you haven't rated, etc

51 to 100 of 245 titles | « Previous | Next »

Sort by: Alphabetical ▼ ↕️    View:

| Title & Date | IMDb Rating | Your Rating | |
|---|---|---|---|
| 51. **Dirty Minds** (2009 Video) | 0 | ☆ Rate | + |
| 52. **Divorcees** (2013 Video) | 6.6 | ☆ Rate | + |
| 53. **Saturday Night Live** (1975– )<br>Episode: **Donald Glover/Childish Gambino** (2018) | 8.1 | ☆ Rate | + |
| 54. **Dripping Wet Sex 4** (2002 Video) | 0 | ☆ Rate | + |
| 55. **Driven** (2007 Video) | 0 | ☆ Rate | + |
| 56. **Dumb Blonde** (2002 Video) | 6.6 | ☆ Rate | + |
| 57. **Mind of Mencia** (2005– )<br>Episode: **Episode #2.15** (2006) | 3.6 | ☆ Rate | + |
| 58. **Erotic Idols** (2002 Video) | 6.3 | ☆ Rate | + |
| 59. **Eternity** (2005 Video) | 7.2 | ☆ Rate | + |
| 60. **Facade** (2016 Video) | 0 | ☆ Rate | + |
| 61. **Fairy Tale** (2010 Video) | 6 | ☆ Rate | + |
| 62. **Falling from Grace** (2003 Video) | 7.1 | ☆ Rate | + |
| 63. **Feeling Lucky?** (2014 Video) | 0 | ☆ Rate | + |
| 64. **Finally Legal 7** (2002 Video) | 0 | ☆ Rate | + |
| 65. **Finding Bliss** (2009) | 5.3 | ☆ Rate | + |
| 66. **First Crush** (2012 Video) | 8 | ☆ Rate | + |
| 67. **For Love, Money or a Green Card** (2007 Video) | 7 | ☆ Rate | + |
| 68. **Forbidden** (2009 Video) | 5.9 | ☆ Rate | + |

Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&amp;mode=simple&amp;page=2&amp;ref_=filmo_nxt&amp;sort=alpha,asc
Capture timestamp (UTC): Fri, 10 Aug 2018 22:25:11 GMT
Page 1 of 4

67. For Love, Money or a Green Card (2007 Video)    7    ☆ Rate    +

68. Forbidden (2009 Video)    5.9    ☆ Rate    +

69. Forever Stormy (2005 Video)    0    ☆ Rate    +

70. From the First Moment (2016 Video)    0    ☆ Rate    +

71. Getting Cozy (2015 Video)    5    ☆ Rate    +

72. Rated A for Adult (2010– )
Episode: Getting in the Biz    -    +

73. Girlfriend for Hire (2011 Video)    0    ☆ Rate    +

74. Girlfriends (2015 Video)    6.2    ☆ Rate    +

75. Girls Night (2015 Video)    5    ☆ Rate    +

76. Gossip (2006 Video)    0    ☆ Rate    +

77. Grand Opening (2002 Video)    0    ☆ Rate    +

78. The View (1997– )
Episode: Guest Co-Hostess Yvette Nicole Brown/Stormy
Daniels/Hot Topics (2018)    0    ☆ Rate    +

79. Happy Endings (2011 Video)    0    ☆ Rate    +

80. Haunted Hearts (2014 Video)    0    ☆ Rate    +

81. Heart Strings (2011 Video)    5.2    ☆ Rate    +

82. Heat (2002 Video)    0    ☆ Rate    +

83. Highway (2004 Video)    0    ☆ Rate    +

84. Highway Home (2018 Video)    0    ☆ Rate    +

85. Hot Showers 6 (2002 Video)    0    ☆ Rate    +

86. House of Wicked (2009 Video)    6    ☆ Rate    +

87. I Know What You Did Last Night (2004 Video)    0    ☆ Rate    +

88. If You Only Knew (2013 Video)    6.6    ☆ Rate    +

89. Immortal Love (2012 Video)    5.5    ☆ Rate    +

90. Impulse (2015 Video)    0    ☆ Rate    +

87. I Know What You Did Last Night (2004 Video)       0       ☆ Rate   +

88. If You Only Knew (2013 Video)       6.6       ☆ Rate   +

89. Immortal Love (2012 Video)       5.5       ☆ Rate   +

90. Impulse (2015 Video)       0       ☆ Rate   +

91. Indiscretions (2016 Video)       0       ☆ Rate   +

92. Inside Edition (1988– )       3.9       ☆ Rate   +

93. Inside Job (2011 Video)       0       ☆ Rate   +

94. Internal Affairs: From the Files of Valley 911 (2005 Video)       6.7       ☆ Rate   +

95. Island Fever 2 (2003 Video)       6.5       ☆ Rate   +

96. Island Girls (2003 Video)       0       ☆ Rate   +

97. Shootout (2003–2008)
Episode: Jeffrey Katzenberg (2007)       0       ☆ Rate   +

98. Jenna's Star Power (2005 Video)       7.1       ☆ Rate   +

99. Jimmy Kimmel Live! (2003– )       6.8       ☆ Rate   +

100. Just You and Me (2010 Video)       0       ☆ Rate   +

51 to 100 of 245 titles | « Previous | Next »

**Recently Viewed**                                    Clear your history

**IMDb Everywhere**

Download on the App Store   GET IT ON Google play   Available at Amazon appstore

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site   »

**Follow IMDb on**

[Facebook] [Twitter] [Instagram]

Home                 Contact Us            IMDbPro
Top Rated Movies     Register              Box Office Mojo
Box Office           News                  Withoutabox
TV
Coming Soon          Press Room            Conditions of Use
Site Index           Advertising           Privacy Policy
Search               Jobs                  Interest-Based Ads
In Theaters

An **amazon.com** company.                 Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video         Prime Video           Amazon Germany    Amazon Italy      Amazon France     Amazon India      DPReview        Audible
Watch Movies &       Unlimited Streaming   Buy Movies on     Buy Movies on     Buy Movies on     Buy Movie and     Digital         Download
TV Online            of Movies & TV        DVD & Blu-ray     DVD & Blu-ray     DVD & Blu-ray     TV Show DVDs      Photography     Audio Books

Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&amp;mode=simple&amp;page=2&amp;ref_=filmo_nxt&amp;sort=alpha,asc
Capture timestamp (UTC): Fri, 10 Aug 2018 22:25:11 GMT

| | | |
|---|---|---|
| 88. **If You Only Knew** (2013 Video) | | ☆ Rate |
| 89. **Immortal Love** (2012 Video) | 5.5 | ☆ Rate |
| 90. **Impulse** (2015 Video) | 0 | ☆ Rate |
| 91. **Indiscretions** (2016 Video) | 0 | ☆ Rate |
| 92. **Inside Edition** (1988– ) | 3.9 | ☆ Rate |
| 93. **Inside Job** (2011 Video) | 0 | ☆ Rate |
| 94. **Internal Affairs: From the Files of Valley 911** (2005 Video) | 6.7 | ☆ Rate |
| 95. **Island Fever 2** (2003 Video) | 6.5 | ☆ Rate |
| 96. **Island Girls** (2003 Video) | 0 | ☆ Rate |
| 97. **Shootout** (2003–2008) Episode: **Jeffrey Katzenberg** (2007) | 0 | ☆ Rate |
| 98. **Jenna's Star Power** (2005 Video) | 7.1 | ☆ Rate |
| 99. **Jimmy Kimmel Live!** (2003– ) | 6.8 | ☆ Rate |
| 100. **Just You and Me** (2010 Video) | 0 | ☆ Rate |

51 to 100 of 245 titles | « Previous | Next »

**Recently Viewed**

Clear your history

**IMDb Everywhere**

Download on the App Store · GET IT ON Google play · Available at amazon

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

**Follow IMDb on**

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
Register
News
Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox
Conditions of Use
Privacy Policy
Interest-Based Ads

An **amazon.com** company.

Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books



# Titles With Stormy Daniels (Sorted by Title, ascending)

**⩔ Refine** | See titles to watch instantly, titles you haven't rated, etc

101 to 150 of 245 titles | « Previous | Next »

Sort by: Alphabetical ▾ ⇅     View:

| Title & Date | IMDb Rating | Your Rating | |
|---|---|---|---|
| 101. Karma (2016 Video) | 7.1 | ☆ Rate | + |
| 102. Jimmy Kimmel Live! (2003– ) Episode: Kerry Washington/Stormy Daniels/Elise Trouw (2018) | 2 | ☆ Rate | + |
| 103. Kink (2003 Video) | 9.4 | ☆ Rate | + |
| 104. Knocked Up (2007) | 7 | ☆ Rate | + |
| 105. Last Night (2007 Video) | 8 | ☆ Rate | + |
| 106. Real Sex (1990– ) Episode: Let It All Hang Out (2002) | 0 | ☆ Rate | + |
| 107. Lost and Found (2003 Video) | 5.5 | ☆ Rate | + |
| 108. Love Potion 69 (2002 Video) | 0 | ☆ Rate | + |
| 109. Love and Loss (2014 Video) | 0 | ☆ Rate | + |
| 110. Pornucopia: Going Down in the Valley (2004– ) Episode: Love and/or Sex (2004) | 6.1 | ☆ Rate | + |
| 111. Love in an Elevator (2010 Video) | 6.2 | ☆ Rate | + |
| 112. Lovers Lane (2005 Video) | 8.2 | ☆ Rate | + |
| 113. Matrix Pornstars (2004 Video) | 5.5 | ☆ Rate | + |
| 114. Men Only's Gorgeous All Girls (2004 Video) | 0 | ☆ Rate | + |
| 115. Mind of Mencia (2005– ) | 3.1 | ☆ Rate | + |
| 116. Model Behavior (2009 Video) | 6.7 | ☆ Rate | + |
| 117. Naked Ambition: An R Rated Look at an X Rated Industry (2009) | 4.9 | ☆ Rate | + |
| 118. Naked Hollywood 17: Lights, Camera, Action (2003 Video) | 0 | ☆ Rate | + |

Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&mode=simple&page=3&ref_=filmo_nxt&sort=alpha,asc
Capture timestamp (UTC): Fri, 10 Aug 2018 22:25:52 GMT

117. **Naked Ambition: An R Rated Look at an X Rated Industry** (2009)   4.9   ☆ Rate

118. **Naked Hollywood 17: Lights, Camera, Action** (2003 Video)   0   ☆ Rate

119. **Neighbors** (2005 Video)   8.1   ☆ Rate

120. **Never Forgotten** (2018 Video)   0   ☆ Rate

121. **Not a Romance** (2003 Video)   6.2   ☆ Rate

122. **Nothin' But Trouble** (2014 Video)   6.2   ☆ Rate

123. **Nymphos** (2013 Video)   0   ☆ Rate

124. **Off Limits** (2015 Video)   0   ☆ Rate

125. **One Night in Vegas** (2004 Video)   0   ☆ Rate

126. **One Wild & Crazy Night** (2008 Video)   6.9   ☆ Rate

127. **Operation: Desert Stormy** (2007 Video)   7.5   ☆ Rate

128. **Operation: Tropical Stormy** (2009 Video)   6.8   ☆ Rate

129. **Partly Stormy** (2010 Video)   6.8   ☆ Rate

130. **Party Down** (2009–2010)   8.3   ☆ Rate

131. **Perfect Timing** (2015 Video)   0   ☆ Rate

132. **Pornucopia: Going Down in the Valley** (2004– )
Episode: **Perky and Punctual** (2004)   7.4   ☆ Rate

133. **Photo Club** (2003 Video)   7.8   ☆ Rate

134. **Dirt** (2007–2008)
Episode: **Pilot** (2007)   7.6   ☆ Rate

135. **Pin Ups** (2003 Video)   0   ☆ Rate

136. **Playgirl: Heavenly Heat** (2007 Video)   6   ☆ Rate

137. **Popatopolis** (2009)   7   ☆ Rate

138. **Porking with Pride 2** (2004 Video)   0   ☆ Rate

139. **Vivid Valley** (2004– )   6.6   ☆ Rate

140. **Pornstar** (2003 Video)   7.6   ☆ Rate

137. Popatopolis (2009)  7  ☆ Rate  +

138. Porking with Pride 2 (2004 Video)  0  ☆ Rate  +

139. Vivid Valley (2004– )  6.6  ☆ Rate  +

140. Pornstar (2003 Video)  7.6  ☆ Rate  +

141. Pornucopia: Going Down in the Valley (2004– )  7.4  ☆ Rate  +

142. Portrait (2004 Video)  0  ☆ Rate  +

143. Predator II: The Return (2008 Video)  7.3  ☆ Rate  +

144. Predator III: The Final Chapter (2009 Video)  6.6  ☆ Rate  +

145. Pretty Dangerous (2015 Video)  6.1  ☆ Rate  +

146. Princess (2003 Video)  0  ☆ Rate  +

147. Private Eyes (2005 Video)  0  ☆ Rate  +

148. Pussy Sweat (2003 Video)  0  ☆ Rate  +

149. Pornucopia: Going Down in the Valley (2004– )
Episode: Questions, Anyone? (2004)  6.2  ☆ Rate  +

150. Rated A for Adult (2010– )  7.5  ☆ Rate  +

101 to 150 of 245 titles | « Previous | Next »

**Recently Viewed**                                                                 Clear your history

**IMDb Everywhere**

Download on the App Store   GET IT ON Google play   Available at amazon apps

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site  »

**Follow IMDb on**

Facebook   Twitter   Instagram

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
Register
News
Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox
Conditions of Use
Privacy Policy
Interest-Based Ads

An amazon.com company.

Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books



137. Popatopolis (2009)                                            ☆ Rate

138. Porking with Pride 2 (2004 Video)                            ☆ Rate

139. Vivid Valley (2004– )                               6.6      ☆ Rate

140. Pornstar (2003 Video)                               7.6      ☆ Rate

141. Pornucopia: Going Down in the Valley (2004– )       7.4      ☆ Rate

142. Portrait (2004 Video)                               0        ☆ Rate

143. Predator II: The Return (2008 Video)                7.3      ☆ Rate

144. Predator III: The Final Chapter (2009 Video)        6.6      ☆ Rate

145. Pretty Dangerous (2015 Video)                       6.1      ☆ Rate

146. Princess (2003 Video)                               0        ☆ Rate

147. Private Eyes (2005 Video)                           0        ☆ Rate

148. Pussy Sweat (2003 Video)                            0        ☆ Rate

149. Pornucopia: Going Down in the Valley (2004– )       6.2      ☆ Rate
Episode: Questions, Anyone? (2004)

150. Rated A for Adult (2010– )                          7.5      ☆ Rate

101 to 150 of 245 titles  |  « Previous  |  Next »

**Recently Viewed**                                              Clear your history

**IMDb Everywhere**

Download on the App Store    GET IT ON Google play    Available at amazon

Find showtimes, watch trailers, browse photos, track your
Watchlist and rate your favorite movies and TV shows on your
phone or tablet!

IMDb Mobile site                                                 »

**Follow IMDb on**

Home                 Contact Us          IMDbPro
Top Rated Movies     Register            Box Office Mojo
Box Office           News                Withoutabox
TV
Coming Soon          Press Room          Conditions of Use
Site Index           Advertising         Privacy Policy
Search               Jobs                Interest-Based Ads
In Theaters

An amazon.com company.                   Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video       Prime Video        Amazon Germany     Amazon Italy       Amazon France      Amazon India       DPReview        Audible
Watch Movies &     Unlimited Streaming Buy Movies on      Buy Movies on      Buy Movies on      Buy Movie and      Digital         Download
TV Online          of Movies & TV     DVD & Blu-ray      DVD & Blu-ray      DVD & Blu-ray      TV Show DVDs       Photography     Audio Books

Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&amp;mode=simple&amp;page=3&amp;ref_=filmo_nxt&amp;sort=alpha,asc
Capture timestamp (UTC): Fri, 10 Aug 2018 22:25:52 GMT                                                    Page 4 of 4

Case 2:18-cv-06893-JLS-FFM   Document 28-2   Filed 08/27/18   Page 15 of 89   Page ID #:698



# Titles With Stormy Daniels (Sorted by Title, ascending)

**⊗ Refine**   See titles to watch instantly, titles you haven't rated, etc

151 to 200 of 245 titles  |  « Previous  |  Next »

Sort by: Alphabetical ▾

View:

| Title & Date | IMDb Rating | Your Rating | |
|---|---|---|---|
| 151. Real Sex (1990– ) | 6.8 | ☆ Rate | |
| 152. Rebound (2013 Video) | 6.5 | ☆ Rate | |
| 153. Red Hot Carpet (2007 TV Special) | 0 | ☆ Rate | |
| 154. Reinvented (2009 Video) | 5.3 | ☆ Rate | |
| 155. Reunited (2016 Video) | 0 | ☆ Rate | |
| 156. Right Amount of Wrong (2014 Video) | 0 | ☆ Rate | |
| 157. Ron Jeremy on the Loose: Atlantic City (2003 Video) | 0 | ☆ Rate | |
| 158. Saint Francis (2007) | 4.5 | ☆ Rate | |
| 159. Pornucopia: Going Down in the Valley (2004– ) Episode: Same-Sex Sex (2004) | 7.8 | ☆ Rate | |
| 160. Saturday Night Live (1975– ) | 8.1 | ☆ Rate | |
| 161. Screw You (2014 Video) | 0 | ☆ Rate | |
| 162. Second Thoughts (2005 Video) | 0 | ☆ Rate | |
| 163. Secrets of the Velvet Ring (2005 Video) | 5.7 | ☆ Rate | |
| 164. Sex Door Neighbors (2013 Video) | 7 | ☆ Rate | |
| 165. Sex Lies & Spies (2010 Video) | 5 | ☆ Rate | |
| 166. Sex Therapy (2010 Video) | 5.1 | ☆ Rate | |
| 167. Sexbots: Programmed for Pleasure (2016 Video) | 4.6 | ☆ Rate | |
| 168. Shootout (2003–2008) | 6.2 | ☆ Rate | |

166. Sex Therapy (2010 Video)                                                    5.4   ☆ Rate   +

167. Sexbots: Programmed for Pleasure (2016 Video)                              4.6   ☆ Rate   +

168. Shootout (2003–2008)                                                        6.2   ☆ Rate   +

169. Party Down (2009–2010)
    Episode: Sin Say Shun Awards Afterparty (2009)                              8     ☆ Rate   +

170. Skin Deep (2003 Video)                                                      6.8   ☆ Rate   +

171. Slave to Love (2004 Video)                                                  0     ☆ Rate   +

172. Sleeping Around (2006 Video)                                                7.2   ☆ Rate   +

173. Sleeping Beauty: An Axel Braun Parody (2014 Video)                          7.1   ☆ Rate   +

174. Snatched (2012 Video)                                                       7     ☆ Rate   +

175. Space Nuts (2003 Video)                                                     6.6   ☆ Rate   +

176. Splendor (2002 Video)                                                       5.6   ☆ Rate   +

177. Spreading My Seed (2005 Video)                                              0     ☆ Rate   +

178. Inside Edition (1988– )
    Episode: Stormy Daniels (2018)                                              0     ☆ Rate   +

179. Inside Edition (1988– )
    Episode: Stormy Daniels Interview (2018)                                    0     ☆ Rate   +

180. The View (1997– )
    Episode: Stormy Daniels/Michael Avenatti/Andrew Morton
    (2018)                                                                      6.4   ☆ Rate   +

181. 60 Minutes (1968– )
    Episode: Stormy Daniels/The Greek Freak (2018)                              8     ☆ Rate   +

182. Inside Edition (1988– )
    Episode: Stormy Daniels: World Exclusive (2018)                             0     ☆ Rate   +

183. Stormy's Favorites (2008 Video)                                             0     ☆ Rate   +

184. Suspicious Minds (2003 Video)                                               6.8   ☆ Rate   +

185. Switch (2013 Video)                                                         6.2   ☆ Rate   +

186. Taken (2006 Video)                                                          5.4   ☆ Rate   +

187. Talking Shop (2013 Video)                                                   0     ☆ Rate   +

188. Teacher's Pet (2011 Video)                                                  7.4   ☆ Rate   +

189. The 2008 AVN Adult Movie Awards (2008 TV Special)                           0     ☆ Rate   +

190. The 2008 AVN Adult Movie Awards: Red Carpet Show                            0     ☆ Rate

187. Talking Shop (2013 Video)                                      0          ☆ Rate        +

188. Teacher's Pet (2011 Video)                                  7.4          ☆ Rate        +

189. The 2008 AVN Adult Movie Awards (2008 TV Special)   0          ☆ Rate        +

190. The 2008 AVN Adult Movie Awards: Red Carpet Show   0          ☆ Rate        +
(2008 TV Movie)

191. The 40-Year-Old Virgin (2005)                             7.1          ☆ Rate        +

192. The Adult Entertainment Expo (2007 TV Movie)           0          ☆ Rate        +

193. The Bait (2014 Video)                                         0          ☆ Rate        +

194. The Chatroom (2010 Video)                                 5.5          ☆ Rate        +

195. The Closer (2005 Video)                                       0          ☆ Rate        +

196. The Escort (2011 Video)                                     5.1          ☆ Rate        +

197. The Fate of Love (2011 Video)                               0          ☆ Rate        +

198. The Honeymoon (2010 Video)                               5.6          ☆ Rate        +

199. The Life of Riley (2011 Video)                               0          ☆ Rate        +

200. The Lifestyle (2009 Video)                                    6          ☆ Rate        +

151 to 200 of 245 titles  |  « Previous  |  Next »

**Recently Viewed**                                                     Clear your history

**IMDb Everywhere**                          **Follow IMDb on**

Download on the App Store    GET IT ON Google play    Available at amazon apps amazon

Find showtimes, watch trailers, browse photos, track your
Watchlist and rate your favorite movies and TV shows on your
phone or tablet!

IMDb Mobile site    »

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | Register | Box Office Mojo |
| Box Office | News | Withoutabox |
| TV | | |
| Coming Soon | Press Room | Conditions of Use |
| Site Index | Advertising | Privacy Policy |
| Search | Jobs | Interest-Based Ads |
| In Theaters | | |

An amazon.com company.

Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video        Prime Video          Amazon Germany    Amazon Italy      Amazon France    Amazon India      DPReview      Audible
Watch Movies &      Unlimited Streaming  Buy Movies on       Buy Movies on     Buy Movies on     Buy Movie and     Digital        Download
TV Online            of Movies & TV       DVD & Blu-ray       DVD & Blu-ray     DVD & Blu-ray     TV Show DVDs     Photography    Audio Books



188. Teacher's Pet (2011 Video) — ☆ Rate

189. The 2008 AVN Adult Movie Awards (2008 TV Special) — 0 ☆ Rate

190. The 2008 AVN Adult Movie Awards: Red Carpet Show (2008 TV Movie) — 0 ☆ Rate

191. The 40-Year-Old Virgin (2005) — 7.1 ☆ Rate

192. The Adult Entertainment Expo (2007 TV Movie) — 0 ☆ Rate

193. The Bait (2014 Video) — 0 ☆ Rate

194. The Chatroom (2010 Video) — 5.5 ☆ Rate

195. The Closer (2005 Video) — 0 ☆ Rate

196. The Escort (2011 Video) — 5.1 ☆ Rate

197. The Fate of Love (2011 Video) — 0 ☆ Rate

198. The Honeymoon (2010 Video) — 5.6 ☆ Rate

199. The Life of Riley (2011 Video) — 0 ☆ Rate

200. The Lifestyle (2009 Video) — 6 ☆ Rate

151 to 200 of 245 titles | « Previous | Next »

**Recently Viewed**                                    Clear your history

**IMDb Everywhere**

Download on the App Store   GET IT ON Google play   Available at amazon

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

**Follow IMDb on**  (Facebook) (Twitter) (Instagram)

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
Register
News
Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox
Conditions of Use
Privacy Policy
Interest-Based Ads

An amazon.com company.                Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books



216. Tormented (2009 Video)    6   ☆ Rate

217. Toxxxic Cumloads 6 (2004 Video)    0   ☆ Rate

218. Trailer Trash Nurses 6 (2002 Video)    6.2   ☆ Rate

219. Trouble x2 (2016 Video)    0   ☆ Rate

220. Two (2008 Video)    7   ☆ Rate

221. Unbridled (2017 Video)    0   ☆ Rate

222. Rated A for Adult (2010– )
Episode: Under the Covers (2010)    0   ☆ Rate

223. Unfaithful (2012 Video)    0   ☆ Rate

224. Voluptuous 3 (2002 Video)    0   ☆ Rate

225. Waiting on Love (2014 Video)    3.9   ☆ Rate

226. Wanderlust (2013 Video)    6.2   ☆ Rate

227. Wanted (2015 Video)    6.2   ☆ Rate

228. Watching Samantha (2006 Video)    6.4   ☆ Rate

229. Weekend to Remember (2016 Video)    0   ☆ Rate

230. Whack Job (2009 Video)    5.5   ☆ Rate

231. What Are Friends For? (2005 Video)    8   ☆ Rate

232. What Went Wrong (2010 Video)    0   ☆ Rate

233. What's a Girl Gotta Do? (2005 Video)    7.7   ☆ Rate

234. Whatever It Takes (2010 Video)    6.9   ☆ Rate

235. When It Comes to You (2014 Video)    0   ☆ Rate

236. When the Boyz Are Away the Girlz Will Play 7 (2002 Video)    4.9   ☆ Rate

237. Wicked Divas: Julia Ann (2004 Video)    7.7   ☆ Rate

238. Wicked Divas: Stormy (2004 Video)    0   ☆ Rate

239. Win a Date with Sofia Blake (2016 Video)    0   ☆ Rate

240. Without You (2003 Video)    6   ☆ Rate

Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&amp;mode=simple&amp;page=5&amp;ref_=filmo_nxt&amp;sort=alpha,asc
Capture timestamp (UTC): Fri, 10 Aug 2018 22:27:17 GMT

233. **What's a Girl Gotta Do?** (2005 Video)            ☆ Rate

234. **Whatever It Takes** (2010 Video)            6.9            ☆ Rate

235. **When It Comes to You** (2014 Video)            0            ☆ Rate

236. **When the Boyz Are Away the Girlz Will Play 7** (2002 Video)            4.9            ☆ Rate

237. **Wicked Divas: Julia Ann** (2004 Video)            7.7            ☆ Rate

238. **Wicked Divas: Stormy** (2004 Video)            0            ☆ Rate

239. **Win a Date with Sofia Blake** (2016 Video)            0            ☆ Rate

240. **Without You** (2003 Video)            6            ☆ Rate

241. **Pornucopia: Going Down in the Valley** (2004– )            6.8            ☆ Rate
Episode: **Women on Top** (2004)

242. **Rated A for Adult** (2010– )            0            ☆ Rate
Episode: **Women on Top** (2010)

243. **Wrong Side of Town** (2010 Video)            3.9            ☆ Rate

244. **Young & Anal** (2003 Video)            0            ☆ Rate

245. **Zdenka & Friends** (2005 Video)            6.9            ☆ Rate

201 to 245 of 245 titles | « Previous

**Recently Viewed**                                           Clear your history

**IMDb Everywhere**                    **Follow IMDb on**

[Download on the App Store]  [GET IT ON Google play]  [Available at Amazon]

Find showtimes, watch trailers, browse photos, track your
Watchlist and rate your favorite movies and TV shows on your
phone or tablet!

