# Exhibit G







Home Moments Notifications Messages

**Michael Avenatti**
@MichaelAvenatti

Follow

Many have asked me my position on various issues. Below is a summary of where I stand. This is not an exhaustive list and more positions & details will follow. Most importantly, I didn't have to hire a pollster or political consultant to tell me what to say or what to believe.

**Jobs.** I believe we need an economic plan that delivers good quality jobs for American workers, not billions for billionaires and wealthy corporations. Real wages have gone down under Trump, costs are rising, and many American workers haven't seen a raise in years. It is not enough just to lower the unemployment rate. Creating *quality* jobs is even more important than increasing the *quantity* of jobs. For too long, hard working Americans have not earned the pay, benefits or stability that they deserve.

**Medicare for All.** Every American deserves affordable, quality health care. I support the expansion of a basic Medicare plan for all Americans that covers everyone including those with pre-existing conditions. Individuals should be able to purchase additional coverage if they so choose.

**College Affordability.** The cost of college is soaring. No young person in America should have to forgo education because it is too expensive. I believe we need to make college more affordable for all Americans and reduce the crippling debt load (with exorbitant interest rates) that is trapping millions of young people for life.

**Women's Health and Opportunity.** I support a women's right to choose. Full stop. We must ensure that *Roe v. Wade* is never overturned and restore full federal funding to Planned Parenthood. I believe that the Equal Rights Amendment to the Constitution should be ratified and that women and men doing the same work deserve to take home the same pay. I support the expansion of legal protections for workers against rampant sexual harassment and discrimination in the workplace.

**Trade.** For too long, America has entered into trade deals that prioritize corporations and disadvantage American workers, shutter factories, and ship jobs overseas. I believe we need to be aggressive in dealing with countries that have gamed the system - but smart about how we fight back to avoid inflicting unnecessary harm on American workers and farmers. Especially when it comes to this issue, we must think ahead and play chess, not tick-tack-toe.

**Immigration.** We must have a strong, efficient border. But we need an immigration policy that secures our borders while ending the separation and destruction of families at the border, and that stays true to our history of welcoming those who seek a better life, like my great grandfather Agostino. We should provide DREAMers, who contribute so much to this country, with a path to citizenship. We should not construct a wall on the southern border - it's a waste of money better spent on a real infrastructure plan. We should not eliminate ICE but we must change the way ICE carries out enforcement.

**Race, Discrimination and LGBT Rights.** America deserves a president who is a uniter not a divider, who moves us forward not backwards, and who leads for *all* Americans - regardless of race,

those in the minority are never overturned.

**Paid Family Leave.** Our country's policies are failing to provide security to American families. I believe we should enact a paid family leave plan that covers women and men who are caring for a new child, a family member with a serious medical condition, or a personal health issue.

**Infrastructure.** We need to finally pass a real infrastructure package to build bridges, airports and roads that make our country more competitive, while putting hard working Americans to work in good paying jobs. My detailed plan will be called the "Real Deal."

**Unions.** I fully back unions. I believe that all workers should have the right to organize and bargain collectively to improve pay, benefits and safety.

**Education.** I believe that teachers shouldn't have to work two or three jobs just to pay their bills – we must provide more financial benefits to our teachers. I believe that a kid's zip code shouldn't determine their future.

**Money in Politics.** Money is the root of all evil in politics. We need to pass meaningful campaign finance reform that corrects the *Citizens United* decision. If I choose to run for office, I will not take any corporate PAC money. I believe all candidates for president in 2020 should refund all corporate PAC money they have received since January 1, 2016 if they are sincere about campaign finance reform, otherwise it is all talk designed to deceive voters.

**Marijuana.** I believe the federal government should decriminalize marijuana at the federal level. Current marijuana regulation and enforcement disproportionately impacts Black and Latino communities. It also costs the federal government too much money for what it accomplishes. If the states wish to legalize or criminalize marijuana, they should be permitted to do so.

**Gun Control.** We must prevent senseless gun violence in this country. Parents should not be afraid to send their children to school for fear they may be shot and killed. We cannot allow mass school shootings to continue in America. Repeat – We cannot allow mass school shootings to continue in America. I support sensible gun control, including background checks and bans on assault weapons and bump stocks. I also support requiring gun manufacturers to be held to the same civil liability standards as other product manufacturers in the United States.

**Foreign Relations.** We need to restore America's place in the world and reassure our allies that America stands with them. We must also negotiate denuclearization agreements with North Korea and Iran. I believe we cannot choose Vladimir Putin over our own intelligence officials who put their lives on the line to keep our country safe. We should forcefully call out Russia as a serious
ensure that it never happens again.

**Climate Change.** Climate change is an urgent threat. I believe America should be a leader in taking bold steps to tackle climate change, including by rejoining the Paris Agreement.

**Role of the Cabinet.** A President's cabinet should be comprised of experts in their field, not political stooges. Cabinet members should be listened to, consulted on a regular basis and relied upon to help lead the United States.

8:13 AM - 14 Aug 2018

**6,772** Retweets **23,977** Likes

3.4K 6.8K 24K

Tweet your reply

Home Moments Notifications Messages

**Michael Avenatti** @MichaelAvenatti

Follow

Many have asked me my position on various

## What I Believe

*Michael Avenatti, August 14, 2018*

**Jobs.** I believe we need an economic plan that delivers good quality jobs for American workers, not billions for billionaires and wealthy corporations. Real wages have gone down under Trump, costs are rising, and many American workers haven't seen a raise in years. It is not enough just to lower the unemployment rate. Creating *quality* jobs is even more important than increasing the *quantity* of jobs. For too long, hard working Americans have not earned the pay, benefits or stability that they deserve.

**Medicare for All.** Every American deserves affordable, quality health care. I support the expansion of a basic Medicare plan for all Americans that covers everyone including those with pre-existing conditions. Individuals should be able to purchase additional coverage if they so choose.

**College Affordability.** The cost of college is soaring. No young person in America should have to forgo education because it is too expensive. I believe we need to make college more affordable for all Americans and reduce the crippling debt load (with exorbitant interest rates) that is trapping millions of young people for life.

**Women's Health and Opportunity.** I support a women's right to choose. Full stop. We must ensure that *Roe v. Wade* is never overturned and restore full federal funding to Planned Parenthood. I believe that the Equal Rights Amendment to the Constitution should be ratified and that women and men doing the same work deserve to take home the same pay. I support the expansion of legal protections for workers against rampant sexual harassment and discrimination in the workplace.

**Trade.** For too long, America has entered into trade deals that prioritize corporations and disadvantage American workers, shutter factories, and ship jobs overseas. I believe we need to be aggressive in dealing with countries that have gamed the system - but smart about how we fight back to avoid inflicting unnecessary harm on American workers and farmers. Especially when it comes to this issue, we must think ahead and play chess, not tick-tack-toe.

**Immigration.** We must have a strong, efficient border. But we need an immigration policy that secures our borders while ending the separation and destruction of families at the border, and that stays true to our history of welcoming those who seek a better life, like my great grandfather Agostino. We should provide DREAMers, who contribute so much to this country, with a path to citizenship. We should not construct a wall on the southern border - it's a waste of money better spent on a real infrastructure plan. We should not eliminate ICE but we must change the way ICE carries out enforcement.

