**Exhibit O**



E! **NEWS**

NEWS   LIFE/STYLE   ENTERTAINMENT   RED CARPET   EVENTS   VIDEOS   PHOTOS   E! SHOWS   MORE

FULL EPISODES   US

# So True? So False? Did Donald Trump Cheat on Melania With a Porn Star?!

by NATALIE FINN | Wed., Oct. 12, 2011 2:51 PM

   



Ali Goldstein/NBC; Denise Truscello/WireImage





## LATEST NEWS



The Big Picture: Today's Hot Photos





Did **Donald Trump** make a 'uge mistake?

According to rooted-in-scandal TheDirty.com, Trump stepped out on knockout wife **Melania Trump**—while she was pregnant with their son **Barron**—with porn star **Stormy Daniels**.

Ugh, he is *so* fired. Or is he?

Hang onto your trust funds, heirs, because this rumor is...

**READ: Donald Trump a Grandpa Again as Don Jr. Welcomes a "Beautiful" Son**

*So* false.

Both Trump *and* Daniels are vehemently denying the story about the two of them hooking up after Trump had played in a golfing event and then meeting up multiple times afterward. Daniels herself told E! News that she's not commenting, but the story is "bulls--t."

So you can imagine what Trump's lawyers are saying.

**MORE: Why Did Donald Trump Turn Down Kim Kardashian's Wedding Invitation?**

"The totally untrue and ridiculous story written by *Life & Style* Magazine about Donald J. Trump emanated from a sleazy and disgusting website which, upon strong notification, fully withdrew



Will Smith Addresses Jada Pinkett Smith Divorce Rumors in New Song



Kim Kardashian Celebrates 4 Years of Marriage to Kanye West With Never-Before-Seen Wedding Photo



Spencer Pratt Is Going to Heal You...Through Naked Yoga?



ongoing readers which, upon seeing its inaccuracy, duly withdrew its posting," read a statement to E! News from Michael Cohen, executive VP and special counsel to Trump.

"Correctly, upon seeing that the article was false, all other publications likewise withdrew and did not write their article. *Life & Style* magazine, however, informed our attorneys that 'it is too late...we have already gone to print and distribution,' even though, in fact, they were properly informed prior to going to print. The Trump Organization and Donald J. Trump will be bringing a lawsuit against the magazine.

"At the same time," Cohen concluded, "Mr. Trump and the Trump Organization would like to thank and commend Stormy Daniels and her attorneys for their honesty and swift actions."

A-plus for the XXX star!



Morgan Freeman Responds to Multiple Sexual Harassment Allegations

Chris Hemsworth Dancing to Miley Cyrus' "Wrecking Ball" Solidifies His Cool Dad Status, Plus 7 More Times He Was the Best!

**GALLERY: Today's Hottest Pics**

## You May Also Like

 SmartFeed



[Photos] Meghan Markle Is No Longer Allowed To Wear This Now That She's A Royal
*Sponsored | Direct Expose*



We're Telling You: These Are The Perfect Flats
*Sponsored | T+L - Style*



[Gallery] Why Kate Can Wear A Tiara



Discover New Luxury Cars Sure To



All The Famous Guests & What They

**Exhibit P**

BREAKING NEWS
President Trump says NAFTA will be renamed the "US-Mexico trade deal." Watch CNN

 politics

45    CONGRESS    SUPREME COURT    2018    KEY RACES    PRIMARY RESULTS

  

Be the most well-informed person you know with the

# 5 THINGS
# NEWSLETTER

SENT DAILY BY OUR SENIOR EDITORIAL STAFF

Email address                    SEND ME WHAT MATTERS

# Stormy Daniels says Trump scandal has been good for business

By Nick Valencia and Dakin Andone, CNN

Updated 11:10 AM ET, Sun March 11, 2018

   

**MORE FROM CNN**

 John McCain's hearse leaves his home

 Some dude bolted toward Jay-Z and Beyoncé at their Atlanta show...




EXCLUSIVE
STORMY DANIELS: ATTENTION I'M GETTING IS "A DOUBLE-EDGED SWORD"

0:10 / 2:23

Source: CNN

Stormy Daniels: Controversy is overshadowing my films 02:23

**Pompano Beach, Florida (CNN)** — Interest in Stephanie Clifford, the purported


LISTEN NOW

3 Easy Steps:

Document title: Stormy Daniels says Trump scandal has been good for business - CNNPolitics
Capture URL: https://www.cnn.com/2018/03/10/politics/stormy-daniels-interview/index.html
Capture timestamp (UTC): Mon, 27 Aug 2018 15:45:18 GMT

BREAKING NEWS
Case 2:18-cv-06893-JLS-FFM   Document 28-4   Filed 08/27/18   Page 7 of 34   Page ID #:829
President Trump says NAFTA will be renamed the "US-Mexico trade deal." Watch CNN

 politics

45   CONGRESS   SUPREME COURT   2018   KEY RACES   PRIMARY RESULTS

  

**Pompano Beach, Florida (CNN) —** Interest in Stephanie Clifford, the porn star known as Stormy Daniels, is at an all-time high, and she's using it to her advantage, she told CNN after a performance Friday at the Solid Gold gentleman's club in Pompano Beach, Florida.

