UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-06893 SJO (FFMx) | Date | September 24, 2018 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump | | |

| Present: The Honorable | JAMES OTERO, Judge presiding | |
|---|---|---|
| Victor Cruz | Carol Zurborg | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Avenatti<br>Ahmed Ibrahim | Charles J. Harder<br>Ryan J. Stonerock<br>Brent H. Blakely<br>Jessica C. Covington |

**Proceedings:** **MOTION to Strike /Dismiss Complaint Pursuant to Anti-SLAPP Statute or, Alternatively, to Dismiss Complaint Pursuant to FRCP 12(b)(6) filed by Defendant Donald J Trump [ECF #28]**

Hearing held.

The Court and counsel confer.

The Court concludes that defendant's motion was timely filed for the reasons stated on the record.

Counsel present argument.

The matter stands submitted.

| | : | 1/18 |
|---|---|---|
| Initials of Preparer | | vpc |