AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone:  949.706.7000
Facsimile:   949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>DONALD J. TRUMP,<br><br>                    Defendant. | CASE NO.:  2:18-cv-06893-SJO-FFM<br><br>**PLAINTIFF STEPHANIE CLIFFORD'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **NOTICE IS HEREBY GIVEN** that plaintiff Stephanie Clifford hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant Donald J. Trump's Special Motion to Dismiss/Strike Complaint and Order Denying as Moot Defendant Donald J. Trump's Alternative Motion to Dismiss Complaint, entered in this Court on October 15, 2018 [Dkt No. 36], and all other orders and rulings of the Court that were adverse to Plaintiff, whether or not subsumed within the October 15 Order.

Dated:  October 15, 2018          AVENATTI & ASSOCIATES, APC

                          By:        /s/ Michael J. Avenatti
                                Michael J. Avenatti
                                Attorneys for Plaintiff Stephanie Clifford
                                a.k.a. Stormy Daniels