# Exhibit A

| | | | **Initial Analysis, Strategy and Defense** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 04/30/2018 | RJS | 4.5 | Review and analysis of Defamation Complaint; conferences regarding same; research regarding potential responses to complaint |
| 04/30/2018 | CH | 2.75 | Email correspondence regarding Defamation Complaint; conferences regarding same |
| 05/01/2018 | RJS | 0.75 | Telephone conference regarding response to Defamation Complaint |
| 05/01/2018 | RJS | 1 | Additional conferences regarding response to Defamation Complaint; email correspondence regarding same |
| 05/01/2018 | SF | 0.75 | Telephone conference regarding response to Defamation Complaint |
| 05/03/2018 | RJS | 1 | Telephone conference regarding response to Defamation Complaint |
| 05/03/2018 | RJS | 1.5 | Prepare letter to opposing counsel in response to Defamation Complaint; research in support of same |
| 05/04/2018 | RJS | 1.5 | Review and revise letter to opposing counsel regarding Defamation Complaint; email correspondence regarding same |
| 05/10/2018 | RJS | 1.75 | Telephone conferences regarding strategy for defending against Defamation Complaint; further conference regarding same |
| 05/10/2018 | CH | 3.75 | Telephone conferences regarding strategy for defending against Defamation Complaint; further conference regarding same |
| 05/23/2018 | CH | 1 | Email correspondence regarding service of Defamation Complaint and legal strategy; meeting regarding same and waiver of service of summons |
| 05/23/2018 | RJS | 0.25 | Prepare waiver of service of summons; email correspondence regarding same |
| 05/24/2018 | RJS | 1 | Research regarding SDNY service and filing requirements; email correspondence regarding same |

| | | | **Initial Analysis, Strategy and Defense** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 06/07/2018 | CH | 0.75 | Telephone conferences and meetings regarding defending against Defamation Complaint; email correspondence regarding case status and strategy |
| 06/12/2018 | RJS | 3.75 | Review and prepare response to email from opposing counsel regarding initial pretrial conference; research SDNY local rules and judge's individual rules of practice regarding initial pretrial conference; prepare motion to continue initial pretrial conference; conferences regarding same |
| 06/12/2018 | SF | 1.75 | Research judge's individual rules of practice and SDNY local rules regarding letter motions; prepare notice of appearance for C. Harder; review and analysis of evidence for potential use in support of letter motion to continue pretrial conference |
| 06/12/2018 | CH | 2.75 | Meetings regarding case strategy; prepare memorandum regarding case history, status and strategy; email correspondence with opposing counsel regarding continuance of initial scheduling conference; review Consent Motion to continue initial pretrial conference |
| 06/13/2018 | RJS | 1.5 | Review and revise Consent Motion to continue initial pretrial conference; conferences regarding same; email correspondence with opposing counsel regarding same |
| 06/13/2018 | SF | 0.75 | Revise and finalize Notice of Appearance of C. Harder and Consent Motion |
| 06/13/2018 | CH | 0.75 | Conferences regarding Consent Motion to continue initial pretrial conference |
| 08/08/2018 | SF | 1.5 | Draft Notice of Related Case for CDCA |
| 08/08/2018 | RJS | 1.5 | Review and revise Notice of Related Case for CDCA; conference and email correspondence regarding same |
| 08/09/2018 | RJS | 0.5 | Further review and revisions to Notice of Related Case; conferences regarding same |
| 08/09/2018 | CH | 2.5 | Telephone conferences regarding case status and strategy; conferences regarding strategy |
| 08/21/2018 | SF | 3.75 | Legal research regarding potential discovery |

| Initial Analysis, Strategy and Defense | | | |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 08/29/2018 | RJS | 0.5 | Review and analysis of email regarding response to Complaint; telephone conference regarding same |
| 08/29/2018 | SF | 0.5 | Review research regarding potential discovery; email correspondence regarding same |
| 08/31/2018 | SF | 2.75 | Further legal research regarding potential discovery; draft analysis regarding same |
| **Total** | | **47** | |

| Total Hours Per Attorney | |
|---|---|
| CH | 14.25 |
| RJS | 21 |
| SF | 11.75 |
| **Total** | **47** |

| | | | **Motion to Transfer** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 05/01/2018 | DE | 3.75 | Legal research regarding Motion to Transfer; telephone conference regarding same |
| 05/01/2018 | RJS | 4.5 | Begin drafting Motion to Transfer; legal research regarding same |
| 05/01/2018 | SF | 5 | Research regarding Motion to Transfer; conference regarding same; draft insert for Motion |
| 05/02/2018 | RJS | 4.5 | Continue drafting Motion to Transfer; legal research regarding same |
| 05/03/2018 | RJS | 3.5 | Continue drafting Motion to Transfer; legal research regarding same |
| 05/04/2018 | SF | 3.25 | Continue drafting insert for Motion to Transfer; legal research regarding same |
| 05/07/2018 | RJS | 6.5 | Continue drafting Motion to Transfer; legal research regarding same |
| 05/07/2018 | SF | 5.25 | Continue drafting Motion to Transfer; legal research regarding same |
| 05/08/2018 | SF | 4.5 | Continue drafting insert for Motion to Transfer; legal and fact research regarding same |
| 05/09/2018 | SF | 2.75 | Continue drafting insert for Motion to Transfer; legal research regarding same; begin drafting Declaration of C. Harder in support of Motion |
| 05/09/2018 | RJS | 5.5 | Continue drafting Motion to Transfer; legal research regarding same |
| 05/10/2018 | RJS | 4.5 | Continue drafting Motion to Transfer; legal research regarding Motion |
| 05/11/2018 | RJS | 3.5 | Continue drafting Motion to Transfer; legal research regarding Motion |

| | | | **Motion to Transfer** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 05/14/2018 | RJS | 6.5 | Continue drafting Motion to Transfer; legal research regarding same; continue drafting Declaration of C. Harder in support of Motion |
| 05/16/2018 | RJS | 3.25 | Continue drafting Motion to Transfer; legal research regarding same |
| 05/17/2018 | RJS | 5.5 | Review and revise Motion to Transfer; legal research regarding same; continue drafting Declaration of C. Harder in Support of Motion |
| 05/18/2018 | RJS | 3.5 | Review and revise Motion to Transfer and Declaration of C. Harder in support of Motion; email correspondence regarding same |
| 05/24/2018 | TN | 3.5 | Fact research regarding Motion to Transfer |
| 05/24/2018 | CH | 2 | Review and revise Motion to Transfer; conferences regarding same |
| 05/25/2018 | TN | 0.75 | Fact research regarding Motion to Transfer |
| 05/25/2018 | RJS | 3.5 | Review and revise Motion to Transfer |
| 07/16/2018 | RJS | 4.5 | Review and revise Motion to Transfer |
| 07/17/2018 | RJS | 3.5 | Review and revise Motion to Transfer and Declaration of C. Harder in support of Motion |
| 07/18/2018 | RJS | 6.5 | Review and revise Motion to Transfer and Declaration of C. Harder in support of Motion; email correspondence and conferences regarding same |
| 07/18/2018 | SF | 2 | Revise Motion to Transfer; legal research in support of Motion |

| | | | Motion to Transfer |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 07/19/2018 | SF | 4.5 | Draft Request for Judicial Notice in support of Motion to Transfer; legal research regarding same; review and revise Motion to Transfer and Declaration of C. Harder in Support of Motion |
| 07/19/2018 | RJS | 4.5 | Review and revise Motion to Transfer; conferences and email correspondence regarding same |
| 07/19/2018 | CH | 2 | Review and revise Motion to Transfer; conferences regarding same |
| 07/20/2018 | RJS | 4.25 | Review and revise Motion to Transfer; conferences regarding same |
| 07/20/2018 | SF | 0.5 | Legal research regarding Motion to Transfer |
| 07/20/2018 | CH | 2 | Review and revise Motion to Transfer; conference regarding same |
| 07/23/2018 | RJS | 3.5 | Review and revise Motion to Transfer; conferences regarding same |
| 07/23/2018 | SF | 4.75 | Review and Revise Motion to Transfer, Declaration of C. Harder and Request for Judicial Notice in support of Motion |
| 07/23/2018 | CH | 2 | Review and Revise Motion to Transfer and Declaration of C. Harder in support of Motion; conferences and email correspondence regarding same |
| 08/06/2018 | RJS | 1.5 | Review and analysis of Opposition to Motion to Transfer; email correspondence regarding same |
| 08/06/2018 | DE | 3.75 | Research regarding Reply in Support of Motion to Transfer; begin drafting Reply; telephone conference regarding same |
| 08/06/2018 | DE | 2 | Research regarding Reply in support of Motion |
| 08/06/2018 | CH | 1.5 | Review and analysis of Opposition to Motion to Transfer |

## Motion to Transfer

| DATE | ATTORNEY | TIME BILLED | GENERAL DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/06/2018 | RJS | 1.25 | Telephone conference regarding Reply in support of Motion to Transfer |
| 08/07/2018 | DE | 0.75 | Research regarding Reply in Support of Motion to Transfer |
| 08/07/2018 | CH | 1.25 | Email correspondence with opposing counsel regarding stipulation to transfer case to CDCA; review proposed stipulation; conference regarding same |
| 08/07/2018 | RJS | 0.5 | Review and analysis of proposed stipulation to transfer case to CDCA; email correspondence and telephone conference regarding same |
| 08/07/2018 | DE | 0.75 | Review and analysis of proposed stipulation to transfer case to CDCA; draft correspondence regarding same |
| Total | | 143.25 | |

| Total Hours by Attorney | |
|---|---|
| CH | 10.75 |
| RJS | 84.75 |
| DE | 11 |
| SF | 32.5 |
| TN | 4.25 |
| Total | 143.25 |

{00095928;1}

| | | | **Motion to Strike** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 08/08/2018 | DE | 4 | Legal research regarding Anti-SLAPP Motion |
| 08/09/2018 | RJS | 0.75 | Telephone conference regarding Anti-SLAPP Motion |
| 08/09/2018 | RJS | 0.5 | Conferences regarding Anti-SLAPP Motion |
| 08/09/2018 | RJS | 0.25 | Email correspondence regarding Anti-SLAPP Motion |
| 08/09/2018 | SF | 2.75 | Legal research regarding Anti-SLAPP Motion; conference regarding same |
| 08/09/2018 | TN | 4.25 | Fact research regarding Anti-SLAPP Motion; conference regarding same |
| 08/09/2018 | DE | 0.75 | Telephone conference regarding Anti-SLAPP Motion |
| 08/09/2018 | DE | 5.75 | Legal research regarding Anti-SLAPP Motion |
| 08/09/2018 | CH | 0.75 | Telephone conference regarding Anti-SLAPP Motion |
| 08/10/2018 | TN | 2.75 | Fact research regarding Anti-SLAPP Motion |
| 08/10/2018 | DE | 4.25 | Begin drafting Anti-SLAPP Motion; Legal research regarding same; draft correspondence regarding Motion |
| 08/11/2018 | DE | 2.75 | Continue drafting Anti-SLAPP Motion; legal research regarding same |
| 08/12/2018 | DE | 3 | Continue drafting Anti-SLAPP Motion; legal and fact research regarding same |
| 08/13/2018 | TN | 1 | Fact research regarding Anti-SLAPP Motion |
| 08/13/2018 | DE | 1.75 | Telephone conferences regarding Anti-SLAPP Motion; legal research regarding same |

| | | | **Motion to Strike** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 08/13/2018 | DE | 3.75 | Continue drafting Anti-SLAPP Motion; legal and fact research regarding same |
| 08/14/2018 | TN | 3.25 | Fact research regarding Anti-SLAPP Motion |
| 08/14/2018 | DE | 2.25 | Legal research regarding Anti-SLAPP Motion |
| 08/15/2018 | DE | 1.75 | Legal research regarding Anti-SLAPP Motion |
| 08/16/2018 | RJS | 0.75 | Email correspondence regarding Anti-SLAPP Motion |
| 08/16/2018 | CH | 0.5 | Email correspondence regarding Anti-SLAPP Motion; conference regarding same |
| 08/19/2018 | DE | 3.75 | Continue drafting Anti-SLAPP Motion; legal research regarding same |
| 08/20/2018 | TN | 1.5 | Fact research regarding Anti-SLAPP Motion |
| 08/20/2018 | DE | 1.25 | Telephone conferences regarding Anti-Slapp Motion |
| 08/20/2018 | DE | 3.75 | Continue drafting Anti-SLAPP Motion; legal and fact research regarding same |
| 08/20/2018 | CH | 3 | Review and revise meet and confer letter to opposing counsel regarding Anti-SLAPP Motion; prepare for and attend meet and confer conference with opposing counsel; conferences and email correspondence regarding same |
| 08/21/2018 | TN | 1 | Fact research regarding Anti-SLAPP Motion |
| 08/21/2018 | DE | 4 | Continue drafting Anti-SLAPP Motion; legal and fact research regarding same |
| 08/23/2018 | RJS | 0.5 | Meet and confer conference with opposing counsel regarding Anti-SLAPP Motion; email correspondence regarding same |

