1  AVENATTI & ASSOCIATES, APC
   Michael J. Avenatti, State Bar No. 206929
2  Ahmed Ibrahim, State Bar No. 238739
   520 Newport Center Drive, Suite 1400
3  Newport Beach, CA 92660
   Telephone:  949.706.7000
4  Facsimile:   949.706.7050

5  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 STEPHANIE CLIFFORD a.k.a.          CASE NO.:  2:18-cv-06893-SJO-FFM
   STORMY DANIELS,
12
                   Plaintiff,         **DECLARATION OF MICHAEL J.**
13                                     **AVENATTI IN SUPPORT OF**
        vs.                           **PLAINTIFF'S OPPOSITION TO**
14                                     **DEFENDANT DONALD J. TRUMP'S**
                                       **MOTION FOR ATTORNEYS' FEES**
15 DONALD J. TRUMP,                    **AND MONETARY SANCTIONS**
16                 Defendant.
                                       Assigned to the Hon. S. James Otero
17
18                                     Action Filed: April 30, 2018
19
20                                     **Hearing Date:  November 26, 2018**
                                       **Hearing Time: 10:00 a.m.**
21                                     **Location:        350 West 1st Street**
22                                     **Courtroom 10C**
23                                     **Los Angeles, CA 90012**
24
25
26
27
28

## <u>DECLARATION OF MICHAEL J. AVENATTI</u>

I, MICHAEL J. AVENATTI, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an attorney with the law firm of Avenatti & Associates, APC, counsel of record for Plaintiff Stephanie Clifford.  I am submitting this declaration in support of Plaintiff's Opposition to Defendant Donald J. Trump's Special Motion for Attorneys' Fees and Monetary Sanctions.  I have personal knowledge of the information stated herein and if called to testify to the same would and could do so.

2.      Attached hereto as Exhibit 1 is a true and correct copy of Mr. Trump's Motion to Dismiss for Lack of Subject Matter Jurisdiction filed in the action *Stephanie Clifford v. Donald J. Trump, et al.*, Case No. 2:18-cv-02217-SJO-FFM (Dkt. No. 87) on or about October 8, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Notice of Appeal filed by Plaintiff in this action regarding the Court's Order dated October 15, 2018.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a tweet posted on Mr. Trump's twitter account @realdonaldtrump on or about October 16, 2018.  It is accessible at the following website address:

https://twitter.com/realDonaldTrump/status/1052213711295930368

5.      Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Response to Defendant Michael Cohen's Special Motion to Strike filed in the action *Stephanie Clifford v. Donald J. Trump, et al.*, Case No. 2:18-cv-02217-SJO-FFM (Dkt. No. 90) on or about October 26, 2018.

6.      I have reviewed Mr. Trump's Motion for Attorneys' Fees, and am familiar with the proceedings in this action as counsel of record.  Mr. Trump seeks $341,559.50 in attorneys' fees accounting for 509.25 hours of attorney time.  Based on my experience litigating complex cases involving hundreds of millions of dollars in damages in this District and elsewhere, the proceedings in this action regarding Plaintiff's defamation

cause of action were not so complex as to justify the sheer volume of hours and money supposedly billed by Mr. Trump's counsel. Based on my experience, the amount sought by Mr. Trump is not reasonable and is in fact excessive.

7. Based on my experience and knowledge of litigation in this District and elsewhere, the $139,899 in fees based on 230.5 hours of attorney time that Mr. Trump requests in connection with the motion to strike filed in this action is not reasonable and is in fact excessive. Plaintiff's counsel prepared the opposition to Mr. Trump's motion in far less time. Indeed, based on the notice provided to Plaintiff, Plaintiff had roughly one week to oppose this motion. Thus, hypothetically, had an attorney in my office billed 24 hours a day for the entire week, it still would have only amounted to 168 hours of attorney time. Mr. Trump's lawyers' request is therefore grossly inflated and excessive.

8. Based on my experience and knowledge of litigation in this District and elsewhere, the $63,975 in fees based on 88.5 hours of attorney time that Mr. Trump requests in connection with the motion to for attorneys' fees filed in this action is already unreasonable and excessive. Yet, Mr. Trump claims he will incur even more fees and attorney time in connection with this motion. Plaintiff's counsel prepared the opposition to the motion for attorneys' fees in far less time.

9. Based on my experience and knowledge of litigation in this District and elsewhere, the $102,977.32 in fees for over 143 hours of attorney time that Mr. Trump requests in connection with the motion to transfer filed in this action is not reasonable and is excessive. Plaintiff's counsel prepared the opposition to Mr. Trump's motion in far less time.

10. Based on my experience and knowledge of litigation in this District and elsewhere, the $34,707.97 for 47 hours of attorney time that Mr. Trump requests in connection with "initial strategy" in this action is not reasonable and is excessive.

11. Attached hereto as Exhibit 5 is a true and correct copy of the *2017 Real Rate Report Snapshot*, a CEB publication which I understand some courts in this District rely

-2-

on in determining reasonable hourly rates to assign to attorneys' fee awards.  See, e.g., Hicks v. Toys'R' Us-Delaware, Inc., No. CV13-1302-DSF JCGX, 2014 WL 4670896, at *1 (C.D. Cal. Sept. 2, 2014).   I obtained this document from the Internet at https://www.wkelmsolutions.com/sites/default/files/2017_real_rate_report_snapshot_sample.pdf.  This publication suggests that the rates requested by Mr. Trump's lawyers are excessive.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct. I have executed this declaration on November 5, 2018.

_/s/ Michael J. Avenatti_
Michael J. Avenatti

**DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION FOR ATTORNEYS' FEES**