AVENATTI & ASSOCIATES, APC
Michael J. Avenatti, State Bar No. 206929
Ahmed Ibrahim, State Bar No. 238739
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Plaintiff Stephanie Clifford
a.k.a. Stormy Daniels a.k.a. Peggy Peterson

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,

Plaintiff,

vs.

DONALD J. TRUMP a.k.a. DAVID DENNISON, and individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN and DOES 1 through 10, inclusive,

Defendants.

CASE NO.: 2:18-cv-02217-SJO-FFM

**PLAINTIFF STEPHANIE CLIFFORD'S EVIDENTIARY OBJECTIONS TO THE SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY IN SUPPORT OF JOINT *EX PARTE* APPLICATION OF DEFENDANTS ESSENTIAL CONSULTANTS, LLC, DONALD J. TRUMP AND MICHAEL COHEN FOR A STAY OF THIS ACTION [DKT NO. 40-2]**

Plaintiff Stephanie Clifford hereby objects to the entirety of the Declaration of Brent H. Blakely. [Dkt. No. 40-2.] To begin with, the new declaration should be disregarded because it constitutes new evidence submitted on reply. See Dzieciolowski v. DMAX Ltd., No. CV 15-2443-AG (ASX), 2016 WL 7650569, at *1 (C.D. Cal. Mar. 16, 2016) (refusing to consider evidence submitted for the first time in a reply); Estakhrian v. Obenstine, 320 F.R.D. 63, 91 (C.D. Cal. 2017) (argument not raised in opening brief was waived). In addition, Plaintiff also makes the following specific objections.

## OBJECTION TO SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY

| | Citation | Objection | Ruling |
|---|---|---|---|
| 1. | **Paragraph 3**<br>"Attached as **Exhibit 1** to Defendants' concurrently filed Request for Judicial Notice is a true and correct copy of the United States Attorney's Opposition to Mr. Cohen's Motion for a Temporary Restraining Order, filed on April 13, 2018, in the matter of Michael Cohen v. United States of America, United States District Court, Southern District of New York Case No. 18-mj-03161 (the "SDNY Action," which is available on the Pacer website for the Southern District of New York (https://ecf.nysd.uscourts.gov)." | Cohen seeks to use Exhibit 1 for the truth of its content. Judicial notice may be taken of the existence of a court filing, but not for the truth of the facts therein. See Lee v. City of Los Angeles, 250 F.3d 668, 690 (9th Cir. 2001). Further, the content of Exhibit 1 is hearsay. Fed. R. Evid. 801. | Sustained: __<br>Overruled:__ |

| | | | |
|---|---|---|---|
| 2. | **Paragraph 4:** "Attached as **Exhibit 2** to Defendants' concurrently filed Request for Judicial Notice is a true and correct copy of a letter brief by counsel for Mr. Cohen, filed on April 16, 2018, in the SDNY Action, which is available on the Pacer website for the Southern District of New York (https://ecf.nysd.uscourts.gov)." | Cohen seeks to use Exhibit 2 for the truth of its content. Judicial notice may be taken of the existence of a court filing, but not for the truth of the facts therein. See Lee v. City of Los Angeles, 250 F.3d 668, 690 (9th Cir. 2001). Further, the content of Exhibit 2 is hearsay. Fed. R. Evid. 801. | Sustained: __ Overruled:__ |
| 3. | **Paragraph 5:** "Attached hereto as **Exhibit 3** is a true and correct copy of a certified transcript of statements made by Plaintiff's counsel, Michael Avenatti ("Mr. Avenatti"), to the media following an April 13, 2018 hearing in the SDNY Action. This transcript is based on the audio-visual recording published by The Daily Mail on or about April 13, 2018, at the following URL: https://www.youtube.com/watch?v=6NgRhR5w3y8." | Exhibit 3 is irrelevant, Fed. R. Evid. 401, and is hearsay. Fed. R. Evid. 801. | Sustained: __ Overruled:__ |
| 4. | **Paragraph 6:** "Attached hereto as **Exhibit 4** is a true and correct copy of a transcript of Mr. Avenatti's April 15, 2018 appearance on "State of the Union" on CNN, which was published by CNN on or about April 15, 2018, at the following URL: http://transcripts.cnn.com/TRANSCRIPTS/1804/15/sotu.01.html." | Exhibit 4 is irrelevant, Fed. R. Evid. 401, and is hearsay. Fed. R. Evid. 801. | Sustained: __ Overruled:__ |

| | | | |
|---|---|---|---|
| 5. | **Paragraph 7:** "Attached hereto as **Exhibit 5** is a true and correct copy of a certified transcript of statements made by Plaintiff Stephanie Clifford a.k.a. Stormy Daniels ("Plaintiff") to the media following an April 16, 2018 hearing in the SDNY Action. This transcript is based on the audio-visual recording published by CNN on or about April 16, 2018, at the following URL: https://www.cnn.com/videos/politics/2018/04/16/stormy-daniels-speaks-after-cohen-hearing-sot.cnn." | Exhibit 5 is irrelevant, Fed. R. Evid. 401, and is hearsay. Fed. R. Evid. 801. | Sustained: __ Overruled:__ |
| 6. | **Paragraph 8:** "Attached hereto as **Exhibit 6** is a true and correct copy of a transcript of Mr. Avenatti's April 16, 2018 appearance on "Anderson Cooper 360 Degrees" on CNN, which was published by CNN on or about April 16, 2018, at the following URL: http://transcripts.cnn.com/TRANSCRIPTS/1804/16/acd.01.html." | Exhibit 6 is irrelevant, Fed. R. Evid. 401, and is hearsay. Fed. R. Evid. 801. | Sustained: __ Overruled:__ |
| 7. | **Paragraph 9:** "Between on or about March 6, 2018 and the date of this declaration, April 17, 2018, Plaintiff and her attorney, Mr. Avenatti, have appeared on no less than fifty-five national television shows, to talk about this case. Attached hereto as **Exhibit 7** is a chart listing each of those appearances ." | Exhibit 7 is irrelevant and misstates the evidence. Fed. R. Evid. 401. It also lacks foundation. Fed. R. Evid. 602. | Sustained: __ Overruled:__ |



Dated: April 18, 2018

AVENATTI & ASSOCIATES, APC

By: /s/ Michael J. Avenatti
Michael J. Avenatti
Attorneys for Plaintiff Stephanie Clifford a.k.a. Stormy Daniels a.k.a. Peggy Peterson