HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (310) 546-7400
Facsimile:   (310) 546-7401
Email:         CHarder@HarderLLP.com
                   RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　　Defendant. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT DONALD J. TRUMP**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed: April 30, 2018 |

NOTICE OF LODGING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendant Donald J. Trump hereby lodges with the Court a [Proposed] Judgement in Favor of defendant Donald J. Trump, attached hereto as **Exhibit 1**.

Dated: December 3, 2018        HARDER LLP

                              By: */s/ Charles J. Harder*
                                    CHARLES J. HARDER
                                  Attorneys for Defendant DONALD J. TRUMP