## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-06893 SJO (FFMx) | Date | December 3, 2018 |
|---|---|---|---|
| Title | Stephanie Clifford v. Donald J. Trump | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Carol Zurborg | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Avenatti | Charles J. Harder |
| Ahmed Ibrahim | Ryan J. Stonerock |

**Proceedings:**      **MOTION for Attorney Fees and Monetary Sanctions filed by Defendant Donald J Trump. [ECF #39]**

Hearing held.

The Court reviews the procedural history.

Counsel present argument.

The matter stands submitted.

:     1/01

Initials of Preparer     vpc