HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (310) 546-7400
Facsimile:   (310) 546-7401
Email:         CHarder@HarderLLP.com
                   RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT DONALD J. TRUMP**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br><br>Action Filed:  April 30, 2018 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Donald J. Trump ("Mr. Trump") hereby lodges with the Court a [Proposed] Judgment in Favor of Mr. Trump, attached hereto as **Exhibit 1,** which reflects the amount to be paid by plaintiff Stephanie Clifford to Mr. Trump pursuant to the Court's Order on Mr. Trump's Motion for Attorneys' Fees and Sanctions. [ECF No. 46.]

Dated: December 12, 2018          HARDER LLP

By: */s/ Charles J. Harder*
    CHARLES J. HARDER
    Attorneys for Defendant DONALD J. TRUMP