# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD<br><br>Plaintiff(s),<br><br>v.<br><br>DONALD J TRUMP<br><br>Defendant(s). | CASE NUMBER:<br><br>2:18–cv–06893–SJO–FFM<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __12/4/2019__

Document Number(s):   __48__

Title of Document(s):   __Request Substitute Attorney (G–01) by plaintiff__

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Other:

MISSING corresponding proposed order form (G–01). NOTE: As an alternative, prepare and e–file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as Separate Attachment thereto

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __December 4, 2019__         By: __/s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*__
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*