DAVID OLAN
david@olanlaw.com
TROY SKINNER
Troy@olanlaw.com
OLAN LAW OFFICE
212 Marine Street, Suite 100,
Santa Monica, CA 90405
Telephone: (310) 566-0010
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DONALD J. TRUMP,**<br><br>**Defendant**. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**NOTICE OF LODGING [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br>Action Filed: April 30, 2018 |

NOTICE OF LODGING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Stephanie Clifford hereby lodges with the Court a [Proposed] Order for Substitution of Counsel, attached hereto as **Exhibit 1.**

Dated: December 5, 2019       OLAN LAW FIRM

                                      By:  */s/ Troy Skinner*
                                                 TROY SKINNER
                                                 DAVID OLAN
                                                 Attorneys for Plaintiff