DAVID OLAN
david@olanlaw.com
TROY SKINNER
Troy@olanlaw.com
OLAN LAW OFFICE
212 Marine Street, Suite 100,
Santa Monica, CA 90405
Telephone: (310) 566-0010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, Plaintiff(s) v. DONALD J. TRUMP, Defendant(s). | CASE NUMBER: 18-CV-06893-SJO-FFM <br><br> **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Stephanie Clifford,     X  Plaintiff    __ Defendant  __ Other _____
*Name of Party*

to substitute   David R. Olan, Esq.   who is

 X  Retained Counsel     __ Counsel appointed by the Court (Criminal cases only)     __ Pro Se

212 Marine St., Ste. 100
*Street Address*

Santa Monica, CA 90405                                                        david@olanlaw.com
*City, State, Zip*                                                              *E-Mail Address*

310-566-0010          310-566-0017          144634
*Telephone Number*     *Fax Number*          *State Bar Number*

as attorney of record instead of     Michael J. Avenatti
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**      ___ **GRANTED**      ___ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____          _____
                                       U. S. District Judge/U.S. Magistrate Judge