# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA  )

Loraine Dillinder Farabow, being duly sworn, deposes and says:

That she is the First Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That CLARK OTTO BREWSTER, OBA #1114, was admitted to the practice of law by the Supreme Court of Oklahoma May 8, 1981 and is an active member in good standing of the Oklahoma Bar Association.

*Loraine Dillinder Farabow*
Loraine Dillinder Farabow
First Assistant General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 7th day of November, 2019 by Loraine Dillinder Farabow.

*Benjamin Douglas*
NOTARY PUBLIC

My Commission Expires:
10/21/23

Commission Number:
19010584





1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065

www.okbar.org