DAVID OLAN
david@olanlaw.com
TROY SKINNER
Troy@olanlaw.com
OLAN LAW OFFICE
212 Marine Street, Suite 100,
Santa Monica, CA 90405
Telephone: (310) 566-0010
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DONALD J. TRUMP,**<br><br>**Defendant**. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**NOTICE OF ERRATA: REGARDING CERTIFICATE OF GOOD STANDING FOR APPLICATION FOR PRO HAC VICE ADMISSION OF CLARK O. BREWSTER**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br>Action Filed: April 30, 2018 |

Page **1** of **3**

**NOTICE OF ERRATA**

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Plaintiff, Stephanie Clifford, through her attorneys of record, respectfully submits this Notice of Errata regarding the Application for Pro Hac Vice. [Doc. No. 51]. Plaintiff did not file the Certificate of Good Standing from the State Bar of Texas. Pursuant to the Notice of Deficiency [Doc. No. 53], the Plaintiff hereby files this Errata to the Application for Pro Hac Vice for Clark O. Brewster. Attached hereto as Ex. 1 is the Certificate of Good Standing from the Texas State Bar for Clark O. Brewster.

Dated: December 10, 2019        OLAN LAW FIRM

By: */s/ Troy Skinner*
       TROY SKINNER
       DAVID OLAN
       Attorneys for Plaintiff

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years old and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 212 Marine Street, Suite 100, Santa Monica, CA 90405.

On December 10, 2019, I served true copies of the following document(s) described as:

**PLAINTIFF'S MOTION FOR ATTORNEY FEES & COSTS** on the interested parties:

Charles J. Harder
charder@harderllp.com
Ryan Stonerock
RStonerock@harderllp.com
HARDER LLP
132 S. RODEO DR., FOURTH FLOOR
BEVERLY HILLS, CA 90212
TEL (424) 203-1600
MMORENO@HARDERLLP.com
www.HARDERLLP.com

**BY Email OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from email address to the persons at the email addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission did not succeed.

**Xx BY ELECTRONIC SERVICE:** I served the document(s) on the person listed in the Service List by submitting an electronic version of the document(s) via the CM/ECF court filing system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 10, 2019.

/s/ Troy Skinner

**NOTICE OF ERRATA**