**CLARK O. BREWSTER, OBA # 1114,** *Pro Hac Vice Application Pending*
cbrewster@brewsterlaw.com
**MBILIKE M. MWAFULIRWA, OBA # 31164,** *Pro Hac Vice Application Pending*
mmm@brewsterlaw.com
**BREWSTER & DE ANGELIS**
**2617 E. 21st St.**
**Tulsa, OK 74114**
**Telephone:    (918) 742-2021**

**DAVID OLAN**
david@olanlaw.com
**TROY SKINNER**
Troy@olanlaw.com
**OLAN LAW OFFICE**
**212 Marine Street, Suite 100,**
**Santa Monica, CA 90405**
**Telephone:    (310) 566-0010**
*Attorneys for Plaintiff Stephanie Clifford*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,**<br><br>                 **Plaintiff,**<br><br>        **v.**<br><br>**DONALD J. TRUMP,**<br><br>                 **Defendant**. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**DECLARATION OF CLARK O. BREWSTER IN SUPPORT OF PLAINTIFF'S MOTION TO ANNUL OR VACATE THE CLERK OF COURT'S CERTIFICATION OF JUDGMENT**<br><br>Assigned for All Purposes to the Hon. S. James Otero<br>Action Filed: April 30, 2018 |

I, Clark O. Brewster, declare:

1.    I am an attorney who has applied for admission *pro hac vice* to enter as counsel for Plaintiff. I am an attorney with the law firm of Brewster & DeAngelis, PLLC, and counsel for Plaintiff, Stephanie Clifford ("Plaintiff"). I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2.    I submit this declaration in support of Plaintiff's Motion to Annul or Vacate the Clerk of Court's Certification of Judgment filed concurrently with this instrument.

3.    Attached as Exhibit "A" is the Clerk's Certification of a Judgment to Be Registered in Another District with attached Civil Minutes.

4.    Attached as Exhibit "B" is the Notice of Lodging and Proposed Judgment filed by Defendant Trump.

5.    Attached as Exhibit "C" is the Notice of Registration of Foreign Judgment in United States District Court, Southern District of Ohio, Eastern Division, Case. No. 2:19-MC-00047-MHW-KAJ, which was filed in United States District Court, Southern District of Ohio, Eastern Division, Case. No. 2:19-CV-00119-MHW-EPD.

6.    Attached as Exhibit "D" is a copy of a website page of NBCNEWS.COM, collected from the internet outlining Ms. Clifford's settlement amount and related info.

7.    Attached as Exhibit "E" is a copy of Ms. Clifford's motion filed in the U.S. District Court of the Southern Ohio challenging Mr. Trump's attempted registration of this Court's civil minute order (Dkt. 47).

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on December 11, 2019, at Tulsa, Oklahoma

*/s/ Clark O. Brewster*
Clark O. Brewster (Pro Hac Vice Pending)

**DECLARATION OF CLARK O. BREWSTER**