DAVID OLAN
david@olanlaw.com
TROY SKINNER
Troy@olanlaw.com
OLAN LAW OFFICE
212 Marine Street, Suite 100,
Santa Monica, CA 90405
Telephone: (310) 566-0010

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>Plaintiff(s)<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant(s). | CASE NUMBER:<br>18-CV-06893-SJO-FFM<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Stephanie Clifford,     _X_ Plaintiff    __ Defendant   __ Other _____
*Name of Party*

to substitute  David R. Olan, Esq.  who is

  _X_ Retained Counsel    __ Counsel appointed by the Court (Criminal cases only)    __ Pro Se

212 Marine St., Ste. 100
*Street Address*

Santa Monica, CA 90405                                david@olanlaw.com
*City, State, Zip*                                    *E-Mail Address*

310-566-0010          310-566-0017          144634
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of    Michael J. Avenatti
*List **all** attorneys from same firm or agency who are withdrawing*

**is hereby**     ___ **GRANTED**     ___ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____              _____
                                          U. S. District Judge/U.S. Magistrate Judge