# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Stephanie Clifford

PLAINTIFF(S)

v.

Donald J. Trump

DEFENDANT(S).

CASE NUMBER:

2:18-cv-06893-SJO-FFM

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| Date Filed | Doc. No. | Title of Document |
|---|---|---|
| 12/04/2019 | 48 | REQUEST to Substitute attorney |
| 12/07/2019 | 51 & 52 | APPLICATION of Non-Resident Attorneys |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☑ Other: FAILURE to comply with L.R. 5-4.4 Submission of Proposed Orders, Judgments, or Other Proposed Documents That Require a Judge's Signature., L.R. 5-4.5 Mandatory Chambers Copies and Court's Standing Order.

Dated: 12/12/19

By: *S. James Otero*
U.S. District Judge / U.S. Magistrate Judge

cc: Assigned District and/or Magistrate Judge

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.