Name and address:
DAVID OLAN
david@olanlaw.com
TROY SKINNER
Troy@olanlaw.com
OLAN LAW OFFICE
212 Marine Street, Suite 100,
Santa Monica, CA 90405

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,

Plaintiff(s)

v.

DONALD J. TRUMP,

Defendant(s).

CASE NUMBER

18-CV-06893-SJO-FFM

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mwafulirwa, Mbilike M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

918-742-2021
*Telephone Number*

918-742-2197
*Fax Number*

mmm@brewsterlaw.com
*E-Mail Address*

of

Brewster & De Angelis
2617 E. 21st St.
Tulsa, OK 74114

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Stephanie Clifford a.k.a. Stormy Daniels

*Name(s) of Party(ies) Represented*  ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

David Olan
*Designee's Name (Last Name, First Name & Middle Initial)*

144634
*Designee's Cal. Bar No.*

310-566-0010
*Telephone Number*

310-566-0017
*Fax Number*

david@olanlaw.com
*E-Mail Address*

of

OLAN LAW OFFICE
212 Marine Street, Suite 100,
Santa Monica, CA 90405

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated    January 23, 2020

*S. James Otero*
**U.S. District Judge**

G-64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1