| Name and address: |
|---|
| DAVID OLAN |
| david@olanlaw.com |
| TROY SKINNER |
| Troy@olanlaw.com |
| OLAN LAW OFFICE |
| 212 Marine Street, Suite 100, |
| Santa Monica, CA 90405 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 18-CV-06893-SJO-FFM |
| v. | |
| DONALD J. TRUMP, | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Brewster, Clark O  of  Brewster & De Angelis
*Applicant's Name (Last Name, First Name & Middle Initial)*  2617 E. 21st St.
918-742-2021     918-742-2197  Tulsa, OK 74114
*Telephone Number*  *Fax Number*
cbrewster@brewsterlaw.com
*E-Mail Address*  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Stephanie Clifford a.k.a. Stormy Daniels

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

David Olan  of  OLAN LAW OFFICE
*Designee's Name (Last Name, First Name & Middle Initial)*  212 Marine Street, Suite 100,
144634     310-566-0010     310-566-0017  Santa Monica, CA 90405
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
david@olanlaw.com
*E-Mail Address*  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**
☐ **DENIED:** ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated  January 23, 2020                         *S. James Otero*
                                                **U.S. District Judge**

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1