**CLARK O. BREWSTER, OBA # 1114,** *Admitted Pro Hac Vice*
cbrewster@brewsterlaw.com
**MBILIKE M. MWAFULIRWA, OBA # 31164,** *Admitted Pro Hac Vice*
mmm@brewsterlaw.com
**BREWSTER & DE ANGELIS**
**2617 E. 21st St.**
**Tulsa, OK 74114**
**Telephone:   (918) 742-2021**

**DAVID OLAN**
david@olanlaw.com
**TROY SKINNER**
Troy@olanlaw.com
**OLAN LAW OFFICE**
**212 Marine Street, Suite 100,**
**Santa Monica, CA 90405**
**Telephone:   (310) 566-0010**
*Attorneys for Plaintiff Stephanie Clifford*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DONALD J. TRUMP,**<br><br>**Defendant**. | Case No. 2:18-cv-06893-SJO-FFM<br><br>**DECLARATION OF CLARK O. BREWSTER IN SUPPORT OF PLAINTIFF'S MOTION TO ANNUL OR VACATE THE CLERK OF COURT'S CERTIFICATION OF CIVIL MINUTE ORDER**<br><br>Assigned for All Purposes to the<br>Hon. S. James Otero<br>Action Filed: April 30, 2018 |

I, Clark O. Brewster, declare:

1. I am an attorney admitted *pro hac vice* as counsel for Plaintiff. I am an attorney with the law firm of Brewster & DeAngelis, PLLC, and counsel for Plaintiff, Stephanie Clifford ("Plaintiff"). I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2. I submit this declaration in support of Plaintiff's Motion to Annul or Vacate the Clerk of Court's Certification of Judgment filed concurrently with this instrument.

3. Attached as Exhibit "A" is the Clerk's Certification of a Judgment to Be Registered in Another District with attached Civil Minutes. The Clerk certified Dkt. 46 as a final judgment.

4. Attached as Exhibit "B" is the Notice of Lodging and Proposed Judgment filed by Defendant Trump.

5. Attached as Exhibit "C" is the Notice of Registration of Foreign Judgment in United States District Court, Southern District of Ohio, Eastern Division, Case. No. 2:19-MC-00047-MHW-KAJ, which was filed in United States District Court, Southern District of Ohio, Eastern Division, Case. No. 2:19-CV-00119-MHW-EPD.

6. Attached as Exhibit "D" is a copy of a website page of NBCNEWS.COM, collected from the internet outlining Ms. Clifford's settlement amount and related info.

7. Attached as Exhibit "E" is a copy of Ms. Clifford's motion filed in the U.S. District Court of the Southern Ohio challenging Mr. Trump's attempted registration of this Court's civil minute order (Dkt. 47).

8. My office conferred with Mr. Trump's attorneys on December 13, 2019 and March 12, 2020 about this motion. The parties explored the merits of this motion and could not agree. Mr. Trump's counsel advised that they are opposed. Thus, this Court's intervention is warranted.

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge.

Executed on March 19, 2020, at Tulsa, Oklahoma

                 */s/ Clark O. Brewster*
                 Clark O. Brewster (Admitted Pro Hac Vice)