

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar of Judge S. JAMES OTERO | ORDER OF THE CHIEF JUDGE<br><br>**20-071** |

    IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following case be reassigned from the calendar of Judge S. James Otero to the calendar of Judge Josephine L. Staton for all further proceedings:

    2:18-cv-06893-SJO-FFMx:    Stephanie Clifford v. Donald J. Trump

Dated: April 8, 2020

_____
Chief Judge Virginia A. Phillips