UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:18-cv-06893-JLS-FFM            Date: April 15, 2020
Title: Stephanie Clifford v. Donald J. Trump

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                      Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING AS MOOT MOTION TO ANNUL OR VACATE (Doc. 64)**

      Before the Court is Plaintiff's Motion to Annul or Vacate the Clerk of Court's Certification of Civil Minute Order, currently set for hearing on May 18, 2020, at 10:00 a.m. (Doc. 64.) On April 10, 2020, the Clerk of Court issued a Notice of Clerical Error stating that the certification at issue (Doc. 46) had been issued in error. Accordingly, the Motion to Annul or Vacate is DENIED AS MOOT.

                                                                                  Initials of Preparer: tg