HARDER LLP
CHARLES J. HARDER (CA Bar No. 184593)
RYAN J. STONEROCK (CA Bar No. 247132)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Telephone:  (310) 546-7400
Facsimile:  (310) 546-7401
Email:       CHarder@HarderLLP.com
             RStonerock@HarderLLP.com

Attorneys for Defendant
DONALD J. TRUMP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP,<br><br>Defendant. | Case No. 2:18-cv-06893-JLS-FFM<br><br>**DECLARATION OF CHARLES J. HARDER IN SUPPORT OF MOTION OF DONALD J. TRUMP TO CERTIFY JUDGMENT FOR REGISTRATION IN SOUTHERN DISTRICT OF OHIO OR, IN THE ALTERNATIVE, TO CORRECT AND/OR STRIKE CLERK'S APRIL 10, 2020 NOTICE**<br><br>[Notice of Motion and Motion, and Proposed Order Filed Concurrently Herewith]<br><br>Assigned for All Purposes to the Hon. Josephine L. Staton<br><br>**Date:      July 17, 2020**<br>**Time:      10:30 a.m.**<br>**Location:  411 West 4th Street**<br>          **Courtroom 10A, 10th Floor**<br>          **Santa Ana, CA 92701**<br><br>Action Filed:  April 30, 2018 |

1
DECLARATION OF CHARLES J. HARDER

## DECLARATION OF CHARLES J. HARDER

I, Charles J. Harder, declare:

1. I am an attorney duly licensed to practice before all courts of the State of California and in the U.S. District Court for the Central District of California, among other courts. I am a partner of the law firm Harder LLP, counsel of record for Defendant Donald J. Trump ("Mr. Trump"). I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2. On December 11, 2018, the Honorable S. James Otero issued an Order in this case granting Mr. Trump's Motion for Attorneys' Fees and Sanctions, awarding Mr. Trump a total of $293,052.33 in attorneys' fees and sanctions against Plaintiff Stephanie Clifford ("Ms. Clifford") (the "Attorneys' Fees Order"). As of the date of this declaration, Ms. Clifford has not filed a Notice of Appeal of the Attorneys' Fees Order or obtained a supersedes bond in connection with her appeal of the Order granting Mr. Trump's Anti-SLAPP Motion.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by Ms. Clifford on January 14, 2019 in the matter of *Clifford v. Keckley, et al.*, United States District Court, Southern District of Ohio, Case No. 19-cv-00119, which is available on the Pacer website for the Southern District of Ohio (https://ecf.ohsd.uscourts.gov/).

4. Attached hereto as **Exhibit B** is a true and correct copy of the Attorneys' Fees Order, as certified by the Clerk of the United States District Court, Central District of California, on September 30, 2019.

5. Attached hereto as **Exhibit C** is a true and correct copy of a Westlaw public record search of Ms. Clifford conducted by my office, which reflects that Ms. Clifford currently resides in Texas and does not possess any real property in the State of California. Ms. Clifford's personal information has been redacted from this exhibit.

6. On April 24, 2020, my colleagues, Ryan J. Stonerock and Steven H. Frackman met and conferred telephonically with counsel for Ms. Clifford, Clark Brewster, Mbilike Mwafulirwa and Guy Fortney, in connection with the instant Motion to Certify the Attorneys' Fees Order pursuant to Local Rule 7-3.  The parties discussed their respective positions, but were unable to resolve their dispute.  Counsel for Ms. Clifford has advised that they will oppose this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2020, at Los Angeles, California.

_____
CHARLES J. HARDER