**CLARK O. BREWSTER, OBA # 1114,** *Admitted Pro Hac Vice*
cbrewster@brewsterlaw.com
**MBILIKE M. MWAFULIRWA, OBA # 31164,** *Admitted Pro Hac Vice*
mmm@brewsterlaw.com
**BREWSTER & DE ANGELIS**
**2617 E. 21st St.**
**Tulsa, OK 74114**
**Telephone: (918) 742-2021**

**David Olan**
david@olanlaw.com
**Troy Skinner**
Troy@olanlaw.com
**Olan Law Office**
**212 Marine Street, Suite 100,**
**Santa Monica, CA 90405**
**Telephone: (310) 566-0010**
*Attorneys for Plaintiff Stephanie Clifford*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,**<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP,**<br><br>Defendant. | Case No. 2:18-cv-06893-JLS-FFM<br><br>**DECLARATION OF CLARK O. BREWSTER IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO CERTIFY OR CORRECT CLERK'S NOTICE**<br><br>Assigned for All Purposes to the Hon. Josephine L. Staton<br>Action Filed: April 30, 2018<br><br>Hearing Date: July 17, 2020<br>Hearing Time: 10:30 am<br>Location: 411 West 4st Street Courtroom 10A, 10th Floor, Santa Ana, CA 92701 |

I, Clark O. Brewster, declare:

1. I am an attorney admitted *pro hac vice* as counsel for Plaintiff. I am an attorney with the law firm of Brewster & DeAngelis, PLLC, and counsel for Plaintiff, Stephanie Clifford ("Plaintiff"). I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2. I submit this declaration in support of Plaintiff's Response to Defendant Donald J. Trump's Motion to Certify or Correct Clerk's Notice.

3. Following litigation on the merits, this Court dismissed Ms. Clifford's Complaint, relying on the Texas Citizens Participation Act (TCPA), an anti-slapp statute. The Court then in a CIVIL MINUTE-GENERAL rendered a decision to award Mr. Trump attorney fees, costs, and sanctions against Ms. Clifford based on the TCPA.

4. Ms. Clifford's appeal is pending before the Ninth Circuit. *Clifford v. Trump*, Case No. 18-56351. The Ninth Circuit held oral argument on February 4, 2020. The case is ripe for decision.

5. Throughout the merits portion of this litigation, whether the TCPA applied in federal court diversity jurisdiction cases was an open question in the Fifth Circuit; the federal appellate court that oversees diversity jurisdiction appeals involving Texas law. While the subject Ninth Circuit appeal was pending, the Fifth Circuit ruled that the TCPA does not apply in federal court in diversity jurisdiction cases. *See Klocke v. Watson*, 936 F.3d 240, 245-246 (5th Cir. 2019). Thus, the base reason for this Court's dismissal of Ms. Clifford's case *and the sole premise for the attorney fees and costs award*, was a law that should not have been applied in the first place.

6. Ms. Clifford has filed supplemental Fed. R. App. P. 28 (j) letter briefs in her pending Ninth Circuit Court of Appeals appeal to apprise that court of the 5th Circuit's important ruling. The Ninth Circuit's decision is expected soon.

7. Ms. Clifford has responded to Defendant's Motion to Certify or Correct Clerk's Notice. In doing so, Ms. Clifford has relied on a number of exhibits. Below, I outline them for the Court.

8. Attached as Exhibit "A" is a copy of the controlling Complaint in this litigation (*see* Dkt. 1). Also attached to together with the Complaint is a copy of Mr. Trump's tweet that is the subject of the litigation.

9. Attached as Exhibit "B" is a copy of Judge Otero's dismissal order (*see* Dkt. 36).

10. Attached as Exhibit "C" is a copy of Judge Otero's civil minute order that awarded Mr. Trump attorney's fees, costs, and sanctions (*see* Dkt. 46).

11. Attached as Exhibit "D" is a copy of Mr. Trump's request to this Court to enter a final judgment on the attorney's fees, costs, and sanctions awards (*see* Dkt. 47).

12. Attached as Exhibit "E" are copies of the filings in *Clifford v. Keckley*, et al., U.S.D.C., Southern District of Ohio, Case No. 2:19-cv-119, in which Mr. Trump has sought to assert a lien over the proceeds of Ms. Clifford's civil rights settlement with the City of Columbus, Ohio.

13. Attached as Exhibit "F" is a copy of Ms. Clifford's motion with this Court challenging the propriety of the Court Clerk's certification of the civil minute fee awards (*see* Dkt. 64).

14. Attached as Exhibit "G" is a copy of the Court Clerk's Notice of Clerical Error that made clear that the order she certified was not a judgment and could not be registered in a foreign jurisdiction under 28 U.S.C. §1963 (*see* Dkt. 66).

15. Attached as Exhibit "H" is a copy of this Court's order finding Ms. Clifford's motion moot given the Court Clerk's Notice of Clerical Error (*see* Dkt. 67).

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge.

Executed on May 22, 2020, at Tulsa, Oklahoma

                        */s/ Clark O. Brewster*
                        Clark O. Brewster (Admitted Pro Hac Vice)