UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:18-cv-06893-JLS-FFM                                                         Date: July 15, 2020
Title: Stephanie Clifford v. Donald J. Trump

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TAKING MOTION TO CERTIFY JUDGMENT FOR REGISTRATION IN SOUTHERN DISTRICT OF OHIO OR, IN THE ALTERNATIVE, TO CORRECT AND/OR STRIKE CLERK'S APRIL 10, 2020 NOTICE UNDER SUBMISSION (Doc. 68)**

Before the Court is Defendant's Motion to Certify Judgment for Registration in Southern District of Ohio or, in the Alternative, to Correct and/or Strike Clerk's April 10, 2020 Notice.  (Mot., Doc. 68.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.  Accordingly, the hearing set for July 17, 2020, at 10:30 a.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

Initials of preparer: tg