**CLARK O. BREWSTER, OBA # 1114,** *Admitted* **Pro Hac Vice**
cbrewster@brewsterlaw.com
**MBILIKE M. MWAFULIRWA, OBA # 31164,** *Admitted* **Pro Hac Vice**
mmm@brewsterlaw.com
**BREWSTER & DE ANGELIS**
**2617 E. 21st St.**
**Tulsa, OK 74114**
**Telephone:   (918) 742-2021**
*Attorneys for Plaintiff Stephanie Clifford*

**DAVID OLAN**
david@olanlaw.com
**OLAN LAW OFFICE**
**212 Marine Street, Suite 100,**
**Santa Monica, CA 90405**
**Telephone:   (310) 566-0010**
*Attorneys for Plaintiff Stephanie Clifford*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a. STORMY DANIELS,**<br><br>            **Plaintiff,**<br><br>    v.<br><br>**DONALD J. TRUMP,**<br><br>            **Defendant**. | Case No. 2:18-cv-06893-JLS-FFM<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF PLAINTIFF'S PETITION FOR REHEARING EN BANC IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Assigned for All Purposes to the<br>Hon. Josephine L. Staton<br><br>Action Filed: April 30, 2018 |

| | |
|---|---|
|1| Plaintiff Stephanie Clifford, a.k.a. Stormy Daniels ("Ms. Clifford") hereby requests that this Court take judicial notice of the Petition for Rehearing En Banc filed on August 14, 2020, by Plaintiff (Appellant) Stephanie Clifford with the United States Court of appeals for the Ninth Circuit (Case No. 18-56351, Docket Entry: 46), a copy of the filing is attached hereto as Exhibit 1. Plaintiff has asked the Ninth Circuit to review en banc the panel's Memorandum decision dated July 31, 2020. Thus, until the Ninth Circuit rules on the petition for rehearing, the mandate will not issue. *See* Fed. R. App. P. 41 (b).|

Plaintiff Stephanie Clifford, a.k.a. Stormy Daniels ("Ms. Clifford") hereby requests that this Court take judicial notice of the Petition for Rehearing En Banc filed on August 14, 2020, by Plaintiff (Appellant) Stephanie Clifford with the United States Court of appeals for the Ninth Circuit (Case No. 18-56351, Docket Entry: 46), a copy of the filing is attached hereto as Exhibit 1. Plaintiff has asked the Ninth Circuit to review en banc the panel's Memorandum decision dated July 31, 2020. Thus, until the Ninth Circuit rules on the petition for rehearing, the mandate will not issue. *See* Fed. R. App. P. 41 (b).

Judicial notice of the Petition for Rehearing En Banc is properly taken by this Court. *See* Fed. R. Evid. 201(b) ("The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."). Indeed, federal courts can take judicial notice of their own records or those of other courts. *See, e.g.*, *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases."). In fact, under Federal Rule of Evidence 201(d), any federal court can take judicial notice at any stage of the proceeding, even during an appeal. *See Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003).

For all these reasons, the Court should take judicial notice of Plaintiff's en banc appellate filing.

Dated: August 14, 2020

                               Respectfully Submitted,

                               */s/ Mbilike M. Mwafulirwa*
                               Clark O. Brewster - OBA #1114 (Admitted PHV)
                               Mbilike Mwafulirwa OBA #31164 (Admitted PHV)
                               BREWSTER & DE ANGELIS
                               2617 East 21st Street
                               Tulsa, OK 74114

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Mbilike M. Mwafulirwa*