**CLARK O. BREWSTER, OBA # 1114,** *Admitted* **Pro Hac Vice**
cbrewster@brewsterlaw.com
**MBILIKE M. MWAFULIRWA, OBA # 31164,** *Admitted* **Pro Hac Vice**
mmm@brewsterlaw.com
**BREWSTER & DE ANGELIS**
**2617 E. 21st St.**
**Tulsa, OK 74114**
**Telephone:   (918) 742-2021**
*Attorneys for Plaintiff Stephanie Clifford*

**DAVID OLAN**
david@olanlaw.com
**OLAN LAW OFFICE**
**212 Marine Street, Suite 100,**
**Santa Monica, CA 90405**
**Telephone:   (310) 566-0010**
*Attorneys for Plaintiff Stephanie Clifford*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEPHANIE CLIFFORD a.k.a.** **STORMY DANIELS,** | Case No. 2:18-cv-06893-JLS-FFM |
| **Plaintiff,** | **PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| **v.** | |
| **DONALD J. TRUMP,** | Assigned for All Purposes to the Hon. Josephine L. Staton |
| **Defendant**. | Action Filed: April 30, 2018 |

**TO ALL THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Stephanie Clifford hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Granting Defendant Donald J. Trump's Motion to Correct and/or Strike Clerk's Notice of Clerical Error [Dkt. 74] and [Dkt. 46] the District Court's Minute Order Awarding Defendant Trump Attorney Fees, Costs, and Sanctions, and all other orders and rulings of the Court that were adverse to Plaintiff, whether or not subsumed within those two rulings.

Dated: August 24, 2020

Respectfully Submitted,

_/s/ Clark O. Brewster_
Clark O. Brewster - OBA #1114 (Admitted PHV)
Mbilike M. Mwafulirwa OBA #31164
(Admitted PHV)
BREWSTER & DE ANGELIS
2617 East 21st Street
Tulsa, OK 74114

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Clark O. Brewster*