UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEPHANIE CLIFFORD, AKA Stormy Daniels,

        Plaintiff-Appellant,

v.

DONALD J. TRUMP,

        Defendant-Appellee.

No.   18-56351

D.C. No.
2:18-cv-06893-SJO-FFM
Central District of California,
Los Angeles

ORDER

Before: THOMAS, Chief Judge, and WARDLAW and NGUYEN, Circuit Judges.

Appellant's motion to take judicial notice of 1) a December 11, 2018 district court order regarding attorney fees, costs, and sanctions in case number CV 18-06893-SJO, and 2) submitted printouts of President Trump's official Twitter account is **GRANTED**.

The panel has unanimously voted to deny appellant's petition for rehearing en banc. The full court has been advised of the petition and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is **REJECTED**.

Panel