| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 5 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| STEPHANIE CLIFFORD, AKA Stormy Daniels, | No. 18-56351 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-06893-SJO-FFM Central District of California, Los Angeles |
| v. | |
| DONALD J. TRUMP, | ORDER |
| Defendant-Appellee. | |

Before: THOMAS, Chief Judge, and WARDLAW and NGUYEN, Circuit Judges.

Appellant's motion for an extension of time to respond to Appellee's motion for attorney fees is GRANTED. Any response is due no later than October 13, 2020.

Panel