**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| STEPHANIE CLIFFORD, AKA Stormy Daniels, | No. 18-56351 |
|---|---|
| Plaintiff-Appellant, | D.C. No. 2:18-cv-06893-SJO-FFM Central District of California, Los Angeles |
| v. | |
| DONALD J. TRUMP, | ORDER |
| Defendant-Appellee. | |

Before: THOMAS, Chief Judge, and WARDLAW and NGUYEN, Circuit Judges.

Appellee's October 14, 2020 motion for an extension of time to file a reply is GRANTED. Any reply is due no later than October 27, 2020.

Panel