FILED

NOV 9 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHANIE CLIFFORD, AKA Stormy Daniels,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>DONALD J. TRUMP,<br><br>        Defendant-Appellee. | No.   18-56351<br><br>D.C. No.<br>2:18-cv-06893-SJO-FFM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

The court granted appellee Donald J. Trump's motion for attorneys' fees and referred to the Appellate Commissioner the determination of an appropriate amount of fees. *See* 9th Cir. R. 39-1.9.

The question of an appropriate amount of fees is referred to the Circuit Mediator, who will contact the parties. The Circuit Mediator is requested to inform the Appellate Commissioner of the conclusion of the mediation.

gml/Appellate Commissioner          18-56351