UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

APR 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEPHANIE CLIFFORD, AKA Stormy
Daniels,

Plaintiff-Appellant,

v.

DONALD J. TRUMP,

Defendant-Appellee.

No.   20-55880

D.C. No.
2:18-cv-06893-JLS-FFM
Central District of California,
Los Angeles

ORDER

Before:  THOMAS, Chief Judge, and WARDLAW and NGUYEN, Circuit Judges.

The Appellee's motion to dismiss this appeal is **DENIED** without prejudice

to renewing the arguments in the answering brief.  *See Nat'l Indus. v. Republic*

*Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider

appellate jurisdiction despite earlier denial of motion to dismiss).

The answering brief is now due on May 7, 2021, and the optional reply brief

is due within 21 days from service of the answering brief.

Panel