| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 3 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

STEPHANIE CLIFFORD, AKA Stormy Daniels,

        Plaintiff-Appellant,

 v.

DONALD J. TRUMP,

        Defendant-Appellee.

No.  20-55880

D.C. No. 2:18-cv-06893-JLS-FFM
Central District of California, Los Angeles

ORDER

Before: THOMAS, Chief Judge, and WARDLAW and NGUYEN, Circuit Judges.

Appellee's motion for an extension of time to file an answering brief is **GRANTED**. The answering brief is due no later than June 29, 2021. No further extensions of time to file the answering brief will be granted. The optional reply brief is due 21 days after service of the answering brief.

    **IT IS SO ORDERED.**

Panel