FILED

APR 22 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEPHANIE CLIFFORD, AKA Stormy Daniels, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DONALD J. TRUMP, <br><br> Defendant-Appellee. | No.   20-55880 <br><br> D.C. No. 2:18-cv-06893-JLS-FFM <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before:  S.R. THOMAS, WARDLAW, and NGUYEN, Circuit Judges.

Appellant's unopposed motion for an extension of time to file a response (Dkt. 52) is **GRANTED**.

**IT IS SO ORDERED.**