```
 1  AVENATTI & ASSOCIATES, APC
    Michael J. Avenatti, State Bar No. 206929
 2  Ahmed Ibrahim, State Bar No. 238739
    520 Newport Center Drive, Suite 1400
 3  Newport Beach, CA 92660
    Telephone: 949.706.7000
 4  Facsimile:  949.706.7050

 5  Attorneys for Plaintiff Stephanie Clifford
    a.k.a. Stormy Daniels a.k.a. Peggy Peterson
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9                 CENTRAL DISTRICT OF CALIFORNIA
10
11  STEPHANIE CLIFFORD a.k.a.         CASE NO.: 2:18-cv-02217-SJO-FFM
    STORMY DANIELS a.k.a. PEGGY
12  PETERSON, an individual,
                                      [PROPOSED] ORDER GRANTING
13                 Plaintiff,         PLAINTIFF STEPHANIE
                                      CLIFFORD'S NOTICE OF MOTION
14         vs.                        AND MOTION FOR LEAVE TO
                                      AMEND TO FILE SECOND
15                                    AMENDED COMPLAINT
    DONALD J. TRUMP a.k.a. DAVID
16  DENNISON, an individual, ESSENTIAL
    CONSULTANTS, LLC, a Delaware
17  Limited Liability Company, MICHAEL
    COHEN and DOES 1 through 10,
18  inclusive,

19                 Defendants.
20
21
22
23
24
25
26
27
28
```

1  Upon consideration of the Plaintiff's Motion For Leave to Amend to File Second
2  Amended Complaint ("Motion"), Defendants' Opposition, Plaintiff's Reply, and the
3  Court's records and files of the case, and for good cause shown, the Court hereby orders
4  that Plaintiff's Motion is granted and that the proposed Second Amended Complaint shall
5  be deemed filed immediately.
6
7  IT IS SO ORDERED
8
9  Dated: _____          _____
10                                          HON. S. JAMES OTERO
                                            United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-
**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**