1  HARDER LLP
2  CHARLES J. HARDER (CA Bar No. 184593)
   RYAN J. STONEROCK (CA Bar No. 247132)
3  132 S. Rodeo Drive, Fourth Floor
4  Beverly Hills, California 90212
   Telephone:   (310) 546-7400
5  Facsimile:   (310) 546-7401
6  Email:       CHarder@HarderLLP.com
               RStonerock@HarderLLP.com
7  Attorneys for Defendant
8  DONALD J. TRUMP

9                 **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | STEPHANIE CLIFFORD a.k.a. | Case No. 2:18-cv-02217-SJO-FFM |
12 | STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, | **DEFENDANT DONALD J. TRUMP'S** |
13 | | **EVIDENTIARY OBJECTIONS TO** |
14 | Plaintiff, | **DECLARATION OF MICHAEL J.** |
15 | v. | **AVENATTI IN SUPPORT OF** |
16 | | **OPPOSITION TO MOTION TO** |
17 | DONALD J. TRUMP a.k.a. DAVID | **DISMISS** |
18 | DENNISON, an individual, | |
19 | ESSENTIAL CONSULTANTS, LLC, | Assigned for All Purposes to the |
20 | a Delaware Limited Liability | Hon. S. James Otero |
21 | Company, MICHAEL COHEN, an | |
22 | individual, and DOES 1 through 10, | Action Filed: March 6, 2018 |
   | inclusive, | |
   | | |
   | Defendants. | |

28

Defendant Donald J. Trump objects to the Declaration of Michael J. Avenatti [ECF No. 89-1] as follows:

| Citation | | Objection | Ruling |
|---|---|---|---|
| 1. | **Exhibit B** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |
| 2. | **Exhibit D** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |
| 3. | **Paragraph 6:** <br><br> "On March 31, 2018, during the Local Rule 7-3 meet and confer conference regarding the Motion to Compel Arbitration, I asked Defendant Donald Trump's counsel, Mr. Charles Harder, whether Mr. Trump was a party to the purported settlement agreement with my client, Ms. Clifford. Mr. Harder evaded my question and would not provide a straight answer, ultimately responding that 'we haven't done the research.'" | Relevance.  Fed. R. Evid. 401, 402, 403. Argumentative.  Fed R. Evid. 701.  Hearsay.  Fed R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |
| 4. | **Exhibit H** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |
| 5. | **Exhibit I** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |
| 6. | **Exhibit J** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |
| 7. | **Exhibit K** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: ____ <br> Overruled: ____ |

| | | | |
|---|---|---|---|
| 8. | **Exhibit L** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: _____<br><br>Overruled: _____ |
| 9. | **Exhibit M** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: _____<br><br>Overruled: _____ |
| 10. | **Exhibit N** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. Foundation, authentication Fed R. Evid. 602, 901. | Sustained: _____<br><br>Overruled: _____ |
| 11. | **Exhibit O** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: _____<br><br>Overruled: _____ |
| 12. | **Exhibit P** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. Foundation, authentication Fed R. Evid. 602, 901. | Sustained: _____<br><br>Overruled: _____ |
| 13. | **Paragraph 16:**<br><br>"On May 16, 2018, Mr. Trump made another factual statement concerning his knowledge about the payment to Plaintiff, this time in a signed disclosure made to the United States Office of Government Ethics entitled 'Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e).'  A true and correct copy of excerpts of this report is attached hereto as Exhibit Q." | Mr. Avenatti's statement: Relevance.  Fed. R. Evid. 401, 402, 403. Argumentative.  Fed R. Evid. 701.<br><br>Exhibit Q: Relevance.  Fed. R. Evid. 401, 402, 403. | Sustained: _____<br><br>Overruled: _____ |
| 14. | **Exhibit T** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: _____<br><br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI

| 15. | **Exhibit U** | Relevance.  Fed. R. Evid. 401, 402, 403.  Hearsay. Fed. R. Evid. 801, 802. | Sustained: _____ Overruled: _____ |
|-----|---------------|---------------------------------------------------------------------------|-----------------------------------|

Dated: November 7, 2018              HARDER LLP

By:  _/s/ Charles J. Harder_
              CHARLES J. HARDER
       Attorneys for Defendant
       DONALD J. TRUMP

EVIDENTIARY OBJECTIONS TO DECLARATION OF MICHAEL J. AVENATTI