Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Defendants*
*Essential Consultants, LLC and Michael Cohen*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02217-SJO-FFM<br><br>**DECLARATION OF BRENT H. BLAKELY IN SUPPORT OF DEFENDANT MICHAEL COHEN'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**<br><br>Assigned to the Hon. S. James Otero<br>Action Filed: March 6, 2018<br><br>Date:     December 3, 2018<br>Time:     10:00 a.m.<br>Location: 350 West 1st Street<br>          Courtroom 10C, 10th Floor<br>          Los Angeles, CA 90012 |

DECLARATION OF BRENT H. BLAKELY

**DECLARATION OF BRENT H. BLAKELY**

I, Brent H. Blakely, declare:

1.  I am an attorney duly licensed to practice before all courts of the State of California and in the U.S. District Court for the Central District of California, among other courts. I am a partner of the law firm of Blakely Law Group, counsel of record for Defendant Essential Consultants LLC and Michael Cohen. I make this declaration based on my own personal knowledge and, if called and sworn as a witness, I could and would competently testify hereto.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of a letter dated October 25, 2018 from Senator Charles E. Grassley, Chairman, Committee on the Judiciary, to The Honorable Jeff Sessions and The Honorable Christopher A. Wray.

3.  Attached hereto as **Exhibit 2** is a true and correct copy this Court's Order dated October 15, 2018 granting Donald Trump's Anti-SLAPP motion in *Clifford v. Trump*, case No. 18-06893.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the order Granting Motion to Dismiss with Leave to Amend and Deferring Consideration of Special Motion to Strike in *Verizon v. Covad*, USDC Northern District of California, case No. 01-20524.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of an article from the Los Angeles Times dated October 22, 2018, entitled Michael Avenatti is hit with a $4.85 million judgment for unpaid debt as court orders eviction of his law firm, which can be found at http://www.latimes.com/politics/la-na-pol-avenatti-eviction-20181022-story.html

///
///
///
///
///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2018, at Los Angeles, California.

/s/ *Brent H. Blakely*
BRENT H. BLAKELY

DECLARATION OF BRENT H. BLAKELY