

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 7, 2019

  Los Angeles County Superior Court
  111 North Hill Street
  Los Angeles, CA 90012

Re: Case Number:     2:18–cv–02217–SJO–FFM
    Previously Superior Court Case No.     BC696568
    Case Name:     Stephanie Clifford v. Donald J. Trump et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on     3/7/19    , the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

    Respectfully,

    Clerk, U.S. District Court

    By:  /s/ *Linda Chai*
        Deputy Clerk
        Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

    Clerk, Superior Court

_____    By: _____
Date    Deputy Clerk

CV–103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)