

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 7, 2019

*CONFORMED COPY*
*ORIGINAL FILED*
*Superior Court of California*
*County of Los Angeles*

*MAR 11, 2019*

*Sherri R. Carter, Executive Officer/Clerk*
*By Paul R. Cruz, Deputy*

Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

Re:  Case Number:          2:18-cv-02217-SJO-FFM ✗
     Previously Superior Court Case No.     BC696568
     Case Name:     Stephanie Clifford v. Donald J. Trump et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____3/7/19_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

*FILED*
*CLERK, U.S. DISTRICT COURT*

**MAR 27 2019**

*CENTRAL DISTRICT OF CALIFORNIA*
*BY                         DEPUTY*

Respectfully,

Clerk, U.S. District Court

By:  /s/ Linda Chai
     Deputy Clerk
     Linda_Chai@cacd.uscourts.gov

*Encls.*
cc: Counsel of record

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

3-11-2019
Date

By:  **PAUL CRUZ**
     Deputy Clerk