IMDb Mobile site                    »

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top Rated Movies | Register | Box Office Mojo |
| Box Office | News | Withoutabox |
| TV | | |
| Coming Soon | Press Room | Conditions of Use |
| Site Index | Advertising | Privacy Policy |
| Search | Jobs | Interest-Based Ads |
| In Theaters | | |

An amazon.com company.                    Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video          Prime Video          Amazon Germany          Amazon Italy          Amazon France          Amazon India          DPReview          Audible
Watch Movies &        Unlimited Streaming  Buy Movies on           Buy Movies on        Buy Movies on         Buy Movie and       Digital            Download
TV Online             of Movies & TV       DVD & Blu-ray           DVD & Blu-ray        DVD & Blu-ray         TV Show DVDs        Photography        Audio Books

Document title: Titles With Stormy Daniels (Sorted by Title, ascending) - IMDb
Capture URL: https://www.imdb.com/filmosearch?role=nm1317917&amp;mode=simple&amp;page=5&amp;ref_=filmo_nxt&amp;sort=alpha,asc
Capture timestamp (UTC): Fri, 10 Aug 2018 22:27:17 GMT
Page 3 of 3

# Exhibit B

# FULL STORMY DANIELS INTERVIEW TRANSCRIPT BELOW:

**Anderson Cooper**: For sitting here talking to me today you could be fined a million dollars. I mean, aren't you taking a big risk?

**Stormy Daniels**: I am.

**Anderson Cooper**: I guess I'm not 100% sure on why you're doing this.

**Stormy Daniels**: Because it was very important to me to be able to defend myself.

**Anderson Cooper**: Is part of talking w-- wanting to set the record straight?

**Stormy Daniels**: 100%.

**Anderson Cooper**: Why does the record need to be set straight?

**Stormy Daniels**: Because people are just saying whatever they wanted to say about me, I was perfectly fine saying nothing at all, but I'm not okay with being made out to be a liar, or people thinking that I did this for money and people are like, "Oh, you're an opportunist. You're taking advantage of this. Yes, I'm getting more job offers now, but tell me one person who would turn down a job offer making more than they've been making, doing the same thing that they've always done?

**Anderson Cooper**: A lotta people are using you for a lotta different agendas.

**Stormy Daniels**: They're trying to. Like, oh, you know, Stormy Daniels comes out #MeToo. This is not a 'Me Too.' I was not a victim. I've never said I was a victim. I think trying to use me to-- to further someone else's agenda, does horrible damage to people who are true victims.

Stormy Daniels' real name is Stephanie Clifford. She's 39 years old, from Baton Rouge, Louisiana, and has been acting in, directing, and writing adult films for nearly 20 years. She was one of the most popular actresses in the adult industry when she was introduced to Mr. Trump at a celebrity golf tournament in Lake Tahoe in July, 2006. She says he invited her to dinner, and she met him at his hotel suite.

**Anderson Cooper**: How was the conversation?

**Stormy Daniels**: Ummm (LAUGH) it started off-- all about him just talking about himself. And he's like-- "Have you seen my new magazine?"

**Anderson Cooper**: He was showing you his own picture on the cover of a magazine.

**Stormy Daniels**: Right, right. And so I was like, "Does this-- does this normally work for you?" And he looked very taken-- taken back, like, he didn't really understand what I was saying. Like, I was, "does, just, you know, talking about yourself normally work?" And I was like, "Someone should take that magazine and spank you with it." (LAUGH) And I'll never forget the look on his face. He was like--

**Anderson Cooper**: What-- what was his look?

**Stormy Daniels**: Just, I don't think anyone's ever spoken to him like that, especially, you know, a young woman who looked like me. And I said, you know, "Give me that," and I just remember him going, "You wouldn't." "Hand it over." And-- so he did, and I was like, "turn around, drop 'em."

**Anderson Cooper**: You-- you told Donald Trump to turn around and take off his pants.

**Stormy Daniels**: Yes.

**Anderson Cooper**: And did he?

**Stormy Daniels**: Yes. So he turned around and pulled his pants down a little -- you know had underwear on and stuff and I just gave him a couple swats.

**Anderson Cooper**: This was done in a joking manner.



*Stormy Daniels speaks with correspondent Anderson Cooper*

**CBS NEWS**

**Stormy Daniels**: Yes. And-- from that moment on, he was a completely different person.

**Anderson Cooper**: How so?

**Stormy Daniels**: He quit talking about himself and he asked me things and I asked him things and it just became like more appropriate.

**Anderson Cooper**: It became more comfortable.

**Stormy Daniels**: Yeah. He was like, "Wow, you-- you are special. You remind me of my daughter." You know-- he was like, "You're smart and beautiful, and a woman to be reckoned with, and I like you. I like you."

**Anderson Cooper**: At this point was he doing The Apprentice?

**Stormy Daniels**: Yes. And he goes, "Got an idea, honeybunch. Would you ever consider going on and-- and being a contestant?" And I laughed and-- and said, "NBC's never gonna let, you know, an adult film star be on." It's, you

know, he goes, "No, no," he goes, "That's why I want you. You're gonna shock a lotta people, you're smart and they won't know what to expect"

**Anderson Cooper**: Did you think he was serious, or did you think he was kind of dangling to get you to wanna be involved him?

**Stormy Daniels**: Both.

**Anderson Cooper**: Melania Trump had recently given birth to-- to a son, just a few months before. Did that-- did he mention his wife or child at all in this?

**Stormy Daniels**: I asked. And he brushed it aside, said, "Oh yeah, yeah, you know, don't worry about that. We don't even-- we have separate rooms and stuff."

**Anderson Cooper**: Did you two go out for dinner that night?

**Stormy Daniels**: No.

**Anderson Cooper**: You had dinner in the room?

**Stormy Daniels**: Yes.

**Anderson Cooper**: What happened next?

**Stormy Daniels**: I asked him if I could use his restroom and he said, "Yes, you know, it's through those-- through the bedroom, you'll see it." So I-- I excused myself and I went to the-- the restroom. You know, I was in there for a little bit and came out and he was sitting, you know, on the edge of the bed when I walked out, perched.

**Anderson Cooper**: And when you saw that, what went through your mind?

**Stormy Daniels**: I realized exactly what I'd gotten myself into. And I was like, "Ugh, here we go." (LAUGH) And I just felt like maybe-- (LAUGH) it was sort of-- I had it coming for making a bad decision for going to someone's room alone and I just heard the voice in my head, "well, you put yourself in a bad situation and bad things happen, so you deserve this."

**Anderson Cooper**: And you had sex with him.

**Stormy Daniels**: Yes.

**Anderson Cooper**: You were 27, he was 60. Were you physically attracted to him?

**Stormy Daniels**: No.

**Anderson Cooper**: Not at all?

**Stormy Daniels**: No.

**Anderson Cooper**: Did you want to have sex with him?

**Stormy Daniels**: No. But I didn't-- I didn't say no. I'm not a victim, I'm not--

**Anderson Cooper**: It was entirely consensual.

**Stormy Daniels**: Oh, yes, yes.

**Anderson Cooper**: You work in an industry where condom use is-- is an issue. Did-- did he use a condom?

**Stormy Daniels**: No.

**Anderson Cooper**: Did you ask him to?

**Stormy Daniels**: No. I honestly didn't say anything.

**Anderson Cooper**: After you had sex, what happened?

**Stormy Daniels**: He said that it was great, he had-- a great evening, and it was nothing like he expected, that I really surprised him, that a lotta people must underestimate me-- that he hoped that I would be willing to see him again and that we would discuss the things we had talked about earlier in the evening.

**Anderson Cooper**: Being on The Apprentice.

**Stormy Daniels**: Right.



*Correspondent Anderson Cooper and Stormy Daniels*

**CBS NEWS**

Daniels says she and Mr. Trump stayed in touch. She says he invited her to a Trump Vodka launch party in California, as well as to his office in Trump Tower in New York.

**Anderson Cooper**: So he definitely wanted to continue to see you.

**Stormy Daniels**: Oh, for sure. Yes.

**Stormy Daniels**: And this was not a secret. He never asked me not to tell anyone. He called several times when I was in front of many people and I would be like, "Oh my God, he's calling." They were like, "Shut up, the Donald?" And I'd put him on speakerphone, and he wanted to know what I was up to and, "When can we get together again? I just wanted to give you a quick update, we had a meeting, it went great. There's-- it's gonna be spectacular, they're totally into the idea," and I was like mhmm that part I never believed.

**Anderson Cooper**: Did you still get the sense that he was kind of dangling it in front of you--

**Stormy Daniels**: Oh, for sure, oh yeah.

**Anderson Cooper**: To keep you interested, to keep you coming back.

**Stormy Daniels**: Of course, of course. I mean, I'm not blind. But at the same time, maybe it'll work out, you know?

**Anderson Cooper**: Did you view it as this is a potential opportunity. "I'm gonna see where it goes?"

**Stormy Daniels**:  I thought of it as a business deal.

## "A guy walked up on me and said to me, 'Leave Trump alone. Forget the story.'"

In July 2007 -- a year after they met -- Daniels says Mr. Trump asked to meet with her privately at his bungalow at the Beverly Hills Hotel in Los Angeles to discuss a development regarding her possible appearance on Celebrity Apprentice.

**Stormy Daniels**: I remember arriving, and he was watching Shark Week. He made me sit and watch an entire documentary about shark attacks.

**Anderson Cooper**: It wasn't at that point a business meeting, it was just watching Shark Week.

**Stormy Daniels**: Yeah.

**Anderson Cooper**: Did you have sex with him again?

**Stormy Daniels**: No.

**Anderson Cooper**: Did he want to?

**Stormy Daniels**: Yes.

**Anderson Cooper**: How do you know he wanted to?

**Stormy Daniels**: Because he came and sat next to me and, you know, touched my hair, and put his hand on my leg, and r-- referenced back to how great it was the last time.

**Anderson Cooper**: How did you get out of it?

**Stormy Daniels**: Well, I'd been there for, like, four hours. And so I then was like, "Well, before, you know, can we talk about what's the development?" And he was like, "I'm almost there. I'll have an answer for you next week." And I was like, "Okay, cool. Well-- I guess call me next week." And I just took my purse and left.

According to Daniels, Mr. Trump called her the following month to say he'd not been able to get her a spot on Celebrity Apprentice. She says they never met again and only had sex in that first meeting in 2006. In May 2011, Daniels agreed to tell her story to a sister publication of In Touch magazine for $15,000 dollars. Two former employees of the magazine told us the story never ran because after the magazine called Mr. Trump seeking comment, his attorney Michael Cohen threatened to sue. Daniels says she was never paid, and says a few weeks later, she was threatened by a man who approached her in Las Vegas.

**Stormy Daniels**: I was in a parking lot, going to a fitness class with my infant daughter. T-- taking, you know, the seats facing backwards in the backseat, diaper bag, you know, gettin' all the stuff out. And a guy walked up on me and said to me, "Leave Trump alone. Forget the story." And then he leaned around and looked at my daughter and said, "That's a beautiful little girl. It'd be a shame if something happened to her mom." And then he was gone.

**Anderson Cooper**: You took it as a direct threat?

**Stormy Daniels**: Absolutely.

**Stormy Daniels**: I was rattled. I remember going into the workout class. And my hands are shaking so much, I was afraid I was gonna-- drop her.

**Anderson Cooper**: Did you ever see that person again?

**Stormy Daniels**: No. But I-- if I did, I would know it right away.

**Anderson Cooper**:  You'd be able to-- you'd be able to recognize that person?

**Stormy Daniels**: 100%. Even now, all these years later. If he walked in this door right now, I would instantly know.

**Anderson Cooper**: Did you go to the police?

**Stormy Daniels:** No.

**Anderson Cooper**: Why?

**Stormy Daniels**: Because I was scared.



*Stormy Daniels with attorney Michael Avenatti*

CBS NEWS

When a gossip website reported a few months later that she'd had an affair with Mr. Trump, Stormy Daniels publically denied it. Five years later, Donald Trump won the Republican nomination for president.

**Stormy Daniels**: Suddenly people are reaching out to me again, offering me money. Large amounts of money. Was I tempted? Yes-- I struggle with it. And then I get the call. "I think I have the best deal for you."

**Anderson Cooper**: From your lawyer?

**Stormy Daniels**: Yeah.

The deal was an offer not to tell her story. It came from Mr. Trump's attorney <u>Michael Cohen</u>. In return for signing this non-disclosure agreement, Cohen would pay her $130,000 dollars through a Delaware-based limited liability corporation he had established in mid-October 2016 called essential

consultants. Daniels says the agreement was appealing because it meant she would receive some money but also not have to worry about the effect the revelation of the affair would have on her child who was now old enough to watch the news. She signed the agreement eleven days before the election.

**Anderson Cooper**: Was it hush money to stay silent?

**Stormy Daniels**: Yes. The story was coming out again. I was concerned for my family and their safety.

**Anderson Cooper**: I think some people watching this are going to doubt that you entered into this negotiation-- because you feared for your safety. They're gonna think y-- that you saw an opportunity.

**Stormy Daniels**: I think the fact that I didn't even negotiate, I just quickly said yes to this v-- very, you know, strict contract. And what most people will agree with me extremely low number. It's all the proof I need.

**Anderson Cooper**: You feel like if you had wanted to go public, you could have gotten paid a lot of money to go public?