**Race, Discrimination and LGBT Rights.** America deserves a president who is a uniter not a divider, who moves us forward not backwards, and who leads for *all* Americans - regardless of race,

1

3.4K 6.8K 24K

6,772 Retweets 23,977 Likes

3.4K 6.8K 24K

Tweet your reply

Home Moments Notifications Messages

**Michael Avenatti**
@MichaelAvenatti

Follow

Many have asked me my position on various

ethnicity, gender, religion, sexual orientation or identity. We should ensure our laws fight against all forms of discrimination. We must guarantee that the Supreme Court's prior decisions protecting those in the minority are never overturned.

**Paid Family Leave.** Our country's policies are failing to provide security to American families. I believe we should enact a paid family leave plan that covers women and men who are caring for a new child, a family member with a serious medical condition, or a personal health issue.

**Infrastructure.** We need to finally pass a real infrastructure package to build bridges, airports and roads that make our country more competitive, while putting hard working Americans to work in good paying jobs. My detailed plan will be called the "Real Deal."

**Unions**. I fully back unions. I believe that all workers should have the right to organize and bargain collectively to improve pay, benefits and safety.

**Education.** I believe that teachers shouldn't have to work two or three jobs just to pay their bills - we must provide more financial benefits to our teachers. I believe that a kid's zip code shouldn't determine their future.

**Money in Politics.** Money is the root of all evil in politics. We need to pass meaningful campaign finance reform that corrects the *Citizens United* decision. If I choose to run for office, I will not take any corporate PAC money. I believe all candidates for president in 2020 should refund *all* corporate PAC money they have received since January 1, 2016 if they are sincere about campaign finance reform, otherwise it is all talk designed to deceive voters.

**Marijuana.** I believe the federal government should decriminalize marijuana at the federal level. Current marijuana regulation and enforcement disproportionately impacts Black and Latino communities. It also costs the federal government too much money for what it accomplishes. If the states wish to legalize or criminalize marijuana, they should be permitted to do so.

**Gun Control.** We must prevent senseless gun violence in this country. Parents should not be afraid to send their children to school for fear they may be shot and killed. We cannot allow mass school shootings to continue in America. Repeat – We cannot allow mass school shootings to continue in America. I support sensible gun control, including background checks and bans on assault weapons and bump stocks. I also support requiring gun manufacturers to be held to the same civil liability standards as other product manufacturers in the United States.

**Foreign Relations.** We need to restore America's place in the world and reassure our allies that America stands with them. We must also negotiate denuclearization agreements with North Korea and Iran. I believe we cannot choose Vladimir Putin over our own intelligence officials who put their lives on the line to keep our country safe. We should forcefully call out Russia as a serious

2

3.4K 6.8K 24K

6,772 Retweets 23,977 Likes

3.4K 6.8K 24K

Tweet your reply

# Exhibit H



# Des Moines Register
PART OF THE USA TODAY NETWORK

SUBSCRIBE NOW
AS LOW AS
99¢ PER MONTH

HOME · NEWS · SPORTS · THINGS TO DO · OPINION · USA TODAY · JOBS · ARCHIVES · SUBSCRIBE · MORE

BREAKING NEWS — U.S., Mexico strike new trade deal that could pave the way for an overhaul of NAFTA ⊙ Read Story

Microsoft
Bring school projects to life in 3D with Office 365
Starting at $99.99/yr.
BUY NOW →

## Michael Avenatti in Iowa: 'I'm exploring a run for the presidency of the United States'

Brianne Pfannenstiel, Des Moines Register    Published 4:54 p.m. CT Aug. 9, 2018 | Updated 7:50 p.m. CT Aug. 9, 2018

◄× Click for Sound

Des Moines Register

Michael Avenatti exploring Presidential run at the Iowa State Fair

COPY URL

Michael Avenatti exploring Presidential run at the Iowa State Fair Zachary Boyden-Holmes, DesMoines

Buy Photo

*(Photo: Zach Boyden-Holmes/The Register)*

CONNECT · TWEET · LINKEDIN · COMMENT 19 · EMAIL · MORE

Michael Avenatti has arrived in Iowa.

After three canceled flights and a 700-mile road trip, the lawyer known for representing adult film actress Stormy Daniels in her case against Republican President Donald Trump, is ready to put his stake in the ground in the first-in-the-nation caucus state.

Buy Photo

**Des Moines Register**    HOME   NEWS   USA TODAY   JOBS   ARCHIVES   SUBSCRIBE   MORE

BREAKING NEWS — U.S., Mexico strike new trade deal that could pave the way for an overhaul of NAFTA   ⊙ Read Story



5 Photos

**Photos: Michael Avenatti exploring presidential run at the Fair**

1 of 5

    



*Rotita*

"I'm exploring a run for the presidency of the United States, and I wanted to come to Iowa and listen to people and learn about some issues that are facing the citizens of Iowa and do my homework," Avenatti told the Des Moines Register in an interview Thursday.

Avenatti, who rose to prominence as an outspoken critic of the president, toured the Iowa State Fair Thursday posing for selfies with fans. He is scheduled to speak at the Democratic Wing Ding fundraiser Friday night in Clear Lake.

That event, a celebrated platform for presidential hopefuls and rising stars alike, hosted Hillary Clinton and Bernie Sanders in 2015. Then-U.S. Sen. Barack Obama headlined the event during his first run for president in 2007.

On Friday, he's scheduled to appear alongside two declared presidential candidates — U.S. Rep. John Delaney of Maryland and entrepreneur Andrew Yang — as well as potential candidate U.S. Rep. Tim Ryan of Ohio.

**More:** Schedule for 2018 Political Soapbox at the Iowa State Fair: When candidates are speaking?

Avenatti has faced some criticism that his interest in a potential presidential run stems mostly from an effort to raise his own personal profile. He denied those claims Thursday.

"I would never think to come to Iowa in order to use the state or the people of the state to raise my profile," he said. "And obviously if I do this, then I intend to work hard and I know that ultimately the trust of the citizens of Iowa is going to have to be earned."

Avenatti also is scheduled to give the keynote address at a reception for the County Iowa Democratic Elected Officials Association later this month.

He said that while he's in Iowa he intends to deliver a message urging Democrats to take on Trump and his policies directly.

Share your feedback to help improve our site experience!

**FROM THE USA TODAY NETWORK**


Tiger Woods' kids and new girlfriend cheered his final...
For The Win


Why do women beach volleyball players wear bikini...
For The Win

53-year-old fighter loses it when opponent misses...
For The Win

by Taboola

*These sites are part of the USA TODAY NETWORK. Their content is produced independently from our newsrooms.*

**MORE STORIES**


No prior connection found between Tibbetts, suspect
Aug. 22, 2018, 10:42 p.m.

 **BREAKING NEWS** | U.S., Mexico strike new trade deal that could pave the way for an overhaul of NAFTA ⊙ Read Story

He said that while he's in Iowa he intends to deliver a message urging Democrats to take on Trump and his policies directly.

"I think there's a huge appetite within the party for a fighter," he said. "I think the party has yearned for a fighter — a fighter for good, if you will — for a significant period of time. And for many, I'm probably seen as that individual."

Avenatti said he hopes his message to Democrats will be well received.