Clifford has been in the news since The Wall Street Journal reported in January that President Donald Trump's personal lawyer, Michael Cohen, paid her $130,000 weeks before the 2016 presidential election to keep quiet about an alleged affair with Trump.

In her interview with CNN, Clifford wouldn't answer any questions about the lawsuit or comment on Trump or their alleged relationship.

She did, however, talk about how all the attention has affected her life.

"Now, yes, I'm more in demand," Clifford told CNN. "Like I said in the Rolling Stone interview, if somebody came up to you and said, 'Hey, you know that job that you've been doing forever? How about next week I pay you quadruple,' show me one person who's going to say no."



Receive **Fareed Zakaria's Global Analysis**

including insights and must-reads of world news

| Email address | Activate Fareed's Briefing |

By subscribing you agree to our privacy policy.

Clifford has been in the adult entertainment business for 17 years, she said. According to her website, she started out as a dancer in Louisiana before moving to Los Angeles to make porn films. Now, she said, she not only acts but writes and directs films as well.



**Related Article:** Read CNN's interview

"The phone has been blowing up," said Craig Korka, manager of the Solid Gold club. "Interest is volcanic. It's like the perfect storm."

Clifford's name dominated headlines this week after she sued Trump, saying a nondisclosure agreement was void because the President never signed it. On Friday, hours before Clifford



Now Playing **Stormy Daniels:...**



**LISTEN NOW**

3 Easy Steps:
1) **Click** 'Listen Now'
2) **Download** on our website!
3) **Get** Free Live Radio

**NEWS & BUZZ**

 Hillary shares favorite memories of McCain

 New Mexico compound suspects allegedly planned to attack Atlanta...

Ad



New ultrasonic device repels pests (rodents, spiders, roaches, etc) away from your home.

antipestrepeller.com   Visit Site

Advertisement

BREAKING NEWS Case 2:18-cv-06893-JLS-FFM Document 28-4 Filed 08/27/18 Page 8 of 34 Page ID #:830
President Trump says NAFTA will be renamed the "US-Mexico trade deal." Watch CNN

**Related Article:** Read CNN's interview with Stormy Daniels

after she sued Trump, saying a nondisclosure agreement was void because the President never signed it. On Friday, hours before Clifford went out on stage, Cohen told CNN he used funds from his own home equity line of credit to make the payment.

And later, an email provided to CNN by Clifford's attorney showed Cohen used his Trump Organization signature in an email. Her lawyer, Michael Avenatti, said he believes it's proof that Cohen was acting in a professional capacity as Trump's attorney in the negotiations.



Stephanie Clifford, better known as Stormy Daniels, talks to CNN's Nick Valencia on Friday in Pompano Beach, Florida.

Cohen has never stated the reason for payment. He and the White House have said Trump had no knowledge of the payment, and the White House has said Trump has denied having a relationship with Clifford.

While the notoriety has put a bigger spotlight on Clifford's career, she said, the attention also has its downsides.

"It's sort of been a double-edged sword where a lot of people are very interested in booking me for dancing and stuff like this," Clifford told CNN, taking away time from films and projects she's supposed to be promoting.

What bothers her, she said, is the "flat-out lies" that have been spread about her. "Like that I'm broke," she said. "I'm actually one of the most successful adult movie directors

NEWS & BUZZ



Now Playing Stormy Daniels:...

Ad



New ultrasonic device repels pests (rodents, spiders, roaches, etc) away from your home.
antipestrepeller.com    Visit Site

Advertisement

PAID CONTENT    BY Outbrain



You could save $668 on car insurance by switching to Progressive
Progressive

    

These Dogs "Caught Being Jerks" Will Make You Giggle [Photos]    Unexpected Luxury: Chicago Senior Living Apartments

**BREAKING NEWS** Case 2:18-cv-06893-JLS-FFM Document 28-4 Filed 08/27/18 Page 9 of 34 Page ID #:831

President Trump says NAFTA will be renamed the "US-Mexico trade deal." Watch CNN

  

**CNN** politics  45  CONGRESS  SUPREME COURT  2018  KEY RACES  PRIMARY RESULTS

What bothers her, she said, is the "flat-out lies" that have been spread about her. "Like that I'm broke," she said. "I'm actually one of the most successful adult movie directors in the business."