| | | | **Motion to Strike** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 08/23/2018 | RJS | 0.5 | Telephone conferences regarding Anti-SLAPP Motion |
| 08/23/2018 | DE | 4.75 | Continue drafting Anti-SLAPP Motion; legal research regarding same |
| 08/23/2018 | DE | 1 | Telephone conferences regarding Anti-SLAPP Motion |
| 08/23/2018 | CH | 0.5 | Email correspondence regarding Anti-SLAPP Motion |
| 08/24/2018 | RJS | 7.5 | Review and revise Anti-SLAPP Motion; draft Declaration of C. Harder in support of Motion; email correspondence regarding same |
| 08/24/2018 | DE | 4.75 | Review and revise Anti-SLAPP Motion; legal research regarding same |
| 08/25/2018 | DE | 2.25 | Review and revise Anti-SLAPP Motion |
| 08/25/2018 | CH | 3.5 | Review and revise Anti-SLAPP Motion and Declaration of C. Harder in support of Motion |
| 08/26/2018 | RJS | 1.5 | Review and Revise Anti-SLAPP Motion; email correspondence regarding same |
| 08/26/2018 | DE | 3 | Review and revise Anti-SLAPP Motion; legal research regarding same |
| 08/26/2018 | CH | 2 | Review and revise Anti-SLAPP Motion; email correspondence regarding same |
| 08/27/2018 | RJS | 5.5 | Review and revise Anti-SLAPP Motion and Declaration of C. Harder in Support of Motion; review and analysis of exhibits in support of Motion; conferences regarding Motion |
| 08/27/2018 | TN | 7 | Continue preparing exhibits in support of Anti-SLAPP Motion; review and revise Declaration of C. Harder in support of Motion |
| 08/27/2018 | DE | 4 | Revise Anti-SLAPP Motion; legal research regarding same |

{00095928;1}

| **Motion to Strike** | | | |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 08/27/2018 | CH | 5 | Review and revise Anti-SLAPP Motion and Declaration of C. Harder in support of Motion; conferences and email correspondence regarding same |
| 08/27/2018 | SF | 2.75 | Review and revise Anti-Slapp Motion; legal research regarding same |
| 08/28/2018 | RJS | 0.25 | Telephone conference with opposing counsel regarding Anti-SLAPP Motion; email correspondence regarding same |
| 08/28/2018 | TN | 2.75 | Fact research regarding Anti-SLAPP Motion |
| 08/28/2018 | DE | 3 | Begin drafting Reply in support of Anti-SLAPP Motion; legal research regarding same; telephone conference regarding same |
| 08/28/2018 | CH | 1.25 | Fact research regarding Anti-SLAPP Motion; email correspondence regarding strategy for Reply in Support of Anti-Slapp Motion and hearing on same |
| 08/29/2018 | RJS | 4.5 | Legal research regarding Reply in support of Anti-SLAPP Motion; telephone conference and email correspondence regarding same |
| 08/29/2018 | TN | 1 | Fact research regarding Reply in support of Anti-SLAPP Motion |
| 08/29/2018 | DE | 3.75 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |
| 08/30/2018 | RJS | 1 | Legal research regarding Reply in support of Anti-SLAPP Motion; email correspondence regarding same |
| 08/30/2018 | RJS | 0.5 | Conferences regarding Reply in support of Anti-SLAPP Motion |
| 08/30/2018 | RJS | 1.5 | Legal research regarding Reply in support of Anti-SLAPP Motion; telephone conference regarding same |
| 08/30/2018 | DE | 2.75 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |

| **Motion to Strike** | | | |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 08/30/2018 | TN | 1 | Fact research regarding Reply in Support of Anti-SLAPP Motion |
| 08/30/2018 | CH | 1 | Conferences and email correspondence regarding Reply in Support of Anti-SLAPP Motion and hearing on same |
| 08/31/2018 | DE | 0.75 | Telephone conference regarding Reply in support of Anti-SLAPP Motion |
| 08/31/2018 | DE | 3 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |
| 09/03/2018 | DE | 7.75 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same; telephone conferences regarding same |
| 09/04/2018 | RJS | 2.75 | Review and analysis of Opposition to Anti-SLAPP Motion and supporting declarations; conferences regarding Reply in support of Motion |
| 09/04/2018 | DE | 1.5 | Telephone conference regarding Reply in support of Anti-SLAPP Motion |
| 09/04/2018 | DE | 4.75 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |
| 09/04/2018 | CH | 1 | Review and analysis of Opposition to Anti-SLAPP Motion and supporting declarations; conference regarding Reply in support of Motion |
| 09/05/2018 | DE | 1.75 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |
| 09/06/2018 | SF | 2 | Draft evidentiary objections to Declarations of Clifford and Avenatti in support of Opposition to Anti-SLAPP Motion |
| 09/06/2018 | DE | 5.25 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |
| 09/07/2018 | DE | 2.5 | Continue drafting Reply in Support of Anti-SLAPP Motion; legal research regarding same |

{00095928;1}

| **Motion to Strike** | | | |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 09/07/2018 | CH | 2 | Review and revise Reply in support of Anti-SLAPP Motion; email correspondence regarding same |
| 09/08/2018 | RJS | 1 | Review and revise Reply in support of Anti-SLAPP Motion; email correspondence regarding same |
| 09/08/2018 | DE | 1.5 | Review and revise Reply in support of Anti-SLAPP Motion; legal research regarding same |
| 09/09/2018 | DE | 1.25 | Review and revise Reply in support of Anti-SLAPP Motion; email correspondence regarding same |
| 09/10/2018 | SF | 1.75 | Review and revise Reply in support of Anti-SLAPP Motion and evidentiary objections to declaration in support of Opposition; telephone conference regarding evidentiary objections |
| 09/10/2018 | RJS | 4.5 | Review and revise Reply in support of Anti-SLAPP Motion; conferences and email correspondence regarding same |
| 09/10/2018 | DE | 2.75 | Revise Reply in support of Anti-SLAPP Motion; review and revise evidentiary objections to declarations in support of Opposition to Motion |
| 09/16/2018 | DE | 4.75 | Preparation for hearing on Anti-SLAPP Motion |
| 09/18/2018 | DE | 0.75 | Telephone conference regarding hearing on Anti-SLAPP Motion |
| 09/19/2018 | CH | 1.5 | Preparation for hearing on Anti-SLAPP Motion |
| 09/21/2018 | CH | 2.5 | Preparation for hearing on Anti-SLAPP Motion |
| 09/21/2018 | RJS | 1.5 | Conferences regarding hearing on Anti-SLAPP Motion |
| 09/22/2018 | DE | 1.25 | Preparation for hearing on Anti-SLAPP Motion; email correspondence regarding same |

{00095928;1}

| Motion to Strike | | | |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 09/22/2018 | CH | 2.75 | Preparation for hearing on Anti-SLAPP Motion; email correspondence regarding same |
| 09/23/2018 | RJS | 1 | Conference regarding hearing on Anti-SLAPP Motion |
| 09/23/2018 | DE | 2.75 | Preparation for hearing on Anti-SLAPP Motion; telephone conference regarding same |
| 09/23/2018 | CH | 6 | Preparation for hearing on Anti-SLAPP Motion; email correspondence regarding same |
| 09/24/2018 | RJS | 2.25 | Preparation for hearing on Anti-SLAPP Motion; conference regarding same |
| 09/24/2018 | RJS | 3.5 | Attend hearing on Anti-SLAPP Motion; travel for same |
| 09/24/2018 | CH | 6.25 | Preparation for hearing on Anti-SLAPP Motion; attending hearing on Motion; conferences regarding preparation and hearing; email correspondence regarding hearing on Motion |
| **Total** | | **230.5** | |

| Total Hours by Attorney | |
|---|---|
| CH | 39.5 |
| RJS | 42 |
| DE | 114.25 |
| SF | 9.25 |
| TN | 25.5 |
| **Total** | **230.5** |

{00095928;1}

| | | | **Motion for Attorneys' Fees** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 10/15/2018 | RJS | 2.5 | Review and analysis of Court Order on Anti-SLAPP Motion; Review and analysis of firm invoices in preparation for Motion for Attorneys' Fees |
| 10/15/2018 | SF | 0.75 | Review and analysis of Court Order on Anti-SLAPP Motion; Legal research regarding Motion for Attorneys' Fees |
| 10/16/2018 | SF | 1.25 | Legal research regarding Motion for Attorneys' Fees |
| 10/17/2018 | RJS | 2.5 | Draft meet and confer letter to opposing counsel regarding Motion for Attorneys' Fees; conferences and email corresponding regarding same; further review and analysis of firm invoices |
| 10/17/2018 | SF | 3 | Legal research in support of Motion for Attorneys' Fees, conference regarding same; revise meet and confer letter to opposing counsel regarding same; conference regarding same |
| 10/17/2018 | SF | 1.25 | Prepare summary of fees and billing records in support of Motion for Attorneys' Fees |
| 10/18/2018 | RJS | 0.5 | Conference regarding Motion for Attorneys' Fees |
| 10/18/2018 | RJS | 1 | Fact research regarding Motion for Attorneys' Fees |
| 10/19/2018 | SF | 4.25 | Continue preparing summary of fees and billing records in support of Motion for Attorneys' Fees; conference regarding same |
| 10/19/2018 | SF | 0.75 | Legal research in support of Motion for Attorneys' Fees |
| 10/19/2018 | RJS | 1 | Review and revise summary of fees and billing records in support of Motion for Attorneys' Fees; conference regarding same |
| 10/19/2018 | SF | 6 | Begin drafting Motion for Attorneys' Fees; conference regarding same |
| 10/20/2018 | SF | 1 | Legal research in support of Motion for Attorneys' Fees |
| 10/22/2018 | RJS | 1.25 | Review and revise follow-up meet and confer email to opposing counsel regarding Motion for Attorneys' Fees; conferences regarding same; email correspondence to opposing counsel regarding same; telephone calls to opposing counsel's office |

| | | | **Motion for Attorneys' Fees** |
|---|---|---|---|
| **DATE** | **ATTORNEY** | **TIME BILLED** | **GENERAL DESCRIPTION OF SERVICES** |
| 10/22/2018 | RJS | 3.25 | Continue review and revision of summary of fees and billing records in support of Motion for Attorneys' Fees; conferences regarding same |
| 10/22/2018 | SF | 7 | Continue drafting Motion for Attorneys' Fees; legal research in support of same |
| 10/23/2018 | RJS | 1 | Continue review and revision of summary of fees and billing records in support of Motion for Attorneys' Fees; conferences regarding same |
| 10/23/2018 | RJS | 2.5 | Begin drafting insert for Motion for Attorneys' Fees |
| 10/23/2018 | SF | 7 | Continue drafting Motion for Attorneys' Fees; legal research in support of same |
| 10/24/2018 | RJS | 3.5 | Continue drafting insert for Motion for Attorneys' Fees; conferences regarding same |
| 10/24/2018 | SF | 8.25 | Continue drafting Motion for Attorneys' Fees; legal research in support of same; conferences regarding same |
| 10/25/2018 | SF | 6 | Continue drafting Motion for Attorneys' Fees; review and revise same; email correspondence and conferences regarding same |
| 10/25/2018 | RJS | 5.5 | Review and revise Motion for Attorneys' Fees; email correspondence and conferences regarding same |
| 10/26/2018 | RJS | 1.5 | Prepare for meet and confer with opposing counsel regarding Motion for Attorneys' Fees; email correspondence with opposing counsel re same; further review and revision of summary of fees and billing records in support of Motion for Attorneys' Fees; conferences regarding same |
| 10/26/2018 | RJS | 0.5 | Meet and confer telephone conference with opposing counsel regarding Motion for Attorneys' Fees |
| 10/26/2018 | RJS | 4.5 | Continue review and revision of Motion for Attorneys' Fees; conferences and email correspondence regarding same |
| 10/26/2018 | SF | 6.5 | Continue review and revision of Motion for Attorneys' Fees; conferences regarding same; legal research regarding same; draft declaration in support of same; prepare and revise exhibits in support of same |

{00095928;1}

| Motion for Attorneys' Fees | | | |
|---|---|---|---|
| DATE | ATTORNEY | TIME BILLED | GENERAL DESCRIPTION OF SERVICES |
| 10/26/2018 | CH | 4.5 | Review and revise Motion for Attorneys' Fees and supporting declaration |
| **Totals** | | **88.5** | |

| Total Hours by Attorney | |
|---|---|
| CH | 4.5 |
| RJS | 31 |
| SF | 53 |
| **Total** | **88.5** |

{00095928;1}

**Totals**

| Category | Total Hours Per Category | Total Fees Per Category |
|---|---|---|
| Initial Strategy | 47 | $34,707.97 |
| Motion to Transfer | 143.25 | $102,977.32 |
| Motion to Strike | 230.5 | $139,899.21 |
| Motion for Fees | 88.5 | $63,975.00 |
| **Total** | **509.25** | **$341,559.50** |

| Attorney | Total Hours Per Attorney | Total Fees Per Attorney | Effective Hourly Rate Per Attorney |
|---|---|---|---|
| CH | 69 | $58,073.33 | **$841.64** |
| RJS | 178.75 | $135,221.84 | **$756.49** |
| DE | 125.25 | $76,651.34 | **$611.99** |
| SF | 106.5 | $62,462.01 | **$586.50** |
| TN | 29.75 | $9,150.98 | **$307.60** |
| **Total** | **509.25** | **$341,559.50** | |

{00095927;1}

# Exhibit B

| | |
|---|---|
| **From:** | Ahmed Ibrahim <aibrahim@eaganavenatti.com> |
| **Sent:** | Wednesday, June 13, 2018 10:57 AM |
| **To:** | Ryan Stonerock |
| **Cc:** | Michael J. Avenatti; Anthony Harwood; Charles Harder |
| **Subject:** | RE: Clifford - Trump; SDNY Action |

Ryan,

At the end of the paragraph beginning "On or before that date" and ending (the "California Action"), please add:

"Plaintiff intends to oppose the Motion to Transfer."