**Stormy Daniels**: Without a doubt. I know for a fact. I believe, without a shadow of a doubt, in my heart, and some people argue that I don't have one of those, but whatever, that I was doing the right thing. I turned down a large payday multiple times because one, I didn't wanna kiss and tell and be labeled all the things that I'm being labeled now. I didn't wanna take away from the legitimate and legal, I'd like to point out, career that I've worked very hard to establish. And most importantly, I did not want my family and my child exposed to all the things that she's being exposed to right now. Because everything that I was afraid of coming out has come out anyway, and guess what? I don't have a million dollars. (LAUGH) You didn't even buy me breakfast.

15 months after she signed the non-disclosure agreement, in January 2018, the Wall Street Journal published this story, quoting anonymous sources, saying that Mr. Trump's attorney Michael Cohen had paid her for her silence. Daniels says she was not the source of the story. But once it was published, she says she was pressured by her former attorney and former business manager to sign statements that Michael Cohen released publicly, denying she'd had an affair with Mr. Trump.

**Anderson Cooper**: So you signed and released-- a statement that said I am not denying this affair because I was paid in hush money I'm denying it because it never happened. That's a lie?

**Stormy Daniels**: Yes.

**Anderson Cooper**:  If it was untruthful, why did you sign it?

**Stormy Daniels**: Because they made it sound like I had no choice.

**Anderson Cooper**: I mean, no one was putting a gun to your head?

**Stormy Daniels**: Not physical violence, no.

**Anderson Cooper**: You thought that there would be some sort of legal repercussion if you didn't sign it?

**Stormy Daniels**: Correct. As a matter of fact, the exact sentence used was, "They can make your life hell in many different ways."

**Anderson Cooper**: They being…

**Stormy Daniels**: I'm not exactly sure who they were. I believe it to be Michael Cohen.

## *"The payment of the money just creates an enormous legal mess"*

President Trump's attorney Michael Cohen has denied ever threatening Stormy Daniels. The payment Cohen made to her is now the subject of complaints to the Justice Department and the Federal Election Commission, alleging that it was an illegal campaign contribution.

What makes the dispute between Stormy Daniels and the president more than a high-profile tabloid scandal is that her silence was purchased eleven days before the presidential election, which may run afoul of campaign finance laws. The president's long-time lawyer Michael Cohen says he used $130,000 of his own money to pay Stormy Daniels. Cohen has said the money was not a campaign contribution. But Trevor Potter, a former chairman of the Federal Election Commission appointed by President George H.W. Bush, told us he doesn't agree.


*Trevor Potter, former chairman of the Federal Election Commission*

**CBS NEWS**

Trevor Potter: The payment of the money just creates an enormous legal mess for, I think, Trump, for Cohen and anyone else who was involved in this in the campaign.

Anderson Cooper: Are you saying that can be seen as a contribution to benefit a campaign?

Trevor Potter: I am. it's a $130,000 in-kind contribution by Cohen to the Trump campaign, which is about $126,500 above what he's allowed to give. And if he does this on behalf of his client, the candidate, that is a coordinated, illegal, in-kind contribution by Cohen for the purpose of influencing the election, of benefiting the candidate by keeping this secret.

The payment Stormy Daniels received is the subject of complaints by watchdog groups to the Department of Justice and the Federal Election Commission, which Trevor Potter used to be chairman of. He's now president of the non-partisan Campaign Legal Center, which supports the enforcement of campaign finance laws.

Anderson Cooper: If the president paid Michael Cohen back, is that an in-kind campaign contribution that the president should've then reported?

Trevor Potter: It is. If he was then reimbursed by the president, that doesn't remove the fact that the initial payment violated Cohen's contribution limits. I guess it mitigates it if he's paid back by the candidate because the candidate could have paid for it without limit.

Anderson Cooper: What if the president never reimbursed Michael Cohen?

Trevor Potter: Then he is still out on the line, having made a illegal in-kind contribution to the campaign.

Anderson Cooper: You're saying this is more serious for Michael Cohen if the president did not pay him back?

Trevor Potter: Yes. I think that's correct.

We wanted to speak with Mr. Trump's attorney Michael Cohen about this, but he did not respond to our calls and written request for comment. Cohen told The New York Times last month he used his own personal funds to facilitate a payment of $130,000 to Stormy Daniels and said, "Neither the Trump Organization nor the Trump Campaign... reimbursed me for the payment." this past week, Cohen told Vanity Fair magazine, "What I did defensively for my personal client, and my friend, is what attorneys do for their high-profile clients. I would have done it in 2006. I would have done it in 2011. I truly care about him and the family -- more than just as an employee and an attorney."

Michael Avenatti: It's laughable. It's ludicrous. It's preposterous.

Anderson Cooper: Lawyers don't do that, you're saying. You-- you--

Michael Avenatti: Ever.

Michael Avenatti is Stormy Daniels' attorney. He's a Los Angeles trial lawyer who is suing the president in a California court, seeking to have Stormy Daniels' non-disclosure agreement -- or "NDA" -- declared invalid, in part because the president never signed it on the lines provided for his alias -- "D.D.," David Dennison.

Anderson Cooper: Michael Cohen has said, "Look, this had nothing to do with the election." He would've made this agreement months before.

Michael Avenatti: So why didn't he? It just slipped his mind? It's just a coincidence that, in the waning days of the campaign, he thought to himself,

"Oh, you know, I know I've been thinkin' about this for years. Perhaps now is a good time to get that NDA executed with Stormy Daniels."

Avenatti disputes the notion that Cohen was working in a purely personal capacity when he arranged the hush money for Stormy Daniels. He's found documents that show Michael Cohen used his Trump Organization email address in setting up the payment. He also says the non-disclosure agreement Stormy Daniels signed in 2016, when she was represented by a different lawyer, was FedExed to Cohen at his Trump Organization office in Trump Tower in New York.

Michael Avenatti: That is a copy of the Federal Express confirmation



*Attorney Michael Avenatti*

**CBS NEWS**

The cover letter from Daniels' previous attorney also identifies who he thought Michael Cohen was working for.

Michael Avenatti: To Mr. Cohen as executive vice president and special counsel to Donald J. Trump, the Trump Organization, again-- listing the Fifth Avenue address. This idea that there's a separation now between Mr. Cohen,

individually, and the Trump Organization or Mr. Cohen, individually, and Donald Trump, it-- it-- it's nonsense.

Anderson Cooper: There are people who argue that this is much ado about nothing, that if this was not a story about, an adult-film actress and the president of the United States, no one would pay attention.

Michael Avenatti: This is about the cover-up. This is about the extent that Mr. Cohen and the president have gone to intimidate this woman, to silence her, to threaten her, and to put her under their thumb. It is thuggish behavior from people in power. And it has no place in American democracy.

Avenatti points to this recent court filing in which the president's lawyers claim Daniels is already liable for damages "in excess of $20 million" for unspecified violations of her non-disclosure agreement. And in that article in Vanity Fair this past week, Michael Cohen said that when he wins damages from Stormy Daniels, "I might even take an extended vacation on her dime."

Anderson Cooper: You're saying they're tryin' to intimidate her.

Michael Avenatti: There's no question. You threaten someone-- with a $20 million lawsuit, it's a thuggish tactic. It's no different than what happened in the parking lot in Las Vegas.

Anderson Cooper: People make threats in lawsuits all the time. People, you know, say, "You're gonna have to pay a lot of money when you lose this-- this case."

Michael Avenatti: People don't threaten people with $20 million lawsuits, that they're gonna take their home and take an extended vacation on the money they receive. People don't conduct themselves like this. They don't. And they shouldn't.

Anderson Cooper: Stormy Daniels did sign the agreement. She got $130,000. Isn't she welching on a deal?

Michael Avenatti: No, she's not welching on a deal, 'cause there never was a deal.

Anderson Cooper: But she still took the money.

Michael Avenatti: She took the money. But the fact of the matter is Mr. Trump never signed the agreement. He was obligated to sign the agreement in order for the agreement to spring into effect.

That's not true, according to Michael Cohen, who has said only his signature was required. What was also required under the non-disclosure agreement was for Stormy Daniels to turn over all "video images, still images, email messages, and text messages," she had regarding Mr. Trump.

Anderson Cooper: Did you do that?

Stormy Daniels: I can't answer that right now.

Anderson Cooper: You don't want to say one way or the other if you have text messages or other items?

Stormy Daniels: My attorney has recommended that I don't discuss those things.

Anderson Cooper: You seem to be saying that she has some sort of text message, or video, or-- or photographs. Or you could just be bluffing.

Michael Avenatti: You should ask some of the other people in my career when they've bet on me bluffing.

Anderson Cooper: In college and law school, you did opposition research for Democratic political operative Rahm Emanuel. Some people looking at that would say you're politically motivated.

Michael Avenatti: I haven't done anything in politics in over 20 years.

Anderson Cooper: But this is not the usual case you take on. You were a former Democratic operative. And you're talking about deposing the president. That sounds political."

Michael Avenatti: No, it sounds righteous.

Anderson Cooper: How so?

Michael Avenatti: Because my client is credible. She's tellin' the truth.

Trevor Potter, the former chairman of the Federal Election Commission, says the agency's investigations often take a long time and usually result only in monetary penalties. But there is another scenario that could present a problem for the president: special counsel Robert Mueller's inquiry into Russian interference in the 2016 election. In March, the Washington Post reported that the "special counsel has examined episodes involving Michael Cohen," including his efforts to launch a Trump-branded project in Moscow in the fall of 2015 when Mr. Trump was seeking the Republican nomination.

Anderson Cooper: Is there any way that special counsel Robert Mueller could investigate the Stormy Daniels payment?

Trevor Potter: Yeah that's the wildcard here.

Anderson Cooper: As a prosecutor, you wanna get leverage over somebody that you could then use to get them to give you other information on which--

Trevor Potter: Correct.

Anderson Cooper: --you're really interested in?

Trevor Potter: Correct.

That's what special counsel Mueller appears to be doing with Paul Manafort, Mr. Trump's former campaign chairman, who faces multiple charges including tax and bank fraud.

Anderson Cooper: Paul Manafort has been charged with crimes that don't have anything to do with Russia in some cases.

Trevor Potter: Well, and that certainly preceded the campaign. And so-- clearly, the Justice Department, the deputy attorney general who is ultimately in charge of this, has determined that looking at what Manafort did in other contexts-- is relevant to the investigation. And I think you can say exactly the same thing about Cohen. He was-- involved-- indisputably with Trump Organization activities with Russia and negotiations with the Russians. Mr. Cohen is in the middle of a place that's of great interest to the Special Counsel.

Anderson Cooper: Is there any recent precedent for p-- prosecuting somebody for an undisclosed campaign contribution?

Trevor Potter: As it happens, there is. There's sort of a pretty spectacular one.

Former senator John Edwards was prosecuted, but never convicted, for payments a supporter and his campaign finance chairman made a year before the 2008 election to a woman who'd had Edwards' child.

Trevor Potter: I think the Edwards case is not as strong as the facts we have so far in the Trump case.

Anderson Cooper: Why do you think the potential case against Cohen or Trump is a stronger case than the Edwards case?

Trevor Potter: The timing of it. It wasn't the year before the election. It's right in the middle of the run-up to Election Day. When-- Trump's conduct with women was a prime campaign issue. In fact, it was what everyone was focused on.

White House press secretary Sarah Sanders did not respond to our request for comment from the president. But we did receive a letter from Mr. Trump's attorney Charles Harder, who asked that we show on camera and read on air one of the statements Stormy Daniels signed in January, denying reports she'd had an affair with Mr. Trump. It says, in part:

"My involvement with Donald Trump was limited to a few public appearances and nothing more."

Anderson Cooper: If Stormy Daniels denied the affair in 2011, which you say is a lie, denied the affair in early January 2018, denied the affair in late January of 2018, doesn't that hurt her credibility? I mean, she's lying, she's lying, she's lying.

Michael Avenatti: I think there's no question that it calls into question her credibility. I also think that there's no question that when the American people take all of the facts and evidence into consideration, that they are going to conclude that this woman is telling the truth. And Anderson, to the extent that Mr. Cohen and the president have an alternative version of the facts let them come forward and state it unequivocally.

Anderson Cooper: But come on. You would not sign statements one, two, three times about something which you knew to be a lie.

Michael Avenatti: If the president of the United States' fixer made it clear to me, either directly or indirectly, that I needed to sign it, and I was in the position of Stormy Daniels, I might sign those statements.

## *"I have no reason to lie"*

**Stormy Daniels**: I felt intimidated and s-- honestly bullied. And I didn't know what to do. And so I signed it. Even though I had repeatedly expressed that I wouldn't break the agreement, but I was not comfortable lying.

**Anderson Cooper**: How do we know you're telling the truth?

**Stormy Daniels**: 'Cause I have no reason to lie. I'm opening myself up for, you know, possible danger and definitely a whole lot of s***.

**Anderson Cooper**: But, you know, there is a potential ups-- financial upside maybe somebody will want you to write a book. Maybe, you know, you can go on a bigger tour and make more money--

**Stormy Daniels**: That's--

**Anderson Cooper**: --dancing?

**Stormy Daniels**: That's a lot of ifs. I could also get shunned. I mean, I could automatically be alienating half of my fanbase right at this very moment.

**Anderson Cooper**: Jenna Jameson-- another well-known-- adult film actress said recently about you, "The left looks at her as a whore and just uses her to try to discredit the president. The right looks at her like a treacherous rat. It's a lose-lose. Should've kept her trap shut."