"I would like to think people would take me seriously," he said. "And I think, hopefully, the message that I deliver tomorrow night will be well received by Iowa Democrats."

**Des Moines Register**

# Get updated and special offers right to your inbox

Your Email

Unlock Top Offers

f CONNECT | y TWET | in LINKEDIN | 💬19 COMMENT | ✉ EMAIL | ↗ MORE

**AD CONTENT**                    Sponsored Links by Taboola


**17 Stars Who Gave Up Their Children For Adoption**
Topix


**Patrick Swayze's Son Is A Spitting Image Of Him**
Refinance Gold


**3 Ways Your Dog Asks For Help**
Dr. Marty

U.S. Cardiologist: It's Like Super Fuel for Your Gut
Health Headlines

US Obesity Doctor Reveals the No.1 Worst Carb You're Eating
Nucific

How Much Money Do You Really Get from a Reverse Mortgage?
NewRetirement


**Iowa art teacher accused of groping student**
Aug. 23, 2018, 8:28 a.m.


**4 things Michael Avenatti said in Des Moines**
Aug. 23, 2018, 6:52 a.m.


**Murder suspect used different name, employer says**
Aug. 22, 2018, 8 p.m.


**Mollie Tibbetts' hometown: 'Our innocence was taken away'**
Aug. 23, 2018, 8:52 a.m.

**Mollie Tibbetts' accused killer here legally, lawyer says; employer says no**
Aug. 23, 2018, 1:39 p.m.


$110 EVERY DAY
CABELA'S MOUNTAIN TRAPPER SLEEPING BAG
Cabela's
SHOP NOW
Pricing based on 40° F model

# Exhibit I

 TIME

U.S.  POLITICS  WORLD  TECH  ENTERTAINMENT  SUBSCRIBE 

Sen. Schumer Wants to Rename the
Russell Senate Office Building in
Honor of John McCain. Who Was...

Trump Talks About 'Respect' for
John McCain in First Official
Statement Since the Late Senator's...

Kushner Family Real Estate
Company Fined $210,000 for Filing
False Documents

These Are the Victims of the
Jacksonville Madden Tournament
Shooting

11,000% Bigger Than BTC?

Meet the company taking on
an $11.2 trillion dollar
market. Don't miss this one.

Decentric

POLITICS • 2020 ELECTION

# Michael Avenatti Visits New Hampshire, Furthering a Prospective Presidential Bid

 





By **ASSOCIATED PRESS** Updated: August 20, 2018 2:34 AM ET | Originally published: August 19, 2018

(GREENFIELD, N.H.) — An attorney who has bedeviled President Donald Trump during the past year over his personal relationships and immigration policies made a presidential pitch of his own to Democratic voters in New Hampshire on Sunday.

Michael Avenatti, who represents adult film actress Stormy Daniels in her case against Trump, told the Hillsborough County Democrats that he was considering matching Trump's confrontational style with his own pugilistic brand in a 2020 presidential run.

"When they go low, we hit harder," Avenatti said, modifying a former first lady Michelle Obama slogan.

Avenatti acknowledged that some of the roughly 200 voters at the outdoor barbecue might be thinking, "What is some porn lawyer doing here today?" But, he added, "As you all know, these are anything but usual times."

Gulf Shores, Alabama: This Unbelievable, Tiny
Company Is Disrupting A $91 Billion Industry

EverQuote

Democrats today, he said, are fighting for "nothing short of the survival of our republic."

Tracing his background, Avenatti said he had grown up in Missouri without a "golden toilet" — an allusion to the Trump family's wealth — and was the first in his family to graduate from college.

As a trial lawyer, he said, he represented "Davids" against "Goliaths" — and still does now, he said, with his advocacy for Daniels, who says she was coerced into staying silent about her alleged relationship with Trump, and for immigrant families separated by the White House's crackdown on asylum seekers at the border.

Avenatti has put a toe in the 2020 race, posting a platform on Twitter and recently visiting Iowa, another key primary state that he will soon visit again. On Sunday, he said he was still seriously considering whether to run.

But "what I fear most . is that (Democrats) have a tendency to bring nail clippers to a gunfight," said, Avenatti, who has gained notoriety for assailing Trump using the president's favored medium, Twitter. Speaking to reporters later, Avenatti addressed some Democrats' concerns about adopting Trump's

TIME

GET TIME MAGAZINE
FOR AS LOW AS...

**58¢**
PER ISSUE

REDEEM MY OFFER



You May Like                    by Outbrain

[Pics] The 375 Pound
Bear's Reaction To The
Man Who Saved Him...
by Creative Tunes | Sponsored

[Pics] Hysterical Beach
Photos That You Can't
Unsee
by Offbeat | Sponsored

Ex-White House
Staffer Omarosa Claims
Trump Behaved 'Like...
by TIME


Queen Had the Best
Reaction to Prince
Charles Calling Her...
by TIME


BRILLIANT EARTH
CREATE YOUR OWN RING


Stories From            M

Tibbetts' Father:
Hispanic Locals Are
'Iowans With Bette...
factsweblited.com


What Really Happens
When You Google
Names
flawvisledited.com

Trump using the president's favored medium, Twitter. Speaking to supporters later, Avenatti addressed some Democrats' concerns about adopting Trump's tactics, arguing that a successful challenger must be able to counter the president's provocations. He praised Hillary Clinton's resume and character, but noted that she lost the 2016 election despite being the most qualified candidate "in U.S. history."

Avenatti was not the only politician at Sunday's gathering to use Trump as a motivator for voters. Democratic candidates from county commissioner up to governor sought to tie local Republicans to the president.

Steve Marchand, a former mayor of Portsmouth running for governor, said the Republican incumbent, Chris Sununu, was linked to Trump "by complicity" with his policies on immigration, voter rights and education. Molly Kelly, a former state senator also competing in the Democratic gubernatorial primary, tied Sununu to Education Secretary Betsy DeVos through their support for an educational voucher system, which Kelly said "weakens public education and . will raise property taxes."


Gulf Shores, AL: This Unbelievable, Tiny Company Is Disrupting A 200 Billion Dollar Industry

Voters on hand appeared cautiously taken with Avenatti, who received a celebrity reception after arriving Sunday afternoon, stopping every few feet for a selfie photo as he slowly made his way through an energized crowd.

Kathy Boyer, a former law firm clerk from Amherst, said she liked Avenatti's message and hoped he would prove a viable candidate, despite never having held political office.

"People said the same thing about Donald Trump," she said. "Look what happened."

### Sponsored Stories
Recommended by Outbrain


If You Can Qualify for Any Credit Card, These Are the Top 6
NerdWallet


How Much Do People Really Get From A Reverse Mortgage?
LendingTree


The One Daily Supplement Doctors Are Taking
Elysium Health


Chicago, Illinois: This Tiny, Unknown Company Is Disrupting A $200 Billion Industry
EverQuote


Cardiologist: 'I Beg Everyone To Quit 3 Foods'
SmartConsumerToday


Constant Fatigue Is A Warning Sign – See The Simple Fix
Health Headlines

Foley, AL: This Tiny, Unknown Company Is Disrupting A $200 Billion Industry
EverQuote

### SPONSORED FINANCIAL CONTENT
dianomi


China's female PhDs battle with stigma, large gender gaps in academia
Inkstone


This Free Book is a 'Must-Read for 9-5ers'
Agora Financial


Donald Trump's dangerously bad day
Financial Times

Is Palm attempting a comeback? Signs point to yes

How to Find the Top 3 Financial Advisors Near You

The Top 5 Stocks to Buy Today and Never Sell. Free Report.