[Porn star&#39;s attorney: Cohen used his Trump Organization signature in email](#)

> **Related Article:** Porn star's attorney: Cohen used his Trump Organization signature in email

In 2014, Clifford was inducted into the Adult Video News Hall of Fame. She also has appeared in such mainstream box-office hits as "The 40-Year-Old Virgin" and "Knocked Up."

But even Clifford admitted she's capitalizing on the moment when interest in her career is at an all-time high. The attention has helped her in the short term, as more people turn out for shows on her "Make America Horny Again" tour (a play on Trump's campaign slogan "Make America Great Again").

"I'm getting more dance bookings. I usually only dance once a month, and now I'm dancing three or four times a month. So that's been really great," she said.

*CNN's Nick Valencia reported from Pompano Beach, and Dakin Andone wrote and reported from Atlanta. CNN's Hadas Gold, Konstantin Toropin and Veronica Stracqualursi contributed to this report.*

---

**PAID CONTENT**   SmartFeed ⏵



### Will old age stop us seeing our grandkids?
Sponsored: Bayer




### How Far Does $1 Million Go in Retirement?
Sponsored: Fisher Investments




---



**Now Playing** Stormy Daniels:...


CNN Underscored
Everything you need to know about buying Himalayan salt lamps


Trump losing one of his allies: the Enquirer


Final hours of 3-year-old boy's life at a New Mexico compound revealed


What we know about Jacksonville shooting suspect David Katz

**CONTENT BY LENDINGTREE**

Forget your 401k if you own a home (Do This)

Need $50k for a renovation? Try a cash-out refi

How To Pay Off Your House ASAP (It's So Simple)

How much money are people really getting from reverse mortgages?

Your best refinance rates for August 2018

**PAID PARTNER CONTENT**

*MyFinance*
Two savings accounts that pay 10 times what your bank pays

*The Motley Fool*
Japanese billionaire's prediction will give you goosebumps

*Bankrate*
CD rates skyrocket - Lock in your rate today

*The Motley Fool*

Document title: Stormy Daniels says Trump scandal has been good for business - CNNPolitics
Capture URL: https://www.cnn.com/2018/03/10/politics/stormy-daniels-interview/index.html
Capture timestamp (UTC): Mon, 27 Aug 2018 15:45:18 GMT

# Exhibit Q



CBS ALL ACCESS
ORIGINALS

TRY 1 WEEK FREE

THE GOOD          STAR TREK:          STRANGE
FIGHT             DISCOVERY           ANGEL

Send Us a Tip        *Rolling Stone*        Subscribe 

≡ Menu    Music    TV    Movies    Politics    Culture     Pro

HOME › CULTURE › CULTURE FEATURES                    MARCH 9, 2018 7:49PM ET

# One Night with Stormy Daniels, the Hero America Needs

**Frozen g-strings, squirt guns and hot wax – how Trump's alleged porn-star fling is unapologetically cashing in on a presidential scandal**

*By* **DENVER NICKS** ⊹

     

## Trending



1  'Sharp Objects' Author Explains That Brutally Abrupt Ending

2  Lil Wayne Brings Out Nicki Minaj, Accepts Birdman Apology at Lil WeezyAna Fest

3  'Hey Jude' at 50: Celebrating the Beatles' Most Open-Hearted Masterpiece

4  We Came as Romans Singer Kyle Pavone Dead at 28

5  Metallica's 'And Justice for All': What Happened to the Bass?

ADVERTISEMENT





**Stormy Daniels** answers the door of her Houston hotel room wearing little athletic shorts and a green Pantera tank top over a sports bra, her long blond hair in a loose ponytail. We shake hands and she jumps back onto her bed, sitting up with her legs tucked under her in half lotus. Her assistant and longtime friend Kayla Paige, a retired adult-film actress and wife of Limp Bizkit founding member Sam Rivers, buzzes with aimless energy around the room they're sharing.




**Stormy Daniels** answers the door of her Houston hotel room wearing little athletic shorts and a green Pantera tank top over a sports bra, her long blond hair in a loose ponytail. We shake hands and she jumps back onto her bed, sitting up with her legs tucked under her in half lotus. Her assistant and longtime friend Kayla Paige, a retired adult-film actress and wife of Limp Bizkit founding member Sam Rivers, buzzes with aimless energy around the room they're sharing. They'd only just woken up and are in the middle of a discussion about penile implants, which I confess I didn't know is a thing. Then Paige half-jokingly wonders if she needs vaginal lip reduction surgery and drops her pants for reference. She isn't wearing panties.

ADVERTISEMENT

Daniels rolls her eyes and laughs. I stand for a moment unsure where to sit, then motion to the other bed, which Paige says I can sit on. "I don't have anything," she assures me with a chuckle. I sit on the edge of the bed and Daniels and I make small talk. Her safe word, I learn, is "penguin."

"Penguins have terrible breath," she says.

"How do you know penguins have terrible breath?" I ask.