With that change, you have our consent to file.

Ahmed

**From:** Ryan Stonerock [mailto:RStonerock@harderllp.com]
**Sent:** Wednesday, June 13, 2018 10:43 AM
**To:** Ahmed Ibrahim
**Cc:** Michael J. Avenatti; Anthony Harwood; Charles Harder
**Subject:** FW: Clifford - Trump; SDNY Action

Ahmed:

The letter-motion is required to be filed as soon as possible.  Please let us know your comments, if any, by 12 noon PST today.  Absent any comments, we will file the version that we sent you last night (attached).  Thank you.

Best,



**RYAN J. STONEROCK**
HARDER LLP
RSTONEROCK@HARDERLLP.COM
(424) 203-1600

**From:** Ryan Stonerock
**Sent:** Tuesday, June 12, 2018 10:10 PM
**To:** 'Ahmed Ibrahim' <aibrahim@eaganavenatti.com>
**Cc:** Michael J. Avenatti <mavenatti@eaganavenatti.com>; Anthony Harwood <aharwood@harderllp.com>; Charles Harder <charder@harderllp.com>
**Subject:** RE: Clifford - Trump; SDNY Action

Ahmed:

Attached is a draft consent letter-motion, which is required by the Court's Notice of Initial Pretrial Conference.

Please review and confirm that it's acceptable for filing at your earliest convenience.

Thanks,



**RYAN J. STONEROCK**
HARDER LLP
RSTONEROCK@HARDERLLP.COM
(424) 203-1600

---

**From:** Ahmed Ibrahim [mailto:aibrahim@eaganavenatti.com]
**Sent:** Tuesday, June 12, 2018 6:21 PM
**To:** Charles Harder <charder@harderllp.com>
**Cc:** Michael J. Avenatti <mavenatti@eaganavenatti.com>; Anthony Harwood <aharwood@harderllp.com>; Ryan Stonerock <RStonerock@harderllp.com>
**Subject:** RE: Clifford - Trump; SDNY Action

Charles,

We are happy to stipulate to a 45 day continuance of the Conference.  That will give you enough time to file your motion.  Our last day to file a request for a continuance is June 18.  If this works, I can put together a draft of the stipulation.

Ahmed

---

**From:** Charles Harder [mailto:charder@harderllp.com]
**Sent:** Tuesday, June 12, 2018 6:05 PM
**To:** Ahmed Ibrahim
**Cc:** Michael J. Avenatti; Anthony Harwood; Ryan Stonerock
**Subject:** Clifford - Trump; SDNY Action

Dear Mr. Ibrahim:

We were very surprised to receive your email of a few minutes ago, notifying us of an Initial Pretrial Conference in New York next week.  You have known about this Conference for the past 6 weeks, and were required to notify us about it, but waited until today to do so.  We need request a 90-day continuance of the Conference, along with all-related deadlines (including the parties' deadline to file the Civil Case Management Plan, Scheduling Order and joint letter), for the reasons discussed below.  Please let me know if you will consent to the request, so that we can inform the Court.  Our request is based upon on the following grounds:

1. **Plaintiff Failed to Properly Serve the Notice of Initial Pretrial Conference:**  The Notice of Initial Pretrial Conference (ECF No. 6) ("Notice") provides that:  "**Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify all other parties' attorneys in this action by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court.**" (Emphasis in original.)  Our office was not served with a copy of the Notice until your email of today's

2

date.  We were not aware of the June 20 conference until today, when you sent your email.  Moreover, when you sent us an email on May 22, 2018 notifying us of the lawsuit and providing a copy of the Complaint, you failed to attach a copy of the Notice, or otherwise provide that document in any subsequent correspondence from your office.  Thus, counsel for plaintiff has failed to comply with the Court's order.  Plaintiff's counsel has also failed to comply with Judge Furman's Individual Rules and Practices in Civil Case, which state, in pertinent part:  "Plaintiff's counsel…is directed to promptly notify all counsel of the Notice of Initial Pretrial Conference." (p. 3, ¶ 2.)

2.  **The Initial Pretrial Conference is Premature:**  Pursuant to Defendant's waiver of service of the Summons and Complaint on May 23, 2018 [ECF No. 7], his response to the Complaint is not due until **July 23, 2018**.  On or before that date, Defendant intends to file a motion to transfer this action pursuant to 28 U.S.C. § 1404(a) or, in the alternative, to dismiss or stay this action pursuant to the "First-Filed" rule.  This motion will be based, in large part, upon the previously filed action by plaintiff Stephanie Clifford against defendant Donald Trump in the Central District of California (the "California Action"), Case No. 2:18-cv-02217-SJO-FFM.  The substantial overlap between the facts, transactions and occurrences in this action and the California Action warrants a transfer of this action to the Central District of California in the interests of justice, and for the convenience of the parties and witnesses, pursuant to 28 U.S.C. § 1404(a), or, in the alternative, a dismissal or stay of this action under the principles of judicial economy and federal comity embodied in the "first-filed" rule.

The Court's order on Defendant's motion thus may obviate the need for the Initial Pretrial Conference altogether or, at the very least, until after a stay of the California Action is lifted.

3.  **Scheduling Conflicts:**  The parties to this action currently have a hearing scheduled in the California Action in Los Angeles on **June 21, 2018** at 1:30 pm, i.e. twenty-six (26) hours after the currently scheduled Initial Pretrial Conference.  Also, I have a court appearance in another matter in the U.S. District Court in Los Angeles on June 19, 2018 at 10:00 a.m.  Therefore, I am not able to fly to New York for a June 20, 2018 Initial Scheduling Conference.  This conflict was created, in large part, by plaintiff's six-week delay in providing service of the Notice.  I am lead counsel for Defendant and the Notice requires lead counsel be present at the Conference, which is virtually impossible to arrange at this late date, due to plaintiff's failure to provide timely notice.

In light of the above, please let us know **immediately** if your office will afford the professional courtesy of consenting to a 90-day continuance of the Initial Pretrial Conference.

Sincerely,



**CHARLES J. HARDER**

HARDER LLP
132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS CA 90212
TEL (424) 203-1600
CHARDER@HARDERLLP.com
www.HARDERLLP.com

Confidentiality Notice: The information contained in this email and any attachments to it is intended only for the use of the intended recipient and may be confidential and/or privileged.  If any recipient of this communication is not the intended recipient, the unauthorized use, disclosure or copying of this email and any accompanying attachments or other information contained herein is strictly prohibited, and may be unlawful.  If you have received this communication in error, please immediately notify the sender by return email, destroy this email and any and all copies thereof (including any attachments) without reading them or saving them in any manner.  Thank you.

# Exhibit C

| | |
|---|---|
| **From:** | Charles Harder |
| **Sent:** | Tuesday, August 7, 2018 10:17 AM |
| **To:** | Ahmed Ibrahim |
| **Cc:** | Anthony Harwood; Michael J. Avenatti; John Arden |
| **Subject:** | RE: Clifford v. Trump SDNY:  Stipulation to Transfer |

Yes.  Can we expect the draft stipulation & proposed order today?  Thank you.

**From:** Ahmed Ibrahim [mailto:aibrahim@eaganavenatti.com]
**Sent:** Tuesday, August 07, 2018 9:45 AM
**To:** Charles Harder
**Cc:** Anthony Harwood; Michael J. Avenatti; John Arden
**Subject:** Clifford v. Trump SDNY: Stipulation to Transfer

Charles:

After some consideration, Plaintiff is amenable to a stipulation consenting to transfer of this action to the Central
District of California.  I'm assuming you would be agreeable to such a stipulation given your motion, but please
confirm.  If so, I will go ahead and prepare a draft of the stipulation and proposed order for your review.  Thanks.

Regards,

**Ahmed Ibrahim, Esq.**
**520 Newport Center Drive, Suite 1400**
**Newport Beach, CA 92660**
**(949) 706-7000**
**(949) 706-7050 (Fax)**

The preceding email message (including any attachments) contains information that may be confidential, protected by the attorney-client or other
applicable privileges, or constitutes non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an
intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, or
reproduction of this message by unintended recipients is not authorized and may be unlawful.

# Exhibit D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHEN WYNN, et al.,

          Plaintiffs,

    v.

JAMES CHANOS,

          Defendant.

Case No. 14-cv-04329-WHO

**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR ATTORNEYS' FEES**

Re: Dkt. No. 66

    Defendant James Chanos moves for attorneys' fees after prevailing on his motions to dismiss and to strike under California's anti-SLAPP statute, having successfully argued that his speech at an academic symposium was not defamatory. *See* Order (Dkt. No. 66). He requests $538,043.00 in fees and $52,656.23 in costs. Plaintiffs Stephen Wynn and Wynn Resorts object, and some of their concerns are well-founded. Chanos provided no detail regarding the experience of his paralegals in support of an extremely high hourly rate, so I reduce it to a reasonable rate. I reduce his other fees by 25% because his supporting documents do not provide sufficient detail to support the large amount of hours billed by his attorneys and in any event the number of hours requested is excessive given the attorneys' skills and experience and the task at hand. In addition, I reduce by half Chanos's costs related to his expert because Chanos failed to provide any documents to support this request.

**BACKGROUND**

    Chanos, a well-known investor and short-seller, participated in an academic symposium at the University of California, Berkeley, where he made allegedly defamatory statements about plaintiff Stephen Wynn and Wynn Resorts, Ltd. (collectively, "Wynn"). *See Wynn v. Chanos*, No. 14-CV-04329-WHO, 2014 WL 7186981, at *1 (N.D. Cal. Dec. 16, 2014). After Wynn sued Chanos, Chanos brought a motion to dismiss and motion to strike under California's anti-SLAPP

United States District Court
Northern District of California

1  statute.  *Id.*  I dismissed the complaint without prejudice because I concluded that Chanos's

2  statements were protected opinions, because the complaint did not adequately plead actual malice,

3  and because Chanos's speech was a matter of public interest.  *Id.*

4  After Wynn filed a first amended complaint, Chanos brought another motion to dismiss

5  and motion to strike.  *See Wynn v. Chanos*, No. 14-CV-04329-WHO, 2015 WL 971360, at *1

6  (N.D. Cal. Mar. 3, 2015).  This time, I dismissed with prejudice and granted Chanos's motion to

7  strike.  *Id.*  I found that Wynn's complaint failed for the same reasons as before, and that Wynn

8  could not cure it because Chanos's statements were not defamatory as a matter of law.  *Id.*  I

9  directed Chanos to submit a motion for attorneys' fees that he is entitled to under the California

10  anti-SLAPP statute, which I now address.  *Id.* at 4.

11  **LEGAL STANDARD**

12  District courts typically employ the "lodestar method" to calculate an appropriate amount

13  of attorneys' fees.  A lodestar calculation calls for the court to multiply "the number of hours the

14  prevailing party reasonably expended on the litigation by a reasonable hourly rate."  *Gonzalez v.*

15  *City of Maywood*, 729 F.3d 1196, 1202 (9th Cir. 2013) (internal quotations omitted).  In

16  determining whether an hourly rate is reasonable, courts look to several important principles.  *Id.*

17  at 1200.  Courts consider the "prevailing market rates in the relevant community," as well as "the

18  experience, skill, and reputation" of the attorney.  *Id.* at 1200, 1205-06 (internal citations and

19  quotations omitted).  Other factors considered include "(1) the novelty and complexity of the

20  issues; (2) the special skill and experience of counsel; (3) the quality of representation; and (4) the

21  results obtained."  *Digital Reg of Texas, LLC v. Adobe Sys., Inc.*, No. C 12-1971 CW, 2015 WL

22  1968388, at *3 (N.D. Cal. May 1, 2015).