**Stormy Daniels**: I think that she has a lotta wisdom in those words.

**Anderson Cooper**: The president watches 60 Minutes, if he's watching tonight, what would you say to him?

**Stormy Daniels**: He knows I'm telling the truth.

*Produced by Andy Court and Evie Salomon.*

*© 2018 CBS Interactive Inc. All Rights Reserved.*

# Exhibit C

**Stormy Daniels attorney Michael Avenatti Join
the Table**

DATE: 4/17/18

TITLE OF ARTICLE:  Stormy Daniels, Attorney Michael

Avenatti Discuss Court Hearing on Michael Cohen Raid

SOURCE: The View

HOST: Whoopie Goldberg & Others

INTERVIEWEE: Michael Avenatti & Stormy Daniels

 [START RECORDING]

 ANNOUNCER:  She is the woman everyone in

America is talking about, but she's only talking to

us.  Stormy Daniels is live on The View right now.

Why she's taking on the most powerful man in the

world and the devastating price she may have to pay

for it.  For the first time, she's responding to the

President's public denials, answering critics who

say she's cashing in on scandal, and she's dropping

and exclusive bombshell live on The View, revealing

a sketch of the man she says threatens her life in

front of her child.  The hottest topics start right

now with Woopie, Sara Haines, Joy Behar, Sunny

Hostin, and Meghan McCain.  Now, let's get things

started. [music]

 MS. WOOPIE GOLDBERG:  Well, hello. Hello.

Hello, and welcome to The View ya'll.  Welcome to

The View. Well Stormy Daniels is here live, and

we'll talk about Sean Hannity in a little bit, but

what we really want to know is Meg, how's Pop?

1          Michael Avenatti Interviews          3

2          MS. MEGHAN MCCAIN:  Thank you for asking.  So

3     I'm going to be here today and tomorrow and then I'm

4     going to go home to Arizona.  My dad had to have

5     emergency surgery for complications because he has

6     brain cancer.  He is doing well.  I talked to him.

7     He's stable.  He's still in the hospital.  Listen, I

8     knew when I took this job that there would be times

9     when I have to publicly talk about it in real time.

10    It's the choice I made and my family made.  I had a

11    really rough morning, as you're more than aware

12    Woopie, but it's a privilege to work on this show.

13    And he loves it, and he's going to be watching

14    today. So thank you very much.

15         MS. GOLDBERG:  Hey, John. [applause] And we

16    have some congratulations we want to get out the

17    way.  First of all, congratulations to Kendrick

18    Lamar, honey, who became the first rap artist in

19    history to win a Pulitzer Prize for Music.  This

20    marks the first time that the award did not go to a

21    Jazz or Classical artist.  And so the question is,

22    are people finally realizing that there is a

23    cultural impact that rap has had?

24         FEMALE VOICE 1:  Yes, and it's always has had.

25    Has always had.  I mean remember public enemy.  It's

26    the voice of a people.  I was just thrilled.

27         MS. BEHAR:  It was sort of reminiscent of the

1

2    60s in a way because the music around that time was

3    a cultural and very interesting stuff.  It wasn't

4    just, "I love you, you love me."  It wasn't that.

5    Previous to that it was a lot of that.  So it's very

6    important to acknowledge that kind of thing that

7    impacts the society.  It's terrific.

8        MS. GOLBERG:  Well it's kind of amazing.  It's

9    like when Shaft won the Academy Award.  That was

10   kind of the for music because people hadn't really

11   dealt with, what we called at one point street

12   music, and granted, "Who is the man? Fellow man.

13   Chef. Can you dig it?"  Or the second one was when

14   "It's Hard Out Here for a Pimp—"

15       FEMALE VOICE 1:  Hustle and Flow.

16       MS. MCCAIN:  Three Six Mafia.

17       MS. GOLBERG:  There you go.  To see the music

18   become part of the culture or maybe to make the rest

19   of the culture part of the music.  Maybe that's the

20   way. So it's a fabulous thing.  And also, you know,

21   Miss Beyoncé kicked butt at Coachella. I mean so

22   there's a lot of great stuff going on.  Ronan Farrow

23   also won for all of his exposure of #MeToo, and

24   really sort of being at the forefront and taking

25   these women's stories and putting them out there so

26   we are all aware.

27       MS. MCCAIN:  And Maggie Haberman with Trump.  I

Michael Avenatti Interviews          5

1

2   mean that woman is the hardest working woman in

3   political media who won a Pulitzer.

4       MS. GOLDBERG:  Yes she did.  Yes she did.  So

5   it's really kind of wonderful.  So we go from that

6   to this.  Sean Hannity has spent a lot of time

7   ranting all the Mueller investigation and the office

8   raid of "You Know Who's" attorney, Michael Cohen.

9   Take a look.

10      MR. SEAN HANNITY:  The liberal mainstream

11  media, they've gone totally off the rails over the

12  FBI's highly questionable raid on Michael Cohen.

13  Now, this is an unprecedented abuse of power.  It

14  needs to be countered and countered immediately.

15  This is now officially an all hands on deck effort

16  to totally malign, and if possible, impeach the

17  President of the United States.

18      MS. GOLDBERG:  Well he may also have another

19  reason to be upset because it was revealed in court

20  yesterday that Michael Cohen's secret client, who

21  did not want his identity revealed, is Sean Hannity.

22  Now apparently people were like, "Oh!" when they

23  said the name in the courtroom.  Now should he have

24  maybe come clean about this from the giddy up?

25      FEMALE VOICE 1:  Yeah, whenever you're

26  personally connected to a story or a source, that is

27  the journalistic standard that you say that, but

2   also with journalism aside, if I were having a

3   conversation with even a friend and I was talking I

4   would say, "By the way, I know this person."  It's

5   just integrity.

6        FEMALE VOICE 4:  We do it on this show all the

7   time.  Lisa Bloom comes on I say, "This is my

8   friend."  You've had friends come on and you

9   identify the person as a friend.  What I'm confused

10  about is that Michael Cohen made it very clear that

11  he didn't want this client's identity revealed

12  because the client didn't want it revealed?  He also

13  says that he did legal work for the client.  Now

14  Sean don't he's saying, "Michael Cohen never

15  represented me in any legal matter.  I never

16  retained his services.  They never involved any

17  matter between me, a third party, a third party

18  group at all.  My questions almost exclusively

19  focused on real estate."  Well then the attorney-

20  client privilege belongs to the client. Is Sean

21  Hannity is saying he is not a client?

22       MS. BEHAR:  Michael is a real estate agent now?

23       FEMALE VOICE 4:  His questions were focused on

24  real estate.

25       MS. BEHAR:  He wears many hats, this guy.  Get

26  me a two bedroom on the Upper West Side.

27       FEMALE VOICE 4:  There is no privilege if Sean

1
2     Hannity is saying he was never a client.

3           MS. GOLDBERG:  If he wasn't a client, what's

4     the problem with the privilege?

5           FEMALE VOICE 4:  Why can't we hear everything?

6           MS. BEHAR:  He also says he's not a journalist;

7     he's a pundit I guess, right?  Or an activist?

8           [Crosstalk]

9           FEMALE VOICE 4:  Opinion journalist he calls

10     himself.

11           MS. GOLDBERG: Every couple weeks he shifts it

12     up I guess.

13           MS. BEHAR:  It's like Chinatown.

14           MS. GOLDBERG:  The guy in the White House has

15     tweeted in the past, "The Washington Post should be

16     forced to register as a lobbyist for Democrats," but

17     given how cozy Fox News is with this guy in the

18     White House now, shouldn't they also be the ones who

19     have to register Fox News?  'Cause Sean Hannity is

20     like state one television in a funny way.

21           MS. MCCAIN:  It sucks 'cause there's really

22     good journalists at Fox; Bret Baier, Chris Walsh,

23     John Roberts and it just makes— Shep Smith, yes. It

24     makes them, it puts them in a terrible situation.

25           MS. GOLDBERG:  Well actually there are great

26     journalists on Fox, and if you watch occasionally,

27     you'll see them.  And that's why we should all be

watching everything.  Okay?  So that we can get an

idea of what's really out there instead of waiting

for somebody to tell us.  We'll be right back with

Stormy Daniels.

ANNOUNCER:  Next, Stormy Daniels is giving her

only live TV interview on The View.  Why did she

storm into Trump lawyer Michael Cohen's court

hearing yesterday?  And for the first time on TV,

revealing a sketch of the man she claims threatened

her life for talking about Trump.

[Music]

[Commercials]

MS. STORMY DANIELS:  For years Mr. Cohen has

acted like he is above the law. He has considered

himself and openly referred to himself as Mr.

Trump's fixer.  He has played by a different set of

rules, or shall we say no rules at all.  He has

never thought that the little man or especially

women, and even more women like me, mattered.  That

ends now.  My attorney and I are committed to making

sure that everyone finds out the truth and the facts

of what happened, and I give my word that we will

not rest until that happens.

MS. GOLDBERG:  Stormy Daniels has been on a

mission to be heard about the alleged affair with

the guy in White House, and she is giving her only

1

2    live interview here with us.  Please welcome Stormy

3    Daniels and her lawyer Michael Avenatti.

4         MS. BEHAR: We need to remind everybody that

5    Trump is suing you for $20 million.  So every time

6    you talk, allegedly it costs, you're going to pay $1

7    million?

8         MR. AVENATTI: Well, they want to her pay.

9         MS. BEHAR:  That's the thing he's threatening.

10   So how come you came here today?

11        MS. DANIELS:  Because I'm tired of being

12   threatened, and intimidating me and trying to say

13   that you'll ruin my life, and take all of my money,

14   and my house, and whatever.  I'm sorry, I'm done.

15   I'm done being bullied.  Done.

16        MS. BEHAR:  And do think that you'll ever have

17   to pay this $20 million, Michael?

18        MR. AVENATTI:  Never in a million years, not if

19   I have anything to do about it. I'd have to get $20

20   million first?

21        FEMALE VOICE 1:  Stormy, a lot has happened in

22   this case since we last heard from you.  Trump's

23   lawyer, Michael Cohen, is now under criminal

24   investigation and had his office, his home, and his

25   hotel room raided by the FBI.  You sat in on the

26   court hearing yesterday.  Why were you there?

27        MS. DANIELS:  I just wanted to make my presence

known.  I wanted to make sure that people knew that

I was taking it serious.  I know that there were

some flack because he didn't show up to court on

Friday for his, and I wasn't sure if they were going

to discuss anything particularly relating to papers

in my case, and I just wanted to be prepared and get

all the facts.

     MS. BEHAR:  That makes sense.  That almost

reminded me of when Trump brought Clinton's women to

sort of intimidate, you know? But I mean, not that

you were there for that, but it kind of set the

scene up a little like, "Don't screw around with us

because we're watching you."  Right?  Am I right?

     MR. AVENATTI:  Absolutely.  I mean I think it

was very important that Stormy was there to lend her

support for the efforts of the U.S. Attorney's

Office, and to send a message that this is not a

publicity stunt.  I mean this is serious business.

There is a lot at stake here.  These documents that

are at issue could prove to be critically important

as it relates to the future of the presidency.

     MS. MCCAIN:  It seems like a publicity stunt on

some level.  I mean I think yesterday, 'cause you

didn't have anything to do with the case, it seemed

a little like you were just trying to get attention,

which I understand that you're being sued by our

1

2   president, but it does seem like you're benefiting a

3   lot.  I mean you've gone on your Make America Horny

4   Again Tour.  I'm sure you're making a lot of money,

5   no disrespect.  I hadn't heard your name until all

6   of this had happened, and now you are literally live

7   on The View giving an entire interview with us.  So

8   it has been beneficial for your career.

9       MR. AVENATTI:  I want to address the first

10  part, and I'm going to let her address the second

11  part as it relates to us having nothing to do with

12  the case.  I mean that's just not accurate.  On

13  Friday Judge Wood, who I know, granted me access to

14  that case.  Stated that she would hear from me as to

15  any issue that I wanted to speak about, recognizing

16  that we did have standing in connection with that

17  case because some of these documents that were

18  seized relate to her.

19      And in fact the warrants stemmed in significant

20  part from what happened to my client.  So we had

21  every right to be there and Judge Wood, the city and

22  federal judge, would not have granted me access to

23  address the Court if we had no business being there.

24  But I'm going to let Stormy speak to this issue of

25  making money from the tour, et cetera.

26      MS. DANIELS:  Can I just say, first of all, I

27  did not name the tour.  You won't hear me say it.  I

1

2  have been promoted that name.  I think it's awful.

3      MS. MCCAIN:  You think the name is awful?

4      MS. DANIELS:  Yeah, I don't like to use.  I

5  think it's cheesy and a play on someone else's idea

6  and I try not to do that. A strip club owner in the

7  Carolina's came up with it and everyone else has

8  latched onto it.  As far as the tour, yes, I've

9  gotten more bookings than usual, but I'm doing the

10  job that I've been doing for the last almost 20

11  years.

12      Yes, there is a lot of publicity, but I didn't

13  do it for that because this isn't what I want to be

14  known for.  As a matter of fact I hid for quite a

15  while, and it's overwhelming, and intimidating, and

16  downright scary a lot of times. I've had to hire

17  bodyguard.  So I'm making more money but I'm

18  spending so much more.  Like my daughter we have to

19  hire a tutor now.

20      And I have like bodyguards, and you don't even

21  want to know their food bill because I have to feed

22  them three times a day, and they're big. And I have

23  to take like special cars, and all these court costs

24  and things like that.

25      MS. BEHAR:  You should never apologize for

26  making a living.  You're a working woman.

27      MS. DANIELS:  I'm not.  I'm not, but Meghan has

 1    a very, very good question.  If I were her or

 2    anybody else, that's what I would be saying because

 3    a lot of people have the misconception that I was

 4    trying to get out of the adult business, or that

 5    this is what I want to do instead.  To be completely

 6    honest with you, it's not.  I worked really hard for

 7    the last decade in the adult business, which I have

 8    no qualms about.  I'm not ashamed to be known as a—

 9         MS. MCCAIN:  Can I ask a question, if you don't

10    mind?