BeenVerified.com


After This I Stopped 'Googling' People
BeenVerified.com


Sandra Bullock Caught Kissing Former Model (Pics)
somagazine.com

Height Difference Does Not Part These Star Couples – Cli...

### Read More


BUSINESS
Here's the Campaign Howard Schultz Could Run for President


POLITICS
What to Know About Brad Parscale, Donald Trump's 2020...


POLITICS
Fundraising for the 2020 Presidential Election Is Already...


POLITICS
An Oprah 2020 Campaign Could Tarnish Her Golden...

### Sign Up for Our Newsletters
Sign up to receive the top stories you need to know now on politics, health, money and more
SUBSCRIBE


11,000% Bigger Than BTC?
Meet the company taking on an $11.2 trillion dollar market. Don't miss this one.
Dacema

### You May Like
by Outbrain


27 Discounts Seniors Get Only If They Know
by seniordiscountclub.com / Sponsored


Donald Trump's Unbelievably Bizarre Bedtime Rituals
by Auto Draft : The Cheat Sheet / Sponsored


Meghan and Prince Harry Held Hands Like a Regular Couple
by TIME


Girl Who Shut Up Prince George at the Queen's Party Is a Star
by TIME


Document title: Michael Avenatti Hints at 2020 Bid in New Hampshire Visit | Time
Capture URL: http://time.com/5371362/michael-avenatti-trump-new-hampshire-presidency/
Capture timestamp (UTC): Mon, 27 Aug 2018 21:34:29 GMT

# Exhibit J

Instagram    Log In    Sign Up

May 2&3 Blush Pittsburgh
May 4&5 Gossip  Long Island
May 7&8 Penthouse Club Philadelphia
May 9 Penthouse Club New Orleans
May 10 Penthouse Club Baton Rouge
May 14&15 Penthouse Club Detroit
May 17 Stars Bend, OR
May 18 Stars Salem, OR
May 19 Stars Bridgeport, OR
May 25&26 Madonnas Miami Beach
June 1&2 Diamonds  Denver
June 6&7 Men's Club Raleigh
June 8 Silk Madison, WI
June 9 Silk Milwaukee
June 14-16 Admiral Theater Chicago



**thestormydaniels** ✓ • Follow

**thestormydaniels** Upcoming appearances!

View all 46 comments

**1122334c** Sicilian man

**zc.kennedy** Stay away from Denver please

**francoswaz** Excited ur coming to Denver

**thestormydaniels** @zc.kennedy not a chance! I kinda have a thing for Denver...plan on doing it good!!

**noardinhandi** @thestormydaniels hi

**zc.kennedy** @thestormydaniels whatever you say

**icyiluvu** I am still so sad I missed you in Baltimore!!! I heard your performances were 🔥🔥🔥. Keep kicking ass!! ❤️❤️❤️

**natoghost** Enjoy Long Island weather is getting warm in NY

**mveigak** Miami in May. Welcome You're

769 likes

APRIL 30

Log in to like or comment.

ABOUT US   SUPPORT   PRESS   API   JOBS   PRIVACY   TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE          © 2018 INSTAGRAM

Document title: stormydaniels on Instagram: "Upcoming appearances!"
Capture URL: https://www.instagram.com/p/BiLYzIbgfAf/?hl=en&amp;taken-by=thestormydaniels
Capture timestamp (UTC): Fri, 24 Aug 2018 21:11:22 GMT
Page 1 of 1

June 14-16 Admiral Theater Chicago
June 22&23 Mardi Gras  Springfield, MA
June 27&28 Club 44 Ft. Wayne
June 29 Diamond Royale Canton, OH
June 30 Diamond Men's Club Cleveland
July 4&5 Tex Mex Lounge Edinburg, TX
July 6&7 Big Earl's Goldmine Des Moines
July 13&14 Lust Martinsburg, WV
July 20&21 Men's Club Charlotte
July 22 Pink Pony Atlanta
July 27 &28 The Red Parrot El Paso, TX
Aug 3&4 Diamonds Centerville, OH
Aug 9 Lace Wayne, NJ
Aug 10&11 Scores Buffalo



**thestormydaniels** ✔ • Follow

**thestormydaniels** Upcoming appearances part 2

Load more comments

**nappy_dread_bee** Where's California?

**abmagalj** I'll see you in Buffalo ❤️😍👊

**richteod** Was your goal to bring down the president or just get paid for what he did? Just wondering if u want to answer.

**richteod** @richteod. Im not nuts about trump but i hope he continues to do things and not social media shit

**aleemyoung4573** will you be honor to be my girlfriend

**hedihendra** full agenda yaa 🈲 👌♦️

**trevor_1006** You're gonna make over a million dollars this year. More proof on how good trump is for the economy

**1,378 likes**

APRIL 30

Log in to like or comment.

ABOUT US   SUPPORT   PRESS   API   JOBS   PRIVACY   TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE

© 2018 INSTAGRAM

Instagram

Log In  Sign Up

Aug 17&18 Dreams Killeen, TX
Aug 20-22 Exotic Dancer Expo Las Vegas
Aug 24-25 Gold Club Bedford, NH
Aug 7&8 Kittens Salisbury, MA
Sept 14&15 Expose' San Diego
Oct. 5&6 Gold Club Centerfolds Ranch Cordova, CA
Oct 12&13 Tobies Jacksonville, NC
Oct 19&20 Pure Platinum Stratford, CT
Nov 8-10 Risque Bristol, PA
Nov 15-17 The Trophy Club Greenville, SC
Nov 30 Deja Vu Lansing
Dec 1 Deja Vu Kalamazoo
Dec 7 &8 Goldfingers Sunrise, FL
Dec 14&15 Deja Vu Tampa
Jan 17 XBiz Awards host Hollywood



**thestormydaniels** ✔ • Follow

**thestormydaniels** Upcoming appearances part 3

Load more comments

**bestya_evahad** @dtk101 duck duck QUACK

**wavybrodie** Put that 😍😍😍😍 on me at goldfingers☐ lol

**realryanmccartney** @thestormydaniels how much $ for an hour ?

**omid_n30madash** @thestormydaniels مادرقهبه دو هفته دیگه میخوای بدی اومدی واسه بچها تعریف میکنی😜😊

**sinsationalfeatures** Kittens in Salisbury, MA is September 7 & 8. ❤️

**caelila** Please come to New York City!!!

**alitrc71** direct chek

**the.leftist.problem** @mardigrasclubs Donald trump is making your club so much

1,028 likes

APRIL 30

Log in to like or comment.