"They smell like they've been eating bad vagina. I got to pet one at a zoo – if you ever go to the zoo, the penguin habitat is the stinkiest one. It smells like a really bad porn set."

She goes on like this for half an hour, bouncing from topic to topic. They had dinner last night with retired adult-film icon Randy Spears, an old friend; they need to do a Walmart run later; a fan sent Stormy a piece of very expensive Louis Vuitton luggage. Finally we get to the business of a proper interview. I ask what everyone is getting wrong about Stormy Daniels right now.

## "If I was nominated for best sex scene at multiple award shows," Daniels says, "how was I not current?"

"That I somehow needed this current situation to happen to revive or restart my career," she says, without skipping a beat. She's been doing porn and stripping consistently for the past 15 years and had 17 total nominations at last year's adult-film awards shows, including for director of the year. "If I was nominated for best sex scene at multiple award shows," she says, "how was I not current?"

In the month since news reports first revealed that **Donald Trump**'s attorney, Michael Cohen, **paid Stormy Daniels $130,000**, allegedly in exchange for her silence about a 2006 tryst the then-27-year-old porn star had with Trump, her celebrity had skyrocketed. She appeared on Jimmy Kimmel, was parodied on *Saturday Night Live*, and embarked on a nationwide "Make America Horny Again" strip club tour. Through Cohen, she issued a statement denying the affair, but then in public seemed to fan the story's flames **by coyly denying the denial.**

But she was also in the uncomfortable position of being a political problem for the president of the United States. Behind the scenes, she was in a tug of war with Cohen, as she sought to free herself

EDITORS' PICKS

**MUSIC LISTS**
The 100 Greatest Songs of the Century – So Far


**MUSIC FEATURES**
Eric Church: The Defiant One


**TV FEATURES**
Who's Afraid of Tom Arnold?


ADVERTISEMENT

The 2018 Mercedes-Benz GLC.

Jimmy Kimmel, was parodied on *Saturday Night Live*, and embarked on a nationwide "Make America Horny Again" strip club tour. Through Cohen, she issued a statement denying the affair, but then in public seemed to fan the story's flames **by coyly denying the denial.**

But she was also in the uncomfortable position of being a political problem for the president of the United States. Behind the scenes, she was in a tug of war with Cohen, as she sought to free herself from the nondisclosure agreement she'd signed – in a cruel twist, after news broke of the alleged affair between Donald Trump and Stormy Daniels, Stormy Daniels was the one person on Earth forbidden from talking about it.

ADVERTISEMENT



The 2018 Mercedes-Benz GLC.
Tech meets tough.

Learn More

# *Rolling Stone*

## Get The Magazine
Subscribe today and save over 58%

SUBSCRIBE NOW

**RELATED**



- **Stormy Daniels Sues Trump, Claims He Never Signed 'Hush Agreement'**

- **Three Dead in Mass Shooting at Jacksonville Video Game Tournament**

Hated by the right, mocked by the left and pursued doggedly by unscrupulous press over a decade-old tryst with a man twice her age, Daniels was at that very center of the swirling centrifuge of wide-eyed WTF weirdness that is America in the age of Trump. And in the midst of all of it she was doing a national strip-club tour with a title that played on Trump's campaign slogan. At a time when many people might attempt seclusion, Daniels was, in the parlance of our times, leaning in.

**Sponsored Stories** by Outbrain

**[Gallery] Trump Has Many Supporters, But Would You Have Guessed These Celebs?**
by Daily Stuff


**The App Millennials Are Using to Learn a Language in 20 Minutes a Day**
by Babbel


**Find the Best Deals on Adjustable Beds Now!**
by Modern Beds | Sponsored Links


**[Photos] Man Who Escaped Alcatraz Sends FBI Letter After Being Free For 50 Years**
by lolwhale.com




Document title: One Night with Stormy Daniels, the Hero America Needs – Rolling Stone
Capture URL: https://www.rollingstone.com/culture/culture-features/one-night-with-stormy-daniels-the-hero-america-needs-201680/
Capture timestamp (UTC): Mon, 27 Aug 2018 15:46:41 GMT





**My inbox is flooded daily** with unsolicited press releases, and this meeting began with one such message, promoting a "Make America Horny Again" tour date at a club on Long Island. The release was riddled with typos, so I did what anyone does with something like that in 2018: posted a screenshot of it with a snarky tweet pointing out how Trump's alleged porn-star ex-mistress's PR people can't spell. Daniels herself responded minutes later, "Haha! Not from my PR team. But my guess is someone from the club is gonna get in trouble for not proofreading."

Moments later, **she followed that up:** "Side note: Wish I had a PR team. That sounds very fancy...although I'd make said team do other mundane shit just so I could say things like 'When you're done spelling checking the release about anal, can you get my Gstring out of the freezer & help me scrape the candle wax off it?'" In the exchange that followed she sent me a picture of her actual G-strings in the freezer – "overpriced butt floss," she called them.