23  The party seeking an award of fees must establish entitlement to the award and submit

24  evidence that supports the hours worked and the rates claimed.  *Hensley v. Eckerhart*, 461 U.S.

25  424, 433 (1983).  Fee awards calculated under the loadstar method are generally presumed to be

26  reasonable.  *Gonzalez*, 729 F.3d at 1208-09.  At the same time, the court may adjust this figure "if

27  circumstances warrant" in order "to account for other factors which are not subsumed within it."

28  *Ferland v. Conrad Credit Corp.*, 244 F.3d 1145, 1149 n.4 (9th Cir. 2001).  "Where the

United States District Court
Northern District of California

documentation of hours is inadequate, the district court may reduce the award accordingly." *Hensley*, 461 U.S. at 433. A reduction may account for "hours that are excessive, redundant, or otherwise unnecessary." *Id.* at 434. In addition, the Ninth Circuit has stated that a district court may "impose a small reduction, no greater than 10 percent—a 'haircut'—based on its exercise of discretion and without a more specific explanation." *Moreno v. City of Sacramento*, 534 F.3d 1106, 1112 (9th Cir. 2008).

## DISCUSSION

### I. DEFENSE COUNSEL'S HOURLY RATES

Wynn argues that the hourly rates of defense counsel are unreasonable because they do not account for rates in the San Francisco Bay Area legal community as a whole or the rates of attorneys who specialize in defamation and anti-SLAPP litigation. Oppo. 8-9 (Dkt. No. 75). It also objects to Chanos's reliance on Valeo Partners Legal Consulting because the Valeo database is based upon only "twenty-five law firms from the top sixty-five AmLaw revenue generating national law firms" and does not account for smaller firms performing similar services in the Bay Area. *Id.* at 9. It also submits a competing analysis of the average rates of attorneys in the San Francisco Bay Area. *Id.* at 10-14.

In considering whether the hourly rates are reasonable, I find that both parties' submissions are relevant, but not dispositive. *See Banas v. Volcano Corp.*, 47 F. Supp. 3d 957, 965 (N.D. Cal. 2014) (finding rates set forth in Valeo database to be relevant). Although each party spends a significant amount of time arguing that its respective attorneys' fees survey is more appropriate, there is no one set matrix to be used in calculating a reasonable rate for attorneys in the Bay Area who perform a certain type of work. I accordingly consider both parties' supporting evidence as well as my own experience with the prevailing market rate in such cases. *See id.* at 966.

Chanos is seeking the regular hourly rates charged by his lawyers for their services. The hourly rates for partners Kenneth Hausman and Douglas Winthrop are $1,035/1,085 and $875/920 per hour, respectively.[1] Dkt. No. 66-5, Ex. A. Wynn asserts that reasonable rates for these

---

[1] These rates reflect the initial rate of the attorney and their increased rate in 2015.

1   attorneys are $650 and $585 per hour. Oppo. 11. Hausman has over forty years of experience and

2   extensive experience representing clients in the financial industry. Dkt. No. 66-3 ¶ 2. Winthrop

3   has over twenty years of experience in business and IP litigation. Dkt. No. 66-6 ¶ 2. I find that

4   the rates of Hausman and Winthrop, while at the high end of the spectrum, are reasonable rates for

5   attorneys in the Bay Area. *See Banas*, 47 F. Supp. 3d at 965 (approving rates as high as $1,095

6   per hour); *see also Digital Reg of Texas, LLC v. Adobe Sys., Inc.*, No. C 12-1971 CW, 2015 WL

7   1968388, at *3 (N.D. Cal. May 1, 2015) (The "third quartile rates in San Francisco in 2012 were

8   $825 for partners"); *In re Magsafe Apple Power Adapter Litig.*, No. 5:09-CV-01911-EJD, 2015

9   WL 428105, at *12 (N.D. Cal. Jan. 30, 2015) ("In the Bay Area, reasonable hourly rates for

10  partners range from $560 to $800").

11      The hourly rates for associates Julian Waldo and Marco Martemucci, $570/640 and

12  $645/710, respectively, are high. Dkt. No. 66-5, Ex. A. Waldo has over four years of experience

13  and Martemucci has approximately six years of experience. Dkt. Nos. 66-4 ¶ 2, 66-5 ¶ 2. Wynn

14  proposes rates of $355 and $395 per hour. Oppo. 12. The rates charged for the associates are the

15  attorneys' regular hourly rates and are at the top end of what is reasonable in the Bay Area market.

16  *See*, e.g., *Digital Reg of Texas*, 2015 WL 1968388, at *3 (third quartile rate in San Francisco was

17  $576 for associates).

18      Gary Bostwick's requested hourly rate is $750, which Wynn argues should be $625. Dkt.

19  No. 66-5, Ex. A; Oppo. 13. Even Wynn characterizes Bostwick as "one of the country's pre-

20  eminent anti-SLAPP and defamation attorneys." Oppo. 1. Bostwick has over thirty-five years of

21  experience and focuses on First Amendment and media cases. Dkt. No. 66-1 ¶ 2. His hourly rate

22  is reasonable and within the average range of hourly rates for partners in the Bay Area.

23      Finally, Chanos submits hourly rates of $325/340 and $300/320 for legal assistants. Dkt.

24  No. 66-5, Ex. A. These hourly rates are extremely high for a legal assistant in San Francisco.

25  Chanos does not any provide any support for the rates proffered, such as the paralegals' years of

26  experience, background, or other factors which would support an hourly rate well above average.

27  *See* Dkt. No. 75-2 ¶ 42; *see also Banas*, 47 F. Supp. 3d at 965 (finding paralegal rates of $245 to

28  $290 per hour to be high but reasonable); *In re Magsafe Apple Power Adapter Litig.*, 2015 WL

United States District Court
Northern District of California

4

428105, at *12 (paralegal rates and litigation staff ranged from $150 to $240). Wynn's expert proposes an hourly rate for paralegals of $170 per hour, which I find to be reasonable and within the market rate. Oppo. 13-14. Given Chanos's failure to justify its proposed rates for the legal assistants Gresham and Roberts, I calculate both of the legal assistants' rates to be $170 per hour.

## II. THE AMOUNT OF HOURS SPENT

Although the hourly rates for Chanos's counsel fall within the reasonable rate for attorneys in the Bay Area, I emphasize that with such premium rates come "an expectation that [counsel] will complete tasks efficiently and that its more senior attorneys will limit their involvement to tasks requiring their level of expertise." *Banas*, 47 F. Supp. 3d at 966; *see also Hernandez v. Grullense*, No. 12-CV-03257-WHO, 2014 WL 1724356, at *11 (N.D. Cal. Apr. 30, 2014), *appeal dismissed* (July 18, 2014). I address that fundamental issue in addition to Wynn's several objections to the amount of hours spent defending case below.

### A. Retention of both Arnold & Porter and Gary Bostwick

Wynn contends that since Chanos retained Bostwick, a well-known defamation lawyer, it was unreasonable to retain the attorneys at Arnold & Porter to complete the bulk of the work in this case. Oppo. 1-2, 5-7. It states that "the vast majority of the work was performed by people with less expertise and, often, at a higher rate" than Bostwick. *Id.* at 2 (emphasis omitted).

I am not persuaded by Wynn's argument. According to Chanos, "Arnold & Porter has represented Mr. Chanos in a variety of matters for many years." Reply 2 (Dkt. No. 76). I find that it is reasonable to retain both a longtime law firm that is familiar with a client and a specialist in the litigation at hand. This is especially true for cases such as this one, where an individual's personal reputation is at stake. *See Graham-Sult v. Clainos*, 756 F.3d 724, 753 (9th Cir. 2014) (finding that it neither unreasonable nor duplicative to hire two firms in anti-SLAPP action where one firm had a "longstanding relationship" with the client). Here, Chanos did not hire two separate large law firms, but one large law firm and one attorney from a small law firm who specializes in defamation lawsuits. Each firm brought a separate set of skills and resources, and it was not unreasonable to retain both.

At the same time, as with the retention of attorneys with high hourly rates, Chanos's

1 | retention of two firms should result in greater efficiency and a lower amount of total hours billed.

2 | That did not occur here.

3 | **B. Hours unrelated to anti-SLAPP motion**

4 | Wynn objects to Chanos's billings for work performed on the motions to dismiss because

5 | it argues that they were not "performed in connection with the anti-SLAPP motion." Oppo. 7

6 | (internal quotations omitted). It argues that without timesheets indicating that the motions were

7 | intertwined, Chanos is not entitled to fees related to these motions. *Id.* at 8.

8 | This is unpersuasive because even without documentation to support it, it is clear that

9 | Chanos's motions to dismiss were intertwined with his anti-SLAPP motions. Chanos accurately

10 | notes that his motion to dismiss is largely comprised of "cut-and-paste" from the motion to strike.

11 | *See* Reply 4; *see also* Dkt. Nos. 11, 16. Chanos is entitled to fees for all motions filed in this case,

12 | given their close relation to the anti-SLAPP motion. *See Clainos*, 756 F.3d at 752 (court did not

13 | abuse discretion in awarding fees for motions related to anti-SLAPP motion).

14 | **C. Failure to provide timesheets**

15 | Wynn claims that Chanos's fee request should be denied because he failed to provide

16 | detailed timesheets reflecting the hours worked. Oppo. 3-5. It states that without these records, it

17 | cannot determine whether the hours billed are excessive, duplicative, or should have been

18 | performed by less senior attorneys or paralegals. *Id.* at 4.

19 | Wynn cites to *Banas*, in which I found that "block billing" was insufficient to establish

20 | reasonable attorneys' fees. Oppo. 4. In that case, I defined block billing as "the practice of

21 | including various tasks within one time entry without specifying the time spent on each task

22 | within an entry." *Banas*, 47 F. Supp. 3d at 981 n.9. I stated that "[w]ithout specifying how much

23 | spent was spent on each distinct task . . . there is no way for me to determine whether the time

24 | spent on any of these tasks—e.g., trial preparation, summary judgment briefing, opposition to

25 | sanctions motion, preparations of jury instructions and verdict form—was reasonable." *Id.* at 967.

26 | This case is somewhat different from *Banas*, because Chanos's billing records do not recite

27 | a variety of tasks billed together for a certain number of hours. Instead Chanos separated his

28 | billing into distinct tasks: initial investigation and preparation of the first anti-SLAPP motion,

United States District Court
Northern District of California

6

preparation of the motion to dismiss, preparation of the discovery motion, preparation of the anti-SLAPP reply motion, preparation of the reply to the first motion to dismiss, the first motion hearing, preparation of the second anti-SLAPP motion and motion to dismiss, preparation of the second set of reply briefs, and the second hearing. Dkt. No. 66-5, Ex. A. He also described the work that went into such motions in his billing records, motions, and accompanying declarations. The tasks are discrete enough to allow me to evaluate the reasonableness of the hours expended.

That said, there is merit in Wynn's argument that Chanos's proffered support does not provide adequate information because it does not allow me to determine that the entries show duplicative or excessive work. While Chanos's organization of billing hours is not unreasonable per se, it does not provide the degree of specificity needed to justify the unreasonably large amount of hours spent here. *See Banas*, 47 F. Supp. 3d at 967 ("block-billing is not inappropriate *per se,* if the party seeking fees provides enough information to reveal whether the amount of time spent performing tasks was reasonable") (internal quotations omitted). Since I have not been given the detail to support the hours apparently expended by Chanos's counsel, I assume that there is duplicative and unnecessary work buried in the request, and must rely on my judgment on the reasonableness of the hours requested.

### D. Number of hours billed

Having resolved Wynn's objections, I turn to the reasonableness of the total number of hours billed. Chanos requests fees for 776.9 hours in total, amounting to $538,043.00. Dkt. No. 66-5, Ex. A. He submits that the attorneys spent a total of 214.3 hours in the initial investigation and first motion to strike, 43.7 hours preparing the first motion to dismiss, 121.1 hours on the discovery motion, 121.2 hours on the reply to the first motion to strike, 54.7 hours on the first reply to the motion to dismiss, 39.5 hours on the first hearing, 87.4 hours on the preparation of the second motions to dismiss and to strike, 72.2 hours on the reply briefs for the motions to dismiss and to strike, and 22.8 hours on the second hearing. *Id.*[2]

---

[2] Some of the math in Chanos's description of attorneys' fees does not add up. For example, for the "Preparation and Attendance at Hearing on Second Anti-SLAPP and Second Motion to Dismiss," Wynn requests $21,003.00. *See* Dkt. No. 66-5 at 3. When calculating this amount based upon the proffered hours and rate for the attorneys, I calculated this sum as $21,963.00. All

1    There are several reasons why the hours requested are excessive. First, Chanos used three

2    partners, who generated nearly half of the attorney hours billed in this case, in addition to two

3    high-billing associates. 288.9 hours were billed by partners and 370.9 were billed by associates

4    out of 659.8 attorney hours in total. Dkt. No. 66-5, Ex. A. The defamation action was not

5    particularly complex and did not call for three partners to bill at high rates when less costly (and

6    hopefully highly qualified associates, given their billing rates) were equally able to complete the

7    lion's share of the work.[3] While I am willing to accept the high rates that the firm charged out the

8    associates as indicative of great talent and comparable litigation experience, I concomitantly find

9    that they must have possessed the skills to complete most of the work billed in this case. Both the

10   number of partners and the amount of hours sought are unreasonable.