11         MS. DANIELS:  Sure.

12         MS. MCCAIN:  You're not the first adult start

13    I've ever interviewed.  I have respect for any woman

14    who does well in any industry, whatever.  I think my

15    issue is if you don't like the Make America Horny

16    Again banner, can you ask them to remove it?

17         MS. DANIELS:  I have, so many times.  I said,

18    "You guys might get sued for this."  Because that

19    club owner trademarked it, and I won't repost—like

20    if you look at the flyers and stuff I repost I crop

21    it out or whatever.  I try not to use it, but I have

22    no control over what they might put on their own

23    websites and things like that.  But yes, I am

24    dancing more.  Yes, I am making more money, but I am

25    spending more money.  And I think somewhere else,

26    show me somebody who wouldn't be like, "Oh, we want

2    you to do the same job you've always ben doing and

3    we're going to pay more."

4        Who would ever say no to that?  But that's not

5    why I did it, and to go back to what I was saying

6    before, I worked very, very hard the last ten years

7    or so to really be known as a female director in the

8    adult business.  I was in the process of moving onto

9    to some mainstream things.  I've directed some music

10   videos.  I had a passion project of mine in the

11   works for the last several years to direct a horror

12   movie.  And those people that were my investors have

13   ghosted me.  They've completely abandoned me.

14       MS. BEHAR:  Will Trump be in the movie?

15   Speaking of that, earlier this month he broke his

16   silence, denied knowing anything about hush money

17   where it came from.  Let's take a look.

18       REPORTER:  Did you know about the $130,000

19   payment to Stormy Daniels?

20       MR. DONALD TRUMP:  [Inaudible]

21       REPORTER:  Then why did Michael Cohen make it

22   if there was no truth to the allegations?

23       MR. TRUMP:  You have to ask Michael Cohen.

24   Michael's my attorney, and you'll have to ask

25   Michael.

26       REPORTER:  Do you know where he got the money

27   to make that payment?

1

2          MR. TRUMP:  No, I don't know.

3          MS. GOLDBERG:  So did this surprise you at all?

4          MS. DANIELS:  Let me just say, I work in the

5     adult business and I'm a better actress than he is.

6          MR. AVENATTI:  You know, Woopie I'll tell you.

7     It shocked me because it's one thing to be

8     undisciplined in life, it's another thing to be

9     undisciplined in litigation.  When you have a, and

10    you know this.  When you have a client that is

11    undisciplined like that and just spouts off, that's

12    a very dangerous thing when he's involved in a

13    lawsuit.  What's ironic to me about this is, that's

14    on a Thursday, and then on Monday the attorney that

15    he told the American people they asks the questions

16    to, that attorney's offices and home is raided by

17    the FBI.  That's a pretty shocking chain of events

18    in a very short period of time.

19          FEMALE VOICE 1:  Stormy, we want to talk about

20    the physical threat you say was made against you in

21    2011.  Can you remind everyone what you claim

22    happened that day?

23          MS. DANIELS:  Sure, yeah.  I was recovering

24    from having my daughter, and taking Mommy and Me

25    workout classes.  I had pulled into the parking lot,

26    and I was running late.  My daughter was still very

27    young.  She was in the rear facing car seat and all

1

2   that.  And I actually did notice a guy walking when

3   I was parking and he stood out to me because it was

4   a women's center.  They had like prenatal yoga, and

5   like Lamaze classes, and things like that.  And I

6   noticed him because he was sort of well dressed, and

7   nothing about him alarmed me.  I really thought he

8   was someone's husband, but it was like not wanting

9   to be in whatever his wife was doing.  And as I

10  walked around the car and began getting her out and

11  she dropped her toy, I just remember it so clearly.

12  I stuck the toy in my mouth and I'm getting her, and

13  he walked up behind me and I saw his reflection.  I

14  just turned around.  I thought for sure he's going

15  to say, "Hey, do you know where the such and such

16  class is or what building is—" whatever, and he had

17  his hands in his pocket.  He looked at my daughter

18  and I remember him saying like, "That's a beautiful

19  little girl. It would be shame if something happened

20  to her mom.  Forget about the story.  Leave Mr.

21  Trump alone."  And it was like it, it didn't even

22  registered to me at first, and then he turned and

23  walked away.  And like I said, his face is burned in

24  my memory.  I wasn't even that scared at that moment

25  'cause it just was so shocking.  I was like, "Wait,

26  that didn't go as I thought it was going to."  And I

27  got her out and I hurried inside, and when I got in

the elevator to go up to the floor, I just remember

like I like leaned against the wall because I

couldn't feel my feet or my face.  'Cause then I

think it really sunk in what he had said, and I got

to the class and I felt dizzy.  I went to the

restroom, and one of the instructors actually came

and asked me if I was okay.  And I remember I had

lied and said my baby had had a blow out in her

diaper.  So like I was really rattled, and it just

never left me.  But the thing that I remember so

clearly about him is that nothing was alarming about

the way he looked at first.

     MS. GOLDBERG:  Well, coming up.  You've been

working on a sketch of the man who allegedly walked

up on you.  We'll see that when we come back.  We'll

be right back.

     [Music]

     [Commercials]

     MALE VOICE 1:  The president watches 60

minutes. If he's watching tonight, what would you

say to him?

     MS. DANIELS:  He knows I'm telling the truth.

     MS. GOLDBERG:  So we're back with Stormy

Daniels and her lawyer, Michael Avenatti.

     FEMALE VOICE 1:  Stormy, you recently sat down

with a forensic artist, a very well-known one, who

```
 2    created a sketch of the alleged suspect based on

 3    your memory from that day.  And now you're ready to

 4    reveal that sketch for the first time.  Can we take

 5    a look at that with you?

 6         MS. DANIELS:  Sure. There you go.

 7         FEMALE VOICE 1:  And to your recollection is

 8    that the person that threatened you?

 9         MS. DANIELS: Absolutely.

10         FEMALE VOICE 1:  Looks exactly like that

11    person.

12         MS. MCCAIN:  Stormy, why did you feel like you

13    couldn't go to the police originally when you were

14    threatened?

15         MS. DANIELS:  Two things.  First of all, I was

16    scared.  Expressedly what he told me not to do.  And

17    I went home and regrouped.  I was going to because I

18    always feel like you should stand up for yourself

19    and you should report it, but the problem with that

20    in this particular instance-- I would have gone to

21    the police and I would have gone, "Okay, a man

22    approached me.  This is what he said to me.  He told

23    me to leave Mr. Trump alone."  And their very next

24    question the detective would have asked me, "Why

25    would somebody tell you to leave Mr. Trump alone?"

26    And I would have had to answer that question, which

27    was not public at the time.  And I would have had to
```

2    tell an entire police department-- and police

3    reports are public record, I know that for a fact—

4    "I had sex with Donald Trump."  And then the whole

5    world would have known, and I was in the process of

6    trying to quiet that or figure out what to do, and

7    honestly I was just afraid and I didn't want

8    everyone to know.  I didn't want my family to find

9    out that way.  I didn't want my life turned upside

10   down.

11        MS. MCCAIN:  When you were speaking to news

12   organizations though, and Michael maybe you can talk

13   to this too, including ABC, you never brought up the

14   threat.  So why now?

15        MS. DANIELS:  Because I knew I'd be asked the

16   question that you just asked me.  Like, "Why didn't

17   you say anything?"  And I did tell quite a few

18   people actually from back then.

19        MS. BEHAR:  Who did you tell?

20        MS. DANIELS:  I told family members, and two

21   friends, and people that I worked with.

22        MR. AVENATTI:  I mean it's obvious she just

23   didn't sit down with the sketch artist and fabricate

24   this.  This is a very detailed sketch,and it was

25   created by a woman by the name of Lois Gibson.  She

26   has the world record for the most identifications.

27   She works with the FBI and--

2      MS. BEHAR:  [interposing] She's well known.

3      MR. AVENATTI: -- and law enforcement all around

4   the country.  She found Stormy to be very credible,

5   and is highly confident in the sketch.  And we hope

6   that it's going to result in—

7      MS. BEHAR:  [interposing] But I'm in awe of

8   your memory, and this was how many years ago?

9      MS. DANIELS:  It was seven years ago.

10      MS. BEHAR:  And you remember to that detail?  I

11   mean it looks like an actor sort of.

12      MS. DANIELS:  That's why he stood out to me

13   because I thought, honestly, that he was sort of

14   handsome when I saw him when I was parking.  I was

15   like, "Oh, that's somebody's husband.  He's kind of

16   cute."

17      MS. BEHAR:  You don't expect somebody to

18   threaten you if they're handsome.

19      MS. DANIELS:  But I want to finish answering my

20   question to Meghan.  Honestly, one of the main

21   reasons I didn't say anything is because I didn't

22   tell my husband at the time.  I didn't want him to

23   be upset with me, and then I felt like honestly so

24   much time had passed, I was embarrassed to say

25   something and have him say what—

26      MS. BEHAR: [interposing] But your husband knew

27   about the incident with you and Trump in California?

1
2    MS. DANIELS:  At that point in time he didn't

3    know.  And so to go home and be like, "I had this

4    guy attack me.  Oh, and by the way, he did this

5    because of this."  I didn't want him to think I was

6    a bad mom or that I put our daughter in danger.  I

7    just didn't know.

8        FEMALE VOICE 1:  Michael, have you handed this

9    sketch over to the authorities?

10       MR. AVENATTI:  Yeah, we're not in a position to

11   really get into who we've shared it with or what the

12   contacts have been, et cetera.  But what we will say

13   is this, is that we're offering $100,000 reward for

14   information leading to the identification of this

15   man.  And if you positively identify him, we're

16   going to pay you $100,000 'cause we want to get to

17   the bottom of who this is.  We think we know who

18   sent him.

19       MS. MCCAIN:  You do?

20       MR. AVENATTI:  We want to confirm it.

21       FEMALE VOICE 1:  Well I just need make a legal

22   note real quickly.  The sketch is not evidence that

23   underlying story is true.  I just need to put that

24   out there.

25       MR. AVENATTI:  All that legal ease that I was—

26       FEMALE VOICE 1:  I thought you'd appreciate it.

27       MS. BEHAR:  Until the guy shows up and looks

2    exactly like that, then you've got something.

3        MS. MCCAIN:  Do you think that description,

4    because it's seven years old, will it hold up in a

5    court of law if this person is able to be

6    identified?

7        MR. AVENATTI:  We believe it will, and in fact

8    Lois Gibson has worked with cases that have been

9    much longer than seven years of age, and has been

10   very successful in getting identifications and

11   having things like that hold up in a court of law.

12   So we're confident that this is going to be another

13   instance.  We're hopeful that someone, we know that

14   someone knows something.  This man bragged to

15   someone or told somebody about it, and we're going

16   to get to the bottom of this.

17       MS. GOLDBERG:  So, we will be right back with

18   more from Stormy Daniels and her attorney Michael

19   Avenatti.

20       ANNOUNCER:  Why does Stormy's lawyer say

21   President Trump's attorney, Michael Cohen, is about

22   to turn on him?  Find out, next.

23       [Commercials]

24       MS. GOLDBERG:  Hey we're back with Stormy

25   Daniels and her lawyer, Michael Avenatti.  I keep

26   changing the pronunciation. Please forgive me.  I

27   just get so…

1

2        MR. AVENATTI: I've just been called worse now.

3        MS. GOLDBERG:  Okay, good.  Good.

4        FEMALE VOICE 1:  Stormy your interview with

5    Anderson Cooper on 60 minutes was one of the most

6    watched interviews in a long time, but there was a

7    rumor going around that you were high during your 60

8    minutes interview.  People were saying that your

9    pupils were dilated.

10       MS. DANIELS: They are probably dilated now.

11   That's how my eyes are.

12       FEMALE VOIE 1: Yeah, they are actually.  What

13   do you say about that?

14       MS. DANIELS: I say that it's ridiculous.  There

15   is no way I could have given an almost three hour

16   interview, sat that still, and made sense, and been

17   articulate if I was high, without leaving once to go

18   to the bathroom.  I mean it's just ridiculous.  It's

19   completely false.  Anyone who knows me knows that I

20   don't do that.

21       MR. AVENATTI:  Here's the other thing.  I would

22   have never allowed a client to give an interview

23   high, and even if you believe that I would, the

24   journalist is 60 minutes, and Anderson Cooper would

25   not sit down for an interview of this magnitude with

26   someone that they thought was high.  I mean the

27   suggestion is absurd.

2          MS. BEHAR:  I have to ask you something that's

3    been praying on my mind, because after the

4    interview, Maureen Dowd in the New York Times, she

5    wrote this whole opinion piece about how women--

6    because of something you said in the interview—that

7    women are having sex with men they're not even

8    attracted to.  You said something like that, you

9    know, that you weren't.  He was 60.  You were 20

10   something.  And it's like, I'm interested in your

11   thoughts on the subject. I don't understand why

12   anyone would have sex with someone, unless you're

13   married to them.  But to have sex with someone

14   you're not attracted to when you don't have to. Why?

15         MS. DANIELS:  I think there is a lot of

16   different reasons, and I'm not going to presume to

17   know what any woman is thinking in that moment of

18   course, but you could say-- I know women who have

19   slept with men out of pity, or because they didn't

20   know how to say no, or they felt like they had put

21   themselves in this position where it would be more

22   difficult or more troublesome for them long-term to

23   say no, which is sort of where I was at, that they

24   could have some sort of repercussions socially or

25   financially or with their jobs if they say no.  Some

26   people just like notches in their belt.  I mean

27   there's so many different reasons.