ABOUT US   SUPPORT   PRESS   API   JOBS   PRIVACY   TERMS   DIRECTORY   PROFILES   HASHTAGS   LANGUAGE          © 2018 INSTAGRAM

# Exhibit K

# Interviews of Stephanie Clifford aka Stormy Daniels and Michael Avenatti

1   DATE: 4/9/18

2   TITLE OF ARTICLE: SKETCH OF MAN WHO STORMY SAYS

3   THREATENED HER TO BE RELEASED

4   SOURCE: CNN

5   URL: https://www.youtube.com/watch?v=H5bXr-1seIw

6   HOST: ALISYN CAMEROTA

7   INTERVIEWEE: MICHAEL AVENATTI

8       [START RECORDING]

9       MS. ALISYN CAMEROTA:  Stormy Daniel's lawyer

10  is again asking for a judge's permission to

11  depose President Trump and his personal

12  attorney, Michael Cohen under oath about that

13  $130,000 hush payment made to the porn star days

14  before the 2016 election. That attorney, Michael

15  Avenatti, joins us now.  Michael, great to have

16  you here.

17      MR. MICHAEL AVENATTI:  Good morning.

18      MS. CAMEROTA:  So a couple of weeks ago you

19  asked a judge to be able to depose the President

20  and Michael Cohen, and the judge said that was

21  premature, didn't give you permission.  So now

22  what's changed?

23      MR. AVENATTI:  We filed the motion and the

24  Court found that we had filed it too early,

25  basically denied it without prejudice, meaning

1    we had the ability to re-file it.  We re=filed

2    it last night. It's going to be heard in the

3    first week of May.

4        MS. CAMEROTA:  Well what's changed in those

5    two weeks, and why now is it not too early?

6        MR. AVENATTI:  Well, it's not too early now

7    because the other side has filed what's called a

8    Motion to Compel Arbitration, which the court

9    had found had to be filed first.

10       MS. CAMEROTA:  I see.  You were quite

11   excited on Thursday I believe, or Friday,

12   whenever it was last week when the President on

13   Air Force One had this moment.  Let me recap it

14   for everyone.

15       REPORTER:  Mr. President, did you know about

16   the $130,000 payment to Stormy Daniels?

17       MR. DONALD TRUMP:  No, no.

18       REPORTER:  Why did Michael Cohen make it if

19   there was no truth to her allegations?

20       MR. TRUMP:  Well you'll have to ask Michael

21   Cohen.  Michael is my attorney, and you'll have

22   to ask Michael Cohen.

23       REPORTER:  Do you know where he got the

24   money to make that payment?

25       MR. TRUMP:  I don't know [unintelligible].

1      MS. CAMEROTA:  You called that Christmas and

2   Hanukkah wrapped together, a gift to you.  He's

3   saying that he doesn't know anything about it.

4   Why is that such a gift?

5      MR. AVENATTI:  Well, this is what happens,

6   Alisyn, when you have a client that's not

7   disciplined.  And there's certain context in

8   which you cannot be disciplined.  You don't want

9   to be undisciplined in litigation, and this is

10  what happens.  The problem with what the

11  President said on Air Force One is that, he shot

12  himself in the foot and he also threw Michael

13  Cohen under the bus at the same time, not to mix

14  the metaphors, and here is why.  Because you

15  can't enforce an agreement that you didn't know

16  anything about and were not a party to.  So he

17  effectively proved his case or our case on Air

18  Force One, and secondly, he didn't—

19     MS. CAMEROTA:  Wait a second, he's always

20  said that he didn't know about the agreement,

21  and so did Michael Cohen.  And there and he just

22  said it again.

23     MR. AVENATTI:  No, he's never said that

24  before.  That's the first time that he's ever—

25     MS. CAMEROTA:  The White House has said that

1    he didn't know anything.

2        MR. AVENATTI:  Well, not exactly.  I mean

3    there's been a lot of what I'll describe as

4    "White House speak" on this issue, but now we

5    have the President on video stating that he

6    didn't know anything about the agreement.  And

7    the other reason why we were excited about this,

8    that we're happy about it is, because it

9    furthers our efforts to depose the president and

10   Michael Cohen about what the President knew,

11   when he knew, and what he did about this

12   $130,000 payment.

13       MS. CAMEROTA:  Yes, but again, he has always

14   said, or the White House has or Michael Cohen,

15   that he didn't know anything.  So how does that

16   change anything that he, once again, reiterated

17   he didn't know anything?

18       MR. AVENATTI:  Again, we have an admission

19   from the President, a very damaging admission,

20   that is going to prove to be very problematic

21   for him and Michael Cohen.

22       MS. CAMEROTA:  Okay, you tweeted out this

23   weekend, "Expect a major announcement in the

24   coming days regarding our efforts to identify

25   the thug who threatened Ms. Clifford, Stormy

2

1    Daniels, in Las Vegas in 2011 to 'leave Trump

2    alone' while making reference to her little

3    girl. You can run, but you can't hide.

4    #thugsearch, #seriousconsequencesbusta." So,

5    care tell us what your major announcement is in

6    terms of searching for this person?

7         MR. AVENATTI:  So my client sat down with

8    Lois Gibson, she is the foremost forensic artist

9    in the world.  She has the Guinness-- she has a

10   world record for the number of I.D.s.  A

11   composite sketch has been produced. We're going

12   to be releasing that tomorrow, along with a

13   significant reward, asking that the public come

14   forward. We're very close to identifying this

15   individual.

16        MS. CAMEROTA:  You are?

17        MR. AVENATTI:  We are.

18        MS. CAMEROTA:  You have very composite

19   sketch and you think you know who this person

20   is?

21        MR. AVEATTI:  We are very close.  We need

22   some assistance from the public.  We're going to

23   offer a significant reward to get us over the

24   goal line, and I'm confident that we're going to

25   get there.

1      MS. CAMEROTA:  And can you tell us if people

2   will recognize this individual, since you have

3   implied before that you think that Michael Cohen

4   was behind it?

5      MR. AVENATTI:  Well, we certainly hope that

6   people are going to recognize the individual,

7   and are going to come forward with information.

8      MS. CAMEROTA:  Have you shared with the

9   police?

10      MR. AVENATTI:  I'm not going to answer that.

11      MS. CAMEROTA:  Can you show us the composite

12   picture right now?

13      MR. AVENATTI:  Not right now.

14      MS. CAMEROTA:  So you're doing this

15   tomorrow?

16      MR. AVENATTI:  Tomorrow.

17      MS. CAMEROTA:  And do you still, now that

18   you have a composite, do you still believe that

19   it was sent by someone connected to Donald

20   Trump?

21      MR. AVENATTI:  Here is what I will say.  It

22   could have only come from one of three places.

23   My client, meaning she threatened herself, which

24   makes no sense.  inTouch magazine, which makes

25   no sense because why would they threaten my

2

1    client relating to the publication of an

2    interview in their own magazine?  Or someone

3    associated with Trump or the Trump organization.

4    We think it's pretty clear where it came from.

5        MS. CAMEROTA:  They have said that they

6    don't believe that this actually happened.

7        MR. AVENATTI:  Well, they've said a lot of

8    things.

9        MS. CAMEROTA:  I mean, but was there

10   security camera video?  Is there anything else,

11   other than Stormy Daniel's word?

12       MS. CAMEROTA:  Well, I think there is

13   significant evidence that this actually

14   happened. We're going to release that in the

15   coming weeks, and I'm also confident that when

16   we release this sketch tomorrow, and when we

17   offer this sizeable reward, someone is going to

18   come forward and it's going to tighten the

19   noose, if you will, on this issue.