Needless to say, I was intrigued. She seemed funny and quick, but also thick-skinned and refreshingly playful in response to my light Internet derision. I asked if she'd be up for an interview, DM'd her my phone number. A few days later I got a call from "No Caller ID."

"Hello?" I said, hesitantly.

ADVERTISEMENT



**Rolling Stone**   ☰ Menu   Read next   Pearl Jam, Mike Shinoda, Alessia Cara Join Suicide ...   Send Us a ...   Subscribe

"Hello?" I said, hesitantly.

ADVERTISEMENT





"You shouldn't answer calls from blocked numbers," a female voice said. I stayed silent. "This is Stormy," she said.

"Oh," I said. "I thought you were my ex-girlfriend."

"Not yet!" Daniels chirped.

We arranged to meet in Houston a few days later, when her tour passed through town.

### "I have two choices," Daniels says of the Trump scandal. "Sit at home and feel sorry for myself, or make lemonade out of lemons."

Sitting across from one another in her hotel room, she tells me a little about her childhood. Daniels was born in Baton Rouge, Louisiana, in 1979, and grew up with her mom. Her dad was rarely around. Her name at birth was Stephanie Clifford, but Stormy is in every other sense her real name – it's what she went by growing up before it became her stage name. "Up until this, if someone called me Stephanie, I thought you were the IRS," she says. "No one calls me Stephanie. My own child doesn't even know that Stephanie is my name."

She left home at 17 and soon started stripping, and then doing porn. She became one of only a handful of contract girls with Wicked Pictures, one of the industry's leading companies, and in 2004 won "Best New Starlet" at the AVN Awards, often called "the Oscars of porn." She continued acting and directing under contract with Wicked until January when, she says, she left the company and signed a contract with Digital Playground, another dominant studio in the adult-film industry.

She's been stripping all along too, except for a forced interlude last year after she broke her back in a horse-riding accident. "A lot of the bookings were already in place before all the current things came to light," Daniels says. In fact, there really is no "Make America Horny Again" tour

Document title: One Night with Stormy Daniels, the Hero America Needs – Rolling Stone
Capture URL: https://www.rollingstone.com/culture/culture-features/one-night-with-stormy-daniels-the-hero-america-needs-201680/
Capture timestamp (UTC): Mon, 27 Aug 2018 15:46:41 GMT


ADVERTISEMENT

film industry.

She's been stripping all along too, except for a forced interlude last year after she broke her back in a horse-riding accident. "A lot of the bookings were already in place before all the current things came to light," Daniels says. In fact, there really is no "Make America Horny Again" tour per se. The name was concocted independently by a club owner in South Carolina, and "other clubs just jumped on board," she says. The "Make America Horny Again" tour – a name Daniels finds irksomely cheesy – has evolved around her, almost independent of her, much like the maelstrom involving the payment and the president, with one key difference: Unlike the Trump and Stormy scandal, if she wants to turn the tour off, she can. But Stormy Daniels is facing her newfound infamy head-on.

"I can't make it go away," she says. "I don't have a magic wand to erase what people are saying. So I have two choices: Sit at home and feel sorry for myself, or make lemonade out of lemons." She was already dancing – now she's dancing more, for a much higher rate. "I would be a fucking idiot to turn it down," she says. "We live in a capitalist society. I think if anyone, in any field, was approached and someone said, 'Hi! You know that job you are already doing? Would you like to do it next week for quadruple your normal pay?' Show me one person who would say no."



ADVERTISEMENT



Document title: One Night with Stormy Daniels, the Hero America Needs – Rolling Stone
Capture URL: https://www.rollingstone.com/culture/culture-features/one-night-with-stormy-daniels-the-hero-america-needs-201680/
Capture timestamp (UTC): Mon, 27 Aug 2018 15:46:41 GMT



The 6 Best Anti-Aging Products For Men    SPY IT NOW

The 2018 Mercedes-Benz GLC.
Tech meets tough.

Learn More

About eight hours before showtime, I join Paige on a Walmart run for props: a laundry basket, a sponge, squirt guns and body wash. Daniels would have only a light dinner before that night's show, so Paige and I stop at a Chipotle. As we sit eating our burrito bowls, I ask her what it was like when the Trump news broke.

"It was just weird to me, because I remember being on set years ago and we would hear him calling all the time – it was like a joke," Paige says. "She would put him on speakerphone and walk away and he'd still be talking." At the time, no one thought much about it, she says, because there wasn't much to it.

"She was just a girl that met a rich dude that runs pageants, and, like, 'Fuck it, let's go hang out, who cares?' " Paige says. "Who hasn't gone and fucked someone we regret?"

When we get back to the hotel, Paige disrobes almost immediately and starts romping around the room naked, getting ready for the night. As Daniels and I sit down to talk some more, barely audible moans start issuing from the room next door, then a loud and distinct cry of arousal – by the sound of it, someone is having rather good sex.