11   Second, it is unreasonable for Chanos to separately bill a significant number of hours

12   associated with the motions to dismiss and with the motions to strike. As discussed, "the motions

13   to dismiss were essentially just cut and paste versions of the same arguments of the anti-SLAPP

14   motions, with certain tailoring to account for the different procedural aspects of the two motions."

15   Reply 4. The motion to strike lifted the argument in the motion to dismiss that Wynn could not

16   prevail on the merits of his claim because it failed to state a claim. *See* Dkt. Nos. 11, 16. The

17   motion to strike was different only in that it applied a different legal standard and added the

18   argument that Wynn was a public figure. Because of the similarity of the motions, it was

19   unreasonable to bill a significant amount of time for both motions, and many of the hours spent on

20   the motions to dismiss and motions to strike were duplicative and unnecessary.

21   Finally, Chanos's descriptions of the work performed reflect the fact that the hours spent

22   were excessive. For example, Chanos stated that attorneys conducted research into whether

23   Stephen Wynn and Wynn Resorts qualified as public figures. Mot. 3 (Dkt. No. 66). This is not a

24   close question and does not require more than a few hours of research. I am also skeptical of

25   defense counsel's description of their research into the law surrounding defamation and privilege.

26

27   the mathematical errors result in a lower requested rate for Chanos than the correct calculation
     would amount to. I will therefore consider Chanos's lower, requested amount.
     [3] I note that the rates of the associates are as high as many partners in the Bay Area at smaller
28   firms.

United States District Court
Northern District of California

*Id.* With a First Amendment expert on their team, little work was needed to determine the contours of state and federal law on defamation. Billing a substantial amount of hours for such work is not reasonable.

Put simply, given the sophistication of counsel and their substantial billing rates, this case should have been litigated much more efficiently without sacrificing quality. After reducing the total amount of fees requested for the reduction in the paralegals' hourly rates, discussed above, I further reduce the fees sought by 25 percent, given (i) the failure of Chanos to provide sufficient detail to support his request (ii) the unreasonable staffing of five skilled attorneys at high rates for this motion practice, including a First Amendment expert and attorneys who were familiar with Chanos and his business; (iii) the relative simplicity of this case; and (iv) the duplication of efforts on preparing the motion to dismiss and the motion to strike. This level of reduction is consistent both with my evaluation of the tasks involved in this relatively straightforward matter and with the range for reductions in cases where parties provided less specificity than necessary to award such a significant amount of fees. *See Lahiri v. Universal Music & Video Distribution Corp.*, 606 F.3d 1216, 1222-23 (9th Cir. 2010) (affirming reduction of 30% to account for block billing and additional 10% reduction for excessive and redundant work); *Welch v. Metro. Life Ins. Co.*, 480 F.3d 942, 948 (9th Cir. 2007) ("block billing "may increase time by 10% to 30%."); *see also Ingram v. Oroudjian*, 647 F.3d 925, 928 (9th Cir. 2011); *Moreno*, 534 F.3d at 1112. A reasonable fee for each task identified by Chanos is 25% less than what is requested for the reasons described above.

## III. COSTS

Finally, Wynn objects to the expert costs submitted by Chanos for John A. Hawkins, arguing that there is no support to justify the expense of $32,850.00. Oppo. 14-15. It points out that "[n]o information was provided as to [the expert's] hourly rate, the number of hours he worked, the tasks he performed, or anything else that might be pertinent to determining whether this expense is reasonable." *Id.* at 15. Chanos does not address this argument in his reply.

I agree with Wynn that Chanos should have provided supporting documentation to justify the $32,850.00 he requests in expert fees. *See* Civil L.R. 54-1(a) ("Appropriate documentation to

support each item claimed must be attached to the bill of costs.").  While this deficiency would allow me to strike this request in its entirety, I am aware that Wynn caused Chanos to retain the expert by hiring one of his own.  The subject matter of both experts' work was not complex, nor particularly helpful.  A reasonable amount is half of what Chanos seeks, or $16,425.00, for a total of $32,231.23.[4]

## CONCLUSION

I conclude that although the hourly rates billed by the attorneys in this case were reasonable, the number of hours spent was not.  After re-calculating the fees award to reflect the lower rates of paralegals and reducing Chanos's requested fees by 25% for insufficiently detailed time records and an unreasonable number of hours billed, I award Chanos $390,149.63 in fees. He is entitled to $32,231.23 in costs.

**IT IS SO ORDERED**.

Dated: June 19, 2015

WILLIAM H. ORRICK
United States District Judge

---

[4] Wynn does not object to the remainder of Chanos's bill of costs, and I therefore accept the remaining costs.  *See Blackburn v. ABC Legal Servs., Inc.*, No. 11-CV-01298 JSW NC, 2012 WL 1067632, at *5 (N.D. Cal. Feb. 24, 2012) *report and recommendation adopted,* No. C 11-01298 JSW, 2012 WL 1067551 (N.D. Cal. Mar. 28, 2012).

# Exhibit E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DIMITRI CHARALAMBOPOULOS,** | § | |
| | § | |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| **v.** | § | **CASE NUMBER 3:14-cv-02424-D** |
| | § | |
| **CAMILLE GRAMMER,** | § | |
| | § | |
| **Defendant/Counter-Plaintiff.** | § | |

**DEFENDANT/COUNTER-PLAINTIFF CAMILLE GRAMMER'S APPENDIX TO
MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES PURSUANT TO
THE TEXAS CITIZENS PARTICIPATION ACT AND BRIEF IN SUPPORT**

RICHARD A. ROHAN
  Texas State Bar No. 17203800
THOMAS S. CONNER
  Texas State Bar No. 24082850
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Phone
(214) 855-1333 – Facsimile
*rrohan@ccsb.com*
*tconner@ccsb.com*


STANTON L. STEIN (*pro hac vice*)
ASHLEY R. YEARGAN (*pro hac vice*)
LINER L.L.P.
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
(310) 500-3500 – Phone
(310) 500-3501 – Facsimile
*lstein@linerlaw.com*
*ayeargan@linerlaw.com*


***Attorneys for Defendant/Counter-Plaintiff
Camille Grammer***

i

## INDEX TO APPENDIX

**Exhibit 1:**     **Declaration of Richard A. Rohan** ................................................... App. 001

Exhibit A:     Online firm biography of Richard A. Rohan ................................... App. 008

Exhibit B:     July 7, 2014 Carrington Coleman Billing Statement ....................... App. 010

Exhibit C:     October 3, 2014 Carrington Coleman Billing Statement ................. App. 015

Exhibit D:     April 1, 2015 Carrington Coleman Billing Statement ..................... App. 030

Exhibit E:     July 13, 2015 Carrington Coleman Billing Statement ..................... App. 051

Respectfully submitted,

/s/ Richard A. Rohan
RICHARD A. ROHAN
  Texas State Bar No. 17203800
THOMAS S. CONNER
  Texas State Bar No. 24082850
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Phone
(214) 855-1333 – Facsimile
*rrohan@ccsb.com*
*tconner@ccsb.com*

STANTON L. STEIN (*pro hac vice*)
ASHLEY R. YEARGAN (*pro hac vice*)
LINER L.L.P.
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
(310) 500-3500 – Phone
(310) 500-3501 – Facsimile
*lstein@linerlaw.com*
*ayeargan@linerlaw.com*

**Attorneys for Defendant/Counter-Plaintiff**
**Camille Grammer**

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of the foregoing instrument was served upon the attorneys of record for the Plaintiff/Counter-Defendant in the above cause in accordance with Rule 5 of the Federal Rules of Civil Procedure, on this 1st day of September, 2015.

/s/ Richard A. Rohan

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DIMITRI CHARALAMBOPOULOS,** | § | |
| | § | |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| v. | § | **CASE NUMBER 3:14-cv-02424-D** |
| | § | |
| **CAMILLE GRAMMER,** | § | |
| | § | |
| **Defendant/Counter-Plaintiff.** | § | |

## DECLARATION OF RICHARD A. ROHAN

I, Richard A. Rohan, make the following declaration pursuant to 28 U.S.C. § 1746 and hereby declare under penalty of perjury that the following is true and correct:

1.      My name is Richard A. Rohan.  I am over the age of 21 and am otherwise competent to make this declaration.  The statements in this Declaration are based on my personal knowledge and are true and correct.

2.      I am a partner in the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P. ("Carrington Coleman").  I have been licensed to practice law in the State of Texas since 1984.  Attached as Exhibit A is a printout of my online firm biography, which describes some of my qualifications and experience as an attorney.  I have more than thirty years of experience handling complex commercial and civil litigation matters.

3.      I am an attorney of record for Defendant/Counter-Plaintiff Camille Grammer ("Grammer") in the above-entitled and numbered cause (the "Litigation").  Thomas Conner, who is also counsel of record for Ms. Grammer in this matter, is an associate at Carrington Coleman and has been licensed to practice law in the State of Texas since 2012.  Mr. Conner also has

experience in representing clients in complex commercial litigation matters for Carrington
Coleman.

**Reasonable Hours Spent**

4.    Pursuant to Section 27.009 of the Texas Civil Practice and Remedies Code,
Grammer is seeking the recovery of attorneys' fees from Plaintiff/Counter-Defendant Dimitri
Charalambopoulos ("Plaintiff") for the hours worked by myself and Thomas Conner in
defending against the Litigation and in obtaining dismissal of a number of Plaintiff's causes of
action pursuant to the Texas Citizens Participation Act (the "TCPA"). In addition to attorney
time, Grammer also seeks recovery from Plaintiff of fees for hours worked by Constance Nims, a
Carrington Coleman paralegal, and by Norma Avila, Carrington Coleman litigation support staff.
As litigation support staff, Ms. Avila's time was spent on technology-related tasks such as
loading documents onto the firm's databases and preparing documents for production.

5.    Copies of redacted billing records showing the time entries for which fees are
being sought between June 19, 2014 and May 8, 2015 are attached as Exhibits B, C, D, and E.
These billing records are from the original billing statements, but have been redacted as
described below, and have hours worked broken down for tasks for which fees are being sought
in this motion.

6.    Removed from these billing records are time entries that were not attributable i) to
preparing, researching, and fully briefing one or more of the following services: Grammer's
Motion to Dismiss Plaintiff's First Amended Petition Pursuant to the Texas Citizens
Participation Act [Doc. No. 13] ("TPCA Motion to Dismiss"), Grammer's Brief in Support of
her TCPA Motion to Dismiss [Doc. No. 14], Grammer's Reply Brief in Support of her TCPA
Motion to Dismiss [Doc. No. 30], and Grammer's Supplemental Reply Brief in Support of her

2

TCPA Motion to Dismiss [Doc. No 51], or ii) to participating in the specified and limited discovery conducted pursuant to the Court's January 29, 2015 Memorandum Opinion and Order. Accordingly, Grammer is not seeking recovery of fees for professional services unrelated to her TCPA Motion to Dismiss.

7.    For Carrington Coleman's representation of Grammer in 2014, the following hours were spent researching, preparing, and drafting Grammer's TCPA Motion to Dismiss and accompanying briefs and reviewing and analyzing Plaintiff's response:

| Name | Role | Hours | Rate | Total | |
|------|------|-------|------|-------|--|
| Richard Rohan | Attorney | 42.5 | $520 | $22,100 | |
| Thomas Conner | Attorney | 217.1 | $280 | $60,788 | |
| | | | | TOTAL | $82,888.00 |

Exhibits B, C / App. 12-26.

8.    For Carrington Coleman's representation of Grammer in 2015, the following hours were spent reviewing, organizing, and producing documents; preparing for and defending the depositions of Camille Grammer, Scott MacLean, and Howard Bragman; reviewing Plaintiff's supplemental response; and researching, preparing, and briefing Grammer's supplemental reply brief:

| Name | Role | Hours | Rate | Total | |
|------|------|-------|------|-------|--|
| Richard Rohan | Attorney | 92.2 | $530 | $48,866 | |
| Thomas Conner | Attorney | 148.2 | $295 | $43,719 | |
| Constance Nims | Paralegal | 10.4 | $180 | $1,872 | |
| Norma Avila | Litigation Support | 8.3 | $195 | $1,618.50 | |
| | | | | TOTAL | $96,075.50 |

Exhibits D, E / App. 34-59.