1

2      MS. BEHAR: Hold on second, be honest though

3   with me.  Did you do it, was there something in your

4   head that said, "I'm going to be on Celebrity

5   Apprentice if I do this."?  Was that there at all?

6      MS. DANIELS:  In that very moment, no.  That

7   thought wasn't until later when I was like, "Maybe

8   something good can come out of it."  But in that

9   very moment, I sort of was like, "Oh."  And then I

10   blanked [audio cutoff].

11      FEMALE VOICE 1:  Did you pity him?

12      MS. DANIELS:  No.

13      FEMALE VOICE 1:  Karen McDougal said that Trump

14   offered her money after they had sex.  Did he offer

15   you money?

16      MS. DANIELS:  No, absolutely not.  'Cause I

17   even felt like, "Oh my gosh, I wonder if he's going

18   to."  And I kind of braced myself, but he didn't.

19   There was no—that's another thing I want to make

20   very clear, it was not prostitution because there

21   was absolutely no solicitation, no agreement, and no

22   money exchanged.

23      FEMALE VOICE 1:  Stormy, do you think it's fair

24   that some people are questioning your credibility in

25   this situation because you are a porn star?

26      MS. DANIELS:  Absolutely not.  I think that

27   what I do for a living should not matter.  What I do

for a job doesn't impact my ability to know right

from wrong or to tell the truth.

MS. MCCAIN:  And I agree with that, by the way,

100%.  This question is one that I really wanted to

ask you because I'm curious.  You are clearly a

family woman.  You're talking about your daughter

and your husband.  Have you thought about the

implications of all of this on the Trump family?

MS. DANIELS:  I've thought about everything,

every different way, a million times more than I

probably should think about things.  Since all this

happened I'm averaging about two hours a night

sleeping.  So I've literally thought of everything.

And that's between him and his family.

MS. MCCAIN:  You think that it's just all

between?  It's got to just kill them.  I come from a

political family, and this would—I would probably

have to be on medication.  I just can't imagine.  I

understand he did it.  He's completely in the wrong

as well, but do you have any more thoughts on that?

MS. GOLDBERG:  It's not just with her either.

MS. BEHAR:  The list is long.

MS. GOLDBERG:  People are coming up to you

saying stuff, as we all know, this happens to us on

a daily basis, or maybe it doesn't.  It happens to

me a lot.  Tell people what it's been like for you

 1
 2    and your family to be out?
 3         MS. DANIELS:  I guess if I had to choose one
 4    word I would say "intense".  And it's both sides.
 5    I've had women come up to me and just profusely
 6    thank me and put me on this pedestal and say like,
 7    "Oh my gosh, thank you for inspiring me."  I'm like,
 8    "Whoa, we need to reevaluate your life choices if
 9    that excited to meet me."  And then on the other
10    side of that I have people just randomly come up to
11    me.  You asked about my family.  My husband had a
12    terrible incident a week or two ago in a restaurant
13    with our young daughter.  People will just come up
14    and say the most horrible things in front of child.
15    "We don't believe you.  You're worthless.  You're a
16    whore.  You deserve to die.  Your child should be
17    euthanized."  You should see the messages that I
18    get. "You deserve your kid to be taken away.  You
19    deserve her to be put to sleep because she's better
20    off than with you."  And then like literally the
21    very next sentence will be like, "You're a national
22    treasure."  I'm just like, "Wait, what?"  So it's
23    intense.
24         MR. AVENATTI:  If we read emails, if we just
25    randomly picked 100 emails a day that her and I get
26    and we read them—first of all, we could not read
27    them on network television.  They're so bad.

1
2  They're so threatening and over the top.  There's a

3  lot of crazy people out there.  It is very, very—

4      FEMALE VOICE 1:  They write us too.

5      MS. GOLDBERG:  We hear from a lot of them.

6      FEMALE VOICE 1:  That's why I say, I have a few

7  too.

8      MS. GOLDBERG: We'll be right back with more

9  from Stormy Daniels and her attorney, Michael

10 Avenatti.

11     [Music]

12     ANNOUNCER:  Why does Stormy's lawyer say

13 President Trump's attorney, Michael Cohen, is about

14 to turn on him?  Find out, next.

15     [Commercials]

16     MS. GOLDBERG:  We're back with Stormy Daniels

17 and her lawyer, Michael Avenatti.  Michael, we've

18 got some questions in this case that only I think

19 you can answer.  So let's jump in.  Yesterday you

20 were in the courtroom when Sean Hannity's name was

21 revealed as Michael Cohen's secret third client.

22 And you said it went off kind of like bomb or a

23 stink bomb, or something.  What happened?

24     MR. AVENATTI:  Well Woopie, there was about 20

25 minutes of foreplay leading up to that moment.

26     FEMALE VOICE 1:  Choice words.

27     MR. AVENATTI:  In the courtroom there was a lot

of back and forth.  Michael Cohen's counsel was

doing their very best to convince the judge not to

force them to disclose the name.  They offered to

disclose the name privately to Judge Wood. There was

a lot of debate back and forth.  This went on for

some time, and finally she looked at his counsel and

said, "I'm going to order you to disclose the name

publicly."  And his lawyer said, "Well do you want

me to do that on a piece of paper or do you want me

to state it orally?"  And I was sitting there and I

thought to myself as an experienced trial lawyer,

well what he should do is write it on a piece of

paper and hand it to the judge because what you're

hoping is, it's kind of like a Hail Mary, that the

judge will look at it and say, "Well, we're going to

hold off or let me think about this."  Right?  Well

low and behold he doesn't do that.  And he says,

well then I'm just going to announce it orally.  The

client's name is Sean Hannity.  All the air was

sucked out of the room.  You could not you could not

breathe in the room.  There was gasps, and after

about 20 seconds, ten journalist stood up because

you don't your cell phone so nobody can tweet

anything that or send a text message.  They rushed

out of the courtroom, and all I could do as I was

sitting there was think to myself, "I wonder what

1
2  Sean Hannity is doing right now 'cause his world

3  just came crashing down to a significant decline."

4      MS. BEHAR:  Michael Cohen, his lawyers are

5  saying that this happened.  They're admitting that

6  that he is the client and Sean Hannity's saying,

7  "It's nothing.  It was just a little…" Then why were

8  that so reluctant to reveal it if it's nothing?

9      MR. AVENATTI:  Well Joy, I think the reason

10  why, I happen to agree with you, I think the reason

11  why they were reluctant to reveal it is because,

12  remember the context.  It's about the documents that

13  were seized by the FBI.  Clearly there are documents

14  that have Sean Hannity's name on them in some

15  capacity because otherwise there'd be no reason to

16  bring this up.  There's no reason to attempt to hide

17  the name.  Look, I don't know what the documents say

18  or don't say.  We're going to find out.

19      MS. BEHAR:  Do you think that Michael Cohen

20  will ultimately turn on Trump or was he attached at

21  the hip to this guy?

22      MR. AVENATTI:  No, I think there is no question

23  in my mind that Michael Cohen, A.) Is going to be

24  indicted within the next three months likely, and

25  B.) He's going to roll on the President to the

26  extent—

27      FEMALE VOICE 1:  You think so?

1

2      MR. AVENATTI:  No question in my mind. Based on

3  my 18 years of experience.  Based on my experience

4  in white-collar cases and how they usually play out,

5  and based on the fact that Michael Cohen has a

6  family.  He has kids. I understand that he's a

7  fairly devoted father, and he's not going to look at

8  his wife and say, "No, I'm going to go take a bullet

9  for this President and go serve decades or 10 years

10  or 5 years, at least 10 in a federal penitentiary."

11  Why would he do that?  This is a man, I mean Mr.

12  Trump left him behind when he went to Washington.

13  He hasn't done him any favors.

14      FEMALE VOICE 1:  Michael, we're finding out

15  about other NDAs Michael Cohen was involved in

16  arranging.  You say this could get into the double

17  digits.  How are you so sure?

18      MR. AVENATTI:  Well, look.  We know of a number

19  of NDAs.  I want to get into the details of how we

20  know that, but we know that that she was not alone.

21  We know of McDougal, we know of other women that

22  have contacted my office.  I'm highly confident that

23  it's going to be a pretty significant number.  I

24  mean the problem for the President is, he picked the

25  wrong fixer, and he entrusted a lot of his personal

26  secrets to a guy that frankly was not smart enough

27  and was not tough enough.  And it's just that

1  simple.

2      FEMALE VOICE 1:  Meghan and I've been talking

3  about this.

4      MS. MCCAIN:  Sunny and I just want to know what

5  the end game is?

6      FEMALE VOICE 1:  What's the end game?

7      MS. MCCAIN: For you two?  I mean, how does this

8  end?  Do you want to President Trump to publicly

9  apologize?  Do you want him impeached?  What's the

10  end game?

11      MR. AVENATTI:  I think we've been clear all

12  along for weeks.  We want the truth, the whole

13  truth, and nothing but the truth.  And we're going

14  to let all of these people decide when they have all

15  the facts, and all the documents, and they hear from

16  all sides who is telling the truth and who's lying

17  to them.  Period.

18      MS. DANIELS: For me it is that, but it is also

19  on a selfish note, it is my chance to defend myself

20  and to make people realize how and why this

21  happened, so I can tell my side.  That's my selfish

22  reason.  Not going to lie about that.

23      MS. GOLDBERG:  I have to stop you because we're

24  out of time.  But thanks to Stormy Daniels and her

25  attorney Michael Avenatti-- Avenatti, sorry. We'll

26  be right back.

Michael Avenatti Interviews            33

1

2            ANNOUNCER:  You can still catch Spring fever on

3       a View Your Deal, Oprah edition.  We partner with

4       vendors for at least half off O Magazine's, Favorite

5       Things for Spring.  So get to ViewYourDeal.com now.

6            [END RECORDING]

**Ubiqus Reporting**
2222 Martin Street Suite 212, Irvine, CA 92612
Phone: 949-477-4972   FAX 949-553-1302

C E R T I F I C A T E

I, Krista A. Briggs certify that the foregoing transcript of Michael Avenatti Predicts Michael Cohen Will Be Charged _ Morning Joe _ MSNBC was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability. I further certify that I am not connected by blood, marriage or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.

Signature:

Date June 14th, 2018

# Exhibit D

## Stormy Daniels SNL - Transcript

Date:                        May 5, 2018

Title of show:               Stormy Daniel's Cold Open on SNL

Source:                      SNL

Cast:                        Ben Stiller as Michael Cohen Michael

                             Alex Baldwin as Donald Trump

                             Stormy Daniels as herself

[START TRANSCRIPT]

**Ben Stiller**:             Then what do you want me to do?

**Alec Baldwin**:            Call up Stormy Daniels, and fix this once and for all. Maybe keep me on the phone too, I'll just be quiet and listen.

**Stormy Daniels**:          Hello

**Ben Stiller**:             Stormy – this is Michael Cohen are you alone?

**Stormy Daniels**:          Yes?

**Alec Baldwin**:            And what are you wearing?

**Stormy Daniels**:          Excuse me?

**Alec Baldwin**:             Okay Michael I can take it from here

**Ben Stiller**:             Okay but as your attorney I highly advise against you… (phone is cut off)

**Alec Baldwin**:            So whatup girl?

**Stormy Daniels**:          Hello Donald

**Alec Baldwin**:            Come on Stormy, stop making such a big deal about this everyone knows it's just an act

**Stormy Daniels**:          I work in adult films, we're not really known for our acting

**Alec Baldwin**:            Just tell me, what do you need for this to all go away?

**Stormy Daniels**:          A resignation

**Alec Baldwin**:            ya right…ha ha…being president is like doing porn. Once you do it it's hard to do anything else. Besides, my poll numbers are finally up and speaking of polls being up –(weird tongue movements)-- oh come on, we'll always have shark week, I solved North and South Korea, why can't I solve us?

**Stormy Daniels**:     Sorry Donald, it's too late for that. I know you don't believe in climate change, but a Storms a comin' baby.