20       MS. CAMEROTA:  How much is the reward?

21       MR. AVENATTI:  I'm not going to tell you.

22       MS. CAMEROTA:  But are police working with

23   you on this?

24       MR. AVENATTI:  Again, I'm not going to

25   answer that right now.

1    MS. CAMEROTA:  You're going to say all this

2    tomorrow?

3        MR. AVENATTI:  Yes.

4        MS. CAMEROTA:  So I'm going to have to have

5    you back on TV tomorrow?

6        MR. AVENATTI:  Not necessarily.  I mean you

7    folks promo pieces all the time, right?

8        MS. CAMEROTA:  This is a tease.  We're

9    familiar with the tease, and you have mastered

10   this.

11       MR. AVENATTI:  It's really not about the

12   tease. It's about being strategic in what we're

13   doing.  We filed our motion yesterday to depose

14   the President and Mr. Cohen.  Today we're going

15   to oppose the Motion to Compel Arbitration.

16   There's going to be significant information

17   that's going to come out in connection with

18   that.  Tomorrow we're going to release the

19   composite sketch and the reward.

20       MS. CAMEROTA:  Okay. Michael Avenatti, we

21   appreciate you telling us all of that.  We will

22   stay tuned, as they say.

23       MR. AVENATTI:  Thank you.  Good to see you.

24       [END RECORDING]

C E R T I F I C A T E

I, Logan McPherson, certify that the foregoing transcript of 40. [Video] Sketch of man who Stormy Daniels says threatened her to be released.mp3 was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability. I further certify that I am not connected by blood, marriage or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.

Signature: *Logan McPherson*

Date  June 15, 2018

# Exhibit L

🏠 Home    ⚡ Moments    🔔 Notifications    ✉ Messages         Twitter    ✕

**Michael Avenatti** ✔
@MichaelAvenatti

[ Follow ]   ⌄

Expect a major announcement in the coming days regarding our efforts to identify the thug who threatened Ms. Clifford in Las Vegas in 2011 to "leave Trump alone" while making reference to her little girl. You can run but you can't hide. #thugsearch #seriousconsequences #basta

5:40 AM - 7 Apr 2018

**6,279** Retweets  **22,217** Likes

💬 1.1K    ⟲ 6.3K    ♡ 22K    ✉

👤  [ Tweet your reply ]

**patricia strohmeier** @patriciastrohm7 · Apr 7    ⌄
Replying to @MichaelAvenatti
I pray for real you find that dirt bag. As if I was Ms. Daniels herself, I feel her terror in that moment #metoo 🙅  Find him.

💬 11    ⟲ 12    ♡ 288    ✉

**Shelley** @berriesandblood · Apr 7    ⌄
When I was 19 I dated a rich kid from NY...family didn't like me much... I got a threat very similar but it was delivered in a restaurant by a strange man on my way to the restroom.  I couldn't stop shaking, had to go home, pull the drapes, lock the door.

💬 18    ⟲ 20    ♡ 239    ✉

**Sugar Stone** @SugarStone2 · Apr 7    ⌄
So sorry you had to deal with that. I've developed a healthy respect for the power of money over these past couple of years.  Going to stay a naturalist hiking through remote cool places on my bucket list.

# Exhibit M

**Stormy Daniel's Lawyer We Might Add Defamation Claim**

1    Stormy Daniels_ lawyer_ We might add defamation'

2    DATE:  4/18/18

3    TITLE OF ARTICLE:  STORMY DANIEL'S LAWYER—WE

4    MIGHT ADD DEFAMATION CLAIM

5    SOURCE:  CBS

6    HOSTWOLF BLITZER

7    INTERVIEWEE:  MICHAEL AVENATTI

8        [START RECORDING]

9        MR. WOLF BLITZER:  New tonight.  For the

10   first time, President Trump is tweeting about an

11   alleged affair with porn star Stormy Daniels a

12   day after Daniels and her attorney released a

13   sketch of a man they say tried to silence

14   Daniels with a threat.  The president issued

15   this response.  Quote, a sketch years later

16   about a nonexistent man; a total con job,

17   playing fake news media for fools, but they know

18   it, closed quote.  We are joined now by Michael

19   Avenatti.  He's the attorney for Stormy Daniels.

20   Michael, thanks very much for coming in.

21       MR. MICHAEL AVENATTI:  Thanks for having me.

22       MR. BLITZER:  What's your reaction to the

23   president's tweet?

24       MR. AVENATTI:  Well, you know, Wolf, it's

25   another gift from the heavens, uh, quite

1    Stormy Daniels_ lawyer_  We might add defamation'

2    frankly.  I mean, the president has no business

3    tweeting about me or my client while he's a

4    party in litigation, uh, especially when it

5    comes to making misstatements about my client.

6    He's effectively now told the American people

7    that she's a liar, that she's a con, that she

8    has made up this threat and this sketch, and I'm

9    outraged by it, and there's going to be some

10   serious, serious consequences, uh, for it.

11        MR. BLITZER:  Like what?  What kind of

12   consequences?

13        MR. AVENATTI:  Well, we're likely going to

14   be amending our complaint.  We're looking at

15   doing that now, to add a defamation claim, uh,

16   directly against the president.  There's going

17   to be consequences that are going to flow from

18   that if we decide to do it.  It's going to make

19   the fact of his deposition that much more

20   likely.  You know, this is what happens, Wolf,

21   when you have an undisciplined client like the

22   president who just wakes somewhat up--wake,

23   wakes up one morning and decides that he's going

24   to tweet nonsense about my client.

25        MR. BLITZER:  So this defamation claim, this

1    Stormy Daniels_ lawyer_ We might add defamation'

2    lawsuit you're going to file, that's a new

3    development?

4        MR. AVENATTI:  That's--that is absolutely a

5    new development, and we're likely to file it in

6    the same case that we re--are already in, and

7    we're going to add a claim.

8        MR. BLITZER:  And file it in California?

9        MR. AVENATTI:  Correct.

10       MR. BLITZER:  And the argument is that he's

11   defaming your client by this, by this one tweet?

12       MR. AVENATTI:  There, there's no question

13   that he defamed my client.  He's client--he's

14   calling my client a liar and basically stating

15   that she made this up and it's a con, and Wolf,

16   the only con that has taken place here is the

17   con that the president and Michael Cohen is

18   trying to pull on the American people by trying

19   to tell the American people that he didn't know

20   about the agreement, he knew nothing about the

21   payment, and the cover-up.  The cover-up is

22   really the con.

23       MR. BLITZER:  A total con job.  Uh, that's

24   what the president tweeted.  Playing the fake

25   news media for fools, but they know it.  So

1    Stormy Daniels_ lawyer_  We might add defamation'

2    when, when he says a total con job, you're

3    accusing the president of calling her a con?

4        MR. AVENATTI:  No, I'm not accusing the

5    president of that.  I'm stating that's exactly

6    what he did.  I mean, it's clear as day what he

7    meant by that tweet.

8        MR. BLITZER:  But you know the president--a,

9    a lot of us have been surprised, he's been so

10   silent until now on the Stormy Daniels case.