Paige and I press our ears against the wall. "Look at you two," Daniels says with mock ridicule. "Should I offer to give them some direction?" All of us laugh.

On the surface, Daniels seems to be having fun with everything going on. But underneath her peppy, inviting façade, this looks like an ordeal for her. In addition to come-ons from fans, she gets a steady stream of hateful messages on social media, mostly from women – I watch them pour in all afternoon while we talk. She's quick to brush off all the hate mail, but she also keeps showing it to me, as if to convince me, and perhaps herself, of how little it bothers her.

## "Don't get me wrong, I'm not an angel," says Daniels. "I'm capitalizing on this."

Then there are the news reports she says are untrue. She shows me an item in TMZ that she says falsely claims she took her dirty laundry to a strip-club appearance – for years she's used a Walmart laundry basket to carry her show props. There was a report in the *Los Angeles Times* in which a club manager is quoted complaining of her arriving late – she shows me text messages that she says indicate the club manager flatly disavowing the quote. "I'm trying to salvage my reputation as a stripper!" she says. The trolls that do get under her skin are those who say she, at 38, is too old to be plying the sex-fantasy trade. "I mean, a woman doesn't reach her sexual peak



falsely claims she took her dirty laundry to a strip-club appearance – she says she's used a Walmart laundry basket to carry her show props. There was a report in the *Los Angeles Times* in which a club manager is quoted complaining of her arriving late – she shows me text messages that she says indicate the club manager flatly disavowing the quote. "I'm trying to salvage my reputation as a stripper!" she says. The trolls that do get under her skin are those who say she, at 38, is too old to be plying the sex-fantasy trade. "I mean, a woman doesn't reach her sexual peak until 40, right?" she says.

Plus, there's the fact that there are things she wants to tell me – to tell everyone – that she can't. She can't even say why she can't. She's frustrated.

ADVERTISEMENT



"It's supershitty," she says, looking me dead in the eyes, moaning neighbors in the background. "I'm just trying to do things to keep it fun."

Amid all of it, her life – the quiet, private life that has almost nothing to do with porn or Trump – has been turned upside down.

Daniels lives with her daughter and partner in a quiet community in the Dallas metro area, where she keeps seven horses, including a pony for her little girl. She's a nationally ranked equestrian (the back injury last year was from a show-jumping accident), and her personal Instagram account is of the wife-and-mother variety, riddled with pictures of horses. Though she doesn't talk to her mom or her biological father, she's close to the celebrity photographer Keith Munyan, who is a generation older than Stormy and also grew up in small-town Louisiana. (She calls Munyan her dad.)

Glendon Crain, whom she's been with since 2009, is a professional heavy-metal drummer who has played in bands like Godhead and Hollywood Undead and toured alongside the likes of Katy Perry and Korn; he's not unaccustomed to dealing with media, but the scale and intensity of this have been something else entirely. Since the story broke, Daniels says, she's been hounded by reporters, disinvited from a friend's wedding, and seen her daughter disinvited from a birthday party.

"My daughter didn't deserve any of this," Daniels says. "[Crain] didn't deserve any of this. Don't get me wrong, I'm not an angel. I'm capitalizing on this." But the idea that she needed 15 minutes of fame, or orchestrated or wanted any of this, she says, is absurd. "I didn't retire, I wasn't trying



reporters, disinvited from a friend's wedding, and seen her daughter get ejected from a birthday party.

"My daughter didn't deserve any of this," Daniels says. "[Crain] didn't deserve any of this. Don't get me wrong, I'm not an angel. I'm capitalizing on this." But the idea that she needed 15 minutes of fame, or orchestrated or wanted any of this, she says, is absurd. "I didn't retire, I wasn't trying to retire, I wasn't in any sort of need to do this," she says. "It eclipses everything else that I've worked hard on that I wanted to be known as, and I was very happily living incognito back home."

---

**thestormydaniels** ✓
155.8k followers

**View Profile**

[Instagram photo of a woman with a horse]

View More on Instagram

♡  ○                                                          ⊟

**1,428 likes**

**thestormydaniels** Missing my handsome boy. 2 more days

view all 92 comments

Add a comment...                                              ⊙

---

**When we arrive at the Vivid strip club in Houston,** the place is almost sleepy, with blank-



Rolling Stone    ≡ Menu     Read next   **Pearl Jam, Mike Shinoda, Alessia Cara Join Suicide ...**    Send Us a     Subscribe

Add a comment...

**When we arrive at the Vivid strip club in Houston,** the place is almost sleepy, with blank-faced women bouncing and rotating under purple lights while a few dozen men drink beers and watch. There's a bar along the length of one wall and a fish tank in the corner where a hallway leads to the smoking patio and the private rooms in the back. In a small beige-and-brown, paper-strewn office in the bowels of the club, Daniels sits at the desk and takes her props out of a suitcase. She asks me to light some candles, which she tucks away in another room to burn undisturbed for a while.