9.      As a result of Grammer's TCPA Motion to Dismiss, including the attendant briefing and discovery, four out of the seven legal claims advanced by Plaintiff have been dismissed. (This calculation counts Plaintiff's negligence and gross negligence claims as separate legal claims, and also treats Plaintiff's defamation and defamation per se claims as separate legal claims, both consistent with the manner in which Plaintiff presented them in his complaint in this action.) In addition, of the three claims remaining in the case—malicious prosecution, defamation, and defamation per se—the Motion to Dismiss resulted in a substantial and meaningful reduction of alleged statements that have been found to be actionable under Plaintiff's defamation or defamation per se claims. As a result, in my opinion, it is reasonable and appropriate to discount the overall lodestar fee (the aggregate number of hours times respective hourly rates of the professionals performing those services) by a factor of one-third. By applying this adjustment to the overall lodestar fee, Grammer is thereby seeking 66.67% of the overall lodestar amount. This factor is arrived at by adding the ratio of dismissed legal claims (4/7, or approximately 57%), to a small additional factor due to the fact that many of the

significant statements alleged by Plaintiff to be defamatory, including all of the statements set forth in Grammer's Request for Domestic Violence Restraining Order setting out the details of the events of October 16, 2013, were held by the Court to be privileged and hence not actionable.

10.     Applying the 66.67% factor to the aggregate fees of $178,963.50 incurred in researching and drafting the TCPA Motion to Dismiss and accompanying briefs, responding to discovery requests, and defending depositions related to the TCPA Motion, it is my opinion that a fee of $119,314.96 represents a reasonable fee for services performed by attorneys, legal assistants, and litigation support personnel from Carrington Coleman in connection with Grammer's TCPA Motion.

11.     Based on my extensive involvement in the Litigation, as well as my observation of the work performed by Thomas Conner, Constance Nims, and Norma Avila, it is my opinion that the above hours were reasonable and were reasonably expended in defending against the Litigation and in obtaining partial dismissal of multiple of Plaintiff's causes of action pursuant to the TCPA. Among other things, my opinion is based on the time and labor required to move for dismissal on all of Plaintiff's claims and allegations under the TCPA procedure and standards; that the attorneys were required to spend time researching the TCPA's procedure, standards, and relevant case law, as well as researching and briefing the standards and merits of each of Plaintiff's seven causes of action; that the parties conducted specified and limited discovery, which included Grammer producing documents and defending three depositions; and that Grammer submitted supplemental briefing in her support of her TCPA Motion to Dismiss. This work involved complex legal matters, both procedurally and substantively, required extensive time, and produced practical benefits for the client.

**Appropriate Hourly Rate**

12.     For 2014, my customary billing rate was $520 per hour, and Thomas Conner's customary billing rate was $280 per hour.  For 2015, my customary billing rate is $530 per hour, and Thomas Conner's customary billing rate is $295 per hour.  Based on my experience, these billing rates are appropriate and reasonable hourly billing rates in the Northern District of Texas for attorneys with the respective levels of experience working on cases of this nature.  I am aware of many commercial litigation attorneys with the same, or even fewer years' experience than I, whose hourly billing rates exceed $530, often by a substantial amount.  The same is true of Mr. Conner's hourly billing rate compared to other associates with similar practices in the Dallas area.

13.     For 2015, Constance Nims's customary billing rate is $180 per hour, and Norma Avila's customary billing rate is $195 per hour.  Based on my experience, it is my opinion that these are reasonable rates for services provided by paralegals and litigation support staff in the Northern District of Texas.

14.     Based on my experience practicing law and handling cases of this nature, it is my opinion that $119,314.96 is a reasonable and appropriate attorneys' fee for the work performed by Carrington Coleman during its representation of Grammer in obtaining dismissal of multiple of Plaintiff's causes of action pursuant to the Texas Citizens Participation Act.

15.     For purposes of this Litigation, Carrington Coleman agreed to a special blended rate for the hourly fees charged by the attorneys at Carrington Coleman, but under that blended rate, the aggregate fees described in paragraphs seven and eight total $178,490.50, and the reduced amount sought under the 66.67% factor would be $118,999.61.

## Other Expenses

16.     $1,709.25 was incurred in travel expenses to prepare for and to defend the depositions of Camille Grammer, Scott MacLean, and Howard Bragman.  $1,752.66 was incurred in expenses to obtain the transcripts and videos of the depositions of Camille Grammer, Scott MacLean, and Howard Bagman.  Exhibit D / App. 47, 50.  Applying the 66.67% factor determined in paragraph nine to the aggregate expenses of $3,461.91, Grammer is seeking $2,308.05 in other expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas on September 1, 2015.

Richard A. Rohan

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 49 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 11 of 81   PageID 1401
#1239





## RICHARD A. ROHAN
Partner

P: 214-855-3043   F: 214-758-3743   rrohan@ccsb.com

**AREAS OF PRACTICE**
A Arbitration & Trial, Broker Dealer Disputes, Business Ownership Disputes, D & O Litigation, Derivative & Shareholder Litigation, Environmental & Remediation, Estate / Probate / Guardianship Disputes, Oil & Gas Litigation, Professional Liability, Securities & Directors & Officers, Securities Class Actions

*"My ideal client is one who can distinguish a lawyer's bluster from true passion and see the value of honesty and integrity."*

At the most basic level, it is fundamentally important for an attorney to understand the client's case. Perhaps equally important, however, is to understand the other side's case.

That's why Richard Rohan gets inside the thought process of the opposing players, from principals to attorneys. This gives him the foresight to anticipate their next move and handle what's likely to happen next.

His clients often find him pushing hard on his own case's weakest spots and finding flaws with what might have seemed an invulnerable position. By preparing for the worst-case scenario, he's ready for the opposition's strongest argument. Given his closeness to the case, he's in the best position to do so and often discovers the other side hasn't discovered many of the issues that he has.

It's this desire to be unflinchingly honest that contributes to his success. Richard fights with integrity, ensuring his clients' business objectives drive his strategy because that's what clients want.

Richard finds satisfaction knowing that his clients can trust his judgment, counsel, and advice in addition to his litigation skills. From entrepreneurial start-ups to large corporations, the value he places on building lasting client relationships fosters a sense of loyalty on both sides.

## Experience

**Constitutional Law**
Succeeded in persuading the Supreme Court of Texas to strike down Tarrant County prison chaplaincy program as violating the First Amendment Establishment Clause.

**Oil and Gas**
Obtained unanimous jury verdict requiring oil and gas producer to offer $40 million-interest in producing property to client pursuant to Area of Mutual Interest Clause.

**Legal Malpractice**
Successfully defended attorney and law firm from malpractice claims arising out of real estate transactions involving Dallas design district.

Successfully defended AmLaw 100 firm against claims of malpractice arising out of pre- and post-petition bankruptcy representation.

**Contract/Governmental**
Obtained summary judgment in favor of appraisal district against claims of breach of contract, theft of trade secrets, and tortious interference in connection with software development agreement.

Successfully defended corporation in arbitration against claim for earn-out payments following asset sale of telephone directory business.

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 50 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 12 of 81   PageID 1402
#:1240

## Education

Harvard Law School
J.D.*, cum laude*, 1984

Harvard College
A.B., *cum laude*, 1981

## Court Admissions

Texas, 1984
Texas Supreme Court
U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas
U.S. Court of Appeals for the Fifth Circuit
U.S. Supreme Court

## Speeches/Publications

*Brewers Bring Suit Against The TABC For Unconstitutional Taking,* Carrington Coleman Capital Newsletter,
2015 Issue Two.

*San Antonio Court of Appeals Issues Important Opinion in Chesapeake Royalty Dispute*, Carrington Coleman
Capital Newsletter, Special Oil and Gas Industry Edition, 2014.

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 51 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 13 of 81   PageID 1403
#:1209



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

July 7, 2014

Bill #:  313856
Page 1

028577 Grammer, Camille
 0001   Dimitri Charalambopoulos

Professional services rendered through 06/30/14:

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 52 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 14 of 81   PageID 1404
#:1209

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14

Bill Number:  313856
Page 2

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14                                                      Bill Number: 313856
                                                                        Page 3

### DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                          TKPR

06/19/14    Researched TX Anti-SLAPP Statute   (4.0)         TSC

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14                                                    Bill Number: 313856
                                                                        Page 4
DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 06/20/14 | Researched TX Anti-SLAPP Statute   (2.8) | TSC |

| | | |
|------|-------------------------|------|
| 06/27/14 | Researched TX Anti-SLAPP Statute   (2.1) | TSC |

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 55 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 17 of 81   PageID 1407
#:1209



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ■ 901 Main Street, Suite 5500 ■ Dallas, Texas 75202 ■ 214.855.3000 ■ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14

Bill Number:  313856
Page 5

DESCRIPTION OF EXPENSES

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 56 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 18 of 81   PageID 1408
#1308



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**

October 3, 2014                                                                Bill #:  315435
TO:                                                                                      Page 1

028577 Grammer, Camille
  0001   Dimitri Charalambopoulos

Professional services rendered through 09/30/14:

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 57 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 19 of 81   PageID 1409
#1430

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 2

### DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE                DESCRIPTION OF SERVICES                          TKPR

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14                                                                  Bill Number:  315435
                                                                              Page 3
                              DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE                DESCRIPTION OF SERVICES                              TKPR

07/18/14            Drafted Brief in Support of Anti-SLAPP Motion to Dismiss (2.7);        TSC

07/21/14            Researched and drafted Brief in Support of Anti-SLAPP Motion        TSC
                    to Dismiss (4.2);

EX. C                                                                App. 017

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 59 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 21 of 81   PageID 1411
#:1339

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14                                                         Bill Number:  315435
                                                                           Page 4

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 07/22/14 | Researched and drafted Brief in Support of Anti-SLAPP Motion to Dismiss (2.5); | TSC |
| 07/23/14 | Researched and drafted Brief in Support of Anti-SLAPP Motion to Dismiss (7.1) | TSC |
| 07/24/14 | Confer w/T. Conner re: anti-LAPP motion; strategy;  (2.8) | RAR |
| 07/24/14 | Conferred with R. Rohan about Brief in Support of Anti-SLAPP Motion to Dismiss (1.0); Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (5.7); | TSC |
| 07/25/14 | Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (7.0); | TSC |
| 07/26/14 | Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (2.7) | TSC |
| 07/28/14 | Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (6.2); | TSC |
| 07/29/14 | , edit brief under anti-SLAPP statute; review literature on anti-SLAPP legislation;  (2.0) | RAR |

EX. C                                                        App. 018

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number: 315435

Page 5

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR | |
|------|-------------------------|------|---|
| 07/29/14 | Conferred with R. Rohan about Brief in Support of Anti-SLAPP Motion to Dismiss (0.6); Reviewed case law in Brief in Support of Anti-SLAPP Motion to Dismiss (2.7); Researched issue and claim preclusion (2.0) | TSC | |
| 07/30/14 | confer w/T. Conner re: anti-SLAPP motion/brief, 12(b)(6) motion/brief; (0.9) | RAR | |
| 07/30/14 | Conferred with R. Rohan about Brief in Support of Anti-SLAPP Motion to Dismiss (0.9); Researched issue and claim preclusion (3.4); Researched and Revised Brief in Support of Motion to Dismiss (6.0) | TSC | |
| 07/31/14 | analysis and planning re: possible res judicata/collateral estoppel defenses (.3); | RAR | |
| 07/31/14 | Conferred with R. Rohan about issue and claim preclusion (0.4); Call with R. Rohan, L. Stein, and A. Yeargan re: discovery issues and Anti-SLAPP Motion to Dismiss (0.8); Drafted Declaration of L. Stein (0.5); Research for Anti-SLAPP Motion to Dismiss re: matter of public concern and limited purpose public figure (4.8); Revised Anti-SLAPP Motion to Dismiss (3.9) | TSC | |
| 08/01/14 | Revised Brief in Support of Anti-SLAPP Motion to Dismiss (3.1); Conferred with R. Rohan about claim preclusion (0.2); Drafted Appendix to Brief in Support of Anti-SLAPP Motion to Dismiss (0.4); Researched claim preclusion (1.4) | TSC | |
| 08/02/14 | Researched negligence, fraud, and claim preclusion (3.8); Revised Brief in Support of Anti-SLAPP Motion to Dismiss (3.7) | TSC | |
| 08/03/14 | Revised Brief in Support of Anti-SLAPP Motion to Dismiss (1.3) | TSC | |