**Alec Baldwin**:     I've never been so scared and so horny at the same time

**Stormy Daniels & Alec Baldwin**:    LIVE FROM NEW YORK ITS SATURDAY NIGHT

# Exhibit E

## STORMY DANIELS AKA STEPHANIE CLIFFORD INTERVIEWS

|     | Date    | Title of Show | Network | Host            |
| --- | ------- | ------------- | ------- | --------------- |
| 1.  | 3/25/18 | 60 Minutes    | CBS     | Anderson Cooper |

## MICHAEL AVENATTI AND STORMY DANIELS INTERVIEWS

|     | Date    | Title of Show | Network | Host                     |
| --- | ------- | ------------- | ------- | ------------------------ |
| 1.  | 4/17/18 | The View      | ABC     | Woopie Goldberg & others |

## MICHAEL AVENATTI INTERVIEWS

|      | Date    | Title of Show            | Network | Host             |
| ---- | ------- | ------------------------ | ------- | ---------------- |
| 1.   | 3/7/18  | Anderson Cooper 360°     | CNN     | Anderson Cooper  |
| 2.   | 3/7/18  | CBS This Morning         | CBS     | Gayle King       |
| 3.   | 3/7/18  | The Today Show           | NBC     | Savannah Guthrie |
| 4.   | 3/9/18  | Anderson Cooper 360°     | CNN     | Anderson Cooper  |
| 5.   | 3/9/18  | The Beat With Ari Melber | MSNBC   | Ari Melber       |
| 6.   | 3/9/18  | New Day                  | CNN     | Chris Cuomo      |
| 7.   | 3/12/18 | New Day                  | CNN     | Chris Cuomo      |
| 8.   | 3/12/18 | The Beat With Ari Melber | MSNBC   | Ari Melber       |
| 9.   | 3/12/18 | All Things Considered    | NPR     | Ari Shapiro      |
| 10.  | 3/16/18 | New Day                  | CNN     | Chris Cuomo      |
| 11.  | 3/16/18 | Anderson Cooper 360°     | CNN     | Anderson Cooper  |
| 12.  | 3/16/18 | The Lead With Jake Tapper | CNN    | Jake Tapper      |
| 13.  | 3/19/18 | AM Joy                   | MSNBC   | Joy-Ann Reid     |
| 14.  | 3/19/18 | The Beat With Ari Melber | MSNBC   | Ari Melber       |
| 15.  | 3/20/18 | Anderson Cooper 360°     | CNN     | Anderson Cooper  |
| 16.  | 3/20/18 | The Last Word            | MSNBC   | Ari Melber       |
| 17.  | 3/21/18 | Fox News @ Night         | Fox News | Shannon Bream   |

|     | Date    | Title of Show                              | Network | Host                   |
|-----|---------|--------------------------------------------|---------|------------------------|
| 18. | 3/22/18 | The Lead With Jake Tapper                  | CNN     | Jake Tapper            |
| 19. | 3/26/18 | Morning Joe                                | MSNBC   | Joe Scarborough        |
| 20. | 3/26/18 | New Day                                    | CNN     | Alisyn Camerota        |
| 21. | 3/26/18 | Anderson Cooper 360°                       | CNN     | Anderson Cooper        |
| 22. | 3/26/18 | The Last Word                              | MSNBC   | Lawrence O'Donnell     |
| 23. | 3/26/18 | CBS This Morning                           | CBS     | Gayle King             |
| 24. | 3/26/18 | Good Morning America                       | ABC     | George Stephanopoulos  |
| 25. | 3/26/18 | The Today Show                             | NBC     | Savannah Guthrie       |
| 26. | 3/27/18 | All In With Chris Hayes                    | MSNBC   | Chris Hayes            |
| 27. | 3/28/18 | Anderson Cooper 360°                       | CNN     | Anderson Cooper        |
| 28. | 3/28/18 | CBS This Morning                           | CBS     | Gayle King & others    |
| 29. | 3/29/18 | Wolf                                       | CNN     | Wolf Blitzer           |
| 30. | 3/30/18 | New Day                                    | CNN     | Alisyn Camerota        |
| 31. | 3/29/18 | Erin Burnett OutFront                      | CNN     | Erin Burnett           |
| 32. | 3/30/18 | New Day                                    | CNN     | Alisyn Camerota        |
| 33. | 4/4/18  | Anderson Cooper 360°                       | CNN     | Anderson Cooper        |
| 34. | 4/4/18  | Megyn Kelly Today                          | NBC     | Megyn Kelly            |
| 35. | 4/4/18  | New Day                                    | CNN     | Alisyn Camerota        |
| 36. | 4/5/18  | The Beat With Ari Melber                   | MSNBC   | Ari Melber             |
| 37. | 4/5/18  | The Last Word with Lawrence O'Donnell      | MSNBC   | Lawrence O' Donnell    |
| 38. | 4/9/18  | AM Joy                                      | MSNBC   | Joy Reid               |
| 39. | 4/9/18  | New Day                                    | CNN     | Alisyn Camerota        |
| 40. | 4/9/18  | The Last Word with Lawrence O'Donnell      | MSNBC   | Lawrence O' Donnell    |
| 41. | 4/9/18  | The Beat With Ari Melber                   | MSNBC   | Ari Melber             |

|  | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 42. | 4/9/18 | The Last Word with Lawrence O'Donnell | MSNBC | Lawrence O' Donnell |
| 43. | 4/10/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 44. | 4/10/18 | The 11th Hour | MSNBC | Nicolle Wallace |
| 45. | 4/11/18 | New Day | CNN | Alisyn Camerota |
| 46. | 4/12/18 | Deadline White House | MSNBC | Nicolle Wallace |
| 47. | 4/12/18 | The Situation Room | CNN | Wolf Blitzer |
| 48. | 4/13/18 | Good Morning Britain | Good Morning Britain | Kate Garraway and Ranvir Singh |
| 49. | 4/13/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 50. | 4/14/18 | Larry King Now | Ora.TV | Larry King |
| 51. | 4/15/18 | State of the Union | CNN | Jake Tapper |
| 52. | 4/16/18 | AM Joy | MSNBC | Joy Reid |
| 53. | 4/16/18 | The Beat With Ari Melber | MSNBC | Ari Melber |
| 54. | 4/17/19 | Morning Joe | MSNBC | Joe Scarborough |
| 55. | 4/18/18 | The Situation Room | CNN | Wolf Blitzer |
| 56. | 4/18/18 | CNN Tonight | CNN | Don Lemon |
| 57. | 4/19/18 | Outfront | CNN | Erin Burnett |
| 58. | 4/20/18 | The Lead | CNN | Jake Tapper |
| 59. | 4/20/18 | Real Time | HBO | Bill Maher |
| 60. | 4/20/18 | The Circus | Showtime | John Heilemann |
| 61. | 4/23/18 | The Beat | MSNBC | Ari Melber |
| 62. | 4/23/18 | AM Joy | MSNBC | Joy Reid |
| 63. | 4/25/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 64. | 4/25/18 | CNN Tonight | CNN | Don Lemon |

|     | Date    | Title of Show          | Network | Host                       |
|-----|---------|------------------------|---------|----------------------------|
| 65. | 4/26/18 | Morning Joe            | MSNBC   | Joe Scarborough            |
| 66. | 4/26/18 | Deadline               | MSNBC   | Nicolle Wallace            |
| 67. | 4/26/18 | The Beat               | MSNBC   | Ari Melber                 |
| 68. | 4/26/18 | The Last Word          | MSNBC   | Lawrence O'Donnell         |
| 69. | 4/27/18 | The View               | ABC     | Joy Behar & others         |
| 70. | 4/29/18 | State of the Union     | CNN     | Jake Tapper                |
| 71. | 4/30/18 | Anderson Cooper 360°   | CNN     | Anderson Cooper            |
| 72. | 5/1/18  | New Day                | CNN     | Alysyn Camerota            |
| 73. | 5/1/18  | CNN Tonight            | CNN     | Don Lemon                  |
| 74. | 5/2/18  | The Last Word          | MSNBC   | Lawrence O'Donnell         |
| 75. | 5/3/18  | Morning Joe            | MSNBC   | Joe Scarborough and Others |
| 76. | 5/3/18  | CBS This Morning       | CBS     | Gayle King                 |
| 77. | 5/3/18  | New Day                | CNN     | Alisyn Camerota            |
| 78. | 5/3/18  | The Late Show          | CBS     | Stephen Colbert            |
| 79. | 5/3/18  | The Last Word          | MSNBC   | Lawrence O'Donnell         |
| 80. | 5/3/18  | Hardball               | MSNBC   | Chris Matthews             |
| 81. | 5/6/18  | Face the Nation        | CBS     | Margaret Brennan           |
| 82. | 5/6/18  | This Week - ABC News   | ABC     | George Stephanopoulos      |
| 83. | 5/6/18  | Meet the Press         | NBC     | Chuck Todd                 |
| 84. | 5/7/18  | The Beat with Ari Melber | MSNBC | Ari Melber                 |
| 85. | 5/7/18  | The Beat with Ari Melber | MSNBC | Ari Melber                 |
| 86. | 5/8/18  | The Last Word          | MSNBC   | Lawrence O'Donnell         |
| 87. | 5/8/18  | Anderson Cooper 360°   | CNN     | Anderson Cooper            |
| 88. | 5/9/18  | Morning Joe            | MSNBC   | Mika Brzezinski            |

| | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 89. | 5/9/18 | Good Morning America | ABC | George Stephanopoulos |
| 90. | 5/9/18 | The Rachel Maddow Show | MSNBC | Rachel Maddow |
| 91. | 5/9/18 | The Lead with Jake Tapper | CNN | Jake Tapper |
| 92. | 5/9/18 | New Day | CNN | Alisyn Camerota |
| 93. | 5/10/18 | Hardball | MSNBC | Chris Matthews |
| 94. | 5/14/18 | Deadline | MSNBC | Nicole Wallace |
| 95. | 5/14/18 | AM Joy | MSNBC | Joy Reid |
| 96. | 5/14/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 97. | 5/15/18 | CNN Tonight | CNN | Don Lemon |
| 98. | 5/16/18 | The Beat with Ari Melber | MSNBC | Ari Melber |
| 99. | 5/17/18 | Morning Joe | MSNBC | Mika Brzezinski |
| 100. | 5/17/18 | Anderson Cooper 360° | CNN | Anderson Cooper |
| 101. | 5/17/18 | Deadline | MSNBC | Nicolle Wallace |
| 102. | 5/18/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 103. | 5/21/18 | AM Joy | MSNBC | Joy Reid |
| 104. | 5/22/18 | The Beat with Ari Melber | MSNBC | Ari Melber |
| 105. | 5/24/18 | The Situation Room | CNN | Wolf Blitzer |
| 106. | 5/25/18 | The Beat with Ari Melber | MSNBC | Ari Melber |
| 107. | 5/27/18 | AM Joy | MSNBC | Joy Reid |
| 108. | 5/30/18 | The Beat with Ari Melber | MSNBC | Ari Melber |
| 109. | 5/30/18 | CNN Tonight | CNN | Don Lemon |
| 110. | 5/30/18 | MSNBC Live | MSNBC | Craig Melvin |
| 111. | 5/30/18 | The Lead | CNN | Jack Tapper |
| 112. | 6/6/18 | Deadline | MSNBC | Nicole Wallace |

|  | Date | Title of Show | Network | Host |
|---|---|---|---|---|
| 113. | 6/6/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 114. | 6/7/18 | MSNBC Live | MSNBC | Stephanie Ruhle |
| 115. | 6/8/18 | Deadline | MSNBC | Nicole Wallace |
| 116. | 6/11/18 | AM Joy | MSNBC | Joy Reid |
| 117. | 6/13/18 | The Lead | CNN | Jake Tapper |
| 118. | 6/13/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 119. | 6/14/18 | The Late Show with Stephen Colbert | CBS | Stephen Colbert |
| 120. | 6/14/18 | CNN Tonight | CNN | Don Lemon |
| 121. | 6/15/18 | New Day | CNN | Alisyn Camerota |
| 122. | 7/2/18 | CNN Chief Whitehouse Correspondent | CNN | Jim Acosta |
| 123. | 7/2/18 | Nightly News | MSNBC | Hallie Jackson |
| 124. | 7/9/18 | New Day | CNN | John Berman |
| 125. | 7/9/18 | A.M. Joy | MSNBC | Joy Reid |
| 126. | 7/10/18 | The Beat | MSNBC | Ari Melber |
| 127. | 7/11/18 | The Beat | MSNBC | Ari Melber |
| 128. | 7/17/18 | Velshi & Ruhle | MSNBC | Stephanie Ruhle |
| 129. | 7/20/18 | Deadline | MSNBC | Nicole Wallace |
| 130. | 7/20/18 | The Beat | MSNBC | Ari Melber |
| 131. | 7/22/18 | Good Morning America | ABC | George Stephanopolous |
| 132. | 7/23/18 | AM Joy | MSNBC | Joy Reid |
| 133. | 7/23/18 | Hardball | MSNBC | Chris Matthews |
| 134. | 7/24/18 | The Last Word | MSNBC | Lawrence O'Donnell |
| 135. | 7/25/18 | Velshi & Ruhle | MSNBC | Stephanie Ruhle |
| 136. | 7/27/18 | Cooper 360 | CNN | Anderson Cooper |

|      | Date    | Title of Show      | Network           | Host                |
|------|---------|--------------------|-------------------|---------------------|
| 137. | 7/27/18 | The Beat           | MSNBC             | Ari Melber          |
| 138. | 7/29/18 | TMZ                | TMZ               | Unknown             |
| 139. | 8/2/18  | Bloomberg News     | Bloomberg News    | David Westin        |
| 140. | 8/3/18  | The View           | SBC               | Multiple            |
| 141. | 8/21/18 | The Last Word      | MSNBC             | Lawrence O'Donnell  |
| 142. | 8/22/18 | The Situation Room | CNN               | Wolf Blitzer        |

# Exhibit F

💬 1.1K    ⟲ 8.8K    ♡ 27K    ✉

**Brian Krassenstein** @krassenstein · Jul 4

When are you announcing your 2020 run?

💬 122    ⟲ 208    ♡ 1.8K    ✉

**Michael Avenatti** ✔
@MichaelAvenatti

[ Follow ]

Replying to @krassenstein

IF (big) he seeks re-election, I will run, but
only if I think that there is no other candidate
in the race that has a REAL chance at beating
him. We can't relive 2016.  I love this country,
our values and our people too much to sit by
while they are destroyed. #FightClub #Basta

7:02 AM - 4 Jul 2018

**3,628** Retweets **12,632** Likes

💬 3.9K    ⟲ 3.6K    ♡ 13K    ✉

👤 | Tweet your reply

**UsHadrons** @ushadrons · Jul 4

Replying to @MichaelAvenatti @krassenstein

Please don't....

💬 7    ⟲ 2    ♡ 42    ✉

**Fighting Fires 🇨🇦🔵** @CathiStipancik · Jul 4

He's as good as anyone if not better.

💬 19    ⟲    ♡ 46    ✉

1 more reply

**WHOyster** @WHO1952 · Jul 4

Replying to @MichaelAvenatti @krassenstein

You can't run a coffee shop.