11   Uh, finally, he is reacting right now.  This is

12   the first time in weeks, and you've been on the

13   air pl--plenty of times over these past, uh,

14   several weeks, she's been on the air a couple of

15   times, as well including yesterday.  All of a

16   sudden, he has now decided to speak out via

17   Twitter.  Why do you think he did that?

18       MR. AVENATTI:  Well, I think he's in a panic

19   mode because I think that he feels that the

20   noose is tightening around his, uh, close friend

21   and attorney, Michael Cohen, and he's very

22   concerned about where that's going to lead, and

23   he should be concerned because of those FBI

24   raids and, uh, Michael Cohen in the situation

25   that Michael Cohens, uh, finds himself in.

1    Stormy Daniels_ lawsuit_ We might add defamation'

2        MR. BLITZER:  Give us an update on the man

3    in that sketch.  Uh, allegedly, this individual

4    a few years ago threatened Stormy Daniels in a

5    parking lot or her, her child was in the car

6    with her.  Where does this stand right now?

7    You've released the sketch yesterday?

8        MR. AVENATTI:  We released the sketch

9    yesterday.  We've received over 1,500 leads as

10   of a few hours ago.  I would describe a couple

11   hundred of those as credible.  We have an idea,

12   uh, as to who it might be.  We have a handful of

13   individuals.  We're also running to ground the

14   leads that we're receiving to see if we can

15   tighten that ID up.  It's going to take some

16   time.  We're going to be very diligent and

17   careful before we go out and announce, uh, who

18   it might be.

19       MR. BLITZER:  Are you working with law

20   enforcement on this, uh--the, the identification

21   of this individual?

22       MR. AVENATTI:  I, I'm not at liberty to

23   state that.

24       MR. BLITZER:  Why can't you tell us that?

25       MR. AVENATTI:  Well, because I'm not at

1    Stormy Daniels_ lawsuit_  We might add defamation'

2    liberty to state it, and I'm going to--we're

3    going to respect the process, and we're going to

4    be--if, if, if somebody tells us to be careful

5    or confidential about something, we're going to

6    do it.

7        MR. BLITZER:  If they, they locate this

8    individual and identify, is there a statute of

9    limitations on a threat like this?

10       MR. AVENATTI:  Uh, there is a statute of

11   limitations, but we think that the statute, um,

12   has not, uh--or, or is not applicable as it

13   relates to criminal conspiracy in a couple

14   other, uh, crimes that could be alleged.

15       MR. BLITZER:  So in, in the dozens of names

16   of individuals who have come to you thinking

17   they, uh, can--they can identify this man based

18   on this sketch--

19       MR. AVENATTI:  Hundreds.

20       MR. BLITZER:  Hundreds of them, um, are they

21   all different names, or are they all focusing in

22   on one or two or five individuals?

23       MR. AVENATTI:  Well, there's, there's many

24   different names, but there is some overlap.

25   And, and by the way, I want to make clear, I

1      Stormy Daniels_ lawyer_ We might add defamation'

2      announced on Don Lemon last night that the

3      reward is not $100,000.  It's $131,000 now, as

4      opposed to $100,000.  And we, we think that's a

5      pretty good number.

6           MR. BLITZER:  Because, uh, she was paid

7      $130,000 as part of the non-disclosure agreement

8      she worked out, uh, with, um, uh, wi--with, uh,

9      Michael Cohen?

10          MR. AVENATTI:  Uh, that's correct, and, and

11     we want to get to the bottom of this, and we

12     want the truth now, Wolf.

13          MR. BLITZER:  Let me get your reaction.

14     There's been a new development.  Uh, we're--

15     we've now been told, uh, that, uh, this--

16     according to the New York Times, that Karen

17     McDougal, the former playmate, has reached an

18     agreement, uh, with, uh, American Media, the

19     parent company of the National Enquirer.  Uh,

20     they've released her from any agreement that

21     they worked out with her.  She got $150,000 as

22     part of that agreement.  She can now talk

23     freely.  Uh, should President Trump and Michael

24     Cohen, for that matter, be worried about this?

25     'Cause she's already spoken to our own Anderson

1    Stormy Daniels  lawyer_  We might add defamation'

2    Cooper, as you know.

3        MR. AVENATTI:  You know, I don't know,

4    because I don't know enough details about that

5    particular situation, but I think the more and

6    more information and documents that come to

7    light, Wolf, uh, Michael Cohen and the president

8    should be absolutely worried, especially when we

9    get into the documents seized by the FBI.

10       MR. BLITZER:  The, uh, CNN--uh, we reported

11   that the president is described as apoplectic

12   over the entire Michael Cohen investigation

13   that's now unfolded.  The southern district of

14   New York by the US attorney's office there, he's

15   fixated supposedly on this above everything

16   else, including national security issues.  What

17   does that tell you?

18       MR. AVENATTI:  Well, if he's upset now, he

19   ought to wait a week or two.

20       MR. BLITZER:  Why?

21       MR. AVENATTI:  Because it's only going to

22   get worse, Wolf.  This isn't going to get better

23   for an extended period of time.  More

24   information's going to come out.  We're going to

25   continue to be aggressive.  We're going to press

1    Stormy Daniels_ lawyer_  We might add defamation'

2    forward as it relates to Michael Cohen's

3    deposition and the president's deposition.

4    Wolf, the chickens are coming home to roost.

5    MR. BLITZER:  Have, have you seen actual

6    evidence, documents, that, that suggest to you

7    that, within the next week or two, the

8    president's, uh, fixation of this is even going

9    to get worse?

10    MR. AVENATTI:  Uh, I'm not going to answer

11    that, but I'm going to stand behind my

12    statements, and I think my track record of

13    prediction over the last five weeks is pretty

14    good.

15    MR. BLITZER:  The government, uh, says it

16    will start producing, uh, uh documents to

17    Michael Cohen and his attorneys by the end of

18    next week.  Uh, President Trump's attorneys will

19    see some of these documents as well as part of

20    this invest--criminal investigation that's

21    underway in New York.  How do you think the

22    president will react, uh, when his attorneys

23    brief him on the documents that, uh, the FBI has

24    collected in those raids on Michael Cohen's

25    house, his office, his hotel room, his safe-

Stormy Daniels_ la... _  We might add defamation'

1  deposit box?

2

3      MR. AVENATTI:  Well, Wolf, they already have

4  access to the vast majority of these documents,

5  because other than, other than ten boxes of

6  hard-copy documents that were removed, the

7  electronic media were imaged on-site at the

8  office and the home, and then the media was left

9  behind.  So the--so phones, the laptops, et

10  cetera, that's the representation of the

11  assistant US attorney and what he's stated.  So

12  they have access to a lot of these documents

13  right now, and they should be pouring through

14  them and providing an update to the president.

15      MR. BLITZER:  Do you have access to those

16  documents?

17      MR. AVENATTI:  I, I don't have access to

18  them yet, but we'll get it.

19      MR. BLITZER:  Why do you say that?

20      MR. AVENATTI:  Well, because I'm highly

21  confident that, in the discovery process in our

22  case, we're going to be able to subpoena those

23  records or otherwise get them from the

24  government.