ADVERTISEMENT



SPY

5 Ways To Get Rid Of
Skin Tags Today           SPY IT
                          NOW

A little after 11 p.m., it's finally time for Daniels to hit the stage. The Cult's "Fire Woman" kicks off as she walks out, and she struts up and down the catwalk in a hooded red cape. She's got intense in-character focus, and the place transforms. "Is that really her?" a guy standing at the tip rail says to no one in particular. Daniels lays down a blanket at the front of the stage and places her tray of burning candles on it. She lifts one up to her face, pours wax down her enormous breasts and into the front of her G-string. She orders a guy at the tip rail to spin around and lay back onto the stage, then drops her crotch onto his face, writhing over him. Paige works the crowd, eliciting tips, and at the end of the set, about 15 minutes after it began, she scurries about the stage sweeping up cash. Daniels cleans up and, around midnight, sits at a table to sign fan merch before doing it all again in a couple of hours. No one can say she doesn't work hard for her money.

Watching Daniels that night in full command of the crowd, titillating strangers for cash and flirting with her fans like a pro, I think of how she's portrayed as a dumb bimbo in the *SNL* parody, in which Cecily Strong says that in 2018 Stormy Daniels is the hero America deserves. Whether that's true or not, in 2018 Stormy Daniels may be the hero America needs.

A decade and a half working in porn imbues a person with an unusual frankness, a kind of extreme authenticity. A successful porn star with a career like Daniels' must be comfortable in her own skin and with other people's bodies, including the weird-looking parts (penises and vaginas, anuses and perinea), and with the various kinds of discharge the human body produces – all things the rest of us would rather stop thinking about when the erotic moment has passed and we put our clothes back on. Porn stars also have to be comfortable dwelling in the contradictions of porn: in fans' fantasies, but also in the mundane world of bills, groceries, hobbies and, in Daniels'

ADVERTISEMENT



The 2018 Mercedes-Benz GLC.
Tech meets tough.

Learn More

RollingStone
☰ Menu
Pearl Jam, Mike Shinoda, Alessia Cara Join Suicide ...
Send Us a
Subscribe

extreme authenticity. A successful porn star with a career like Daniels' must be comfortable in her own skin and with other people's bodies, including the weird-looking parts (penises and vaginas, anuses and perinea), and with the various kinds of discharge the human body produces – all things the rest of us would rather stop thinking about when the erotic moment has passed and we put our clothes back on. Porn stars also have to be comfortable dwelling in the contradictions of porn: in fans' fantasies, but also in the mundane world of bills, groceries, hobbies and, in Daniels' case, being a mom; in exposing the most intimate parts of themselves doing one of the most intimate things humans do, while maintaining a life as an authentic person who feels passion and love. Maybe what America needs most in 2018, as we stew in rage, simultaneously enthralled, bewildered and revolted by ourselves, is a porn star to help us take a long, uncompromising, compassionate look at our country and culture, gross parts and all.


ADVERTISEMENT
The 2018 Mercedes-Benz GLC.
Tech meets tough.
Learn More



At around 3 a.m., back in the office, Daniels changes into street clothes and deflates a sex doll she had used in her act. She and Paige pack up her props and costumes and count out cash to tip the DJ. She gathers up her things, takes one last glance around the room where she'd prepped for two shows a night, three nights in a row, and flashes me a smile.

"Time to go put my G-strings in the freezer!"

ADVERTISEMENT


SPY
SPY Guide: How To
Clean Your Mattress
SPY IT
NOW

ADVERTISEMENT

SPY Guide: How To
Clean Your Mattress

SPY IT
NOW



The 2018 Mercedes-Benz GLC.
Tech meets tough.

Learn More

Though she didn't mention it once, throughout the course of the day we spent together, Daniels had been staring down the barrel of a restraining order filed by Michael Cohen to prevent her from speaking about the alleged affair or the NDA. She'd learned of it when she landed on her flight to Houston. She had recently retained a new attorney who was aggressively representing her interests, but when we met, the precise meaning of the restraining order was not yet clear and the fact of its existence not yet something she could discuss.

On the following Tuesday, Daniels filed a lawsuit against Donald Trump asking the court to declare the NDA she signed regarding the alleged affair invalid on the grounds that Trump himself never signed it. In her complaint, she confirmed that the affair took place and alleges that in myriad ways Cohen, acting as Trump's agent, has intimidated and coerced her from October 2016, when she first agreed to sign the agreement, to the present.

"I was fine with saying nothing," Daniels tells me when we catch up over the phone a few days later. "But I am not fine with being bullied into lying, or being bullied at all."

"Standing up to bullies is kind of my thing," she says, cheerfully. "They started it."