EX. C

App. 019

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

10/03/14

Bill Number: 315435
Page 6

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 08/04/14 | Confer w/T. Conner re: revised brief; review, edit anti-SLAPP brief; (3.5) | RAR |
| 08/04/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (6.1); Drafted Affidavit of Camille Grammer (1.1); Researched TX Anti-SLAPP standards (1.2); Conferred with R. Rohan re: Brief (0.3); | TSC |
| 08/05/14 | Confer w/ T. Conner re: brief; (0.3) | RAR |
| 08/05/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (6.6); Conferred with R. Rohan re: Brief (0.3); Revised Affidavit of C. Grammer (0.5); Researched TX Anti-SLAPP standards (0.8) | TSC |
| 08/06/14 | Attention to motion to dismiss and brief; (4.4) | RAR |
| 08/06/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (6.2); Researched malicious prosecution (2.1); Drafted and revised affidavits of C. Grammer, S. MacLean, and A. Born (3.4); Conferred with R. Rohan re: Brief and Affidavits (0.7) | TSC |
| 08/07/14 | Review, revise motions/briefs (to dismiss, (3.0) | RAR |
| 08/07/14 | Conferred with R. Rohan re: Brief in Support of Anti-SLAPP Motion to Dismiss (0.4); Reviewed and revised Brief in Support (2.4); Revised Affidavits of C. Grammer, S. MacLean, and A. Born (1.1); | TSC |
| 08/08/14 | Conference call re: upcoming filings (0.6) | RAR |

EX. C

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 7

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|---|---|---|
| 08/08/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (4.2); Revised Affidavits of S. MacLean and L. Stein (0.9); Researched Texas Anti-SLAPP case law and CA collateral estoppel (2.1) | TSC |
| 08/09/14 | Researched Texas Anti-SLAPP standards  (2.0) | TSC |
| 08/10/14 | Verified factual and legal citations in Brief in Support of Anti-SLAPP Motion to Dismiss  (7.5) | TSC |
| 08/11/14 | review, edit brief (1.5) | RAR |
| 08/11/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (2.7); Researched collateral estoppel under CA law (1.3); Compiled Appendix in Support of Brief in Support of Anti-SLAPP Motion to Dismiss and entered citations (2.3); Drafted Proposed Orders (0.9); Revised Declaration of R. Rohan (0.2); Conferred with R. Rohan re: Brief in Support (0.5); Call with A. Yeargan re: Brief in Support (0.2); | TSC |
| 08/12/14 | Review papers to be filed                    to dismiss; supporting briefs);  (1.2) | RAR |
| 08/12/14 | Reviewed Brief in Support of Anti-SLAPP Motion to Dismiss and other papers to be filed (3.1); Prepared documents for filing (1.3); Conferred with R. Rohan about Anti-SLAPP Motion to Dismiss (0.1) | TSC |
| 08/13/14 | Researched TCPA prima facie case and malicious prosecution claim (3.3); | TSC |

App. 021

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 63 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 25 of 81   PageID 1415
#:1367

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 8

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

08/15/14      Researched TCPA prima facie case (2.2);              TSC

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 64 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 26 of 81   PageID 1416
#:1389

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 9

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|

| 09/02/14 | review opposition to motion to dismiss;  (1.0) | RAR |

| 09/02/14 | | TSC |
| | Reviewed Plaintiff's Response to Anti-SLAP Motion to Dismiss (2.2); Reviewed cases cited in Plaintiff's Response (1.2) | |

EX. C                                                                App. 023

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 65 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 27 of 81   PageID 1417
#1639

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

10/03/14                                                          Bill Number:  315435
                                                                        Page 10

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 09/03/14 | Review opposition;                          ; analysis re: responses;   (1.7) | RAR |
| 09/03/14 | Reviewed cases cited in Plaintiff's Response (2.4); Drafted Objections to Plaintiff's Appendix in Support of Response Brief (2.8); | TSC |
| 09/04/14 | review pleadings; Prepare for conference call; conference call with Liner attorneys; analysis and planning re: reply briefing; (3.8) | RAR |
| 09/04/14 | Research for Reply Brief to Anti-SLAPP Motion to Dismiss (2.9); Drafted Objections to Plaintiff's Appendix in Support of Response Brief (2.1);                       Conference Call with R. Rohan, L. Stein, and A. Yeargan re: Reply Brief (1.4); | TSC |
| 09/05/14 | Review briefs (2.8); analysis and planning re: content of reply brief (2.4); | RAR |
| 09/05/14 | Drafted Reply Brief to Anti-SLAPP Motion to Dismiss (4.8);                       Call with R. Rohan re: Reply Brief (0.5) | TSC |
| 09/07/14 | Drafted Reply Brief to Anti-SLAPP Motion to Dismiss (3.0); | TSC |
| 09/08/14 | Drafted Reply Brief to Anti-SLAPP Motion to Dismiss (5.3);                       Drafted Objections to Plaintiff's Appendix in Support of Response Brief (1.0); | TSC |
| 09/09/14 |                       review, revise reply brief;   (3.5) | RAR |
| 09/09/14 | Drafted and revised Reply Brief to Anti-SLAPP Motion to Dismiss (5.1); Conferred with R. Rohan re: Reply Brief to Anti-SLAPP Motion to Dismiss (0.5); | TSC |

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 66 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 28 of 81   PageID 1418
#1440

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 11

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 09/10/14 | Revise reply brief;  (1.8) | RAR |
| 09/10/14 | Research for Reply Brief to Anti-SLAPP Motion to Dismiss (2.6); Revised SLAPP Reply Brief (3.5); Conferred with R. Rohan re: SLAPP Reply Brief (0.3);             Drafted Appendix in Support of Reply Brief (0.5) | TSC |
| 09/11/14 | Review, revise reply brief on motion to dismiss;  (2.5) | RAR |
| 09/11/14 | Revised Reply Brief to Anti-SLAPP Motion to Dismiss (2.4);        Revised Objections to Plaintiff's Appendix in Support of Response Brief (1.0); Research for Objections to Appendix (1.9) | TSC |
| 09/12/14 | Review, revise             ; reply brief;  (1.5) | RAR |
| 09/12/14 | Research for Objections to Appendix (0.7); Call with A. Yeargan re: reply briefing (0.3); Reviewed and revised Reply Brief to Anti-SLAPP Motion to Dismiss (2.8);             Reviewed and revised Objections to Plaintiff's Appendix in Support of Response Brief (3.7); | TSC |
| 09/13/14 | Review proposed edits to reply;  (0.5)            ; | RAR |
| 09/15/14 | Review, revise reply brief;  (0.5) | RAR |
| 09/15/14 | Cite and fact check of Reply Brief to Anti-SLAPP Motion to Dismiss,  (1.6)             Conferred with R. Rohan re: Reply Briefs (0.2); Revised Reply Brief to Anti-SLAPP Motion to | TSC |

EX. C

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

10/03/14                                                                    Bill Number:  315435
                                                                                      Page 12

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
|  | Dismiss (0.6); |  |
| 09/16/14 | Revised Objections to Plaintiff's Appendix in Support of Response Brief (0.8); Reviewed and prepared pleadings in anticipation of filing (3.1); | TSC |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 13

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 69 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 31 of 81   PageID 1421
#1449

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 14

DETAIL OF PROFESSIONAL SERVICES RENDERED

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 70 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 32 of 81   PageID 1422
#1449



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 15

DESCRIPTION OF EXPENSES



Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

April 1, 2015
TO:

Bill #:  318610
Page 1

028577 Grammer, Camille
  0001   Dimitri Charalambopoulos

Professional services rendered through 03/31/15:

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 72 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 34 of 81   PageID 1424
#:1409

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 2

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 73 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 35 of 81   PageID 1425
#1449

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 3

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 4

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                                    TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610

Page 5

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                    TKPR

| 01/29/15 | review order; phone w/client;  (3.0) | RAR |
|---|---|---|
| 01/29/15 | | TSC |

Reviewed and analyzed order on
TCPA Motion to Dismiss (2.4); Conference call with C. Grammer,
L. Stein, A. Yeargan, and R. Rohan re: order (0.7)

| 01/30/15 | Review order;  (1.5) | RAR |
|---|---|---|
| 01/30/15 | Reviewed and analyzed order on TCPA Motion to Dismiss (1.2); | TSC |

EX. D

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 6

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/01/15 | Review order; analysis and planning re: discovery; (1.5) | RAR |
| 02/02/15 | analysis and planning; telephone calls w/G. Fisher re: limited discovery; (3.9) | RAR |
| 02/02/15 | Researched absolute privilege and republication under TX law (4.9); Call with L. Stein, A. Yeargan, and R. Rohan re: expedited SLAPP discovery (0.6); Document review of client documents for SLAPP discovery (0.8); Correspondence with document review vendor (0.3) | TSC |
| 02/03/15 | Researched absolute privilege and republication under TX law (2.0); Call with A. Yeargan re: SLAPP discovery (0.1); Document review of client documents for SLAPP discovery (0.3); | TSC |
| 02/04/15 | Document review of client documents for SLAPP discovery (5.5) | TSC |
| 02/05/15 | Conference with attorney regarding witness files. (0.1) | CN |
| 02/05/15 | telephone calls w/G. Fisher re: discovery; (0.2) | RAR |
| 02/05/15 | Document review of client documents for SLAPP discovery (7.1); Reviewed Plaintiff's Requests for Production (0.6); Call with S. MacLean re: document requests (0.4); Correspondence with R. Rohan and L. Stein re: RFP (0.1) | TSC |

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 7

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 02/06/15 | Inter-office communications with Thomas Conner re: Relativity native export (.10); Download documents from (.10); Analysis, review, organization of downloaded data and prepare copy set for Thomas Conner's analysis and review (1.2) | NA |
| 02/06/15 | review discovery requests; (0.3) | RAR |
| 02/06/15 | Document review of client documents for SLAPP discovery (4.4); Drafted Objections and Responses to Plaintiff's Requests for Production (2.5) | TSC |
| 02/07/15 | Document review of client documents for SLAPP discovery (2.4) | TSC |
| 02/09/15 | review document requests; (0.2) | RAR |
| 02/09/15 | Document review of client documents for SLAPP discovery (1.8); Drafted Objections and Responses to Plaintiff's Requests for Production (0.5); Drafted memorandum re: absolute privilege and republication under TX law (2.6) | TSC |
| 02/10/15 | Conference with attorney regarding upcoming deposition of Camille Grammer. (0.1) | CN |
| 02/10/15 | Review documents for production; (1.0) | RAR |
| 02/10/15 | Document review of client documents for SLAPP discovery (2.3); Meeting with R. Rohan re: documents for SLAPP discovery (0.7); Drafted memorandum re: absolute privilege and republication under TX law (2.0); Researched qualified privilege and drafted memorandum (2.9); Compiled documents in preparation for depositions of C. Grammer, S. MacLean, and H. Bragman (0.5) | TSC |
| 02/11/15 | Conference with attorney regarding witness binders in preparation for upcoming depositions. (0.1) | CN |

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 8

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/11/15 | review documents for possible production; (2.5) | RAR |
| 02/11/15 | Document review of client documents for SLAPP discovery (1.2); Revised memorandums re: absolute privilege / republication and qualified privilege (1.3); Call with A. Yeargan re: SLAPP discovery (0.2); | TSC |
| 02/12/15 | Conference with attorney regarding upcoming depositions, and document production; Review client documents and forward to the copy center with instructions for copying (0.6) | CN |
| 02/12/15 | Review documents for production; (1.7) | RAR |
| 02/12/15 | Collected and reviewed client documents for SLAPP discovery production (4.2); Conferred with R. Rohan re: SLAPP discovery production (0.2); Conferred with C. Nims re: document production and witness files (0.1); Revised Objections and Responses to Plaintiff's Requests for Production (1.2); Researched absolute privilege and republication under TX law (1.9) | TSC |
| 02/13/15 | Begin making copies and organizing documents to be used during the witness interviews of Scott McLean, Howard Bragman, and Camille Grammer. (2.2) | CN |
| 02/13/15 | Review documents for production; (1.0) analysis and planning re: deposition timing and preparation; (1.0) | RAR |
| 02/13/15 | Collected and reviewed client documents for SLAPP discovery production (2.0); Compiled documents for witness files (2.7); | TSC |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 9

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/17/15 | Finish making copies and organizing documents to be used during the witness interviews of Scott McLean, Howard Ragman, and Camille grammar.    (2.3) | CN |
| 02/17/15 | review documents for  (1.5) production; telephone calls w/Guy Fisher re: scheduling;  (0.2) | RAR |
| 02/17/15 | Collected and reviewed client documents for SLAPP discovery production (3.1); Call with C. Grammer re: client documents (0.4); Call with A. Yeargan re: discovery production (0.2); Prepared witness prep files (2.6); | TSC |
| 02/18/15 | Complete the review, and organization, of documents to be used during the witness preparation of Camille Grammer, Scott MacLean, and Howard Bragman. (0.8) | CN |
| 02/18/15 | attention to discovery;  (0.5) | RAR |
| 02/18/15 | Compiled and prepared witness prep binders (1.4); Collected and reviewed client documents for SLAPP discovery production (4.2); Revised Objections and Responses to Plaintiff's Requests for Production (0.1); Meetings with C. Nims re: SLAPP discovery production (0.5) | TSC |
| 02/19/15 | Review and redact documents in preparation for production, tagging those documents to withhold at this time, and those that are non-responsive.  (1.0) | CN |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 10