25      MR. BLITZER:  Michael Avenatti, thanks for

```
1        Stormy Daniels_ lawyer_  We might add defamation'

2   coming in.

3        MR. AVENATTI:  Thank you, sir.

4        [END RECORDING]
```

13

## C E R T I F I C A T E

I, Alexander Shackles, certify that the foregoing transcript of 60. [Video] Stormy Daniels_ lawyer_ We might add defamation claim was prepared using standard electronic transcription equipment and is a true and accurate record to the best of my ability. I further certify that I am not connected by blood, marriage or employment with any of the parties herein nor interested directly or indirectly in the matter transcribed.

Signature: _____

Date _____ June 14th, 2018 _____

# Exhibit N

1  BLAKELY LAW GROUP
2  BRENT H. BLAKELY (CA Bar No. 157292)
   1334 Parkview Avenue, Suite 280
3  Manhattan Beach, California 90266
   Telephone:   (310) 546-7400
4  Facsimile:   (310) 546-7401
5  Email:       BBlakely@BlakelyLawGroup.com

6  Attorneys for Defendants
7  ESSENTIAL CONSULTANTS, LLC and
   MICHAEL COHEN
8

9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

12  STEPHANIE CLIFFORD a.k.a.          Case No. 2:18-CV-02217-SJO-FFM
    STORMY DANIELS a.k.a. PEGGY
13  PETERSON, an individual,           **DECLARATION OF MICHAEL D.**
                                       **COHEN IN SUPPORT OF MOTION**
14                                     **TO STRIKE OR, ALTERNATIVELY,**
              Plaintiff,              **DISMISS FIRST AMENDED**
15                                     **COMPLAINT**
16          v.
                                       Assigned for All Purposes to the
17                                     Hon. S. James Otero
    DONALD J. TRUMP a.k.a. DAVID
18  DENNISON, an individual,           **Date:      May 7, 2018**
    ESSENTIAL CONSULTANTS, LLC, a      **Time:      10:00 a.m.**
19  Delaware Limited Liability Company, **Location:  350 West 1st Street**
    MICHAEL COHEN, an individual, and             **Courtroom 10C, 10th Floor**
20  DOES 1 through 10, inclusive,                 **Los Angeles, CA 90012**
21
              Defendants.             Action Filed: March 6, 2018
22
23
24
25
26
27
28

————————————————————————————————————
                DECLARATION OF MICHAEL D. COHEN

## DECLARATION OF MICHAEL D. COHEN

I, Michael D. Cohen, declare as follows:

1.    I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would competently testify to the matters stated herein.

2.    On or about October 26, 2016, defendant Essential Consultants, LLC ("EC") and Plaintiff Stephanie Clifford aka "Stormy Daniels" aka "Peggy Peterson" aka "PP" ("Clifford" or "Plaintiff") entered into a *Confidential Settlement Agreement and Mutual Release* (the "Settlement Agreement").

3.    I signed the Settlement Agreement on behalf of EC on or about October 28, 2016.  Clifford signed the Settlement Agreement on or about the same date.  Thereafter, EC paid Clifford, and she accepted $130,000 pursuant to the Settlement Agreement.  At no time between Clifford's execution of the Settlement Agreement, and the filing of this lawsuit, did Clifford or her attorney ever communicate any assertion to me that the Settlement Agreement was invalid or unenforceable for any reason, including because it was not signed by "David Dennison" or Defendant Donald Trump, or make any attempt to return the $130,000 that EC paid to Clifford.

4.    To the best on my knowledge, Clifford performed all of her obligations under the Settlement Agreement for approximately sixteen months following its execution, and made no public statements disclosing Confidential Information (as defined in the Settlement Agreement) during that time.  Prior to February 2018, Clifford's only complaint relating to the Settlement Agreement was in October 2016, prior to her execution of the Settlement Agreement, when she complained through her attorney that she was not receiving the $130,000 payment quickly enough.

5.    On or about January 10, 2018, Plaintiff issued a signed statement denying that she had a sexual and/or romantic affair with Mr. Trump (the "January 10, 2018 Written Denial").  I had no involvement in the drafting or wording of the January 10, 2018 Written Denial.  I did not request that Plaintiff issue the January 10, 2018 Written Denial, nor approve of its wording prior to issuance.  I was sent a copy

1  of the January 10, 2018 Written Denial by Plaintiff's former counsel after it was
2  provided to the media. A true and correct copy of the January 10, 2018 Written
3  Denial is attached hereto as **Exhibit A**.

4      6.     On or about January 30, 2018, Plaintiff issued a signed statement entitled
5  "Official Statement of Stormy Daniels," wherein she again denied having a sexual
6  relationship with Mr. Trump (the "January 30, 2018 Written Denial"). I had no
7  involvement in the drafting or wording of the January 30, 2018 Written Denial. I did
8  not request that Plaintiff issue the January 30, 2018 Written Denial, nor approve of its
9  wording prior to issuance. I was sent a copy of the January 30, 2018 Written Denial
10 by Plaintiff's former counsel after it was provided to the media. A true and correct
11 copy of the January 30, 2018 Written Denial is attached hereto as **Exhibit B**.

12     7.     I have never communicated directly with Plaintiff, orally or in writing.
13 All of my communications with Plaintiff have been through her counsel.

14     8.     On or about February 22, 2018, EC filed an arbitration proceeding at
15 ADR Services, Inc. ("ADRS") in Los Angeles (the "Arbitration"), pursuant to the
16 arbitration provision in the Settlement Agreement.

17     9.     In the Arbitration, EC brought an emergency application for a
18 Temporary Restraining Order; ADRS appointed an emergency arbitrator (a retired
19 California Superior Court judge); and the arbitrator reviewed the papers, found that
20 EC had met its initial burden and granted the application. The arbitrator entered an
21 order prohibiting Clifford from violating the Settlement Agreement by, among other
22 things, disclosing any Confidential Information to the media or in court filings.

23     I declare under penalty of perjury under the laws of the United States of
24 America that the foregoing is true and correct.

25     Executed on April 9, 2018, at New York, New York.

26

27

28

MICHAEL D. COHEN

-3-
DECLARATION OF MICHAEL D. COHEN

# Exhibit A

January 10, 2018

TO WHOM IT MAY CONCERN:
I recently became aware that certain news outlets are alleging that I had a sexual and/or romantic affair with Donald Trump many, many, many years ago. I am stating with complete clarity that this is absolutely false. My involvement with Donald Trump was limited to a few public appearances and nothing more. When I met Donald Trump, he was gracious, professional and a complete gentleman to me and EVERYONE in my presence.
Rumors that I have received hush money from Donald Trump are completely false. If indeed I did have a relationship with Donald Trump, trust me, you wouldn't be reading about it in the news, you would be reading about it in my book. But the fact of the matter is, these stories are not true.

Stormy Daniels

# Exhibit B

**Official Statement of Stormy Daniels**

January 30, 2018

To Whom It May Concern:

      Over the past few weeks I have been asked countless times to comment on reports of an alleged sexual relationship I had with Donald Trump many, many, many years ago.

      The fact of the matter is that each party to this alleged affair denied its existence in 2006, 20011, 2016, 2017 and now again in 2018. I am not denying this affair because I was paid "hush money" as has been reported in overseas owned tabloids. I am denying this affair because it never happened.

      I will have no further comment on this matter. Please feel free to check me out on Instagram at @thestormydaniels.

Thank you,

Stormy Daniels