*Press Secretary Sarah Huckabee Sanders denied Daniels' claims when asked yesterday. Watch below.*

**In This Article:** Donald Trump, Pornography, Stormy Daniels

 Want more Rolling Stone? Sign up for our newsletter.     COMMENTS 398

## SPONSORED STORIES

Recommended by Outbrain |>



**[Gallery] Each State Hilariously Depicted By One Stereotypical Photo**
Herald Weekly



**Switch to Progressive and you could save $668 on car insurance**
Progressive



**Forget The 30yr Mortgage If You Owe Less Than $679k (Do This Instead)**
LowerMyBills.com





Document title: One Night with Stormy Daniels, the Hero America Needs – Rolling Stone
Capture URL: https://www.rollingstone.com/culture/culture-features/one-night-with-stormy-daniels-the-hero-america-needs-201680/
Capture timestamp (UTC): Mon, 27 Aug 2018 15:46:41 GMT

# Exhibit R



# ENTER STORMY DANIELS

This Is The Official Website Of Pornstar, Director, Stripper, Screenwriter, And AVN Hall Of Fame Member Stormy Daniels.  This Is An ADULTS ONLY Website That Contains Full Length Videos And Exclusive Image Series Of Stormy Daniels Naked, Having Lesbian Sex With Other Girls, And Explicit Graphic Hardcore Sex With Men.  If You Are Under The Age Of 18, Or You Are Accessing The Stormy Daniels Official Website From A Location That Prohibits The Viewing Of Nudity Or Adult Oriented Material, Or You Offended By Content Containing Pictures And Movies Of A Naked Stormy Daniels Having Sex, PLEASE EXIT NOW!

# AS SEEN ON 60 MINUTES!!

# ENTER FOR MY NAUGHTY SIDE

Parents: If You Are Concerned About Your Child's Access To Explicit Material On The Net Then Try Consulting These Services:
[METACERT] [NETNANNY] [CYBERSITTER]

# MEMBERS ENTRANCE

The Stormy Daniels Official Website Contains Copyrighted And Trademarked Images, Videos, And Materials That Are Made Available For Viewing Only To Customers Of And Visitors To The Stormy Daniels Official Website.  Both Customers And Visitors Are Subject To The Stormy Daniels Official Website Privacy Policy. By Entering The Stormy Daniels Official Website, You Are Stating That You Have Read And Agree To Be Bound By Those Terms.

# ENTER STORMY DANIELS

Members Login | Our Authorized Sales Agents: SegPay, Epoch | Privacy Policy
Copyright ? 2018 Stormy Daniels & Darkreach Communications International LLC. All Rights Reserved.
18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement

# Exhibit S





Larry Flynt's
HUSTLER CLUB
St. Louis

XXX STAR
Stormy
Daniels
JUNE 11 & 12
2 SHOWS NIGHTLY • STARTING AT MIDNIGHT
$2 YOU CALL IT DRINKS ON TUESDAY JUNE 12TH
www.StLouisHustlerClub.com  StLouisHustlerClub  HustlerStLouis  HustlerSTL
5420 Bunkum Road | Washington Park, IL | 618.874.9334

thestormydaniels • Follow

**thestormydaniels** Tonight!!

View all 42 comments

**dog_perro_chien_cane** I was just in Illinois!!!? Sorry I missed it. Love you boo!

**iamdanishhkhan** So cheap rate of her

**34_bel** Je t'aime stormy fort

**alice_braon** 💜💜

**templeowl2008** @thestormydaniels Are you giving lap dances?

**skostantinos** Come to canada

**psychicmediumsmanager** Lawyers can't work for free, so go for it. You are my heroine!

**kuberskigerald** Dang..... wish I could cum over and see you!

**sapir.michael** Looking Fabulousus

2,921 likes

JUNE 12

Log in to like or comment.



**Log In to Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.



thestormydaniels • Follow

thestormydaniels My big news is...I am on the cover of the next issue of Penthouse and I was just named PET OF THE CENTURY!! Check out my pics when the magazine hits stands on May 8th!

Load more comments

ximena_fernandez2015 Hello 🍫❤️❤️.. 👆🏼👆🏼 👆🏼👆🏼 ᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞᏟᏞ

mijar_miya @thestormydaniels shame on you

_knocko_ Fat ass model

kittjane1239 @dick_le_beers

kittjane1239 Congrats girl

animals.conscience Congratulations

masquatihamed Hot sexy boobs 😍😍😍💋 👅👅👅😘👅

yalcinallegro Amazing woman

14,587 likes

APRIL 18

Log in to like or comment.

Log In to Instagram
Log in to see photos and videos from friends and discover other accounts you'll love.

Log In   Sign Up













thestormydaniels ● ▾ • Follow

thestormydaniels No comment needed. #SNL

17,453 likes

MAY 6