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/19/15 | Inter-office communications with Connie Nims and Thomas Conner re: preparation of documents for production (.20); Analysis, review, organization of electronic documents and load in Concordance for review and redaction in anticipation of production (1.10); Review e-mail from Connie Nims re: documents tagged for production (.10); Analysis, review, preparation of documents for production (1.20) | NA |
| 02/19/15 | Review documents and objections/responses to document (1.5) request; plan for deposition preparation; (0.5) | RAR |
| 02/19/15 | Collected and reviewed client documents for SLAPP discovery production (1.2); Reviewed production documents and witness binders (3.8); Conferred with C. Nims re: document production (0.1); Call with A. Yeargan re: document production and objections to Plaintiff's RFP (0.7); Revised Objections and Responses to Plaintiff's Requests for Production (1.8);<br><br>Conferred with R. Rohan re: document production (0.3) | TSC |
| 02/20/15 | Review the documents received from Liner Law Firm, redact plaintiff's birthrate from all copies of the Restraining Order paperwork, redact Bragman's documents, and tag documents for production; Print documents, organize for attorney in preparation witness interviews. (2.5) | CN |
| 02/20/15 | Inter-office communications with Thomas Conner and Connie Nims re: preparation of documents for production (.30); Analysis, review, preparation of documents for production (4.00) | NA |
| 02/20/15 | review documents for (1.0) production; deposition preparation; (2.3) | RAR |
| 02/20/15 | Revised Objections and Responses to Plaintiff's Requests for Production (0.6); Prepared and served SLAPP discovery production (4.1); Conferred with R. Rohan re: production (0.1); Reviewed witness prep binders (1.5); Revised memorandum re: qualified privilege (1.0); | TSC |
| 02/21/15 | Revised memorandums to R. Rohan re: absolute privilege, republication, (1.0) | TSC |

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 81 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 43 of 81   PageID 1433
#1455

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 11

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/22/15 | review research; review documents in connection with deposition preparation;   (0.8) | RAR |
| 02/23/15 | Review documents; prepare for meeting with client and witnesses for deposition preparation;  (4.5) | RAR |
| 02/23/15 | Drafted legend of relevant phone numbers from text messages (0.7); | TSC |
| 02/24/15 | Prepare for meetings with witnesses; witness preparation for depositions; analysis and planning  (8.0) | RAR |
| 02/24/15 | Conferred with R. Rohan re: document production (0.2); | TSC |
| 02/25/15 | Conference with attorney regarding status of production, and location of additional client documents.  (0.4) | CN |
| 02/25/15 | Prepare for meetings with witness (H. Bragman); witness preparation; study/analysis-correspondence; analysis and planning  (8.0) | RAR |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 12

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 03/02/15 | Review court opinion in anticipation of upcoming depositions; telephone calls w/Guy Fisher re: discovery;  (2.0) | RAR |
| 03/03/15 | review deposition notices; review cases on transmission of pleadings  (0.5) and privilege; (0.5) | RAR |
| 03/04/15 | Review documents, prepare for video conference with client; deposition preparation; video conference;  (6.7) | RAR |
| 03/05/15 | analysis and planning re: upcoming depositions; evidence organization; correspondence re: depositions;  (1.2) | RAR |
| 03/06/15 | Prepare for call with C. Grammer; call w/Grammer to prepare for deposition;  (0.8) | RAR |
| 03/08/15 | Prepare for meetings, preparation with witnesses;  (0.7) | RAR |
| 03/09/15 | Prepare witnesses (Grammer, MacLean) for depositions;  (8.0) | RAR |
| 03/10/15 | Conference with attorney regarding documents needed for witness interviews; Forward client documents to attorney. (0.3) | CN |
| 03/10/15 | Prepare, defend depositions of C. Grammer and S. MacLean (9.5) | RAR |
| 03/11/15 | Prepare for and defend deposition (H. Bragman);  (2.5) | RAR |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 13

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                      TKPR

03/13/15                                         Revised memorandums       TSC
                to R. Rohan re: absolute privilege, (0.5)

EX. D                                    App. 042

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 14

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

03/19/15                                                        TSC
              Researched absolute privilege (1.5);

EX. D                                        App. 043

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 85 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 47 of 81   PageID 1437
#1609

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 15

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 86 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 48 of 81   PageID 1438
#:1660

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 16

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 03/30/15 | Researched absolute/qualified privilege and defamation standards under TX/CA law (3.9); C_ _ _ _ _ _ _ _ _ _ _ _ | TSC |



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 17

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 18

## DESCRIPTION OF EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/18/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239386; DATE: 3/18/2015  -  Video copies for depos of Scott MacLean & Camille Grammer | 377.74 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239435; DATE: 3/26/2015 Depo transcript of Grammer | 668.92 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239436; DATE: 3/26/2015 Depo transcript of MacLean | 338.50 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239437; DATE: 3/26/2015 Depo trascript of Bragman. | 262.50 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239434; DATE: 3/26/2015 Video of Bragman depo. | 105.00 |

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 89 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 51 of 81   PageID 1441
#:1639



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 19

DESCRIPTION OF EXPENSES

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 90 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 52 of 81   PageID 1442
#1640



Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 20

DESCRIPTION OF EXPENSES

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 91 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 53 of 81   PageID 1443
#1059



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 21

## DESCRIPTION OF EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/19/15 | Travel expenses: VENDOR: Richard A. Rohan; INVOICE#: PEQBMI; DATE: 2/19/2015<br>Expense: Airfare<br>Trip To: Los Angeles<br>Travel Dates: 3/9/15 - 3/11/15<br>Purpose of Trip: Meet with Client and California Counsel | 397.20 |
| 02/24/15 | Travel expenses: VENDOR: Richard A. Rohan; INVOICE#: 2-24-15; DATE: 2/24/2015<br>Expense: Hotel, Taxi, Airport Parking<br>Trip to: Los Angeles<br>Travel Date: 2/24/15 -2/25/15<br>Purpose of Trip: Meeting with client and California counsel. | 463.87 |
| 03/09/15 | Travel expenses: VENDOR: Richard A. Rohan; INVOICE#: 3-9-15; DATE: 3/9/2015<br>Expense; Hotel, Taxi, Airport Parking<br>Trip To: Los Angeles<br>Travel Dates: 3/9/15 - 3/11/15<br>Purpose of Trip: Meeting with client and California counsel to prep client for and attend depositions. | 848.18 |

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 92 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 54 of 81   PageID 1444
#1660



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

July 13, 2015                                                     Bill #:  320736
TO:                                                                    Page 1

028577 Grammer, Camille
  0001   Dimitri Charalambopoulos

Professional services rendered through 06/30/15:

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736
Page 2

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 94 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 56 of 81   PageID 1446
#1609

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15                                                                Bill Number:  320736
                                                                                Page 3

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

04/06/15                                         Researched recent      TSC
              TCPA cases (1.6)

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 95 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 57 of 81   PageID 1447
#:1609

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 4

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                    TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 96 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 58 of 81   PageID 1448
#:1070

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 5

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                                    TKPR

04/21/15                                                              TSC

                                              Researched
        choice of law for supplemental briefing (1.8);

Case 2:18-cv-06893-SJO-FFM Document 39-2 Filed 10/29/18 Page 97 of 119 Page ID
#:1007
Case 3:14-cv-02424-D Document 68 Filed 09/01/15 Page 59 of 81 PageID 1449

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 6

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 04/24/15 | review brief; (1.0) | RAR |
| 04/24/15 | | TSC |
| | Reviewed Plaintiff's Supplemental Response to TCPA Motion to Dismiss (0.9) | |
| 04/26/15 | Review brief; analysis and planning re: response; (1.5) | RAR |
| 04/27/15 | Confer w/T. Conner re: reply brief; : (0.3) | RAR |
| 04/27/15 | Reviewed Plaintiff's Supplemental Response to TCPA Motion to Dismiss and outlined response (1.2); Conferred with R. Rohan re: reply to Plaintiff's Supplemental Response (0.3); Drafted Supplemental Brief in Support of TCPA Motion to Dismiss (5.1); Researched absolute privilege for transmission of pleadings (0.6); Drafted Objections to the Affidavit of Stephen Gonzales (1.4); | TSC |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15                                                      Bill Number: 320736
                                                                        Page 7
                    DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                              TKPR


04/28/15                                                         RAR

                    strategy re: drafting reply brief on SLAPP motion;  (1.0)

04/28/15                                                         TSC


                    . Researched hearsay
            exception for admission against interest (0.7); Drafted
            Supplemental Brief in Support of TCPA Motion to Dismiss (2.3)




04/29/15                                                         TSC


            Researched privilege for supplemental briefing (0.7);




04/30/15    Review draft brief;  (0.5)                          RAR

04/30/15    Drafted Supplemental Brief in Support of TCPA Motion to   TSC
            Dismiss (3.6);

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 99 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 61 of 81   PageID 1451
#:1739

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 8

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 05/01/15 | Researched absolute privilege for transmission of pleadings (1.3); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (1.0); | TSC |
| 05/03/15 | Review draft brief;  (1.0) | RAR |
| 05/04/15 | Review, edit brief and objections;  (1.0) | RAR |
| 05/04/15 | Conferred with R. Rohan re: Supplemental Brief and TCPA research (0.5); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (2.9); Revised Objections to the Affidavit of Stephen Gonzales (0.8) | TSC |
| 05/05/15 | review draft reply brief; review proposed affidavit;  (3.5) | RAR |
| 05/05/15 | Researched hearsay exception for admission against interest (0.8); Conferred with R. Rohan re: Supplemental Brief (0.3); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (4.3);          Reviewed Affidavit of C. Grammer (0.3); Correspondence with L. Stein and A. Yeargan re: TCPA standards, Supplemental Brief, Affidavit of C. Grammer (0.9); | TSC |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 9

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 05/06/15 | Revise reply brief; call to discuss brief; strategy; (1.5) | RAR |
| 05/06/15 | Reviewed Affidavit of C. Grammer (0.3); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (3.7); Call with L. Stein and A. Yeargan re: comments to Supplemental Brief (0.5); Correspondence with A. Yeargan, L. Stein, and C. Grammer re: Supplemental Brief (0.3) | TSC |
| 05/07/15 | review, edit reply brief; (1.0) | RAR |
| 05/07/15 | Researched absolute privilege for transmissions of pleadings (1.1); Cite checked Supplemental Brief in Support of TCPA Motion to Dismiss (2.6); Conferred with R. Rohan re: Supplemental Brief (0.2); Revised and reviewed Supplemental Brief (1.9); | TSC |
| 05/08/15 | Review, revise brief; (0.9) | RAR |
| 05/08/15 | Revised Supplemental Brief in Support of TCPA Motion to Dismiss (1.2); Researched absolute privilege for transmissions of pleadings (0.9) Reviewed Supplemental Brief (0.9); Conferred with R. Rohan re: Supplemental Brief (0.2); Call with A. Yeargan re: Supplemental Brief (0.2); Prepared for and filed Supplemental Brief (0.8); | TSC |

App. 059

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 101 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 63 of 81   PageID 1453
#1475

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736

Page 10

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                    TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 102 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 64 of 81   PageID 1454
#1670

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736
Page 11

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 103 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 65 of 81   PageID 1455
#1407

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ● 901 Main Street, Suite 5500 ● Dallas, Texas 75202 ● 214.855.3000 ● fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736
Page 12

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 104 of 119   Page ID
#:1709
CaSe 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 66 of 81   PageID 1456

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 13

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 105 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 67 of 81   PageID 1457
#1709

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736
Page 14

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number: 320736

Page 15

### DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                         TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 16

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 108 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 70 of 81   PageID 1460
#:1829

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 17

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 109 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 71 of 81   PageID 1461
#:1839

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 18

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 19

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                    TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 20

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                                    TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 112 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 74 of 81   PageID 1464
#:1809

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 21

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 113 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 75 of 81   PageID 1465
#1887

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ■ 901 Main Street, Suite 5500 ■ Dallas, Texas 75202 ■ 214.855.3000 ■ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736
Page 22

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE           DESCRIPTION OF SERVICES                           TKPR

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 114 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 76 of 81   PageID 1466
                                                 #:1889

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 23

DETAIL OF PROFESSIONAL SERVICES RENDERED

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 115 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 77 of 81   PageID 1467
#:1689



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 24

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 25

DESCRIPTION OF EXPENSES

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 117 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 79 of 81   PageID 1469
#:1390



CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 26

DESCRIPTION OF EXPENSES

Case 2:18-cv-06893-SJO-FFM   Document 39-2   Filed 10/29/18   Page 118 of 119   Page ID
Case 3:14-cv-02424-D   Document 68   Filed 09/01/15   Page 80 of 81   PageID 1470
#:1009



Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 27

DESCRIPTION OF EXPENSES

Case 2:18-cv-06893-SJO-FFM Document 39-2 Filed 10/29/18 Page 119 of 119 Page ID
Case 3:14-cv-02424-D Document 68 Filed 09/01/15 Page 81 of 81 PageID 1471
#1908



Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 28

DESCRIPTION OF EXPENSES